# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **CHRIS HAULMARK,** ) | |
| Plaintiff, ) | |
| v. ) | No. 20-cv-4084-EFM-TJJ |
| ) | |
| **STATE OF KANSAS,** ) | |
| **LEGISLATIVE ADMINISTRATIVE** ) | |
| **SERVICES,** ) | |
| and ) | |
| **TOM DAY,** in his official capacity as ) | |
| Director of Legislative Administrative ) | |
| Services, ) | |
| Defendants. ) | |

## CLERK'S FOURTEEN-DAY EXTENSION

Pursuant to D. Kan. 77.2(a)(2), Tom Day, sued in his official capacity as Director of Legislative Administrative Services, should be and hereby is granted fourteen (14) additional days in which to answer or otherwise plead to the Complaint filed herein. This is the first request for extension. Defendant Day's answer or other responsive pleading was originally due on January 11, 2021, so the time originally prescribed to plead has not expired. Defendant's answer or other responsive pleading is now due on or before January 25, 2021.

**IT IS SO ORDERED.**

CLERK OF THE U.S. DISTRICT COURT

For the District of Kansas at Topeka


By: /s/ Jeffrey S. Hokanson, Deputy Clerk
   Deputy Clerk

Respectfully Submitted,

OFFICE OF ATTORNEY GENERAL
DEREK SCHMIDT

*s/ M.J. Willoughby*
M.J. Willoughby, No. 14059
Assistant Attorney General
Memorial Bldg., 2nd Floor
120 SW 10th Avenue
Topeka, Kansas 66612-1597
Tel: (785) 296-2215
Fax: (785) 291-3767
Email:  mj.willoughby@ag.ks.gov
*Attorney for Tom Day, sued in his Official Capacity as Director of Legislative Administrative Services*

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of January, 2021, I electronically sent the foregoing Clerk's Fourteen-Day Extension with the Clerk of the Court via email transmission and a copy was served on the Plaintiff by depositing the same in the United States Mail, first class postage prepaid, addressed as follows:

Chris Haulmark, 600 S. Harrison St., Apt. # 11, Olathe, KS 66061, Plaintiff pro se.

*s/ M.J. Willoughby*
M.J. Willoughby
Assistant Attorney General