IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CHRIS HAULMARK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case. No. 20-cv-4084-EFM-TJJ |
| ) | |
| ) | |
| STATE OF KANSAS, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**MOTION FOR EXTENSION OF TIME**

The State of Kansas and Legislative Administrative Services, named as Defendants herein, by and through Assistant Attorney General M.J. Willoughby, respectfully move this Court for an order allowing an additional thirty (30) days in which to file a response to Plaintiff's Complaint (Doc. 01). In support of the requested extension and as per D. Kan. 6.1(a), Defendants state the following:

1. The current date for response is January 22, 2021, and has not yet expired.

2. Other than a Clerk's Extension, no previous extensions of time have been requested as to this deadline.

3. Defendants conferred with the Plaintiff regarding the requested extension. Plaintiff objects to the requested extension of time.

4. Good cause exists for the requested extension. The Legislature has been dealing with the usual challenges associated with a legislative session, which began January 11, 2021, along with the new and additional challenges of trying to conduct

legislative activities in a time of unprecedented Global Pandemic, as well as implementing a $2.74 million technology project contractually designed for ADA accessibility, including closed captioning, and more recently, the challenges posed by the threat of domestic terrorism. For example, the vendor on the technology project had to quarantine two employees working on the project during the first week of the legislative session. This week three days of schedule on-site vendor testing of the new technology system were lost due to the Martin Luther King Holiday and two days on which the Statehouse was closed due to Governor Kelly's order based upon the threat of domestic terrorism associated with the Inauguration. Less important, the undersigned counsel was on two weeks of previously scheduled leave (postponed because of COVID) during the intervening holiday season, and productivity is slower given the challenges of working remotely and meeting other case-related obligations before the state and federal courts given COVID. On January 21, 2021, Plaintiff filed a Motion (Doc. 5), which also requires time for response.

WHEREFORE, for the reasons set forth above, the State of Kansas and Legislative Administrative Services request this Court enter an Order granting an extension of thirty (30) additional days to answer or otherwise plead to Plaintiff's Complaint, up to and including February 22, 2021, and or such other and further relief as this Court deems just and proper.

Respectfully Submitted,

OFFICE OF ATTORNEY GENERAL
DEREK SCHMIDT

*s/ M.J. Willoughby*
M.J. Willoughby, No. 14059
Assistant Attorney General
Memorial Bldg., 2nd Floor
120 SW 10th Avenue
Topeka, Kansas 66612-1597
Tel: (785) 296-2215
Fax: (785) 291-3767
Email: mj.willoughby@ag.ks.gov
*Attorney for State of Kansas, Legislative Administrative Services*

## CERTIFICATE OF SERVICE

This is to certify that on this 22nd day of January, 2021, the above and foregoing Defendants' Motion for Extension of Time was electronically filed with the Clerk of the Court by using the CM/ECF system, which sent notice of electronic filing and a copy served on Plaintiff by depositing the same in the United States Mail, first class postage prepaid, addressed as follows:

Chris Haulmark
600 S. Harrison St., Apt. # 11
Olathe, KS 66061
Plaintiff pro se.

*s/ M.J. Willoughby*
M.J. Willoughby
Assistant Attorney General