IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CHRIS HAULMARK,<br>        Plaintiff,<br><br>v.<br><br>STATE OF KANSAS, et al.,<br>        Defendants. | Case. No. 20-cv-4084-EFM-TJJ |

## DECLARATION OF TOM DAY

I, Tom Day, declare under penalty of perjury the following facts, of which I have personal knowledge:

1. I am the Director of Legislative Administrative Services.

2. I was notified that a USPS envelope addressed to me containing a copy of the summons and the complaint in Case No. 20-CV-04084 was received by certified mail on December 21, 2020 at the Legislative Administrative Service's Office in the State Capitol in Topeka, Kansas.

3. The summons and complaint in Case No. 20-CV-04084 were never personally delivered to me.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 21, 2021.

                                                        *s/ Tom Day*
                                                        Tom Day, Director
                                                        Legislative Administrative Services