Civil Action No. 5:20-cv-04084-EFM-TJJ

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Derek Schmidt, Kansas Attorney General
was received by me on *(date)* 12/18/2020 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Derek Schmidt, Kansas Attorney General , who is
designated by law to accept service of process on behalf of *(name of organization)* State of Kansas, Legislative Administrative Services, and Tom Day on *(date)* 12/18/2020 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 01/27/2021

*Server's signature*

Chris Haulmark
*Printed name and title*

600 S. Harrison St., Apt #11
Olathe, KS 66061

*Server's address*

Additional information regarding attempted service, etc: