AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:20-cv-04084-EFM-TJJ

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Tom Day, Director of Legislative Administrative Services
was received by me on *(date)* 12/19/2020 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Tom Day , who is
designated by law to accept service of process on behalf of *(name of organization)* Tom Day
_____ on *(date)* 12/19/2020 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 01/27/2021

*Server's signature*

Chris Haulmark
*Printed name and title*

600 S. Harrison St., Apt #11
Olathe, KS 66061

*Server's address*

Additional information regarding attempted service, etc: