

**UNITED STATES POSTAL SERVICE.**

```
                OLATHE
         110 N CHESTNUT ST
         OLATHE, KS 66061-9998
            (800)275-8777
12/16/2020                          05:16 PM
---------------------------------------------
Product              Qty    Unit      Price
                            Price
---------------------------------------------
First-Class Mail®     1               $2.00
Large Envelope
    Topeka, KS  66612
    Weight: 0 lb 5.90 oz
    Estimated Delivery Date
        Sat 12/19/2020
    Certified Mail®                   $3.55
        Tracking #:
        70201290000153455062
    Return Receipt                    $2.85
        Tracking #:
        9590 9402 6086 0125 7693 32
Total                                 $8.40

First-Class Mail®     1               $2.40
Large Envelope
    Topeka, KS  66612
    Weight: 0 lb 7.80 oz
    Estimated Delivery Date
        Sat 12/19/2020
    Certified Mail®                   $3.55
        Tracking #:
        70201290000153455079
    Return Receipt                    $2.85
        Tracking #:
        9590 9402 6086 0125 7693 25
Total                                 $8.80
---------------------------------------------
Grand Total:                         $17.20
---------------------------------------------
Credit Card Remitted                 $17.20
    Card Name: VISA
    Account #: XXXXXXXXXXXX8886
    Approval #: 08440C
    Transaction #: 240
    AID: A0000000031010       Chip
    AL: VISA CREDIT
    PIN: Not Required     CHASE VISA
---------------------------------------------
*********************************************
USPS is experiencing unprecedented volume
   increases and limited employee
   availability due to the impacts of
COVID-19. We appreciate your patience and
   remain committed to delivering the
              holidays to you.
*********************************************

In a hurry? Self-service kiosks offer
   quick and easy check-out. Any Retail
      Associate can show you how.

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
 and Data rates may apply. You may also
 visit www.usps.com USPS Tracking or call
              1-800-222-1811.

            Preview your Mail
            Track your Packages
            Sign up for FREE @
           www.informeddelivery.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
        Thank you for your business.
```

---

**Return Receipt 1:**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Derek Schmidt
   120 SW 10th Ave, 2nd Floor
   Topeka, KS 66612

9590 9402 6086 0125 7693 25

2. Article Number: 7020 1290 0001 5345 5079

3. Service Type:
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ ... Restricted Delivery
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

COMPLETE THIS SECTION ON DELIVERY
A. Signature: X  Received     ☐ Agent  ☐ Addressee
B. Received by (Printed Name): DEC 1 8 2020
C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:
   Kansas Attorney General

---

**Return Receipt 2:**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Tom Day
   300 SW 10th Ave, Ste 551-S
   Topeka, KS 66612

9590 9402 6086 0125 7693 32

2. Article Number: 7020 1290 0001 5345 5062

3. Service Type:
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ ... Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

COMPLETE THIS SECTION ON DELIVERY
A. Signature: X  [signature]    ☐ Agent  ☐ Addressee
B. Received by (Printed Name):
C. Date of Delivery: 12/19/20
D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below: