IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

CHRIS HAULMARK,                                )
                                               )
               Plaintiff,                      )
                                               )
v.                                             )        Case. No. 20-cv-4084-EFM-TJJ
                                               )
                                               )
STATE OF KANSAS, et al.,                       )
                                               )
               Defendants.                     )
                                               )

## INDEX TO EXHIBITS

**Exhibit 1:**      Declaration of Thomas (Tom) A. Day

**Day Exhibit A:** Dec. 19, 2019 LCC Resolution

**Day Exhibit B:** Joint Legislative Budget Comm. Materials for Kansas Virtual
                   Statehouse Project

**Day Exhibit C:** Sept. 16, 2020, LCC presentation for Kansas Virtual Statehouse Project

**Day Exhibit D:** Minutes for Sept. 16, 2020 LCC approval of KS VSP

**Day Exhibit E:** Request for Proposals KS VSP

**Day Exhibit F:** World Wide Technology Response to RFP

**Day Exhibit G:** Documentation relating to LCC's Nov. 19, 2020 Approval of KS VSP

**Day Exhibit H:** Contract

**Day Exhibit I:** ADA Policy, Kansas Legislature

**Day Exhibit J:** January 11-15, 2021 Calendar Kansas House and Senate

**Day Exhibit K:** Agenda for Committee Meeting with ADA Notice

**Day Exhibit L:** November 1, 2019 KORA Request from Haulmark with attachments
                   November 6, 2019 and November 15, 2019, Responses from Day

**Day Exhibit M:** January 31, 2020 Email from Haulmark

**Day Exhibit N:** Kansas Legislature Proceedings Due to COVID

**Exhibit 2:**      Declaration of Alan Weis

**Weis Exhibit A:** Sept. 23, 2020 Letter to Terri Clark, Director of Technical Services

**Weis Exhibit B**: ITEC Policy 12.0.