# DECLARATION OF THOMAS A. DAY

I, Thomas ("Tom") A. Day, Director of Legislative Administrative Services ("LAS"), being of lawful age and duly sworn upon oath, submit this Declaration in accordance with 28 U.S.C. 1746. I have personal knowledge of the facts herein. In my capacity as LAS Director, I also have access to LAS business records which consist of records made at or near the time by or from information transmitted by a person with knowledge, such records being kept in the course of the regularly conducted activity of LAS and the making of such records being a regular practice of LAS' activity on behalf of the Kansas Legislature. Where pertinent, copies of LAS business records are attached as Exhibits hereto.

1. I am employed as the Director of Legislative Administrative Services, and have been so employed since January 7, 2015.

2. Legislative Administrative Services provides administrative and technical support for the Kansas Legislature as directed by the Legislative Coordinating Council ("LCC").  I act upon the direction of the LCC.

3. On December 19, 2019, the LCC met and adopted the Motion attached as Exhibit A to the Declaration.

4. Since the LCC's Motion on December 19, 2019, I worked as per the LCC's direction to develop a plan to present to the LCC for approval. I have also worked on a plan for how the Legislature would meet and conduct business in the 2021 Session which we are calling the Kansas Virtual Statehouse Plan. The Virtual Statehouse Plan includes provisions for accessibility as per the LCC's December 19, 2019, direction.

5. To convey information about the Plan and to obtain direction and approvals, I met with the Joint Legislative Budget Committee of the Kansas Legislature on July 15, 2020, August 3, 2020, September 3, 2020, and again on November 13, 2020, and presented the Committee with materials, including those attached to the Declaration as Exhibit B. Because the Statehouse is a historic structure, the State Historical Society was also consulted.

6. On September 16, 2020, I appeared before the Legislative Coordinating Council and presented the Council with information regarding the Virtual

Statehouse Plan, which includes provisions for accessibility as per the LCC's December 19, 2019 direction. A true and correct copy of what I presented to the LCC is attached hereto as Exhibit C. At the meeting, I requested approval from the LCC to move forward on the Kansas Virtual Statehouse Plan.

7.  I was given approval by the LCC to move forward with the Kansas Virtual Statehouse Plan. The minutes reflecting the LCC"s approval are attached as Exhibit D.

8.  Pursuant to the LCC's direction and approval, I prepared and issued a Request for Proposal ("RFP") for the Plan as required by state purchasing laws which was posted on September 25, 2020. A copy of the RFP is attached as Exhibit E hereto.

9.  I received responses to the RFP and scheduled time for vendor demonstrations during the week of October 26, 2020.  I invited Robert Cooper of the Kansas Commission of the Deaf and Hard of Hearing to attend the vendor presentations.  Mr. Cooper attended the vendor presentations and offered input.

10. World Wide Technologies was selected as the successful vendor.  A copy of their response to the RFP is attached as Exhibit F.

11. On November 19, 2020, I met with the LCC to ask for approval for the contract with World Wide Technologies for the Kansas Virtual Statehouse Project. The approval was given. *See* Exhibit G hereto.

12. Representative Ron Ryckman signed the contract on behalf of the LCC.  A copy of the contract is attached as Exhibit H thereto.

13. The contract calls for work to begin on November 19, 2020 and to be completed by February 28, 2021.

14. Before the contract was signed, I was involved in applying for funding for the Kansas Virtual Statehouse Project. The funding was applied for and received. The project has already been fully paid for, as per the contract price of approximately $2.74 million.

15. The Legislature has an ADA Policy that is posted on how accommodations may be requested. A copy of that Policy is attached as Exhibit I. I am the

designated person to whom ADA accommodation requests are to be sent. I do my best to accommodate requests, which often involves interacting with the requestor to answer questions and to try to make sure the requestor's needs are met.

16. The present legislative session began on January 11, 2021. No bills carried over from prior sessions.

17. Legislative proceedings are subject to a calendar, which is posted in advance on the Legislature's website. The calendar for the House and for the Senate for January 11-15, 2021 is attached as Exhibit J hereto. Each committee agenda has an ADA notice on it informing the public on how to request accommodations. A copy of the notice is attached as Exhibit K. The first week of the session tends to be organizational in nature. To my knowledge, no bills were passed during the week of January 11 to January 15, 2021.

18. I did not receive any requests for accommodation from Chris Haulmark for any legislative proceeding occurring from January 11 to January 15, 2021.

19. In the past, I have provided qualified interpreters to Chris Haulmark upon his request when prior notice was given. On one occasion, I provided an interpreter with less than the required two working days notice. The Legislature does not maintain qualified interpreters on staff. Rather the Legislature arranges for qualified interpreters as needed upon prior request. In my experience, the interpreters often have to travel to Topeka from elsewhere, including Olathe, so the notice is necessary to make sure an interpreter is available. January 14, 2019 was the first day of that legislative session. Mr. Haulmark did not give me any prior notice of a request for an interpreter for that day. If he had given me prior notice, an interpreter would have been provided but without notice, no interpreter was available.

20. From the lawsuits filed by Mr. Haulmark, I am aware that Mr. Haulmark alleges he wrote a letter to Ron Ryckman in February 2019. I did not receive a copy of that letter. I never saw the letter until it was included with a legal filing by Mr. Haulmark.

21. I received a November 1, 2019-dated letter from Mr. Haulmark making requests pursuant to the Kansas Open Records Act ("KORA"). In the November 1, 2019, letter I received, attached as Exhibit L hereto, Mr. Haulmark included an attachment with 13 pages of legislative proceedings he was asking be professionally transcribed with "errorless accuracy." I

responded to these KORA requests as per the Act as shown in the attached responses I sent, included in Exhibit L.

22. In response to Mr. Haulmark's requests that transcripts be produced for hundreds of proceedings as per the list attached to Mr. Haulmark's November 1, 2019 request, I have offered to provide Mr. Haulmark with transcripts of proceedings of particular interest.  Mr. Haulmark never responded to my offer.  This pattern was repeated with a subsequent request. Once again, I offered to produce transcripts for particular proceedings of interest. Mr. Haulmark never responded to my offer to produce transcripts of specific proceedings of interest to him. Although one of Mr. Haulmark's subsequent emails to me made a reference to 'bills he was following that he needed to stay on top of,' Mr. Haulmark never told me what those bills were or asked me for information about those specific bills. If he had, I would have provided it.

23. In December 2019, I personally met with Chris Haulmark. I also met with the Kansas Commission on Deaf and Hard of Hearing in January 2020.  At both meetings I indicated I was working on improving the quality of captioning provided on the Kansas legislative proceedings streamed on the Internet. I did not offer any legal opinions or conclusions regarding the quality of the streaming provided or the legal requirements of the ADA; as I am not a licensed Kansas attorney I would not make any such statements. At the December 5, 2019 meeting with Chris Haulmark, he stated he was no longer interested in receiving the transcripts he had previously requested for the 2019 session given our discussion at the meeting.

24. On January 31, 2020, I received an email from Mr. Haulmark stating that all captioning must be "100% accurate." That email and my response are attached as Exhibit M hereto.

25. Because of the COVID-19 Pandemic and the declared State of Emergency, the 2020 Kansas Legislative Session ended early on March 19, 2020. All pending legislation died on that date and nothing will carry over to the session beginning on January 11, 2021.

26. Given the Pandemic, I have been working on plans as to how the Legislature will meet and conduct business in the 2021 Session, subject to the LCC's approval.  Attached as Exhibit N is some information regarding those plans. The 2021 Session will not be like the 2020 Session or any prior session in my experience.  How the Legislature meets may also vary with the conditions

4

being presented at the time. The Legislature consists of 165 elected members. Although legislators are required to be in the building, we have some members participating in the legislative process remotely from their offices or elsewhere in the building to try to assist with maintaining recommended social distancing due to the COVID-19 Pandemic. The Legislature also has staff, numbering 154 FTE and 185 temporary session staff.  Other people in the building include facilities staff, Governor Kelly's staff, and others with business requiring them to be in the building. Having more people or an unlimited number of people in the building would be adverse to the social distancing plans the Legislature is trying to maintain given the Pandemic which is already a challenging situation to maintain.

27. As per the LCC's December 2019, resolution, I have been in frequent contact with the State ADA Coordinator, Anthony Fadale, regarding the ADA-aspects of the Kansas Virtual Statehouse Project. I will continue to work with Mr. Fadale and Robert Cooper of the Kansas Commission on Deaf and Hard of Hearing regarding the Kansas Virtual Statehouse Project, addressing any issues as they occur.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 4, 2021.

s/Thomas Day
Thomas A. Day, Director
Legislative Administrative Services

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

CHRIS HAULMARK,                          )
                                         )
              Plaintiff,                 )
                                         )
v.                                       )        Case. No. 20-cv-4084-EFM-TJJ
                                         )
                                         )
STATE OF KANSAS, et al.,                 )
                                         )
              Defendants.                )
_____  )

**Day Exhibit A**

Dec. 19, 2019 LCC Resolution

**Day Exhibit A**

**Motion Regarding Audio/Video Streaming and Related Accessibility Requirements**

**Item #6, LCC Agenda, December 19, 2019**

I move that the Legislative Coordinating Council direct Mr. Tom Day, Director of Legislative Administrative Services, to develop a plan of implementation of the full video and audio streaming of Senate and House of Representative chamber session meetings and all legislative committee meetings over a reasonable period of time with regard to acceptable hardware and software options and reasonable costs associated with such implementation, including reasonable services for the deaf and hard of hearing segment of our citizenry. Mr. Day shall consult with the Kansas Commission for the Deaf and Hard of Hearing (including appearing before a meeting of the commission) and Mr. Anthony Fadale, State ADA Coordinator for the State of Kansas as he proposes such plan.  For any necessary revisions to LCC Policies, Mr. Day shall consult with Mr. Gordon Self, Revisor of Statutes for assistance and drafting resources. Mr. Day shall present such plan at a subsequent meeting of the LCC.

**Unanimously approved by the Legislative Coordinating Council on December 19, 2019.**

Day Exhibit B

**Report to Kansas Legislature – Legislative Budget Committee**
**Kansas Virtual Statehouse**
**by Tom Day, Director of Legislative Administrative Services**
**and**
**Alan Weis, Legislative Chief Information Technology Officer**
**July 15, 2020**

**Background:**

This report is intended to outline the current state and possible future of virtual technologies used to allow for remote access to the Kansas Statehouse and the proceedings of the Kansas Legislature. Remote access has the potential to allow citizens to hear, view, and interact with members of the Kansas Legislature from anywhere in the state of Kansas. The Kansas Legislature has implemented and used audio and video technologies for over a decade now to allow some virtual access.  However the efforts have been limited due to immature technologies, pilot projects, funding, and limited support.

In March of 2020, the COVID-19 pandemic changed things quickly.  The need to implement remote meetings and remote work environments with members, staff, and citizens was thrust upon us immediately.  We had little time to plan for implementation of technologies and systems.  The good news is the Legislature was in a good position to allow for remote work and meetings.  This was due to our implementation of laptops for staff and members that have integrated video cameras and microphones and VPN to access the statehouse network which has been in use for several years.

**Status from March 2020 to July 2020:**

In March of this year we knew the need for remote meetings would be immediate.  Some legislative staff had been using the Zoom video conferencing system and it was known to be fairly easy to use. There were some security issues when the Zoom system was not configured properly for secure conferences but we saw those issues being address by the company.  In March our Kansas Legislative Office of Information Services (KLOIS) department purchased user licenses for Zoom.  We sent out notices to staff and members on how to configure security and to install updates.  Zoom was used through late March, April and May for legislative committee meetings where all participants were remote on the video conference and the committee rooms were not used.  The Zoom system allowed the streaming of the video conference meetings to the Legislature's YouTube channel for public viewing.  We also were able to stream the audio to our website audio archive system.  These meetings worked fairly well considering the short time we had to prepare and implement the technologies. Legislators and staff seemed to adopt the use of the Zoom system without much trouble.

In June we started having committee meetings in the statehouse committee rooms with some participants in the room and some on video conference.  There have been some issues with this set up. The issues are:

- No integration with the room audio systems to the video conferencing system.
- Some room acoustics make hearing on the video conferences difficult.
- Limited video cameras – no room cameras, using cameras on laptops.
- Placement of large monitors on stands in the rooms.

We are currently working to resolve the issues with integration to the room audio systems and adding additional cameras.

**Virtual Statehouse Planning:**
Below are items that should be considered in planning to implement a full Kansas Virtual Statehouse.

Committee Room audio system improvements:
- There may be updates required to the systems to interface into the video conference systems.
- Train KLOIS staff to configure and adjust room audio systems as required.

Committee Room video cameras:
- Implementation of wall mounted Pan-Tilt-Zoom (PTZ) cameras should be considered.
- Multiple cameras may be needed in each room to video members and the podiums.

Committee Room video monitors:
- Implementation of wall mounted video monitors should be considered.
- There are issue with using monitors mounted on roll-around stands.
    - Monitors and stands can block views of members and audience.
    - Monitors and stands can block walk ways.
    - Monitor cables across the floor create a safety hazard.
    - There is significant set up time for technical staff to prepare a room needing monitors.

Audio and video streaming:
- Implementation of full video and audio streaming from all 13 committee rooms should be considered.

Video conferencing:
- Video conferencing allows remote interactive participation in meetings for members and the public.
- Dedicated room video conference systems should be considered.

Closed Captioning:
- Closed Captioning (audio to text conversion) should be considered.
- Closed Captioning can be done either in real-time during the meeting or the conversion can be done later after the meeting.
- There can be significant costs associated with the accurate conversion of the meeting audio to text.
- Real-time Closed Captioning may require transcriptionist personnel to be hired or contracted to convert audio to text.
- Real-time Closed Captioning could also be accomplished through automated speech recognition software.
- We are working closely with the Kansas Commission for the Deaf and Hard of Hearing and the ADA Coordinator for the State of Kansas to ensure accessibility is achieved.

Statehouse Network:
- Possible updates and enhancements to the Statehouse network may be required to handle the increased bandwidth requirements.

Staffing:
- Currently setting up screens, projectors, monitors, and computers, configuring meetings in systems, and monitor the technology for meetings has been a add-on function of a few KLOIS staff members.   During the Legislative Session temporary staff are contracted to provide additional help.
- When implementing a full virtual statehouse we need to ensure there is a proper amount technical staff to handle the configuration and monitoring of the audio and video systems.

**Report to Kansas Legislature – Legislative Budget Committee**
**Kansas Virtual Statehouse**
**by Tom Day, Director of Legislative Administrative Services**
**and**
**Alan Weis, Legislative Chief Information Technology Officer**
**August 3, 2020**

**Update:**

The Legislative Budget Committee on July 15, 2020 requested the Legislative CITO, Alan Weis, provide cost estimates on implementing virtual meeting technologies for Legislative committees in the Kansas Statehouse. Below are preliminary cost estimates to implement systems based on the planning considerations outlined in the Kansas Virtual Statehouse report provided to the Legislative Budget Committee during the July 15, 2020 meeting.

This information is very preliminary and subject to change. A full analysis and review of the systems is ongoing. The analysis of the many details on features, functions, integration, business processes, room modifications, network impact, staffing, etc. are pending.

The effort to implement the Kansas Virtual Statehouse will be a state Information Technology Project as defined in K.S.A. 75-7201 due to the accumulative cost estimate being over the $250,000 threshold. A Project Plan will need to be created by staff of the Kansas Legislative Office of Information Services (KLOIS) that will include the project description and justification with cost estimates and a cost benefit statement (per K.S.A. 75-7209). The Project Plan will need the approval of the Director of Legislative Administrative Services and the Legislative Chief Information Technology Officer (L-CITO). Per Information Technology Executive Council (ITEC) policies, the plan will then be filed with the Kansas Information Technology Office (KITO) and reported to the Joint Committee for Information Technology (JCIT). Quarterly Project Reports will be filed by the KLOIS staff with the KITO office until project completion. The quarterly reports will be reviewed by the L-CITO and JCIT.

The Legislative Chief Information Technology Officer performs duties under the direction of the Legislative Coordinating Council and the Director of Legislative Administration. Therefore, I believe it is important that we receive a directive from the LCC, based on recommendations from the Legislative Budget Committee, to continue moving forward on the Kansas Virtual Statehouse effort. Other considerations as we move forward are to incorporate all aspects of accessibility in the planning and implementation, whether complete or phased-in, based on a motion made by the Legislative Coordinating Council at the December 2019 meeting. The motion directed staff "to develop a plan of implementation of the full video and audio streaming of Senate and House of Representative chamber session meetings and all legislative committee meetings over a reasonable period of time with regard to acceptable hardware and software options and reasonable costs associated with such implementation, including reasonable services for the deaf and hard of hearing segment of our citizenry." This plan is to be presented at a subsequent LCC meeting.

**Cost Estimates:**

Implementation of video conference systems in the 13 Statehouse committee rooms:
Functions provided:
- Video conference system hardware and software
- Committee Room video cameras
- Committee Room video monitors
- Audio and video streaming
- Closed Captioning

| | |
|---|---:|
| Initial cost estimate: | $4,951,000.00 |
| Annual cost estimate: | $762,000.00 |

Statehouse Committee Room Audio Systems Upgrades:
9 committee rooms require equipment upgrades.  Also the House and Senate Chambers require equipment upgrades.  (5 room audio systems have been upgraded within the past year.)
Annual cost estimate is for a support contract on the audio systems.

| | |
|---|---:|
| Initial cost estimate: | $110,000 |
| Annual cost estimate: | $25,000 |

Integration of room audio systems with video conference systems:
This includes additional interfaces, wiring, and software configuration for the 13 room audio system.

| | |
|---|---:|
| Initial cost estimate: | $7,000 |
| Annual cost estimate: | none |

Kansas Legislative Office of Information Services staffing:
Increase full-time staff by 2 staff members to support and administrate systems.

| | |
|---|---:|
| FTE annual cost: ($75,000 each FTE) | $150,000 |

| | |
|---|---:|
| Total Initial cost estimate: | $5,068,000 |
| Total Annual cost estimate: | $937,000 |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

CHRIS HAULMARK,                          )
                                         )
                    Plaintiff,           )
                                         )
v.                                       )          Case. No. 20-cv-4084-EFM-TJJ
                                         )
                                         )
STATE OF KANSAS, et al.,                 )
                                         )
                    Defendants.          )
_____    )

**Day Exhibit B**

Joint Legislative Budget Comm. Materials for Kansas Virtual Statehouse Project

Day Exhibit B

**Report to Kansas Legislature – Legislative Budget Committee**
**Kansas Virtual Statehouse**
**by Tom Day, Director of Legislative Administrative Services**
**and**
**Alan Weis, Legislative Chief Information Technology Officer**
**July 15, 2020**

**Background:**
This report is intended to outline the current state and possible future of virtual technologies used to allow for remote access to the Kansas Statehouse and the proceedings of the Kansas Legislature. Remote access has the potential to allow citizens to hear, view, and interact with members of the Kansas Legislature from anywhere in the state of Kansas. The Kansas Legislature has implemented and used audio and video technologies for over a decade now to allow some virtual access. However the efforts have been limited due to immature technologies, pilot projects, funding, and limited support.

In March of 2020, the COVID-19 pandemic changed things quickly. The need to implement remote meetings and remote work environments with members, staff, and citizens was thrust upon us immediately. We had little time to plan for implementation of technologies and systems. The good news is the Legislature was in a good position to allow for remote work and meetings. This was due to our implementation of laptops for staff and members that have integrated video cameras and microphones and VPN to access the statehouse network which has been in use for several years.

**Status from March 2020 to July 2020:**
In March of this year we knew the need for remote meetings would be immediate. Some legislative staff had been using the Zoom video conferencing system and it was known to be fairly easy to use. There were some security issues when the Zoom system was not configured properly for secure conferences but we saw those issues being address by the company. In March our Kansas Legislative Office of Information Services (KLOIS) department purchased user licenses for Zoom. We sent out notices to staff and members on how to configure security and to install updates. Zoom was used through late March, April and May for legislative committee meetings where all participants were remote on the video conference and the committee rooms were not used. The Zoom system allowed the streaming of the video conference meetings to the Legislature's YouTube channel for public viewing. We also were able to stream the audio to our website audio archive system. These meetings worked fairly well considering the short time we had to prepare and implement the technologies. Legislators and staff seemed to adopt the use of the Zoom system without much trouble.

In June we started having committee meetings in the statehouse committee rooms with some participants in the room and some on video conference. There have been some issues with this set up. The issues are:

- No integration with the room audio systems to the video conferencing system.
- Some room acoustics make hearing on the video conferences difficult.
- Limited video cameras – no room cameras, using cameras on laptops.
- Placement of large monitors on stands in the rooms.

We are currently working to resolve the issues with integration to the room audio systems and adding additional cameras.

**Virtual Statehouse Planning:**
Below are items that should be considered in planning to implement a full Kansas Virtual Statehouse.

Committee Room audio system improvements:
- There may be updates required to the systems to interface into the video conference systems.
- Train KLOIS staff to configure and adjust room audio systems as required.

Committee Room video cameras:
- Implementation of wall mounted Pan-Tilt-Zoom (PTZ) cameras should be considered.
- Multiple cameras may be needed in each room to video members and the podiums.

Committee Room video monitors:
- Implementation of wall mounted video monitors should be considered.
- There are issue with using monitors mounted on roll-around stands.
    - Monitors and stands can block views of members and audience.
    - Monitors and stands can block walk ways.
    - Monitor cables across the floor create a safety hazard.
    - There is significant set up time for technical staff to prepare a room needing monitors.

Audio and video streaming:
- Implementation of full video and audio streaming from all 13 committee rooms should be considered.

Video conferencing:
- Video conferencing allows remote interactive participation in meetings for members and the public.
- Dedicated room video conference systems should be considered.

Closed Captioning:
- Closed Captioning (audio to text conversion) should be considered.
- Closed Captioning can be done either in real-time during the meeting or the conversion can be done later after the meeting.
- There can be significant costs associated with the accurate conversion of the meeting audio to text.
- Real-time Closed Captioning may require transcriptionist personnel to be hired or contracted to convert audio to text.
- Real-time Closed Captioning could also be accomplished through automated speech recognition software.
- We are working closely with the Kansas Commission for the Deaf and Hard of Hearing and the ADA Coordinator for the State of Kansas to ensure accessibility is achieved.

Statehouse Network:
- Possible updates and enhancements to the Statehouse network may be required to handle the increased bandwidth requirements.

Staffing:
- Currently setting up screens, projectors, monitors, and computers, configuring meetings in systems, and monitor the technology for meetings has been a add-on function of a few KLOIS staff members.   During the Legislative Session temporary staff are contracted to provide additional help.
- When implementing a full virtual statehouse we need to ensure there is a proper amount technical staff to handle the configuration and monitoring of the audio and video systems.

**Report to Kansas Legislature – Legislative Budget Committee**
**Kansas Virtual Statehouse**
**by Tom Day, Director of Legislative Administrative Services**
**and**
**Alan Weis, Legislative Chief Information Technology Officer**
**August 3, 2020**

**Update:**

The Legislative Budget Committee on July 15, 2020 requested the Legislative CITO, Alan Weis, provide cost estimates on implementing virtual meeting technologies for Legislative committees in the Kansas Statehouse. Below are preliminary cost estimates to implement systems based on the planning considerations outlined in the Kansas Virtual Statehouse report provided to the Legislative Budget Committee during the July 15, 2020 meeting.

This information is very preliminary and subject to change. A full analysis and review of the systems is ongoing. The analysis of the many details on features, functions, integration, business processes, room modifications, network impact, staffing, etc. are pending.

The effort to implement the Kansas Virtual Statehouse will be a state Information Technology Project as defined in K.S.A. 75-7201 due to the accumulative cost estimate being over the $250,000 threshold. A Project Plan will need to be created by staff of the Kansas Legislative Office of Information Services (KLOIS) that will include the project description and justification with cost estimates and a cost benefit statement (per K.S.A. 75-7209). The Project Plan will need the approval of the Director of Legislative Administrative Services and the Legislative Chief Information Technology Officer (L-CITO). Per Information Technology Executive Council (ITEC) policies, the plan will then be filed with the Kansas Information Technology Office (KITO) and reported to the Joint Committee for Information Technology (JCIT). Quarterly Project Reports will be filed by the KLOIS staff with the KITO office until project completion. The quarterly reports will be reviewed by the L-CITO and JCIT.

The Legislative Chief Information Technology Officer performs duties under the direction of the Legislative Coordinating Council and the Director of Legislative Administration. Therefore, I believe it is important that we receive a directive from the LCC, based on recommendations from the Legislative Budget Committee, to continue moving forward on the Kansas Virtual Statehouse effort. Other considerations as we move forward are to incorporate all aspects of accessibility in the planning and implementation, whether complete or phased-in, based on a motion made by the Legislative Coordinating Council at the December 2019 meeting. The motion directed staff "to develop a plan of implementation of the full video and audio streaming of Senate and House of Representative chamber session meetings and all legislative committee meetings over a reasonable period of time with regard to acceptable hardware and software options and reasonable costs associated with such implementation, including reasonable services for the deaf and hard of hearing segment of our citizenry." This plan is to be presented at a subsequent LCC meeting.

**Cost Estimates:**

Implementation of video conference systems in the 13 Statehouse committee rooms:

Functions provided:
- Video conference system hardware and software
- Committee Room video cameras
- Committee Room video monitors
- Audio and video streaming
- Closed Captioning

| | |
|---|---:|
| Initial cost estimate: | $4,951,000.00 |
| Annual cost estimate: | $762,000.00 |

Statehouse Committee Room Audio Systems Upgrades:
9 committee rooms require equipment upgrades.  Also the House and Senate Chambers require equipment upgrades.  (5 room audio systems have been upgraded within the past year.)
Annual cost estimate is for a support contract on the audio systems.

| | |
|---|---:|
| Initial cost estimate: | $110,000 |
| Annual cost estimate: | $25,000 |

Integration of room audio systems with video conference systems:
This includes additional interfaces, wiring, and software configuration for the 13 room audio system.

| | |
|---|---:|
| Initial cost estimate: | $7,000 |
| Annual cost estimate: | none |

Kansas Legislative Office of Information Services staffing:
Increase full-time staff by 2 staff members to support and administrate systems.

| | |
|---|---:|
| FTE annual cost: ($75,000 each FTE) | $150,000 |

| | |
|---|---:|
| Total Initial cost estimate: | $5,068,000 |
| Total Annual cost estimate: | $937,000 |



**State of Kansas**

**Senate Chamber**

CAROLYN McGINN
STATE SENATOR, 31ST DISTRICT
HARVEY AND NORTH SEDGWICK COUNTIES

HOME ADDRESS:
P.O. BOX A
SEDGWICK, KANSAS 67135
(316) 772-0147

COMMITTEE ASSIGNMENTS
CHAIRMAN
WAYS AND MEANS

MEMBER
AGRICULTURE AND NATURAL RESOURCES
ETHICS, ELECTIONS AND
LOCAL GOVERNMENT

JOINT COMMITTEES
RULES AND REGULATIONS
BUILDING COMMITTEE

ROOM 545-S, STATE CAPITOL
TOPEKA, KANSAS 66612
(785) 296-7377
carolyn.mcginn@senate.ks.gov

September 10, 2020

Representative Ron Ryckman, Chairperson
Legislative Coordinating Council
Statehouse Room 370-W
BUILDING MAIL

Dear Chairperson Ryckman:

The Legislative Budget Committee has received testimony from the Legislative Chief Information Technology Officer (CITO) concerning the requirements to upgrade the communications technology in the Statehouse. The proposed upgrade would permit remote listeners and remote participants to effectively engage in meetings held in the Statehouse.

The Committee notes testimony from the September 3, 2020, meeting, at which the CITO advised the Committee that a request was being submitted to the Office of Recovery for funding from the federal CARES Act appropriation to fund these upgrades, estimated to cost $5.0 million. The Committee notes its support for the project and the funding application and requests the Legislative Coordinating Council approve the project. Because of the time-sensitive nature of purchasing and installing the equipment for the 2021 Legislative Session, the Committee requests the LCC meet as soon as possible to expedite this important technology project. Project approval would allow the CITO to proceed with a request for proposal.

Carolyn McGinn aD

Senator Carolyn McGinn
Chairperson, Legislative Budget Committee

cc:  Senator Susan Wagle, Vice-chairperson
     Chase Blasi, Chief of Staff, Senate President's Office
     Paje Resner, Chief of Staff, Speaker's Office
     Gordon Self, Revisor of Statutes
     J.G. Scott, Director, Legislative Research Department
     Tom Day, Director, Legislative Administrative Services

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

CHRIS HAULMARK,                        )
                                       )
                    Plaintiff,         )
                                       )
v.                                     )        Case. No. 20-cv-4084-EFM-TJJ
                                       )
                                       )
STATE OF KANSAS, et al.,               )
                                       )
                    Defendants.        )
_____    )

**Day Exhibit C**

Sept. 16, 2020, LCC presentation for Kansas Virtual Statehouse Project

Day Exhibit C

**Report to the Kansas Legislative Coordinating Council**
**Kansas Virtual Statehouse Project**
**by Tom Day, Director of Legislative Administrative Services**
**and**
**Alan Weis, Legislative Chief Information Technology Officer**
**September 16, 2020**

The Kansas Virtual Statehouse project will allow the public to participate in Kansas Legislative process from anywhere in the state using virtual technologies. The virtual technologies will create a secure environment that will allow legislators, staff, and the public to interact from any location using video, audio, and shared computer screens. The Statehouse Chambers and Committee rooms will be equipped with professional video conference systems that will enhance transparency and meet accessibility standards. This will allow remote testimony from anywhere connectivity and the technology is available. The video and audio of Legislative proceedings will the streamed to the public network for unlimited public viewing.

During the 2020 Legislative Session in March the Kansas Statehouse was temporarily closed due to the COVID-19 pandemic. However Legislative Committees continued to meet from March through May 2020. These meetings were conducted using online video conferencing systems that allowed individuals to connect on personal devices such as laptop computers and mobile phones. In June of 2020 the Statehouse reopened and meetings were then allowed in committee rooms but some participants still connected to the meetings remotely. There are significant challenges attempting to use devices intended for an individual in a large room setting, challenges such as using large monitors on mobile stands and no room audio integration.  We now foresee the continued need of virtual technologies for the Kansas Legislature due to the current COVID-19 pandemic and the desire to allow for more participation and transparency in state government.

Accessibility is an important requirement of this project.  Incorporate all aspects of accessibility in the planning and implementation, whether complete or phased-in, based on a motion made by the Legislative Coordinating Council at the December 2019 meeting. The motion directed staff "to develop a plan of implementation of the full video and audio streaming of Senate and House of Representative chamber session meetings and all legislative committee meetings over a reasonable period of time with regard to acceptable hardware and software options and reasonable costs associated with such implementation, including reasonable services for the deaf and hard of hearing segment of our citizenry." The LCC requested a plan be presented at a subsequent LCC meeting.

Reports on the Kansas Virtual Statehouse were provided to the Legislative Budget Committee during the July 15th, 2020 and August 3rd, 2020 committee meetings, the two reports are attached. The reports list the items for consideration and a preliminary budget estimate.  The Legislative Budget Committee directed the project be put through the RFP process if approved.  A funding request for the project was submitted to the SPARK committee for Coronavirus Relief Funding on September 3rd, 2020.

We are requesting project approval from the Legislative Coordinating Council to move forward on the Kansas Virtual Statehouse Project.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

CHRIS HAULMARK,                        )
                                       )
                    Plaintiff,         )
                                       )
v.                                     )        Case. No. 20-cv-4084-EFM-TJJ
                                       )
                                       )
STATE OF KANSAS, et al.,               )
                                       )
                    Defendants.        )
_____)

**Day Exhibit D**

Minutes for Sept. 16, 2020 LCC approval of KS VSP

Day Exhibit D

PROPOSED MINUTES

LEGISLATIVE COORDINATING COUNCIL

September 16, 2020

Members participating:

Speaker Ron Ryckman, Chairperson – by Teleconference
President Susan Wagle, Vice Chairperson
Representative Dan Hawkins, Majority Leader – by Teleconference
Representative Blaine Finch, Speaker Pro Tem – by Teleconference
Representative Tom Sawyer, Minority Leader
Senator Jim Denning, Majority Leader – by Teleconference
Senator Anthony Hensley, Minority Leader – by Teleconference

The meeting was called to order by Chairperson Ron Ryckman, at 2:00 p.m.

1. Chairperson Ryckman presented the minutes of the LCC meetings held on December 19, 2019, April 8, 2020, April 22, 2020, and May 6, 2020. Senator Jim Denning moved that such minutes be approved. Representative Dan Hawkins seconded the motion. The motion carried.

2. Chairperson Ryckman presented a recommendation of the Legislative Budget Committee for the LCC to approve the transfer of an additional $5,000,000 from the Coronavirus Response Account of the State General Fund to the Job Creation Program Fund for FY 2021. Senator Carolyn McGinn and Representative Troy Waymaster were available to answer questions. Representative Hawkins moved to approve such recommendation. Senator Denning seconded the motion. The motion carried.

3. Chairperson Ryckman recognized Mr. Tom Day, Director of Legislative Administrative Services. Mr. Day presented the plan for the Kansas Virtual Statehouse Project. Mr. Day stated that this project will create a secure environment that will allow legislators, staff and the public to interact from any location using video, audio and shared computer screens, including the incorporation of aspects of accessibility for deaf and hard of hearing citizens of our state. The Legislative Budget Committee recommended that the project be put through an RFP process and a funding request was submitted to the SPARK committee for Coronavirus Relief Funding. Senator Carolyn McGinn and Representative Troy Waymaster provided information to the LCC regarding the Project. Representative Hawkins moved to approve the project plan and direct staff to proceed with the project as recommended. Representative Tom Sawyer seconded the motion. The motion carried.

4. Chairperson Ryckman recognized Mr. Day who provided information on election year travel of legislators. Pursuant to LCC Policy 34(d) any legislator who does not file for reelection by the filing deadline, who has publicly stated their intention to not seek reelection or was defeated in a primary or general election may not receive reimbursement for expenses for an out-of-state trip unless such legislator is an officer or chairperson or vice chairperson of specified legislative organizations.

5. Chairperson Ryckman recognized Ms. Susan Kannarr, Chief Clerk of the House of Representatives, who provided information on plans for the orientation of new members-elect following the preorganizational meeting of members-elect to be held on December 7 and 8, 2020. Representative Hawkins moved the approval of the plan described. Representative Sawyer seconded the motion. The motion carried.

6. Chairperson Ryckman recognized Ms. Kannarr who provided a report on the publication and distribution of Senate and House Permanent Journals. Ms. Kannarr reviewed information on the costs of the 2019 Senate and House Permanent Journals. Ms. Kannarr then presented the joint recommendation of the Chief Clerk of the House of Representatives and the Secretary of the Senate that the Secretary of State be directed to order 150 copies of the Permanent Journals of the Senate and the Permanent Journals of the House of Representatives, and the cost for the two-volume set be $80, plus tax and handling. Representative Hawkins moved that such recommendation be approved. Representative Sawyer seconded the motion. The motion carried.

7. Chairperson Ryckman recognized Mr. Day who provided information regarding Kansas commissioners attending a meeting of the Uniform Law Commissioners to be held during the fall of 2020. Representative Hawkins moved to authorize the reimbursement of expenditures for in person attendance of the Kansas commissioners at such meeting. Representative Sawyer seconded the motion. The motion carried.

8. Chairperson Ryckman recognized Mr. J.G. Scott, Director of the Legislative Research Department, who described a request by the Senate Standing Committee on Confirmation Oversight for one additional interim meeting day and a request from the Special Committee on Kansas Mental Health Modernization and Reform to create subcommittees or working groups and authorize legislative staff agencies to provide staff support for the subcommittees or working groups. Representative Hawkins moved to approve both interim requests. Representative Sawyer seconded the motion. The motion carried.

9. Chairperson Ryckman recognized Mr. Day who presented the 2020 Session Document Service report. Mr. Day reported that 72 packets were distributed or purchased by state agencies and the public in 2020, with revenue collected in the amount of $8,000. The prices for the Document Packet Service were $544 (with tax) and $524 (tax exempt) for mailed packets, and $219.90 (with tax) and $200 (tax exempt) for pickup or state building mail. Mr. Day recommended no change in document packet price or free distribution levels for the 2021 Legislative Session. Representative Hawkins moved that such recommendation be approved. Representative Sawyer seconded the motion. The motion carried.

10. Chairperson Ryckman recognized Mr. Day who described a change order request of an additional $34,750 of AECOM regarding the Electric Rate Study – Phase II conducted by AECOM to cover additional work not contemplated by the original scope of work pertaining to adjustments in the public report regarding certain redactions relating to confidential information. Representative Hawkins moved to approve the change order request. Representative Sawyer seconded the motion. After a roll call vote, the motion failed 3-4. Representative Blaine Finch moved to approve the change order request and authorize the LCC to send a letter to the Kansas Corporation Commission directing that the additional costs incurred pursuant to this change order request be paid by the shareholders of the public utilities and not passed on to rate payers. Senator Denning seconded the motion. The motion carried.

11. Chairperson Ryckman recognized Mr. Day who provided information on the current state of legislator laptops. Mr. Day reported that such laptops have reached an end of useful life as indicated by a high rate of component failures. Mr. Day recommends the LCC approve a contract with Dell to lease 185 Dell Latitude 7410 laptops at an annual cost of $66,084 (a decrease from current lease) for a period of four years at a total cost of $264,336, and that the Chairperson of the LCC be granted authority to review and sign the contract on behalf of the LCC. Representative Hawkins moved to approve and sign the recommended lease. Representative Sawyer seconded the motion. The motion carried.

Mr. Day presented a memo outlining the status of legislative branch printers and recommended that the LCC approve a lease with Century Business Technologies to upgrade the legislative printers, and that the Chairperson of the LCC be granted authority to review and sign the contract on behalf of the LCC. Such lease shall have a five-year term and shall include 140 printers with an annual cost of $56,436. The total lease cost is $282,180. Representative Hawkins moved to approve and sign the recommended lease. Representative Sawyer seconded the motion. The motion carried.

Upon completion of all business before the LCC, the meeting was adjourned.

Prepared by

Gordon L. Self
Revisor of Statutes
As Secretary

Approved by

_____
Speaker Ron Ryckman
Chairperson

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

CHRIS HAULMARK,                          )
                                         )
                    Plaintiff,           )
                                         )
v.                                       )          Case. No. 20-cv-4084-EFM-TJJ
                                         )
                                         )
STATE OF KANSAS, et al.,                 )
                                         )
                    Defendants.          )
_____)

**Day Exhibit E**

Request for Proposals KS VSP

Day Exhibit E

# REQUEST FOR PROPOSALS
# To Provide Software and Hardware for the Virtual Statehouse Project
# For the Kansas Legislature

**Issuance Date:  September 25, 2020**

**Proposal Due Date: October 7, 2020**

**Prepared by:**
**Kansas Legislative Office of Information Services**

**Objective:**  The Kansas Virtual Statehouse project will allow the public to participate in the Kansas Legislative process from anywhere in the state using virtual technologies.  The virtual technologies will create a secure environment that will allow legislators, staff, and the public to interact from any location using video, audio, and shared computer screens.  The Statehouse Chambers and Committee rooms will be equipped with professional video conference systems that will enhance transparency and meet accessibility standards.  This will allow remote testimony from anywhere connectivity and the technology is available.  The video and audio of video conferences will the streamed to the public network for unlimited public viewing along with other legislative proceedings under existing or future streaming services utilized by the Legislature.

**General Requirements:** These general requirements apply to all products obtained under this lease.

At the request of the Kansas Legislative Office of Information Services (KLOIS), the Vendor will supply a sample model of the proposed equipment, including hardware and software.  Each sample unit will be tested on the legislative network with integration to existing legislative standard software and systems.

**Maintenance for all products under the lease will be on-site, next business day throughout the maintenance period.**  The staff of KLOIS desires privileges to swap parts as necessary to keep critical computers operational.  State the terms and conditions for granting these privileges.  A minimum 3-year maintenance period should be included.

The Virtual Statehouse systems will integrate with the existing Biamp Tesira and BSS audio systems.  The software will integrate with the KLISS legislative committee and chamber systems for meeting agendas and conferee testimony.  This can be as simple as links to meeting agendas published on the legislative website or the integration can use the published KLISS API.  The API can be found here:   http://www.kslegislature.org/klois/Pages/RESTianAPI.html

Vendors may respond with proposals for specific components of the Virtual Statehouse project without responding with proposals for the full systems.  For example, a vendor may propose a solution for meeting management software or accessibility software, without including a solution for public access to the meetings.  Preference will be given to proposals that provide full solutions for the Virtual Statehouse project.

RFP responses must indicate clearly whether each and every specification is met or unmet.  Explanations that assist in the clarification of responses are desired.

**Pricing/costs of the proposal shall be separated from the rest of the response.  Please attach the pricing/cost information to the response in a sealed envelope.  Digital responses should include the pricing/cost information in a separate file.**

**The Kansas Legislature will accept proposals until 2 PM CDST, October 7, 2020.**

Page **2** of **19**

## Basic Information for Respondents

### A.  Background.

This Request for Proposal (RFP) solicits proposals to provide a system that will allow the public to participate in the Kansas Legislative process from anywhere in the state using virtual technologies and allow legislators to participate in legislative proceedings remotely.

During the 2020 Legislative Session, the Kansas Statehouse was temporarily closed due to the COVID-19 pandemic in March, 2020.  Legislative Committees continued to meet, however, from March through May 2020.  These meetings were conducted using online video conferencing systems that allowed individuals to connect on personal devices such as laptop computers and mobile phones.  In June of 2020 the Statehouse reopened and meetings were then allowed in committee rooms but some participants still connected to the meetings remotely. There are significant challenges attempting to use devices intended for an individual in a large room setting, such as using large monitors on mobile stands and no room audio integration.

We now foresee the continued need of virtual technologies for the Kansas Legislature due to the current COVID-19 pandemic and the desire to allow for more participation and transparency in state government.

The work of the Legislature is time-sensitive and varied in nature; as a result, this project has an aggressive schedule to implement a system for the start of the 2021 Legislative Session.  The specific requirements will be described in more detail later in this request.

### B.  Acronyms and Specialized Terms

**LCC**. The *Legislative Coordinating Council* has general authority over all legislative services and comprises the President, Majority Leader, and Minority Leader of the Senate; and the Speaker, Speaker Pro Tem, Majority Leader, and Minority Leader of the House of Representatives.

**Procurement Negotiating Committee (PNC).**  The *Procurement Negotiating Committee (PNC)* consists of the Legislative Chief Information Technology Officer, Director of Technical Services, and an attorney from the Revisor's Office.  The PNC conducts negotiations and makes the final award based on the best interests of the State.

### C.  Communications Related To This RFP

From the issuance date of this RFP until a vendor for the requested goods and services is selected and contract negotiations commenced, respondents are not allowed to communicate with any Legislative staff regarding this procurement except for the contact listed below.  Violation of this provision may result in the rejection of respondent's proposal.

Questions about this solicitation should be addressed in writing to:

**Terri Clark, Director of Technical Services**

Page **3** of **19**

**300 SW 10th, Room 63-W Statehouse**
**Topeka KS 66612**
**785-296-5433**
**terri.clark@las.ks.gov**

We strongly recommend that written questions be transmitted by e-mail to assist in expedited responses. All communications prior to a formal declaration of start of negotiation will be documented and given to all members of the PNC.

The LCC reserves the right to amend or cancel this solicitation at any time. The LCC also reserves the right to refuse any and all proposals and portions of proposals submitted in response to this solicitation.

## Proposal Requirements

### A. *Proposal Acceptance Guidelines*

The following conditions are necessary for any proposal to be accepted for consideration:

### *Eligibility.*
Proposals submitted in response to this request may be submitted by any individual or entity with the ability to provide the requested goods and services.   The person who signs the proposal must be an authorized representative of the entity submitting the proposal.

### *Content.*
Proposals must follow the outline described in the "Instructions to Respondents" section later in this solicitation.  Adherence to a standard format will allow the PNC to quickly and easily identify elements for evaluation. Failure to follow the required format may result in rejection of the proposal. Proposals that simply restate the RFP's requirements or simply indicate that the specified goods or service will be provided will not be considered responsive and may be rejected.  The LCC will reject conditional or incomplete proposals or proposals that contain irregularities in content or procedure. Proposals that, in the opinion of the PNC, are not specifically responsive will be rejected. Oral responses will not be accepted.

### *Deadline for Submission.*
**In order for proposals to be considered, the signed original proposal and 3 digital copies of the signed original must be received at the location specified below, on or before 2:00 p.m. (CDST), October 7, 2020.**

Proposals must be delivered to:
Alan Weis, Legislative Chief Information Technology Officer
Legislative Office of Information Services
Kansas Statehouse, Room 63-W
300 SW 10th Avenue
Topeka, Kansas 66612

The Legislature reserves the right to postpone the deadline, in which case notification will be distributed in the same manner as the original RFP.

### B. *Vendor/Contractor Guarantees*
### *Prices.*
The successful proposal may become part of the purchasing contract. All prices quoted in the proposal must be firm on the basis of services and products offered and must be valid for at least 60 days from the time of submission of the proposal.

### *Conflict of Interest.*
All proposals must include certification that any prices presented in the proposal were arrived at without any conflict of interest. For purposes of this certification, a conflict of interest would exist if prices were not arrived at independently and without collusion, consultation, communication or agreement with any other respondent, competitor, or public officer regarding

Page **5** of **19**

any matter material to those prices. If a conflict of interest is detected at any time during the period of the contract entered into as a result of this RFP, the contract will be declared null and void and the respondent must assume all costs of the project until such time as a new vendor is secured.

### Performance.

Respondents must guarantee that all goods and services offered in response to this solicitation will perform according to the specifications and provisions of the solicitation. Respondents must identify whether any guarantees are conditional and clearly state such conditions.

### Payment tied to performance

Respondent must self-finance Respondent's total cost of performance under any contract entered into as a result of this RFP.  Any contract entered into as a result of this RFP will include provisions allowing the State of Kansas to payments for Respondent's failure to provide products or services as required by the contract until such non-performance is rectified.

### C.  Legal Requirements

### Contractual Provisions Attachment.

Any contract entered into for provision of goods or services will include the Contractual Provisions Attachment (Attachment A).

### Open Records.

All proposals and supporting documentation submitted by respondents become the property of the LCC and pursuant to state law will be open to public review after contract signing or rejection of all proposals. Any documentation accompanying the proposal that the respondent considers proprietary or confidential must be clearly marked as such. Cost data cannot be considered proprietary or trade secret information.

### D.  Proposal Review and Contract Negotiation

### Waiver of Requirements.

The LCC may waive a proposal's deviation from the requirements of this RFP but any such waiver will not constitute a modification of the RFP requirements nor will such waiver excuse any respondent from full compliance with any contract entered into as a result of this RFP.

### Additional Information.

The LCC may request additional information as needed from any respondent who submits a proposal. If additional information is requested from a respondent, the LCC is not required to request the same information from all respondents.

### Notice.

If this RFP is amended or canceled, or if additional information is provided by the LCC (or the PNC on the LCC's behalf) to clarify the RFP, notification of how to obtain the information will be distributed in the same manner as the original notice. Verbal communication regarding the RFP will not override written communication. All respondents must acknowledge in the proposal receipt of any addenda to this RFP or any additional information from the LCC or the PNC.

Failure to include such acknowledgment in the proposal may result in rejection of the proposal.

***Final decision.***
The final decision for securing goods and services described in this proposal will be made by the LCC. The LCC reserves the right to negotiate all elements of any proposal submitted in response to this request. Any such negotiations may include, but not be limited to, prices, scope of services, payment schedules, penalties, and means of providing the services.  In particular, the LCC reserves the right to change the mix of units required, based on the cost, functionality, capacity, speed, and other factors described in the proposals, with the understanding that such changes may affect the total lease cost.  The contract resulting from these negotiations may include this RFP, the respondent's proposal, and all matters agreed to by the LCC and the respondent. Negotiated contract provisions will prevail in the event of conflicting provisions in the other documents.

***Withdrawal of Proposals.***
Any proposal may be withdrawn in its entirety by the respondent. Any such request for withdrawal must be made in writing and signed by the person or persons who signed the proposal. No portion of a withdrawn proposal will be considered for any aspect of the project described in this RFP.

***Costs Related to Preparing Proposal.***
Costs directly or indirectly related to preparation of a response to this request, including any required demonstration, are entirely the responsibility of the respondent and are not chargeable, in any manner, to the State of Kansas.

## Instructions to Respondents

### A. *Proposal Format and Contents*.

### Cover Sheet

The cover sheet for vendor proposals must be in the following format and contain the following information:

**Cover Sheet**

Proposal to Lease Computers with Maintenance and Support
Submitted to:
Kansas Legislative Office of Information Services
300 SW 10th, Rm. 63-W
Topeka, KS 66612
ATTN: Mr. Alan Weis

Date Mailed or Delivered:_____
Submission deadline: 2:00 PM CDST, October 7, 2020
Respondent's name (if an individual) or firm's name:

_____

**Signature of Respondent's Contact Person with
authorization to enter into contract:**

Signature:_____
Name (printed/typed)_____
Title_____
Address_____
Phone_____
E-mail_____

### Table of Contents

All proposals shall have a table of contents to assist reviewers in their evaluations.

### Proposal Introduction

This section must contain an introduction to the proposal and a statement of the project as the vendor understands it. While the section should be brief, vendors should provide sufficient information to demonstrate they have read the RFP and related document and understand the intent, scope, and importance of the project.

### Corporate Background and Experience

This section should state the background and experience of the individual or corporation submitting the bid in providing computers, support and maintenance. This section must include a copy of the company or individual's most recent independent financial audit and a list of customers who have obtained substantially similar goods and services from the respondent. The list of customers must include contact information for a person familiar with the goods and services provided by the respondent. The LCC may contact any or all of the customers listed in the proposal or other customers the LCC becomes aware from through its own efforts.

Page **8** of **19**

*Responses to all Specifications*

This section must contain the vendor's specific response to each and every item listed in the "Specifications" section. The format for each response should be (1) a restatement of the requirement, (2) a definitive statement of whether the vendor's proposed hardware or services meet the requirements and specifications, and (3) a narrative description of how the vendor's proposed hardware or services meet the requirements and specifications.   In any case where the requirement as written cannot be met, the bidder may propose an alternative, but such responses must state that the response does not meet the requirement as written.  The responses must take the format of the following **example**:

| Function | Example 1 | Example 2 |
|---|---|---|
| Maintenance | 2 business day on-site response through term of lease<br><br>**YES, the solution in this proposal meets this requirement**.  Our technicians are stationed in Kansas City and can be on site within 8 hours. | 4 hour  on-site response through term of lease<br><br>**NO, the solution in this proposal does not meet this requirement**.  Our ABC technicians are stationed in Kansas City and can be on site within 8 hours, but not always within 4 hours.  4-hour response time can be negotiated at a higher price (with our maintenance staff) or you may contract independently with a local ABC-approved service firm.  A list of approved service providers is included in this proposal as Attachment X. |

*Proposed Project Staff and Project Organization*

This section should state in detail the qualifications of the persons whom the vendor proposes to assign to work on the Legislature's computer implementation project. In particular, it will be important to provide detailed information on the persons with whom we anticipate having the greatest contact during the implementation project:
 The Project Manager or Contact Person
 The Contract Negotiator
 The Technical Support team, etc.

*Proposed Detailed Implementation Schedule*

The proposed project schedule for the acquisition, negotiation and implementation of computers is:

September 25, 2020 - Legislature issues RFP
October 7, 2020 - Vendor responses due
October 13, 2020 - Preliminary vendor identified
October 30, 2020 – Contract negotiations complete, contract signed
November 16, 2020 – Initial hardware and software delivered to the State Capitol
December 1, 2020 - Legislature completes testing, accepts or rejects system
 • If system is accepted, schedule user training and Go Live
 •  If rejected, the schedule deviates at this point to contact alternate vendor
December 28, 2020 – User training complete
December 29, 2020 – Systems go live in legislative committee rooms and Chambers


Vendors must state in their response whether or not this implementation schedule can be met. Deviations from this schedule must be identified and a vendor-proposed schedule submitted.

## Proposed Cost for Good and Services

Costs shall be presented in the format below.  This cost information shall be placed in a sealed envelope and included with the response.

**TOTAL PROPOSAL (all machine classes combined)**

**Vendor Name:** _____

Cost of hardware (include all boards, drivers, accessories,
controllers, or other extras required to meet
specifications): ...........................................$_____
Cost of software (include all licensing, integration, or other extras required to meet
specifications): ...........................................$_____
Cost of integration with existing audio systems, other systems:

$_____

Cost of consulting and professional services:

$_____

Other up front costs (specify) ...........................................$_____

**Total initial costs** $_____

Annual maintenance cost ...........................................$_____
Other annual costs (specify) ...........................................$_____

**Total annual payment** $_____

*Vendors are reminded that the State of Kansas does not pay sales or property taxes and is not required to purchase insurance.  Vendors should remember that these expenses will be their responsibility and factor such into their monthly cost calculations. Vendor financing is preferred.  Third party financing is discouraged.*

*Explanatory Notes to Cost Items*
Additionally, vendors shall provide a copy of the proposed sample lease contract with the response.  Negotiation of lease terms will begin with the sample contract.  The sample contract shall contain all of the terms and conditions of the lease including termination provisions, options to upgrade prior to the expiration of the lease, provisions to prepay maintenance or other costs and any discounts offered if such prepayments are made.

*Proposal for Additional or Enhanced Goods and Services*
Vendors may submit detailed proposals for additional or enhanced products and services. In particular, proposals for additional or enhanced technology solutions or for "value-added" services are encouraged.  These submissions should be limited to those products and services that relate to the operations and business requirements of the Kansas Legislature. They should relate to the products and services requested in this request, and should integrate into and enhance the functionality of the solution proposed by the vendor. Enhanced goods and services are those that exceed the minimum requirements stated in this RFP. Proposed additional or enhanced goods and

services must be described in completely separate operational, technical, and cost sections from those required by this RFP.

Respondents may wish to use the checklist in Attachment B to help ensure that their proposals are complete.

## B. Evaluation Criteria

### Experience.
Persons or entities with previous, verifiable experience and acceptable performance records as providers of computers and maintenance services will be given preference in the selection process.

### Required Elements.
For purposes of evaluating proposals, each specification identified in this RFP is considered a strongly preferred, but not mandatory, requirement for vendor proposals.  Preference will be given to those units that most closely match the specification, or that provide the most critical functions.

### Scoring of Proposals.
The Technical Evaluation Advisory Team will be selected from KLOIS staff. Members of the Technical Evaluation Advisory Team will assess each proposal and assign a "0" (meaning the specification requirement does not appear to be met) or a "1" (meaning the specification requirement appears to be met) or a "2" (meaning the requirement appears to have been exceeded). The reviewer is required to explain the reasons for the score.  A composite score will be developed for each proposal by each reviewer. Once all proposals are evaluated individually, the Technical Evaluation Advisory Team will develop a final composite score for each proposal. These evaluations will be considered by the PNC in making a determination of the "best interest of the State". The costs of the proposal in the sealed envelope will not be evaluated until after the scoring of the requirements has been completed.

### Demonstration.
The process of evaluating respondent responses may include a test of the hardware and software proposed.  If requested, the respondent must supply a test unit of the hardware and software proposed.  The respondent will configure the unit(s) with all the necessary components and software installed.  Each operational test unit will be delivered to the PNC within 10 business days of being notified.  The delivery will be made to Legislative Office of Information Services at 300 SW 10th Street, Room 63-W, State Capitol Building, Topeka, Kansas, 66612.  The respondent will bear all the cost of this initial setup and delivery and the eventual return of the evaluation units.

The PNC Team, with assistance from the Technical Evaluation Advisory Team, will then test the specified capabilities of the proposed unit using the features, functions and specifications found in this RFP. Testing will be completed within 5 business days of receipt of the test computer. Potential vendors will be provided an opportunity to demonstrate features of their hardware not specifically addressed in the RFP specification section. However, those features need not be considered by the PNC Team during its evaluations.

Page **11** of **19**

An overall evaluation of each proposal will be prepared by the PNC after the testing and those evaluations will be submitted to the LCC with recommendation for the "best value" to be derived for the State of Kansas. The LCC is not bound to follow the recommendations of the PNC. Selection of a specific proposal for award of a contract does not mean the other proposals lacked merit. Selection of a specific proposal indicates only that the PNC recommends that proposal as offering the best value to the State of Kansas. The final choice of vendor will be made by the LCC, which will negotiate the goods and services contract.

## General Specifications:

**A.  Network environment.**  The legislative network is a 1 GB fiber Ethernet switched backbone. Cabling to the desktop is all Cat-6 compliant.  Network traffic is managed through intelligent switches and runs at 1 GB.  A secure wireless network segment is also in operation.  It is an 802.11 a/b/g/n compliant network.

**B.  New and first-quality components.**  Unless otherwise specified, all materials, supplies or equipment offered by a vendor shall be new, unused in any regard and of most current design. All materials, supplies and equipment shall be first class in all respects.  Seconds or flawed items will not be acceptable.  All materials, supplies or equipment shall be suitable for their intended purpose and, unless otherwise specified, fully assembled and ready for use on delivery.

**C.  Identical components.**  All components used to construct each unit in each group must be identical in version, size, speed, capacity, manufactured lot, manufacturer, model number, part number drivers, and other technical characteristics.  The objective is that each unit within the system be identically constructed.

**D.  Upgrades.**  Bidders shall indicate the upgrade price and policy for any software, firmware, or hardware upgrades anticipated for initial 3-year maintenance period.  If the upgrades are provided without cost, this should be indicated.

## Detailed Specifications

The following table shows technical requirements and summarizes the major functional requirements for the systems we are seeking.  The table intentionally does not address some technical specifications that might be unnecessarily restrictive or vendor-specific.

**Objective:**  Obtain a Virtual Statehouse system that meet or exceed the specifications below. Proposals must include a minimum 3 years maintenance with next business day response for all hardware and software.  Systems should integrate with existing Biamp Tesira and BSS audio systems, and KLISS committee and chamber systems. The specification includes functional, security, accessibility, and management requirements.

### Specifications for Virtual Statehouse Project

| No | Requirement |
|---|---|
|  | Video Conferencing and Meeting Management |
| 1 | Allow video conferencing from the Kansas Statehouse 13 committee rooms and the House and Senate Chambers. |
| 2 | Each committee room and Chamber will have its own dedicated, permanently installed video conference system.  No temporary equipment will be used in the configuration of the room equipment setup. |
| 3 | Allow 200 or more conferees. |
| 4 | Allow video conference to be streamed to the Internet or other streaming services for unlimited public viewing using existing or future streaming services being utilized by the Legislature. |
| 5 | Allow conferees to connect with an ease of use interface and free of charge. |
| 6 | Allow conferees to connect to the conference with an audio only phone call. |
| 7 | Allow conferees to connect to video conferences with different platforms and devices. Computers with Windows, Apple, or Linux operating systems.  Browser based access with Chrome, Firefox, Edge, Safari, or other browsers.  Mobile devices such as phone and tablets with I-phone or Android operating systems. |
| 8 | Allow room video and audio to be streamed to the internet or streaming services using existing or future streaming services being utilized by the Legislature without setting up a audio/video conference. |
| 9 | Allow a larger conference to be broken into smaller conference groups.  This will be useful for sub meetings of a larger meeting, such as a working group. |

| 10 | Video conferencing system allows for screen sharing from conferees connected computer with administrator or meeting moderator approval. |
| 11 | Video Monitors will allow in-room only video presentations such as PowerPoint or to play recorded videos without setting up a audio/video conference. |
| 12 | Committee meetings can be linked to meeting agenda and conferee testimony in KLISS system |
| 13 | Committee staff can easily manage meetings, including scheduling meetings, start/stop meetings, and control remote legislators and conferees |
| 14 | Ability to suspend meeting broadcast for executive session |
| 15 | Ability to immediately stop a meeting due to a security event in the room (Kill Switch) |
| 16 | Ability to turn off public comments |
| 17 | Ability to stream live meetings to desktop computers in legislative leadership offices |
| 18 | Ability to archive video for 5 years |
| 19 | Ability to store video either in the cloud or on premise |
| | |
| | **Hardware** |
| 20 | Allow use of up to 4 large wall mounted monitors in committee rooms. |
| 21 | Allow use of up to 4 wall mounted Pan-Tilt-Zoom (PTZ) cameras in committee rooms. |
| 22 | Cameras will have wide angle capability |
| 23 | Cameras will be connected and managed over the IP network |
| 24 | Allow integration with existing room Biamp Tesira and BSS audio systems. |
| 25 | Ability for camera to follow live microphone |
| 26 | Ability to install encoders and servers in wiring closets and data center; only cameras and display monitors installed in committeeroom |
| | |
| | **System Administration** |
| 27 | Allow centralize control of all video conference systems including security, schedule, conference monitoring and control by administrators and meeting moderators. |
| 28 | Allow conference administration for up to 50 administrators. |
| 29 | Training is available for users and administrators. |

Page **14** of **19**

|  |  |
|---|---|
|  |  |
|  | **Accessibility** |
| 30 | Converts audio to closed-caption text in real-time. |
| 31 | Creates transcript of captioned text |
| 32 | Systems must comply with Kansas ITEC Accessibility policy #1210 Reference: https://ebit.ks.gov/itec/resources/policies/policy-1210 |
|  |  |
|  | **Security** |
| 33 | Allow for secure conferencing. |
| 34 | Suspended meetings are unavailable to the public |
| 35 | Meetings stopped via Kill Switch functionality are unavailable to the public |
| 36 | Staff can only access and edit their own meetings through the meeting management console |
| 37 | Systems will meet the Kansas ITEC Policy 7230 security policy standards Reference: https://ebit.ks.gov/itec/resources/policies/itec-policy-7230 |
| 38 | Systems will log critical information for security and troubleshooting |
|  |  |
|  | **RFP Management** |
| 39 | Vendors may respond to parts of the RFP without responding to all parts. Preference will be given to complete system solutions. Clearly identify project components being proposed. |
| 40 | Vendor will install and configure all hardware and software |
| 41 | The proposal will include 3-year maintenance with next business day response for all hardware and software |
| 42 | The vendor must state the schedule included in the RFP can be met |
| 43 | All software is licensed to the Kansas Legislature |

## Estimated Quantities:

The quantities below will be used for evaluation of all RFP responses.  Final quantities and adjusted pricing will be determined during contract negotiations

| | |
|---|---|
| Committee Rooms in the State Capitol | 13 Committee Room Venues |
| House and Senate Chambers | 2 Venues |

# ATTACHMENT A

State of Kansas
Department of Administration
DA-146a    (Rev. 06-12)

## CONTRACTUAL PROVISIONS ATTACHMENT

Important:   This form contains mandatory contract provisions and must be attached to or incorporated in all copies of any contractual agreement.  If it is attached to the vendor/contractor's standard contract form, then that form must be altered to contain the following provision:

"The Provisions found in Contractual Provisions Attachment (Form DA-146a, Rev. 06-12), which is attached hereto, are hereby incorporated in this contract and made a part thereof."

The parties agree that the following provisions are hereby incorporated into the contract to which it is attached and made a part thereof, said contract being the _____ day of _____, 20_____.

1.    **Terms Herein Controlling Provisions**:  It is expressly agreed that the terms of each and every provision in this attachment shall prevail and control over the terms of any other conflicting provision in any other document relating to and a part of the contract in which this attachment is incorporated.  Any terms that conflict or could be interpreted to conflict with this attachment are nullified.

2.    **Kansas Law and Venue**:  This contract shall be subject to, governed by, and construed according to the laws of the State of Kansas, and jurisdiction and venue of any suit in connection with this contract shall reside only in courts located in the State of Kansas.

3.    **Termination Due To Lack Of Funding Appropriation**:  If, in the judgment of the Director of Accounts and Reports, Department of Administration, sufficient funds are not appropriated to continue the function performed in this agreement and for the payment of the charges-hereunder, State may terminate this agreement at the end of its current fiscal year.  State agrees to give written notice of termination to contractor at least 30 days prior to the end of its current fiscal year, and shall give such notice for a greater period prior to the end of such fiscal year as may be provided in this contract, except that such notice shall not be required prior to 90 days before the end of such fiscal year.  Contractor shall have the right, at the end of such fiscal year, to take possession of any equipment provided State under the contract.  State will pay to the contractor all regular contractual payments incurred through the end of such fiscal year, plus contractual charges incidental to the return of any such equipment.  Upon termination of the agreement by State, title to any such equipment shall revert to contractor at the end of the State's current fiscal year.  The termination of the contract pursuant to this paragraph shall not cause any penalty to be charged to the agency or the contractor.

4.    **Disclaimer Of Liability**:  No provision of this contract will be given effect that attempts to require the State of Kansas or its agencies to defend, hold harmless, or indemnify any contractor or third party for any acts or omissions. The liability of the State of Kansas is defined under the Kansas Tort Claims Act (K.S.A. 75-6101 et seq.).

5.    **Anti-Discrimination Clause**:  The contractor agrees: (a) to comply with the Kansas Act Against Discrimination (K.S.A. 44-1001 et seq.) and the Kansas Age Discrimination in Employment Act (K.S.A. 44-1111 et seq.) and the applicable provisions of the Americans With Disabilities Act (42 U.S.C. 12101 et seq.) (ADA) and to not discriminate against any person because of race, religion, color, sex, disability, national origin or ancestry, or age in the admission or access to, or treatment or employment in, its programs or activities; (b) to include in all solicitations or advertisements for employees, the phrase "equal opportunity employer"; (c) to comply with the reporting requirements set out at K.S.A. 44-1031 and K.S.A. 44-1116; (d) to include those provisions in every subcontract or purchase order so that they are binding upon such subcontractor or vendor; (e) that a failure to comply with the reporting requirements of (c) above or if the contractor is found guilty of any violation of such acts by the Kansas Human Rights Commission, such violation shall constitute a breach of contract and the contract may be cancelled, terminated or suspended, in whole or in part, by the contracting state agency or the Kansas Department of Administration; (f) if it is determined that the contractor has violated applicable provisions of ADA, such violation shall constitute a breach of contract and the contract may be cancelled, terminated or suspended, in whole or in part, by the contracting state agency or the Kansas Department of Administration.

Contractor agrees to comply with all applicable state and federal anti-discrimination laws.

The provisions of this paragraph number 5 (with the exception of those provisions relating to the ADA) are not applicable to a contractor who employs fewer than four employees during the term of such contract or whose contracts with the contracting State agency cumulatively total $5,000 or less during the fiscal year of such agency.

6.    **Acceptance Of Contract**:  This contract shall not be considered accepted, approved or otherwise effective until the statutorily required approvals and certifications have been given.

7.    **Arbitration, Damages, Warranties**:  Notwithstanding any language to the contrary, no interpretation of this contract shall find that the State or its agencies have agreed to binding arbitration, or the payment of damages or penalties. Further, the State of Kansas and its agencies do not agree to pay attorney fees, costs, or late payment charges beyond those available under the Kansas Prompt Payment Act (K.S.A. 75-6403), and no provision will be given effect that attempts to exclude, modify, disclaim or otherwise attempt to limit any damages available to the State of Kansas or its agencies at law, including but not limited to the implied warranties of merchantability and fitness for a particular purpose.

Page **17** of **19**

8.   **Representative's Authority To Contract**:  By signing this contract, the representative of the contractor thereby represents that such person is duly authorized by the contractor to execute this contract on behalf of the contractor and that the contractor agrees to be bound by the provisions thereof.

9.   **Responsibility For Taxes**:  The State of Kansas and its agencies shall not be responsible for, nor indemnify a contractor for, any federal, state or local taxes which may be imposed or levied upon the subject matter of this contract.

10.  **Insurance**:  The State of Kansas and its agencies shall not be required to purchase any insurance against loss or damage to property or any other subject matter relating to this contract, nor shall this contract require them to establish a "self-insurance" fund to protect against any such loss or damage.  Subject to the provisions of the Kansas Tort Claims Act (K.S.A. 75-6101 <u>et</u> <u>seq.</u>), the contractor shall bear the risk of any loss or damage to any property in which the contractor holds title.

11.  **Information**:  **No provision of this contract shall be construed as limiting the Legislative Division of Post Audit from having access to information pursuant to K.S.A. 46-1101 <u>et</u> <u>seq.</u>**

12.  **The Eleventh Amendment**:  "The Eleventh Amendment is an inherent and incumbent protection with the State of Kansas and need not be reserved, but prudence requires the State to reiterate that nothing related to this contract shall be deemed a waiver of the Eleventh Amendment."

13.  **Campaign Contributions / Lobbying:**  Funds provided through a grant award or contract shall not be given or received in exchange for the making of a campaign contribution.  No part of the funds provided through this contract shall be used to influence or attempt to influence an officer or employee of any State of Kansas agency or a member of the Legislature regarding any pending legislation or the awarding, extension, continuation, renewal, amendment or modification of any government contract, grant, loan, or cooperative agreement.

ATTACHMENT B

Proposal Checklist

1. Is the response signed by proper authority?

2. Will it be submitted on time?

3. Have any addendums to the RFP been received?  Are they acknowledged in the response?

4. Does the response have a Table of Contents?

5. Has the conflict of interest certification been included?

6. Has the performance guarantee been included?

7. Has any proprietary or confidential information been marked?

8. Is the completed cover sheet included?

9. Are you prepared to submit test units for each system?

10. Are you prepared to meet the implementation schedule?

11. Is the response prepared in the prescribed manner?

12. Does the response address each specification in the specification table?

13. Is the cost for goods and services page completed?

Page **19** of **19**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

CHRIS HAULMARK,                        )
                                       )
                Plaintiff,             )
                                       )
v.                                     )        Case. No. 20-cv-4084-EFM-TJJ
                                       )
                                       )
STATE OF KANSAS, et al.,               )
                                       )
                Defendants.            )
_____)

**Day Exhibit F**

World Wide Technology Response to RFP

7

Day Exhibit F



# State of Kansas Legislature

## Virtual Statehouse Project

October 12, 2020

PRESENTED BY

Chris Rodriguez
Account Manager
World Wide Technology
314-779-4088
Chris.Rodriguez@wwt.com

www.wwt.com



October 12, 2020

Mr. Alan Weis
State of Kansas Legislature
Director of Technical Services
300 SW 10th, Room 63-W
Statehouse Topeka KS 66612

RE: **WWT Response to State of Kansas Legislature Request for Proposal (RFP) for Virtual
      Statehouse Project**

Dear Mr. Weis:

World Wide Technology (WWT) is pleased to present this proposal to State of Kansas Legislature for
the Virtual Statehouse Project.

We design, build, demonstrate and deploy innovative technology products, integrated architectural
solutions and transformational digital experiences for our customers around the globe. We do this
through a collaborative ecosystem with thousands of IT engineers, hundreds of application
developers and unmatched labs for testing and deploying technology at scale. WWT is committed to
helping our customers bridge the gap between IT and the business in order to innovate faster than
their competition.

WWT has long-term strategic relationships with many of the **world's leading technology OEMs**
including Cisco, Dell Technologies, F5, HPE, Intel, Microsoft, NetApp and VMware. We also have
access to millions of products from thousands of other vendors and distributors around the world.
Our ability to integrate technology from multiple OEMs leads to truly game-changing solutions for
our customers.

Our **Advanced Technology Center** (ATC) is the perfect environment to conduct proofs of concept in
a suite of collaborative technology labs, to evaluate reference architectures, and to analyze and
compare competing solutions, all supported by an ecosystem of WWT engineers and OEM partners.

WWT has a global network of **Integration Centers** anchored by our North American Integration
Center near our headquarters in St. Louis which features secure integration space and the capacity
to configure thousands of systems per week. Our integration centers in Europe and Asia offer similar
capabilities.

Our **Application Services** team builds software through short iterations in close collaboration with
our customers to create software solutions that identify specific business needs, approach problems
in new ways and create software solutions that make an impact.

We have the **financial strength** to support large technology and supply chain initiatives, based on a
$2 billion line of credit and consistent revenue and net income growth that averages 15%.

WWT is a nationally certified **Minority-owned Business Enterprise** (MBE), which allows customers
and suppliers to achieve Tier-1 minority spending credits.

WWT's **core technology areas**—Automation and Orchestration, Carrier Networking, Data Center, Digital Strategy, Digital Workplace, Multicloud Architecture, Networking, Security Transformation—feature teams of experienced, industry-certified technology professionals ready to help develop your company's IT evolution and roadmap.

WWT's **services portfolio** complements product procurement and solution development. WWT provides professional support services for consulting, infrastructure development, ATC lab projects, supply chain and integration, strategic staffing solutions and application development.

Our **strategic international presence** allows WWT to manage multi-vendor supply chains for global enterprises, coordinate offshore logistics, provide support for high-volume product orders and integrate multiple legacy supply chains.

WWT's **supply chain infrastructure** offers more than 4 million square feet of warehouse and distribution-center space across more than 20 worldwide locations, ISO 9001:2015-certified facilities and a fully integrated warehouse-management system to simplify planning, procurement and delivery.

Please call your account manager, Chris Rodriguez, at 314-779-4088 or Chris.Rodriguez@wwt.com to discuss any questions or comments you have about this proposal. Thank you for this opportunity.

Respectfully,

Gregory Brush
Area Vice President



State of Kansas Legislature Virtual Statehouse Project | October 2020

# Table of Contents

Proposal Format and Contents ............................................................................................. 1

   Proposal Introduction ...................................................................................................... 1

   Corporate Background and Experience ........................................................................... 2

   Responses to all Specifications ....................................................................................... 4

   Proposed Project Staff and Project Organization ........................................................... 9

   Proposed Detailed Implementation Schedule .............................................................. 10

World Wide Technology: History and Mission ..................................................................... 14

# List of Attachments

*Cover Sheet*
*Proposed Cost for Good and Services*
*Proposal for Additional or Enhanced Goods and Services*
*2019 Audit Report*
*Cisco WebEx Security White Paper*
*Resumes*
*Statement of Work*

**PROPRIETARY NOTICE** *The information contained in this proposal is the proprietary and confidential information of World Wide Technology, and no proprietary rights in this information are granted by virtue of this proposal. This proposal and the information contained herein shall not be disclosed outside the company named above, and shall not be duplicated, used, or disclosed in whole or in part for any purpose other than to evaluate this proposal.*



# Proposal Format and Contents

## Proposal Introduction

**This section must contain an introduction to the proposal and a statement of the project as the vendor understands it. While the section should be brief, vendors should provide sufficient information to demonstrate they have read the RFP and related document and understand the intent, scope, and importance of the project.**

We are proposing a highly secure and reliable WebEx cloud meeting solution, which will enable the Legislature to easily meet and conduct business remotely, from any location they choose. This platform will also allow, if desired, public livestreaming over the internet, breakout capabilities, transcription, and closed captioning, eliminating the need for multiple vendors, and easing the operational burden significantly. The components proposed will also provide high definition video, capturing the desired speakers and activities, and will interoperate with existing audio systems in the statehouse.



## Corporate Background and Experience

**This section should state the background and experience of the individual or corporation submitting the bid in providing computers, support and maintenance. This section must include a copy of the company or individual's most recent independent financial audit and a list of customers who have obtained substantially similar goods and services from the respondent. The list of customers must include contact information for a person familiar with the goods and services provided by the respondent. The LCC may contact any or all of the customers listed in the proposal or other customers the LCC becomes aware from through its own efforts.**

Founded in 1990, World Wide Technology (WWT) has grown from a small product reseller into a global systems integrator with $12 billion in annual revenue and more than 6,000 employees throughout the world. WWT brings an innovative and proven approach to how organizations explore, evaluate, architect and implement multi-vendor solutions. With the continuous evolution of technology, organizations' IT staff members are often reduced to evaluating one-off, emerging technology products. WWT recognized this problem and built an IT innovation ecosystem to eliminate the pain of evaluating new technology and help our customers reach their desired outcomes.

For 30 years, we have educated companies on how technology can drive efficiency and scale within their organizations. Our early experience with architecting complex infrastructure solutions established credibility within organizations, but it was our willingness to look beyond the technology and drive to an organization's desired business outcomes that solidified WWT as a trusted consultative partner. This shift has resulted in WWT taking the lead on transformation initiatives for numerous Fortune 500 companies and government entities. As of October 2020, WWT currently serves 3,695 customers, including 2,716 where Cisco is our partner.

### Cisco OEM Certifications

- Gold Level Partner
- 1600+ Individual Cisco Certifications
- 350+ Cisco-Certified Engineers
- Global Architectural Excellence Partner of the Year Award: Data Center, 2019
- Americas Architectural Excellence Partner of the Year Award: Collaboration, 2019
- Americas Architectural Excellence Partner of the Year Award: SP Architectures, 2019
- Global Enterprise Sales Segment Partner of the Year Award, 2019
- Over 250 million dollars in Cisco Demo equipment
- Masters in Unified Communication, Security, Collaboration and Cloud Builder

Please see the attached *2019 Audit Report* for our most recent independent financial audit.

WWT respects and protects the privacy of our customers, and we consider the identity of our clients to be confidential information. Because of confidentiality agreements, it is our policy not to provide references in an initial RFP response. However, WWT will arrange reference calls and visits upon request as we move further along in the engagement. In such an event, WWT customers have asked that requests for references be mediated by WWT account teams. Any such meetings shall be facilitated at a time that is mutually agreeable to WWT, Cisco, and the reference.



Please see below for a list of Cisco case studies:

## Seyfarth Shaw

With the help of WebEx, the partners and teams of international law firm Seyfarth Shaw work from home, the road, or the office as best suits their schedules. No matter where they're working, Cisco's industry-leading security means they always meet the legal industry's heavy security compliance requirements.

Benefits of the WebEx deployment at Seyfarth Shaw include:

- $10M+ in real estate savings
- Happier, more productive employees
- Improved digital security.

> "From a security-compliance perspective, we pretty much get audited by anything you can imagine. There's so many cloud services that I can't use as a law firm because of the restrictions I have for compliance."
>
> Andy Jurczyk, CIO,
> Seyfarth Shaw

## Triton Health

Triton Health used WebEx to develop a first-in-the-world telehealth model. Specialists connect with clients through WebEx, reducing the cost of consulting with audiologists while improving access. Positive results from the WebEx deployment include:

- 203 more appointments per week generated
- 3 weeks' reduction in clinic waiting times.

> "(WebEx Meetings) has transformed the way we work and allowed us to re-imagine the future."
>
> Craig Lett,
> Clinical Development Manager, Triton Health

## Mercy

Drawing from deep experience—hundreds of years caring for patients, and 43 hospitals across five states—Mercy designed a Virtual Care Center to provide patient-centered care, advance technological innovations, and identify opportunities to make care more accessible, more affordable, and more comprehensive. With Cisco Collaboration solutions, Mercy was able to:

- Empower caregivers to collaborate better with high-quality, reliable voice services
- Allow faster call pickup with patient's records simultaneously displaying on caregiver's monitor
- Improve collaborative communications and productivity among co-workers.

Learn more: https://www.cisco.com/c/en/us/about/case-studies-customer-success-stories/mercy-virtual.html



## Responses to all Specifications

This section must contain the vendor's specific response to each and every item listed in the "Specifications" section. The format for each response should be (1) a restatement of the requirement, (2) a definitive statement of whether the vendor's proposed hardware or services meet the requirements and specifications, and (3) a narrative description of how the vendor's proposed hardware or services meet the requirements and specifications. In any case where the requirement as written cannot be met, the bidder may propose an alternative, but such responses must state that the response does not meet the requirement as written. The responses must take the format of the following example:

| Function | Example 1 | Example 2 |
|---|---|---|
| Maintenance | 2 business day on-site response through term of lease<br><br>**YES, the solution in this proposal meets this requirement**. Our technicians are stationed in Kansas City and can be on site within 8 hours. | 4 hour on-site response through term of lease<br><br>**NO, the solution in this proposal does not meet this requirement**. Our ABC technicians are stationed in Kansas City and can be on site within 8 hours, but not always within 4 hours. 4-hour response time can be negotiated at a higher price (with our maintenance staff) or you may contract independently with a local ABC-approved service firm. A list of approved service providers is included in this proposal as Attachment X. |

| No | Requirement | |
|---|---|---|
| | **Video Conferencing and Meeting Management** | |
| 1 | **Allow video conferencing from the Kansas Statehouse 13 committee rooms and the House and Senate Chambers.** | Yes. The system design provides video conferencing for 13 committee rooms, House and Senate chambers. |
| 2 | **Each committee room and Chamber will have its own dedicated, permanently installed video conference system. No temporary equipment will be used in the configuration of the room equipment setup.** | Yes. Permanent displays will be used. |
| 3 | **Allow 200 or more conferees.** | Yes. We have included 200 "host" licenses for conferees, including individual and concurrent licenses. |
| 4 | **Allow video conference to be streamed to the Internet or other streaming services for unlimited public viewing using existing or future streaming services being utilized by the Legislature.** | Yes. Live streaming to public as well as private platforms is included. |
| 5 | **Allow conferees to connect with an ease of use interface and free of charge.** | Yes. Attendees can join easily from their own device or web browser free of charge. |
| 6 | **Allow conferees to connect to the conference with an audio only phone call.** | Yes. Attendees can dial in via their phone if desired. |



**World Wide Technology**

State of Kansas Legislature Virtual Statehouse Project | October 2020

| No | Requirement | |
|---|---|---|
| 7 | Allow conferees to connect to video conferences with different platforms and devices. Computers with Windows, Apple, or Linux operating systems. Browser based access with Chrome, Firefox, Edge, Safari, or other browsers. Mobile devices such as phone and tablets with I-phone or Android operating systems. | Yes. All these operating systems and web browsers are supported, as well as both Android and iOS mobile devices. |
| 8 | Allow room video and audio to be streamed to the internet or streaming services using existing or future streaming services being utilized by the Legislature without setting up a audio/video conference. | Yes. Live streaming to public as well as private platforms is included. |
| 9 | Allow a larger conference to be broken into smaller conference groups. This will be useful for sub meetings of a larger meeting, such as a working group. | Yes. Video breakout rooms are included. |
| 10 | Video conferencing system allows for screen sharing from conferees connected computer with administrator or meeting moderator approval. | Yes. Attendees can share their screen or applications into the meeting, provided the host has allowed them that privilege. |
| 11 | Video Monitors will allow in-room only video presentations such as PowerPoint or to play recorded videos without setting up a audio/video conference. | Yes. The displays can be used outside of the WebEx meeting for sharing content locally. |
| 12 | Committee meetings can be linked to meeting agenda and conferee testimony in KLISS system | Yes. We can provide links directly to the meeting recording to streaming, or the meeting recording can be downloaded from WebEx and hosted on their own server. |
| 13 | Committee staff can easily manage meetings, including scheduling meetings, start/stop meetings, and control remote legislators and conferees | Yes. Committee staff can schedule meetings directly from their calendar. Host controls including start/stop meeting, mute controls, and admitting remote legislators and conferees to the meeting can be managed via the included touchscreen device or from the host's computer. |
| 14 | Ability to suspend meeting broadcast for executive session | Yes. We can allow for executive session with the "practice session" feature in WebEx events. This allows the panelists to meet without the attendees being able to see or hear. |
| 15 | Ability to immediately stop a meeting due to a security event in the room (Kill Switch) | Yes. The meeting can be immediately terminated by a host at any time. Also, the live stream can be turned off by a host at any time to stop the public feed. |
| 16 | Ability to turn off public comments | Yes. We can disable the chat or Q&A panel, or only allow those comments to be seen by the host and not the rest of the meeting participants. |
| 17 | Ability to stream live meetings to desktop computers in legislative leadership offices | Yes. Live streaming to Facebook, YouTube, or any RTMP/RTMPS platform is included with WebEx. |



State of Kansas Legislature Virtual Statehouse Project | October 2020

| No | Requirement | |
|---|---|---|
| 18 | Ability to archive video for 5 years | Yes. Videos can either be stored in the WebEx cloud or downloaded and stored on customer fileshare with their own archival policies. |
| 19 | Ability to store video either in the cloud or on premise | Yes. Videos can either be stored in the WebEx cloud or downloaded and stored on customer fileshare with their own archival policies. |
| | **Hardware** | |
| 20 | Allow use of up to 4 large wall mounted monitors in committee rooms. | Yes. WWT's solutions allows use of up to 4 large wall mounted monitors in committee rooms. |
| 21 | Allow use of up to 4 wall mounted Pan-Tilt-Zoom (PTZ) cameras in committee rooms. | Yes. WWT's solution allows use of up to 4 wall mounted Pan-Tilt-Zoom (PTZ) cameras in committee rooms. |
| 22 | Cameras will have wide angle capability | Yes. These cameras have adjustable zoom for wide angle shots. |
| 23 | Cameras will be connected and managed over the IP network | Yes. We will need an adapter if there is no HDMI or power available. |
| 24 | Allow integration with existing room Biamp Tesira and BSS audio systems. | Yes. WWT's solutions allows integration with existing room Biamp Tesira and BSS audio systems. |
| 25 | Ability for camera to follow live microphone | Yes. The Cisco P60 cameras will be integrated with the existing audio DSP through a Crestron control processor and Cisco Codec Pro. The system will function such that when a microphone element becomes hot, a specific preset(s) will be recalled to adjust the camera(s) to view the presenter at the microphone(s). |
| 26 | Ability to install encoders and servers in wiring closets and data center; only cameras and display monitors installed in committee room | Yes. WWT's solutions are able to install encoders and servers in wiring closets and data center; only cameras and display monitors installed in committee room. |
| | **System Administration** | |
| 27 | Allow centralize control of all video conference systems including security, schedule, conference monitoring and control by administrators and meeting moderators. | Yes. Administration/management is handled in the WebEx Control Hub. |
| 28 | Allow conference administration for up to 50 administrators. | Yes. Your organization can assign administrator privileges to as many users as needed. |
| 29 | Training is available for users and administrators. | Yes. Training and adoption are included. |



**World Wide Technology**

State of Kansas Legislature Virtual Statehouse Project | October 2020

| No | Requirement | |
|---|---|---|
| | **Accessibility** | |
| 30 | **Converts audio to closed-caption text in real-time.** | Yes. WebEx Assistant for Meetings can provide live closed captioning and transcription. |
| 31 | **Creates transcript of captioned text** | Yes. WebEx Assistant for Meetings can provide live closed captioning and transcription. |
| 32 | **Systems must comply with Kansas ITEC Accessibility policy #1210 Reference: https://ebit.ks.gov/itec/resources/policies/policy-1210** | Yes. However, for the WebEx Desk Pro and 730 Headset, the testing is not complete enough at this time to create a Voluntary Product Accessibility Template, a document Cisco creates to provide a comprehensive analysis of conformance to accessibility standards set by Section 508 of the Rehabilitation Act. |
| | **Security** | |
| 33 | **Allow for secure conferencing.** | Yes. Multiple security features are in place to keep meetings private and secure. |
| 34 | **Suspended meetings are unavailable to the public** | Yes. Live streaming can also be started or stopped at any time by the host of the meeting if the meeting should be unavailable to the public. |
| 35 | **Meetings stopped via Kill Switch functionality are unavailable to the public** | Yes. Live streaming can also be started or stopped at any time by the host of the meeting if the meeting should be unavailable to the public. |
| 36 | **Staff can only access and edit their own meetings through the meeting management console** | Yes. Staff can only access and edit their own meetings through the meeting management console. |
| 37 | **Systems will meet the Kansas ITEC Policy 7230 security policy standards Reference: https://ebit.ks.gov/itec/resources/policies/itec-policy-7230** | Yes. WWT's solution meets the Kansas ITEC Policy 7230 security standards. For additional information, please see the attached *Cisco WebEx Security White Paper*. |
| 38 | **Systems will log critical information for security and troubleshooting** | Yes. Troubleshooting and analytics is automatically logged and available in the WebEx Control Hub. |
| | **RFP Management** | |
| 39 | **Vendors may respond to parts of the RFP without responding to all parts. Preference will be given to complete system solutions. Clearly identify project components being proposed.** | Yes. WWT is proposing a complete solution for this request. |
| 40 | **Vendor will install and configure all hardware and software** | Yes. WWT will install and configure the hardware and software as proposed. |



**World Wide Technology**

| No | Requirement | |
|----|-------------|---|
| 41 | **The proposal will include 3-year maintenance with next business day response for all hardware and software** | Yes. The proposal includes pricing for three years of maintenance. |
| 42 | **The vendor must state the schedule included in the RFP can be met** | No. WWT is proposing a schedule that more closely aligns with shipping times for hardware but will still meet the December 29th go-live date. |
| 43 | **All software is licensed to the Kansas Legislature** | Yes. All software can be licensed directly with Kansas Legislature. |

 **World Wide Technology**

## Proposed Project Staff and Project Organization

**This section should state in detail the qualifications of the persons whom the vendor proposes to assign to work on the Legislature's computer implementation project. In particular, it will be important to provide detailed information on the persons with whom we anticipate having the greatest contact during the implementation project:**

**The Project Manager or Contact Person The Contract Negotiator**

**The Technical Support team, etc.**

Please see the attached ***Resumes***.



## Proposed Detailed Implementation Schedule

**The proposed project schedule for the acquisition, negotiation and implementation of computers is:**
**September 25, 2020 - Legislature issues RFP**
**October 7, 2020 - Vendor responses due**
**October 13, 2020 - Preliminary vendor identified**
**October 30, 2020 – Contract negotiations complete, contract signed**
**November 16, 2020 – Initial hardware and software delivered to the State Capitol**
**December 1, 2020 - Legislature completes testing, accepts or rejects system**
- **If system is accepted, schedule user training and Go Live**
- **If rejected, the schedule deviates at this point to contact alternate vendor**

**December 28, 2020 – User training complete**
**December 29, 2020 – Systems go live in legislative committee rooms and Chambers**


**Vendors must state in their response whether or not this implementation schedule can be met.**
**Deviations from this schedule must be identified and a vendor-proposed schedule submitted.**
The requested Go-Live implementation schedule is possible. However, WWT is proposing a revised implementation schedule below; this is based on a very aggressive, expedited hardware shipment. Lead times vary depending on when an order is placed and can be up to 21 business days.


October 30 – Project Approved (Vendor purchase orders sent)
November 6 – All equipment delivered by this date (assumes only 5 business days for delivery)
November 9 – Start installation on first 3 rooms
November 17 – completion of first 3 rooms
November 23 – completion of rooms 4-6
December 1 – completion of rooms 7-9
December 4 – completion of rooms 10-12
December 8 – completion of room 13
December 16 – completion of House
December 23 – completion of Senate



**World Wide Technology**

## Conflict of Interest

**All proposals must include certification that any prices presented in the proposal were arrived at without any conflict of interest. For purposes of this certification, a conflict of interest would exist if prices were not arrived at independently and without collusion, consultation, communication or agreement with any other respondent, competitor, or public officer regarding any matter material to those prices. If a conflict of interest is detected at any time during the period of the contract entered into as a result of this RFP, the contract will be declared null and void and the respondent must assume all costs of the project until such time as a new vendor is secured.**

Complies. WWT certifies that our pricing was arrived at without a conflict of interest.



**World Wide Technology**

## Performance

**Respondents must guarantee that all goods and services offered in response to this solicitation will perform according to the specifications and provisions of the solicitation. Respondents must identify whether any guarantees are conditional and clearly state such conditions.**

Cisco warrants to the original end-user customer that our hardware products are free from defects in material and workmanship under normal use for the duration of the warranty period. Our standard warranty period is 90 days from the date of shipment to the customer, but some products are covered by longer warranties.

Please see the following FAQs for information about warranty coverage and policies: http://www.cisco.com/c/en/us/products/warranty_qa_guest.html

The Warranty Finder link allows you to select a product to determine what is covered on the warranty for that product: http://www.cisco-servicefinder.com/warrantyfinder.aspx



**World Wide Technology**

State of Kansas Legislature Virtual Statehouse Project | October 2020

## Contractual Provisions

WWT is providing this response based on the WWT standard terms and conditions. WWT is willing to review, and negotiate in good faith, terms and conditions to come to a mutually agreeable set of terms to govern the award of the project. If WWT is down-selected, WWT will provide comments to State of Kansas Legislature's terms and conditions or provide our standard terms for State of Kansas Legislature's review.



# World Wide Technology: History and Mission

Founded in 1990, World Wide Technology (WWT) has grown from a small product reseller into a global systems integrator with $12 billion in annual revenue and more than 6,000 employees throughout the world. WWT brings an innovative and proven approach to how organizations explore, evaluate, architect and implement multi-vendor solutions. With the continuous evolution of technology, organizations' IT staff members are often reduced to evaluating one-off, emerging technology products. WWT recognized this problem and built an IT innovation ecosystem to eliminate the pain of evaluating new technology and help our customers reach their desired outcomes.

## WWT Fast Facts

- Business partner for more than 70 Fortune 100 companies
- More than 4 million square feet of global warehouse space dedicated to supply chain solutions
- Consistently ranked on Fortune's "100 Best Companies to Work For" list
- Received Glassdoor's "Employee Choice Award" for being one of the best places to work Recognized as a best workplace for Women, Diversity, Millennials and Parents
- Ranked #11 on Great Place to Work's "Best Workplaces in Technology" list in 2019
- Ranked #27 on Forbes' "America's Largest Private Companies" list
- Strong financials: $2 billion credit line; compound annual growth rate averaging 15%
- ISO 9001:2015- and TL9000:2016-certified facilities
- Nationally certified Minority-owned Business Enterprise (MBE)

For more than 29 years, we have educated companies on how technology can drive efficiency and scale within their organizations. Our early experience with architecting complex infrastructure solutions established credibility within organizations, but it was our willingness to look beyond the technology and drive to an organization's desired business outcomes that solidified WWT as a trusted consultative partner. This shift has resulted in WWT taking the lead on transformation initiatives for numerous Fortune 500 companies and government entities.

## Our Vision, Mission and Core Values

At WWT, culture is key to our long-term success as a company. We develop our culture in support of our vision to be the best technology solution provider in the world. Culture is also the driving force of our mission to create a profitable growth company that is also a great place to work.

As we grew, WWT developed a set of core values to act as a path for our collective attitudes, beliefs and behaviors that define who we are, how we act and how we make decisions. Following our core values, individually and collectively, helps us to make better decisions for our customers and guides our decisions as a responsible corporate citizen.





**World Wide Technology**

State of Kansas Legislature Virtual Statehouse Project | October 2020

# Our Principal Capabilities

## Core Partnerships

WWT partners with the world's leading technology manufacturers and maintain the highest levels of certification to offer customers hardware and software solutions that drive and improve their business. These manufacturers can be evaluated in our Advanced Technology Center (ATC) and range from Silicon Valley heavyweights like Cisco, VMware, NetApp, Dell Technologies, HPE and several others, to emerging technology players like Tanium and Dedrone. Individually these companies are impressive, but when integrated with WWT, we create game-changing solutions.

Our top OEM partners are listed below:



## Core Technology

### Automation and Orchestration

IT operations, development and cloud teams need a better way to work together. Automation and orchestration can help teams overcome the roadblocks that lead to inefficient service delivery. Customers are able to eradicate human error, achieve new levels of efficiency and reclaim time for innovation. This focus area includes:

- Application Performance Monitoring and Artificial Intelligence for IT Operations (AIOps)
- Cloud Management
- Infrastructure Automation

### Carrier Networking

Service providers are changing the way they architect networks to meet unprecedented bandwidth demand brought about by the Internet of Things (IoT). At the same time, they must drive cost out of the business while developing new revenue streams made possible by 5G connectivity. Customers can validate new technologies at speed, integrate multi-OEM solutions and deploy agile networks that quickly deliver vertical-specific services. This focus area includes:

- MPLS and Segment Routing
- Network Function Virtualization (NFV)
- Optical Networking
- Service Provider Mobility (4G/5G)



## Data Center

The data center concept is undergoing radical transformation. Exponential data growth and the need to process and deliver larger volumes of data across organizations requires a new approach. WWT customers can benefit from smarter solutions for optimizing on-premise workloads and scaling infrastructure while reducing their data-center footprint and simplifying IT operations. This focus area includes:

- Cloud Data Management
- Converged Infrastructure
- Hyper-converged Infrastructure (HCI)
- Primary Storage
- Secondary Storage
- Server Infrastructure

## Digital Strategy

Through digital strategy, customers can differentiate and transform their business with software that produces improved user experiences, attracts new clients and increases customer value. Customers can adopt a more data-driven culture that uses robust data sets to inform decision making, resulting in a more agile organization that swiftly maneuvers to meet market demand. This helps organizations to seamlessly integrate data and insights into new business policies and processes to enhance productivity and security. This focus area includes:

- Data Analytics and Artificial Intelligence (AI)
- Internet of Things (IoT)
- Software-delivery Processes
- Software Engineering

## Digital Workplace

Businesses are trying to create a work experience that is connected, collaborative and productive. Supporting today's always-on and highly mobile workforce means more than just equipping employees with desktops, laptops and mobile devices configured with the latest software and tools. To create sustainable improvements in workforce productivity, organizations must invest in modern workspaces, enable next-generation meeting capabilities, understand and support agility, and aspire to a vision of collaborative and secure teamwork. This focus area includes:

- Contact Center
- Desktop Migration
- End-user Computing
- Next-generation Meetings
- Unified Communication and Collaboration

## Multicloud Architecture

Realizing near- and long-term value from multicloud solutions requires a combination of strategy, agile software development and implementation services that span private, hybrid and public cloud environments. WWT helps organizations to safely migrate and modernize critical workloads and data centers at any stage of their cloud transformation journey. This focus area includes:

- Cloud Services Strategy
- DevOps
- Hybrid Cloud Platforms



State of Kansas Legislature Virtual Statehouse Project | October 2020

**Networking**

Never before has the customer's network been so closely tied to a company's business outcomes. Employees and customers must be able to securely and seamlessly access applications and data— anytime, anywhere, regardless of where those applications and data live. WWT takes a holistic approach to networking that simplifies the complex, maximizes IT investment and helps our customers thrive in environments that demand constant connection. This focus area includes:

- Application Delivery Controllers
- Campus and LAN Switching
- Cloud Networking
- Data-center Networking
- Software-defined WAN (SD-WAN)
- Wireless Access and Mobility

**Security Transformation**

WWT enables organizations to protect their reputation, business assets and intellectual property with a holistic security approach. They can connect business goals and objectives to technical solutions, mature their security posture to prepare for new and existing threats, and achieve more effective outcomes while aligning with overall enterprise-architecture efforts. This focus area includes:

- Cloud Security
- Endpoint Security Architecture
- Enterprise Segmentation
- Identity and Access Management
- Next-generation Firewall Platforms
- Security Architecture

## Core Services

WWT leverages the Idea-to-Outcome methodology to deliver services. The central premise is to establish an environment that allows companies to push themselves past the status quo and disrupt their legacy way of doing business. WWT first helps stakeholders to articulate their ideas, then refines the scope to a viable solution, and finally creates a business and technology roadmap to quickly deliver the desired results and fully optimize the investment.



This is WWT's unique value—the ability to lead organizations through the planning and execution phases of their transformation.

WWT has aligned our services offerings with our core technology disciplines. Using our proprietary tools and methodology, we deliver high-quality technology solutions with seasoned professionals who have years of field experience and hold the top certifications from major OEMs. Our professionals can consult with customers, perform assessment and design work, develop and deploy complex solutions, and work with customers to fully adopt the technology and maximize business outcomes.



State of Kansas Legislature Virtual Statehouse Project | October 2020

Below is an outline of WWT's portfolio, showcasing the service offerings available within each category.

## Consulting Services

WWT helps customers meet strategic goals, align assets to business value and increase their return on technology investments. These services are provided for:

- Digital Strategy
- Business Analytics and Artificial Intelligence
- Enterprise Architecture
- Multicloud
- Security

## ATC Lab Services

Our Advanced Technology Center (ATC) is like no other testing and research lab. Customers can use our ATC and associated lab services to quickly test and evaluate products from thousands of manufacturers in secure customized environments. Our virtual lab connects our engineers to the ATC when they are working at your site. This portal makes it easier for your team, WWT engineers and our partners to collaborate, design and test solutions in sandbox environments, available 24/7. Services offered include:

- Product Comparisons
- Product Benchmarking
- Design Validation
- Functionality Testing
- Lab as a Service
- Proof of Concept

Users can cut their proof-of-concept time from months to weeks, if not days, by leveraging the ATC's testing and automation infrastructure.

## Application Services

WWT helps our customers attract and retain clients and employees with custom software and applications. Our outcome-based approach delivers customer value early and often, captures feedback to guide decision making, and produces solutions that positively and measurably impact your business. Available services in this area include:

- Agile Software Development
- Platform Integration
- Agile Coaching and Technical Mentoring
- DevOps
- Cloud-native Application Services
- Software Staffing

WWT can help you work collaboratively to find the optimal way to create software and software teams that deliver value early and often. The applications are easy to use, well-architected and organized to maximize future expandability.



## Supply Chain and Integration Services

Rapidly deploying technology is a must for organizations to keep up with customer demands. We work at each step of the supply chain lifecycle to delimit product lead times, provide just-in-time availability, reduce on-site integration and allow for visibility throughout the project lifecycle. WWT can deploy complex multi-vendor solutions at scale for our customers whenever and wherever needed. We offer the following services:

- Configuration and Imaging
- System and Data Center Staging
- Custom Cabling
- Rack and Stack
- Burn-in and Testing
- Custom Crating, Packaging and Asset Management

Maximizing the use of capital investments at your organization is the best way to deliver returns among your workforce and your customers. Simplifying IT deployments at the procurement and staging phase of your project is the best way to achieve that goal.

## Infrastructure Services

WWT's global infrastructure planning and deployment services deliver thousands of projects each year. From employing industry-standard methods at hundreds of sites to leveraging complete enterprise design services, customers trust our infrastructure experts to assess the technology they have today and design the solutions they need for tomorrow. WWT's 24/7/365 Command Center and certified engineers execute seamless multi-site, complex IT implementations. We offer the following services to our customers:

- Site Surveys
- On-site Deployment
- Project Management
- Detailed Project Documentation

Supported technologies:
- **Network Solutions**
  - Application Delivery Controllers
  - Cloud Networking
  - SD-WAN
  - Campus and LAN Switching
  - Data Center Networking
  - Wireless Access Mobility
- **Security**
  - Cloud Security
  - Enterprise Segmentation
  - Next-generation Firewall Platforms
  - Endpoint Security Architecture
  - Identity and Access Management
  - Security Architecture
- **Data Center**
  - Cloud Data Management
  - Hyper-converged Infrastructure (HCI)



- o Primary Storage
- o Secondary Storage
- o Converged Infrastructure
- o Server Infrastructure
- **Collaboration**
  - o Contact Center
  - o End-user Computing
  - o Desktop Migration
  - o Next-generation Meetings

### Strategic Staffing

WWT has more than two decades of experience finding the right people to work on projects that span every aspect of our customers' business and IT. We know that sourcing the right talent is about more than filling gaps. That is why we take the time to meet with the hiring team to understand the role needed and your organization's culture. We find fully-screened consultants quickly and efficiently, and our consultants are backed by advanced technology engineers and our 24/7/365 Technical Service Center. Features of our staffing services include:

- Global Resource Pool
- Technical Evaluation by Resident Engineer
- Ongoing Resource Training and Development
- Reachback to Technical Labs and Engineers
- WWT- or Customer-managed
- Access to Cleared Resources for Secret and Top Secret Programs

WWT is ready to deliver pre-screened, trained IT professionals, ready to meet the mission-critical objectives for commercial enterprises and government agencies around the globe.

## Who We Serve

In support of our vision to be the best technology solution provider in the world, WWT dedicates resources and tailors products and services to meet the needs of commercial enterprises; federal, state and local government agencies; educational institutions; and service providers. We continue to stand by our goal of building and developing WWT intellectual property, products and reference architectures to create differentiated value for our company, customers and partners.

## Global Commercial Enterprise

WWT conducts business with more than 70 Fortune 100 companies, ranging from financial institutions and healthcare providers to manufacturers, retailers and utility companies.

## Public Sector

### Federal Government

WWT offers IT procurement, logistics, software development and program management to a range of federal agencies and departments, including the Department of Justice and the Department of Defense. For 20 years, WWT has fulfilled products and services for a range of public engagements governed by Blanket Purchase Agreements; Indefinite Delivery, Indefinite Quantity contracts; GSA Multiple Award Schedules and various other agency-specific contracts.



**State and Local Government**

WWT has more than 20 years of experience helping state and local government agencies to innovate. Our experience spans a variety of agency functions and missions, including transportation, social services, public safety, administration and information technology. We hold numerous state contracts for the procurement of products and services.

**Education**

WWT works with K-12 school districts and higher education institutions nationwide to provide advanced technology solutions ranging from remote learning and collaboration to high-speed wireless networks that support mobile devices across campuses. We also provide network- and physical-security solutions to promote student and staff safety and security. WWT works on E-rate- and non-E-rate-funded projects.

## Global Service Providers

At WWT, our goal is to fundamentally transform the service-provider industry. Through our Idea-to-Outcome-based approach and global fulfillment, WWT enables service providers to deliver next-generation technology platforms faster. WWT supports service providers by managing the planning, procurement and deployment of their technology and associated supply chain requirements.

# WWT Differentiators

## Advanced Technology Center

WWT has invested in the Advanced Technology Center (ATC) to give our customers opportunities to evaluate multiple OEM technologies in a single, integrated, remotely accessible environment. Using the latest data center, collaboration, security and networking technologies, WWT engineers design and integrate systems to solve business and technical challenges facing public and private organizations.

More than 3,000 engineers and technical resources are available to perform product demonstrations in a virtual environment accessible from anywhere around the world. Our engineers stay current with the latest technology developments through continuous training and close working relationships with OEM personnel.



The ATC ecosystem is defined by the combined experience of WWT consulting systems engineers, IT operations and professional services engineers, along with the knowledge of peers from manufacturing partners and customers. Our engineers are constantly developing new ways to integrate technology, test products as they are introduced to market and define new architectures that address today's biggest business challenges.



**World Wide Technology**

State of Kansas Legislature Virtual Statehouse Project | October 2020

Powered by a multi-tenant private-cloud infrastructure, the ATC is organized into four groups of labs for research and development, testing, training and integration. Key capabilities and benefits of the ATC include:

- An architecturally independent, multi-vendor view of technology and solutions, allowing customers to make the right choice for their specific technology environments



- Easy access to multiple software- and hardware-based demonstrations
- Remote or on-site access
- WWT engineers can perform product demonstrations in a virtual environment from anywhere around the world
- Customer evaluations, proofs of concept and pilot projects
- Features include technology infrastructure from leading OEMs, more than 250 racks of equipment, sandbox testing environments and a hands-on solution showcase center

## WWT's Global Presence

Supply chain management is often focused on technology and logistics, but it is also about information flow. WWT maintains strategic, long-term partnerships with many world-class technology OEMs and other vendors to embed information with physical goods to improve product availability, reduce lead time and increase predictability for our customers.



WWT integrates with vendor and customer systems to make procurement as efficient as possible in support of large-scale, nationwide or global deployments. WWT offers a wide range of configuration and integration services along with a full suite of advanced logistics solutions. Our supply chain and logistics team manages more than 4 million square feet of distribution facility space at our ISO 9001:2015-certified logistics hub and at more than 20 distribution centers around the world. Our relationships and logistical effectiveness allow WWT to deliver products nearly anywhere in the world.


**World Wide Technology**

State of Kansas Legislature Virtual Statehouse Project | October 2020

### WWT Integration Centers

WWT's global presence revolves around our strategic integration centers located in the United States, the Netherlands, India and Singapore. Our integration centers are climate-controlled production environments with advanced networking, secure remote access and certified procedures specifically designed for staging, kitting and configuring the latest advanced technology solutions. They are staffed with certified engineers with logistical and technical expertise to help reduce the risk, cost and complexity of IT deployments.



### Increase Deployment Speed and Reduce Costs

WWT integration centers combine technology from leading manufacturers and have the capacity to simultaneously configure and integrate thousands of systems per week. We provide secure controlled environments where tasks can be performed on equipment to help customers move from planning and designing a new or evolving technology to implementing it. We asset tag, test, burn in, cable, rack, configure and integrate multi-vendor solutions prior to delivery. The ability to pre-configure technology platforms and devices before shipment to site increases deployment speed and can reduce field engineering costs by up to 40 percent, increase order processing speed by 20 percent and reduce maintenance costs by 7 percent.

Our customers have used WWT's integration centers to:
- Stage their entire data center technology infrastructure during facility construction
- Rack and stack components from multiple manufacturers into ready-to-deploy systems
- Configure thousands of network, collaboration, security and end-user devices

### Reduce Risk and Complexity

Our integration centers meet the highest industry standards for quality control, secure supply chain services and inventory management. Work instructions for each customer engagement are documented in our quality system and electronically tracked on a per-asset basis. Individual components and integrated systems are tested prior to delivery, lowering the risk of hardware failures in our customers' production environments.



**Enhance Performance and Visibility**

WWT offers our customers a lab environment with dedicated data center space for proof-of-concept testing, centralized configuration management and remote solution demonstrations. Using VPN access with streaming video, customers can observe the integration process in real time, with virtual hands-on access to allow remote configuration, testing and evaluation prior to on-site delivery.

## Corporate Social Responsibility

Our responsibility to the community has grown with our company. WWT remains committed to continually improving our organization's social and environmental performance, while ensuring continued growth, profitability and recognition of WWT as a leader in our industry and a great place to work.

WWT's key areas of corporate social responsibility include:

- **Supplier Diversity**: WWT's Supplier Diversity Program is designed to help train and integrate qualified and certified minority-owned, women-owned and disabled veteran-owned suppliers into the provisioning of products and services for our customers.
- **Employee and Community Engagement**: Through recruitment, workforce inclusion and education, WWT provides our employees with the needed resources for success, and encourages our employees to give back to their communities.
- **Governance, Ethics and Compliance**: WWT advances its unified approach to governance and compliance through individual accountability, as well as a structured Compliance Council and leadership-development programs.
- **Environmental Policy**: WWT is committed to sustainability initiatives and addressing the daily impact our business has on the environment. With a focus on energy and waste reduction, water conservation and end-of-life product planning, WWT works to protect our planet while providing business value for our customers.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

CHRIS HAULMARK,                          )
                                         )
                    Plaintiff,           )
                                         )
v.                                       )          Case. No. 20-cv-4084-EFM-TJJ
                                         )
                                         )
STATE OF KANSAS, et al.,                 )
                                         )
                    Defendants.          )
_____      )

**Day Exhibit G**

Documentation relating to LCC's Nov. 19, 2020 Approval of KS VSP

Day Exhibit G

**Report to the Kansas Legislative Coordinating Council**
**Kansas Virtual Statehouse Project**
**by Tom Day, Director of Legislative Administrative Services**
**and**
**Alan Weis, Legislative Chief Information Technology Officer**
**November 19, 2020**

**Update:**

This report is an update on the Kansas Virtual Statehouse Project after the LCC approved the project during the 9/16/2020 LCC meeting.  Below are the items in progress or completed.

**Project Execution:**

1. The Project Plan was finalized and approved by the CITO, Alan Weis and Director of Legislative Services, Tom Day on 9/23/2020 and the plan was submitted to the KITO office.  Terri Clark is the Project Manager on the Virtual Statehouse Project.
2. The System Requirements were finalized and were included in the Request for Proposal (RFP).
3. The RFP was released 9/25/2020. The deadline for vendors to submit proposals was on 10/12/2020.
4. A working group consisting of staff from the Legislative Office of Information Services, the Office of Information Technology Services (OITS), the Kansas State Historical Society (KSHS), and the Office of Facilities and Property Management (OFPM) met on 10/1/2020 to document the existing infrastructure and identify areas of improvement needed for this project.  The working group conducted a walkthrough of the Statehouse on 10/8/2020 to review and document the following considerations:
   a. Possible location of cameras and monitors in committee rooms and chambers.
   b. Possible modifications to the building for additional data jacks and power outlets.
   c. Review modifications for possible issues with the historic building.
   d. Inventory the current network connections and power outlets in the rooms.
5. The proposals were reviewed by staff and three vendors were selected to provide demonstrations at the Statehouse.  Video Conference System demonstrations were provided during the week of 10/26/2020 by Cytek Media Systems Inc., World Wide Technology, and AVI Systems Inc. Legislative staff, OITS staff, Property and Facilities management staff, Kansas State Historical Society staff, and Robert Cooper of the Commission for the Deaf and Hard of Hearing were invited to the demonstrations.
6. The Project Procurement Negotiating Committee (PNC) meet on 11/3/2020 to review and discuss the proposals, demonstrations, and staff feedback.
7. A system detailed design is currently being drafted for review and approval.

**Project Funding:**

1. The funding request to the Coronavirus Relief Fund (CRF) was submitted on 9/3/2020.  The funding request was for the amount of $5,068,000.  The Kansas Virtual Statehouse project is included in the CRF Round 3 Priorities.
2. The SPARK committee approved the recommendation of the funding to the State Finance Council at the 9/16/2020 SPARK meeting.
3. The State Finance Council approved the funding during their 9/17/2020 meeting.

4. Tom Day received an official email notification from the Office of Recovery of the project funding approval on 9/21/2020.
5. LAS and KLOIS management staff attended the CRF reporting webinar on 9/25/2020.

**Statehouse Infrastructure Update:**

1. Network Switch Upgrades:  OITS has started a project to upgrade the Capitol switches.  This upgrade will provide 10Gb bandwidth throughout the building.  Three wiring closets have been successfully upgraded.  The project is scheduled to complete by December 20th.  KLOIS is testing each location following the switch upgrades.  Users can work remotely through VPN access when switches affecting their office are being upgraded.  On November 21st the switches for the Legislative data center will be upgraded.  During this work Legislative servers, applications, and data will be offline.  This includes VPN access, email, Spark messaging, network printing, KLISS applications, and internet access.
2. Legislative Firewall Upgrade:  The Legislative firewalls will be upgraded the week of November 30th.  This upgrade will provide 10GB bandwidth through the firewalls.  The firewalls are redundant and this work should not be service affecting.
3. Audio System Upgrades:  The audio systems in the committee rooms and House and Senate chambers will be upgraded Nov. 30th – Dec. 20th.  Several committee rooms have been upgraded due to equipment failures during the past two years, but others require a full system upgrade.  The upgrades include:
   a. Integrate the audio system with conference calls using a handset in the committee room,
   b. Integrate the audio system with the Virtual Statehouse teleconferencing system
   c. Provide ability for vendor to support the audio systems remotely
   d. Provide the ability for KLOIS staff to manage microphone volume settings directly
   e. Improve security of the audio systems through network segregation

**Critical Project Items to be completed:**

- Approve the system design.
- Negotiate and finalize a vendor contract.
- LCC approval the vendor contract.

**Request for LCC approval:**

1. The original project request specified video conference system implementations in the Statehouse Chambers and Committee Rooms.  We would like to expand the project to include video conference system implementations in 10 Statehouse conference rooms and the Visitor Center auditorium and training room.  We believe there is significant value to be able to use these rooms in Legislator and staff virtual meetings and for training purposes.  We therefore request the Legislative Coordinating Council allow the project to include these additional rooms for system implementations.
2. We are requesting the Legislative Coordinating Council to grant the LCC Chairperson the authority to approve the vendor contract for the Kansas Virtual Statehouse Project.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

CHRIS HAULMARK,                          )
                                         )
                    Plaintiff,           )
                                         )
v.                                       )          Case. No. 20-cv-4084-EFM-TJJ
                                         )
                                         )
STATE OF KANSAS, et al.,                 )
                                         )
                    Defendants.          )
_____)

**Day Exhibit H**

Contract/ Agreement for KS VSP

Day Exhibit H

## AGREEMENT FOR VITURAL STATEHOUSE PROJECT

THIS AGREEMENT made and entered into on November *19*, 2020, by and between the Legislative Coordinating Council on behalf of the Legislature of the State of Kansas ("LCC") and World Wide Technology ("WWT").

WHEREAS, the LCC are in need of professional services for video conferencing upgrades to the State of Kansas and associated adoption services; and

WHEREAS, WWT desires to provide these services for the LCC and is capable of providing them.

THEREFORE, the parties specified above hereby mutually agree as follows:

## 1.    TERMS AND CONDITIONS

### 1.1    Agreement Documents:

The State of Kansas DA-146a (Contractual Provisions Attachment, Rev. 07/19) is hereby incorporated by reference into the written contract, which shall compose the complete understanding of the parties. Whenever the term "State" or "Agency" or words of like effect are used in the Contractual Provisions Attachment, such reference shall be deemed to apply collectively to the LCC. The term "contractor" shall mean WWT.

Any conflict in the provisions of the written agreement and the documents incorporated herein by reference shall be determined and resolved by applying the following priority order:

- Form DA- 146a (Attachment C);
- written modifications to the executed agreement signed by the parties;
- written agreement signed by the parties;
- Statement of Work (Attachments A and B).

This agreement and the documents described above which are incorporated by reference constitute the entire agreement of the parties hereto. The written agreement in its final composite form, shall represent the entire agreement between the parties and shall supersede all prior negotiations, representations or agreements, either written or oral, between the parties relating to the subject matter hereof. This agreement between the parties shall be independent of and have no effect on any other contracts of either party.

### 1.2    Modifications and Oral Agreements:

No oral agreements will be effective to alter the contract. The agreement can only be amended by written agreement signed by the parties. Each amendment shall specify the date on which its provisions shall be effective.

### 1.3    Term of Contract:

Subject to termination as stated herein or a subsequent amendment to this agreement, the term of work under this agreement shall begin upon execution of the agreement by the parties, and shall end when all the work is finished and final payment is made and received.

### 1.4    Termination Right:

#### 1.4.1    Termination Other Than for Cause:

Notwithstanding any other provisions of this agreement, the parties each respectively reserve the right to terminate this agreement for any reason at any time without cause or penalty by giving ten days advance notice thereof in writing to the other two parties. In the event of the termination of this agreement, WWT also agrees that the LCC shall not be obligated to pay for any deliverable not already completed and delivered prior to the termination date. In the event of termination, all deliverables provided for the LCC under the agreement, become property of the LCC upon payment for services rendered through the termination date.

#### 1.4.2    Termination for Cause:

Each party may terminate this agreement, or any part thereof, for cause under any one of the following circumstances:

- Any party commits any material, persistent, or repeated breach of the agreement; or
- Any party ceases or threatens to cease to carry on business, or to pay any amount owing under the agreement.

The LCC shall provide WWT with written notice of the conditions endangering performance. If WWT fails to remedy the conditions within ten days from the receipt of the notice (or such longer period as the LCC may authorize in writing), the LCC shall issue WWT an order to stop work immediately. Receipt of the notice shall be presumed to have occurred within three days of the date of the notice. In the event of a work stoppage, WWT also agrees that the LCC shall not be obligated to pay for any deliverable not already completed and delivered prior to the termination date.

### 1.5    Partial Performance:

Should WWT fail to comply with the provisions of this agreement to the satisfaction of the LCC, payment for portions of the agreement will be withheld until such time as the agreement terms have been implemented. This condition also allows for administrative, contractual, and legal remedies as determined appropriate by the Attorney General of the State of Kansas where it appears that WWT has violated, breached, or defaulted on the agreement terms.

### 1.6    Staff Qualifications:

WWT agrees that all persons who assist in the performance of any tasks related to the work described in this agreement shall be fully qualified to perform the work required and will work

under the direct supervision of WWT. Failure of WWT to provide qualified staffing as required by the agreement may result in termination of this agreement or damages.

## 1.7     Responsibility for Services:

### 1.7.1     WWT Responsibilities

WWT shall use all reasonable endeavors and commit the necessary resources to complete the services required under the Statement of Work ("Services"), within the time schedule set out in the Statement of Work.

### 1.7.2     LCC Responsibilities

The LCC shall provide such assistance to WWT as reasonably required and requested in the performance of WWT's responsibilities under this agreement.

## 1.8     Assignment:

No party shall assign, convey, encumber, or otherwise transfer its rights or duties under this agreement without the prior written consent of the other two parties. Such consent shall not be unreasonably withheld.

## 1.9     Confidentiality:

Each party shall use all reasonable endeavors to ensure that all confidential or proprietary information received by it or its employees or agents from the other party remains confidential and is not, without the prior written consent of the other party, used or disclosed to any third party.

WWT agrees that acquiring or possessing confidential information, as defined in K.S.A. 45-221 et seq., or any other state or federal law, shall be restricted to those situations in which possession of such information is necessary for implementation of the service described in this agreement. WWT agrees to maintain any such data obtained pursuant to this agreement separate from all other data files that WWT possesses and shall not copy, reproduce, or transmit data obtained pursuant to this agreement, except as necessary to fulfill the purpose of completing the Services described in this agreement, or as necessary for established data management and backup processes. WWT agrees to establish procedures and systems to ensure all confidential data obtained is kept in secured facilities and media, and that access to such records is restricted to WWT's personnel who are authorized to have access to said data for the purposes of conducting the aforementioned Services.

Nothing in this agreement may be construed to allow either party to this agreement to maintain, use, disclose, re-disclose or share the business information in a manner not allowed by federal law, regulation or this agreement.

## 1.10    Billing and Payment:

**1.10.1    Total Price:**

The total price for this agreement shall not exceed **$2,724,076.77**, which shall be applied as follows:

- $1,418,367.00 for all hardware and software components, including all licensing pursuant to the request for proposal, from Cisco;
- $634,305.77 for the audio/video components from other vendors;
- $591,961.00 for professional services, including all maintenance pursuant to the request for proposal; and
- $79,443.00 for Webex adoption services.

**1.10.2    Price Adjustments:**

Prices shall remain firm through the completion of this agreement. If there is a change the Services to be provided, or any other factor beyond the control of WWT that requires a change in the Services to be provided, then the parties may agree upon a change in the total price under this agreement and execute an amendment to this agreement accordingly. Any increase in the work processes or components provided by WWT without a written amendment to the agreement signed in advance by the parties shall be at WWT's own risk. The cost and expense will be the responsibility of WWT, and WWT shall not submit a claim for compensation for work, materials, or equipment in connection with such changes.

**1.10.3    Billing and Payment:**

Payment of any invoice submitted under this agreement shall be consistent with the requirements in the Scope of Work attachments.

**1.11    Project Manager:**

The Director of Legislative Administrative Services, or the Director's designee, shall be the Project Manager throughout this project and agreement. The Project Manager shall be the liaison between WWT and the LCC. This designation may be modified by the LCC at any time without advance concurrence of WWT and without advance notice, provided that notice of any change in designation shall be provided to WWT within a reasonable time not to exceed ten business days.

**1.12    Compliance with Laws:**

WWT shall be responsible for complying with all applicable federal, state, and local laws and regulations.

**1.13    Validity and Waiver:**

The invalidity in whole or in part of any provision of the agreement shall not affect the validity of other provisions. A waiver of a breach of any provision or performance guaranty of the agreement shall not constitute a waiver of any subsequent breach of that provision or a breach of any other

provision of the contract. The failure of the parties to enforce at any time or from time to time any provision of the agreement shall not be construed as a waiver thereof. No agreement term or condition shall be held to be waived, modified or deleted except by a written amendment signed by the parties.

**1.14    Personnel, Supplies and Equipment, Materials and Workmanship:**

WWT shall perform all work and furnish all personnel, supplies and materials, machinery, equipment, facilities, and means necessary to complete all the work required by this agreement, within the time specified, in accordance with the provisions as specified.

**1.15    Notices:**

All notices, demands, requests, approvals, reports, instructions, consents or other communications (collectively "notices") which may be required or desired to be given by either party to the other party shall be in writing and shall be made by: (1) personal delivery with a receipt from the addressee requested, (2) United States mail, postage prepaid, return receipt requested, (3) by overnight delivery, prepaid, or (4) e-mail with a read receipt requested.

Notices to the LCC shall be addressed as follows:

> Tom Day, Director
> Division of Legislative Administrative Services
> 300 SW 10th Ave, Ste 551
> Topeka, KS  66612

Notices to WWT shall be addressed as follows:

> World Wide Technology
> 1 World Wide Way
> St. Louis, MO 63146
> Attn:  Chris Rodriguez

Each party may change its address for the purpose of this section by giving written notice of such change to each of the other parties in the manner provided in this section.

**1.16    Force Majeure:**

WWT shall not be held liable if the failure to perform under this agreement arises out of causes beyond the control of WWT. Causes may include, but are not limited to, acts of nature, fires, tornadoes, quarantine, strikes other than by WWT's employees, and freight embargoes.

**1.17    Independent Contractor:**

All parties, in the performance of this agreement, shall be acting in their individual capacity and not as agents, employees, partners, joint ventures, or associates of one another. The employees or

agents of one party shall not be construed to be the employees or agents of any other party for any purpose whatsoever.

WWT accepts full responsibility for payment of unemployment insurance, workers compensation, social security, income tax deductions, and any other taxes or payroll deductions required by law for its employees engaged in work authorized by this agreement.

WWT shall properly classify workers as employees rather than independent contractors and treat them accordingly for purposes of workers' compensation insurance coverage, unemployment taxes, social security taxes, and income tax withholding. Failure to do so may result in agreement termination.

The LCC shall not employ or attempt to employ any individual employed by WWT during the term of this agreement or within 12 months after the termination of this agreement, unless WWT provides prior written consent for such employment, which shall not be unreasonably withheld.

**1.18   Acceptance:**

No agreement provision or use of items by the LCC shall constitute acceptance or relieve WWT of liability in respect to any expressed or implied warranties.

**2.     STATEMENT OF WORK**

**2.1   Scope of Work:**

The Services to be performed under this agreement shall be those services described in the Statements of Work in response to the LCC's request for proposals. A copy of WWT's proposals are incorporated herein by reference and attached as Attachment A and B.

**2.2   Deliverables:**

**2.2.1.** WWT shall complete project tasks 1.3.14 through 1.3.43 described in the Services on or before December 31, 2020.

**2.2.2.** WWT shall complete all remaining project tasks described in the Services on or before February 28, 2021.

**3.     SIGNATURES:**

Signatures herein shall serve to bind the parties to this agreement. The parties represent and warrant that they have read and thoroughly understand the terms and conditions. WWT is represented by counsel and the terms and conditions of this agreement have been fully explained to WWT by counsel. This agreement shall be binding on any person or entity that is a successor or purchaser of WWT.

**Legislative Coordinating Council of the State of Kansas ("LCC")**

Ron Ryckman, Chairperson
Date: 11-19-20

**World Wide Technology ("World Wide Technology")**

Bryan Thomas, SVP Public Sector
Date: 11/19/2020


**World Wide Technology**

# State of Kansas - Legislature

Kansas Virtual Statehouse Project

November 19, 2020

**PRESENTED BY**
Rodriguez, Chris
Account Manager
World Wide Technology, LLC
(314) 779-4088
Chris.Rodriguez@wwt.com
**www.wwt.com**



State of Kansas - Legislature
Kansas Virtual Statehouse Project | October 2020

# Table of Contents

1  Project Scope ...........................................................................................................................4
   1.1  Project Description .........................................................................................................4
   1.2  Project Planning .............................................................................................................4
        1.2.1  Project Site..........................................................................................................4
   1.3  Project Tasks ..................................................................................................................5
        1.3.1   Auditorium: In Room ..........................................................................................5
        1.3.2   Auditorium: AV/IT Closet....................................................................................5
        1.3.3   Classroom ...........................................................................................................6
        1.3.4   21C-E - Conference Room ...................................................................................6
        1.3.5   24A-E - Conference Room ...................................................................................7
        1.3.6   42-S - Conference Room .....................................................................................7
        1.3.7   58C-S - Conference Room ....................................................................................8
        1.3.8   63W - Conference Room .....................................................................................8
        1.3.9   74N-W - Conference Room .................................................................................9
        1.3.10  77S-W - Conference Room ............................................................................... 10
        1.3.11  229-E - Conference Room ................................................................................ 10
        1.3.12  287-N - Conference Room ............................................................................... 11
        1.3.13  552-S - Conference Room ................................................................................ 11
        1.3.14  112-N - Committee Room: In Room ................................................................. 12
        1.3.15  112-N - Committee Room: 0E - AV/IT Closet.................................................... 13
        1.3.16  118-N - Committee Room: In Room ................................................................. 13
        1.3.17  118-N - Committee Room: 0E - AV/IT Closet.................................................... 14
        1.3.18  142-S - Committee Room: In Room .................................................................. 15
        1.3.19  142-S - Committee Room: 146-S - AV/IT Closet ............................................... 15
        1.3.20  144-S - Committee Room: In Room .................................................................. 16
        1.3.21  144-S - Committee Room: 146-S - AV/IT Closet ............................................... 17
        1.3.22  152-S - Committee Room: In Room .................................................................. 17
        1.3.23  152-S - Committee Room: 153-S - AV/IT Closet ............................................... 18
        1.3.24  159-S - Committee Room: In Room .................................................................. 19
        1.3.25  159-S - Committee Room: 153-S - AV/IT Closet ............................................... 19
        1.3.26  212B-N - Committee Room: In Room ............................................................... 20
        1.3.27  212B-N - Committee Room: 0E - AV/IT Closet ................................................. 21
        1.3.28  218-N - Committee Room: In Room ................................................................. 21
        1.3.29  218-N - Committee Room: 0E - AV/IT Closet.................................................... 22
        1.3.30  281-N - Committee Room: In Room ................................................................. 23
        1.3.31  281-N - Committee Room: 10B-N - AV/IT Closet.............................................. 23
        1.3.32  346-S - Committee Room: In Room .................................................................. 24
        1.3.33  346-S - Committee Room: 548A-S - AV/IT Closet ............................................ 25
        1.3.34  546-S - Committee Room: In Room .................................................................. 25
        1.3.35  546-S - Committee Room: 548A-S - AV/IT Closet ............................................ 26

**PROPRIETARY NOTICE** The information contained in this statement of work is the confidential information of World Wide Technology, LLC. This statement of work and the information contained herein shall not be disclosed outside the company named above, and shall not be duplicated, used, or disclosed in whole or in part for any purpose other than to evaluate this statement of work.



1.3.36   548-S - Committee Room: In Room ...................................................................... 27

1.3.37   548-S - Committee Room: 548A-S - AV/IT Closet ................................................ 28

1.3.38   582-N - Committee Room: In Room .................................................................... 28

1.3.39   582-N - Committee Room: 477B-W - AV/IT Closet ............................................. 29

1.3.40   House Chamber: In Room .................................................................................. 29

1.3.41   House Chamber: 464-W - AV/IT Closet .............................................................. 30

1.3.42   Senate Chamber: In Room ................................................................................. 31

1.3.43   Senate Chamber: 325-E - AV/IT Closet .............................................................. 32

1.3.44   Testing ............................................................................................................. 32

1.3.45   Cutover Procedures .......................................................................................... 32

1.4   Documentation ......................................................................................................... 33

1.5   Out of Scope ............................................................................................................. 33

**2   Pricing Summary ..............................................................................................................33**

2.1   Firm Fixed Price Project Change Control .................................................................... 34

**3   Customer Responsibilities ...............................................................................................34**

**4   Assumptions ....................................................................................................................35**

**Appendix 1:   Approval to Proceed with Project ....................................................................37**

**Appendix 2:   Project Completion .........................................................................................38**

*PROPRIETARY NOTICE* The information contained in this statement of work is the confidential information of World Wide Technology, LLC. This statement of work and the information contained herein shall not be disclosed outside the company named above, and shall not be duplicated, used, or disclosed in whole or in part for any purpose other than to evaluate this statement of work.



# 1   Project Scope

This Statement of Work (SOW) defines the services that World Wide Technology, LLC (WWT), will deliver to State of Kansas - Legislature (State of Kansas - Legislature or Customer). Each of the parties' responsibilities is defined to provide a clear understanding of the scope of Kansas Virtual Statehouse Project services.

The pricing submitted with this SOW reflects the services and responsibilities described herein. WWT will strive to meet State of Kansas - Legislature schedule requirements; however, actual project dates will be subject to availability of materials and resources and State of Kansas - Legislature attention to its responsibilities.

## 1.1   Project Description

WWT to provide video conferencing upgrades to the State of Kansas.

## 1.2   Project Planning

WWT follows a project initiation process that begins with planning the project with the key stakeholders. The process begins with planning a project initiation with State of Kansas - Legislature during which all requirements, dependencies, success criteria, as well as challenges and risks to the project will be identified and planned for.

The project initiation will consist of the following tasks:

- Define roles and responsibilities of the project core team
- Articulate project objectives, priorities, technologies being deployed, and key deliverables
- Identify the work required to achieve the project goals
- Establish a high-level schedule for the project
- Develop strategies for mitigating major project risks
- Plan the project success criteria
- Understand project dependencies
- WWT and State of Kansas - Legislature will jointly define the due dates for State of Kansas - Legislature owned prerequisites. State of Kansas - Legislature understands these dates are required to achieve the project outcome and may trigger changes to the project scope

### 1.2.1   Project Site

The below site is in scope for this service offering. Modifications to sites, scope or level of effort will be managed through the Change Control process.

- Topeka, KS



## 1.3   Project Tasks

### 1.3.1   Auditorium: In Room

The Auditorium will be outfit with a Cisco Webex video conferencing system that will consist of the following hardware:

- Installation of (1) 137" direct view LED with 1.2mm pixel pitch for a total resolution of 2400x1350. The existing LED board, projector, and projector screen will be removed.
- Installation of (1) Cisco P60 1080p PTZ cameras on ceiling mounts. The cameras' HDMI output, network, and power connections will be extended to the AV/IT closet via extender over existing infrastructure. Each camera will be connected to individual HDMI inputs on the Cisco Codec Plus.
- Installation of (1) HDMI input encoder fed to the AV/IT closet over existing infrastructure and connected to the HDMI share source input on the Cisco Codec Plus.
- Installation of (1) Cisco Touch 10 system operator touch panel. The Touch 10 will be wired to the AV/IT closet over existing infrastructure and connected to the Cisco Codec Plus

System functionality:

- The Cisco Touch 10 will provide the primary operator interface in the Committee Room for controlling the audio-visual experience in the room
- For simple presentation, users will have the ability to connect an HDMI source in the room that can be viewed on all of the displays in the room
- The Cisco Touch 10 will provide volume and mute for the audio system in the room, which will be integrated with the existing speaker system

Assumptions:

- Location of all displays provided by customer
- Appropriate pathways, conduit, or other to device locations provided by other
- All low-voltage related to the AV systems will utilized existing CAT6 infrastructure, additional cabling provided by customer as required
- Power for AV systems provided by other

### 1.3.2   Auditorium: AV/IT Closet

The Auditorium AV/IT closet will be outfit with a Cisco Webex video conferencing system that will consist of the following hardware:

- Installation of AV equipment in existing AV equipment rack, outfit with additional power surge and distribution and wire management.
- Installation of a Cisco Codec Plus in the AV rack.
- Installation of a Cisco 24 port network switch that will provide communication between the AV devices in the room and the AV rack. The switch will connect to the existing building IT infrastructure for Internet access and connection of AV systems to remote system management tools.
- Connection of audio from Cisco Codec Plus to existing Biamp DSP.

Assumptions:

- Location of all displays provided by customer
- Appropriate pathways, conduit, or other to device locations provided by other

 **World Wide Technology**

- All low-voltage related to the AV systems will utilized existing CAT6 infrastructure, additional cabling provided by customer as required
- Power for AV systems provided by other

### 1.3.3   Classroom

The Classroom will be outfit with a Cisco Webex video conferencing system that will consist of the following hardware:
- Installation of one (1) 85" 4K Webex Board interactive display. The Board85 will be installed on an electronic height adjustable rolling cart built specifically for the Board85
- Installation of one (1) HDMI cable for local source sharing
- Installation of one (1) Cisco Touch 10 system operator touch panel. The Touch 10 will be wired to the Board85

System functionality:
- The Cisco Touch 10 as well as the Board85 will provide the primary operator interface in the Committee Room for controlling the audio-visual experience in the room
- For simple presentation, users will have the ability to connect an HDMI source in the room that can be viewed on all of the displays in the room
- The Cisco Touch 10 will provide volume and mute for the audio system on the Board85

Assumptions:
- Appropriate pathways, conduit, or other to device locations provided by other
- All low-voltage related to the AV systems will utilized existing CAT6 infrastructure, additional cabling provided by customer as required
- Power for AV systems provided by other

### 1.3.4   21C-E - Conference Room

The Conference Room will be outfit with a Cisco Webex video conferencing system that will consist of the following hardware:
- Installation of two (2) 65" 4K 16/7 Commercial Displays on articulating mounts. Installation of on-wall surge protector
- Installation of one (1) Cisco Quad Cam on the wall above the displays
- Installation of one (1) Cisco Codec Plus behind the displays
- Installation of three (3) Cisco Table microphones on the conference table
- Installation of one (1) HDMI input at the conference table. encoder fed to the AV/IT closet over existing infrastructure and connected to the HDMI share source input on the Cisco Codec Pro
- Installation of one (1) Cisco Touch 10 system operator touch panel. An extender will connect the Touch 10, HDMI, and table microphones to the display wall from the table via CAT6-shielded

System functionality:
- The Cisco Touch 10 will provide the primary operator interface in the Conference Room for controlling the audio-visual experience in the room



- For simple presentation, users will have the ability to connect an HDMI source in the room that can be viewed on all of the displays in the room

Assumptions:
- Location of all displays provided by customer
- Appropriate pathways, conduit, or other to device locations provided by other
- All low-voltage related to the AV systems will utilized existing CAT6 infrastructure, additional cabling provided by customer as required
- Power for AV systems provided by other

### 1.3.5   24A-E - Conference Room

The Conference Room will be outfit with a Cisco Webex video conferencing system that will consist of the following hardware:
- Installation of one (1) 65" 4K 16/7 Commercial Displays on articulating mount. Installation of on-wall surge protector
- Installation of one (1) Cisco Room Kit on the wall above the displays
- Installation of one (1) HDMI input wall plate at the back of the room
- Installation of one (1) Cisco Touch 10 system operator touch panel at the back of the room

System functionality:
- The Cisco Touch 10 will provide the primary operator interface in the Conference Room for controlling the audio-visual experience in the room
- For simple presentation, users will have the ability to connect an HDMI source in the room that can be viewed on all of the displays in the room

Assumptions:
- Location of all displays provided by customer
- Appropriate pathways, conduit, or other to device locations provided by other
- All low-voltage related to the AV systems will utilized existing CAT6 infrastructure, additional cabling provided by customer as required
- Power for AV systems provided by other

### 1.3.6   42-S - Conference Room

The Classroom will be outfit with a Cisco Webex video conferencing system that will consist of the following hardware:
- Installation of (1) 70" 4K Webex Board interactive display. The Board70 will be installed on an electronic height adjustable rolling cart built specifically for the Board70.
- Installation of (1) HDMI cable for local source sharing.
- Installation of (1) Cisco Touch 10 system operator touch panel. The Touch 10 will be wired to the Board70

System functionality:
- The Cisco Touch 10 as well as the Board70 will provide the primary operator interface in the Committee Room for controlling the audio-visual experience in the room



- For simple presentation, users will have the ability to connect an HDMI source in the room that can be viewed on all of the displays in the room
- The Cisco Touch 10 will provide volume and mute for the audio system on the Board70

Assumptions:
- Appropriate pathways, conduit, or other to device locations provided by other
- All low-voltage related to the AV systems will utilized existing CAT6 infrastructure, additional cabling provided by customer as required
- Power for AV systems provided by other

### 1.3.7   58C-S - Conference Room

The Conference Room will be outfit with a Cisco Webex video conferencing system that will consist of the following hardware:
- Installation of one (1) 65" 4K 16/7 Commercial Displays on electronic height adjustable cart.
- Installation of on-wall surge protector
- Installation of one (1) Cisco Room Kit above the display
- Installation of one (1) HDMI input cable from the cart
- Installation of (1) Cisco Touch 10 system operator touch panel on a shelf built into the display cart

System functionality:
- The Cisco Touch 10 will provide the primary operator interface in the Conference Room for controlling the audio-visual experience in the room
- For simple presentation, users will have the ability to connect an HDMI source in the room that can be viewed on all of the displays in the room

Assumptions:
- Location of all displays provided by customer
- Appropriate pathways, conduit, or other to device locations provided by other
- All low-voltage related to the AV systems will utilized existing CAT6 infrastructure, additional cabling provided by customer as required
- Power for AV systems provided by other

### 1.3.8   63W - Conference Room

The Conference Room will be outfit with a Cisco Webex video conferencing system that will consist of the following hardware:
- Installation of two (2) 65" 4K 16/7 Commercial Displays. (1) display will be installed on an electronic height adjustable cart. (1) display will be installed on articulating mount
- Installation of on-wall surge protector
- Installation of (1) Cisco Room Kit on the cart above the display
- Installation of one (1) HDMI input wall plate at the back of the room to provide connection of the Room Kit to the wall mounted display as a secondary display. Wall mounted display can be used as an HDMI monitor when not connected to the Cisco Room Kit
- Installation of one (1) HDMI from the cart for local source connection



- Installation of one (1) Cisco Touch 10 system operator touch panel on a shelf built into the display cart

System functionality:
- The Cisco Touch 10 will provide the primary operator interface in the Conference Room for controlling the audio-visual experience in the room
- For simple presentation, users will have the ability to connect an HDMI source in the room that can be viewed on all of the displays in the room

Assumptions:
- Location of all displays provided by customer
- Appropriate pathways, conduit, or other to device locations provided by other
- All low-voltage related to the AV systems will utilized existing CAT6 infrastructure, additional cabling provided by customer as required
- Power for AV systems provided by other

### 1.3.9   74N-W - Conference Room

The Conference Room will be outfit with a Cisco Webex video conferencing system that will consist of the following hardware:
- Installation of two (2) 55" 4K 16/7 Commercial Displays on articulating mounts. Installation of on-wall surge protector
- Installation of one (1) Cisco Quad Cam on the wall above the displays
- Installation of one (1) Cisco Codec Plus behind the displays
- Installation of one (1) Shure beam forming ceiling microphone above the conference table
- Installation of one (1) Shure Intellimix DSP to integrate the ceiling microphone with the Cisco Codec Plus
- Installation of one (1) HDMI input wall plate extender at the back of the room and connected to the HDMI share source input on the Cisco Codec Pro
- Installation of one (1) Cisco Touch 10 system operator touch panel at the back of the room
- Installation of one (1) Cisco Webex Board70 on the side wall, configured in companion mode with the Codec Plus

System functionality:
- The Cisco Touch 10 will provide the primary operator interface in the Conference Room for controlling the audio-visual experience in the room
- For simple presentation, users will have the ability to connect an HDMI source in the room that can be viewed on all of the displays in the room

Assumptions:
- Location of all displays provided by customer
- Appropriate pathways, conduit, or other to device locations provided by other
- All low-voltage related to the AV systems will utilized existing CAT6 infrastructure, additional cabling provided by customer as required
- Power for AV systems provided by other

 **World Wide Technology**

### 1.3.10  77S-W - Conference Room

The Conference Room will be outfit with a Cisco Webex video conferencing system that will consist of the following hardware:

- Installation of two (2) 65" 4K 16/7 Commercial Displays on articulating mounts. Installation of on-wall surge protector
- Installation of one (1) Cisco Quad Cam on the wall above the displays
- Installation of one (1) Cisco Codec Plus behind the displays
- Installation of two (2) Shure beam forming ceiling microphones above the conference table
- Installation of one (1) Shure Intellimix DSP to integrate the ceiling microphone with the Cisco Codec Plus
- Installation of one (1) HDMI input wall plate extender at the back of the room and connected to the HDMI share source input on the Cisco Codec Pro
- Installation of one (1) Cisco Touch 10 system operator touch panel at the back of the room
- Installation of one (1) Cisco Webex Board70 on the side wall, configured in companion mode with the Codec Plus

System functionality:

- The Cisco Touch 10 will provide the primary operator interface in the Conference Room for controlling the audio-visual experience in the room
- For simple presentation, users will have the ability to connect an HDMI source in the room that can be viewed on all of the displays in the room

Assumptions:

- Location of all displays provided by customer
- Appropriate pathways, conduit, or other to device locations provided by other
- All low-voltage related to the AV systems will utilized existing CAT6 infrastructure, additional cabling provided by customer as required
- Power for AV systems provided by other

### 1.3.11  229-E - Conference Room

The Conference Room will be outfit with a Cisco Webex video conferencing system that will consist of the following hardware:

- Installation of one (1) 65" 4K 16/7 Commercial Displays on electronic height adjustable cart.
- Installation of on-wall surge protector
- Installation of one (1) Cisco Room Kit above the display
- Installation of one (1) HDMI input cable from the cart
- Installation of two (2) Cisco Table Microphones that will wire from the cart to the table for audio pickup
- Installation of two (1) Cisco Touch 10 system operator touch panel on a shelf built into the display cart

System functionality:

- The Cisco Touch 10 will provide the primary operator interface in the Conference Room for controlling the audio-visual experience in the room



- For simple presentation, users will have the ability to connect an HDMI source in the room that can be viewed on all of the displays in the room

Assumptions:
- Location of all displays provided by customer
- Appropriate pathways, conduit, or other to device locations provided by other
- All low-voltage related to the AV systems will utilized existing CAT6 infrastructure, additional cabling provided by customer as required
- Power for AV systems provided by other

### 1.3.12  287-N - Conference Room

The Conference Room will be outfit with a Cisco Webex video conferencing system that will consist of the following hardware:
- Installation of one (1) 75" 4K 16/7 Commercial Displays on electronic height adjustable cart.
- Installation of on-wall surge protector
- Installation of one (1) Cisco Room Kit above the display
- Installation of one (1) HDMI input cable from the cart
- Installation of one (1) Cisco Touch 10 system operator touch panel on a shelf built into the display cart

System functionality:
- The Cisco Touch 10 will provide the primary operator interface in the Conference Room for controlling the audio-visual experience in the room
- For simple presentation, users will have the ability to connect an HDMI source in the room that can be viewed on all of the displays in the room

Assumptions:
- Location of all displays provided by customer
- Appropriate pathways, conduit, or other to device locations provided by other
- All low-voltage related to the AV systems will utilized existing CAT6 infrastructure, additional cabling provided by customer as required
- Power for AV systems provided by other

### 1.3.13  552-S - Conference Room

The Conference Room will be outfit with a Cisco Webex video conferencing system that will consist of the following hardware:
- Installation of two (2) 65" 4K 16/7 Commercial Displays on articulating mounts. Installation of on-wall surge protector
- Installation of one (1) Cisco Quad Cam on the wall above the displays
- Installation of one (1) Cisco Codec Plus behind the displays
- Installation of three (3) Cisco Table microphones on the conference table
- Installation of one (1) HDMI input at the conference table. encoder fed to the AV/IT closet over existing infrastructure and connected to the HDMI share source input on the Cisco Codec Pro



- Installation of one (1) Cisco Touch 10 system operator touch panel. An extender will connect the Touch 10, HDMI, and table microphones to the display wall from the table via CAT6-shielded

System functionality:
- The Cisco Touch 10 will provide the primary operator interface in the Conference Room for controlling the audio-visual experience in the room
- For simple presentation, users will have the ability to connect an HDMI source in the room that can be viewed on all of the displays in the room

Assumptions:
- Location of all displays provided by customer
- Appropriate pathways, conduit, or other to device locations provided by other
- All low-voltage related to the AV systems will utilized existing CAT6 infrastructure, additional cabling provided by customer as required
- Power for AV systems provided by other

### 1.3.14 112-N - Committee Room: In Room

The Committee Room will be outfit with a Cisco Webex video conferencing system that will consist of the following hardware:
- Installation of three (3) 65" 4K 16/7 Commercial Displays on articulating mounts. Installation of on-wall surge protector. Video for the displays will be fed via HDMI decoder over IP to the AV/IT closet utilizing existing infrastructure. The displays and HDMI decoder will be connected to the network switch in the AV rack for remote system management via Crestron XIO Cloud. Each display will be configured to view one of three outputs of the Cisco Codec Pro
- Installation of three (3) Cisco P60 1080p PTZ cameras on wall mounts. The cameras' HDMI output, network, and power connections will be extended to the AV/IT closet via extender over existing infrastructure. Each camera will be connected to individual HDMI inputs on the Cisco Codec Pro
- Installation of one (1) HDMI input encoder fed to the AV/IT closet over existing infrastructure and connected to the HDMI share source input on the Cisco Codec Pro.
- Installation of one (1) Cisco Touch 10 system operator touch panel. The Touch 10 will be wired to the AV/IT closet over existing infrastructure and connected to the Cisco Codec Pro

System functionality:
- The Cisco Touch 10 will provide the primary operator interface in the Committee Room for controlling the audio-visual experience in the room
- For simple presentation, users will have the ability to connect an HDMI source in the room that can be viewed on all of the displays in the room
- The Cisco P60 cameras will be integrated with the existing audio DSP through a Crestron control processor and Cisco Codec Pro. The system will function such that when a microphone element(s) becomes hot, a specific camera(s) and specific preset(s) will be recalled to adjust the camera(s) to view the presenter at the microphone(s)
- The Cisco Touch 10 will provide volume and mute for the audio system in the room, which will be integrated with the existing audio DSP system



Assumptions:
- Location of all displays provided by customer
- Appropriate pathways, conduit, or other to device locations provided by other
- All low-voltage related to the AV systems will utilized existing CAT6 infrastructure, additional cabling provided by customer as required
- Power for AV systems provided by other

### 1.3.15  112-N - Committee Room: 0E - AV/IT Closet

The Committee Room AV/IT closet will be outfit with a Cisco Webex video conferencing system that will consist of the following hardware:
- Installation of AV equipment in existing AV equipment rack, outfit with additional power surge and distribution and wire management
- Installation of a Cisco Codec Pro in the AV rack
- Installation of a Cisco 24 port network switch that will provide communication between the AV devices in the room and the AV rack. The switch will connect to the existing building IT infrastructure for Internet access and connection of AV systems to remote system management tools
- Installation of a Crestron processor that will provide communication between the existing audio DSP system and the Cisco Codec Pro. The Crestron system will be configured with a 3-year XIO cloud license to provide remote system management and configuration of AV devices in the room including the Crestron processor and Crestron HDMI over IP
- Installation of HDMI output card to feed existing Sliq streaming device. Feed will mirror HDMI out one (1) of the Cisco Codec Pro and contain the system audio feed.

Assumptions:
- Location of all displays provided by customer
- Appropriate pathways, conduit, or other to device locations provided by other
- All low-voltage related to the AV systems will utilized existing CAT6 infrastructure, additional cabling provided by customer as required
- Power for AV systems provided by other

### 1.3.16  118-N - Committee Room: In Room

The Committee Room will be outfit with a Cisco Webex video conferencing system that will consist of the following hardware:
- Installation of three (3) 65" 4K 16/7 Commercial Displays on articulating mounts. Installation of on-wall surge protector. Video for the displays will be fed via HDMI decoder over IP to the AV/IT closet utilizing existing infrastructure. The displays and HDMI decoder will be connected to the network switch in the AV rack for remote system management via Crestron XIO Cloud. Each display will be configured to view one of three outputs of the Cisco Codec Pro
- Installation of three (3) Cisco P60 1080p PTZ cameras on wall mounts. The cameras' HDMI output, network, and power connections will be extended to the AV/IT closet via extender over existing infrastructure. Each camera will be connected to individual HDMI inputs on the Cisco Codec Pro



- Installation of one (1) HDMI input encoder fed to the AV/IT closet over existing infrastructure and connected to the HDMI share source input on the Cisco Codec Pro
- Installation of one (1) Cisco Touch 10 system operator touch panel. The Touch 10 will be wired to the AV/IT closet over existing infrastructure and connected to the Cisco Codec Pro

System functionality:
- The Cisco Touch 10 will provide the primary operator interface in the Committee Room for controlling the audio-visual experience in the room
- For simple presentation, users will have the ability to connect an HDMI source in the room that can be viewed on all of the displays in the room
- The Cisco P60 cameras will be integrated with the existing audio DSP through a Crestron control processor and Cisco Codec Pro. The system will function such that when a microphone element(s) becomes hot, a specific camera(s) and specific preset(s) will be recalled to adjust the camera(s) to view the presenter at the microphone(s)
- The Cisco Touch 10 will provide volume and mute for the audio system in the room, which will be integrated with the existing audio DSP system

Assumptions:
- Location of all displays provided by customer
- Appropriate pathways, conduit, or other to device locations provided by other
- All low-voltage related to the AV systems will utilized existing CAT6 infrastructure, additional cabling provided by customer as required
- Power for AV systems provided by other

### 1.3.17 118-N - Committee Room: 0E - AV/IT Closet

The Committee Room AV/IT closet will be outfit with a Cisco Webex video conferencing system that will consist of the following hardware:
- Installation of AV equipment in existing AV equipment rack, outfit with additional power surge and distribution and wire management
- Installation of a Cisco Codec Pro in the AV rack
- Installation of a Cisco 24 port network switch that will provide communication between the AV devices in the room and the AV rack. The switch will connect to the existing building IT infrastructure for Internet access and connection of AV systems to remote system management tools
- Installation of a Crestron processor that will provide communication between the existing audio DSP system and the Cisco Codec Pro. The Crestron system will be configured with a 3-year XIO cloud license to provide remote system management and configuration of AV devices in the room including the Crestron processor and Crestron HDMI over IP
- Installation of HDMI output card to feed existing Sliq streaming device. Feed will mirror HDMI out one (1) of the Cisco Codec Pro and contain the system audio feed.

Assumptions:
- Location of all displays provided by customer
- Appropriate pathways, conduit, or other to device locations provided by other
- All low-voltage related to the AV systems will utilized existing CAT6 infrastructure, additional cabling provided by customer as required
- Power for AV systems provided by other



### 1.3.18 142-S - Committee Room: In Room

The Committee Room will be outfit with a Cisco Webex video conferencing system that will consist of the following hardware:

- Installation of three (3) 65" 4K 16/7 Commercial Displays on articulating mounts. Installation of on-wall surge protector. Video for the displays will be fed via HDMI decoder over IP to the AV/IT closet utilizing existing infrastructure. The displays and HDMI decoder will be connected to the network switch in the AV rack for remote system management via Crestron XIO Cloud. Each display will be configured to view one of three outputs of the Cisco Codec Pro
- Installation of three (3) Cisco P60 1080p PTZ cameras on wall mounts. The cameras' HDMI output, network, and power connections will be extended to the AV/IT closet via extender over existing infrastructure. Each camera will be connected to individual HDMI inputs on the Cisco Codec Pro
- Installation of one (1) HDMI input encoder fed to the AV/IT closet over existing infrastructure and connected to the HDMI share source input on the Cisco Codec Pro
- Installation of one (1) Cisco Touch 10 system operator touch panel. The Touch 10 will be wired to the AV/IT closet over existing infrastructure and connected to the Cisco Codec Pro

System functionality:

- The Cisco Touch 10 will provide the primary operator interface in the Committee Room for controlling the audio-visual experience in the room
- For simple presentation, users will have the ability to connect an HDMI source in the room that can be viewed on all of the displays in the room
- The Cisco P60 cameras will be integrated with the existing audio DSP through a Crestron control processor and Cisco Codec Pro. The system will function such that when a microphone element(s) becomes hot, a specific camera(s) and specific preset(s) will be recalled to adjust the camera(s) to view the presenter at the microphone(s)
- The Cisco Touch 10 will provide volume and mute for the audio system in the room, which will be integrated with the existing audio DSP system

Assumptions:

- Location of all displays provided by customer
- Appropriate pathways, conduit, or other to device locations provided by other
- All low-voltage related to the AV systems will utilized existing CAT6 infrastructure, additional cabling provided by customer as required
- Power for AV systems provided by other

### 1.3.19 142-S - Committee Room: 146-S - AV/IT Closet

The Committee Room AV/IT closet will be outfit with a Cisco Webex video conferencing system that will consist of the following hardware:

- Installation of AV equipment in existing AV equipment rack, outfit with additional power surge and distribution and wire management
- Installation of a Cisco Codec Pro in the AV rack



- Installation of a Cisco 24 port network switch that will provide communication between the AV devices in the room and the AV rack. The switch will connect to the existing building IT infrastructure for Internet access and connection of AV systems to remote system management tools
- Installation of a Crestron processor that will provide communication between the existing audio DSP system and the Cisco Codec Pro. The Crestron system will be configured with a 3-year XIO cloud license to provide remote system management and configuration of AV devices in the room including the Crestron processor and Crestron HDMI over IP
- Installation of HDMI output card to feed existing Sliq streaming device. Feed will mirror HDMI out one (1) of the Cisco Codec Pro and contain the system audio feed.

Assumptions:
- Location of all displays provided by customer
- Appropriate pathways, conduit, or other to device locations provided by other
- All low-voltage related to the AV systems will utilized existing CAT6 infrastructure, additional cabling provided by customer as required
- Power for AV systems provided by other

### 1.3.20 144-S - Committee Room: In Room

The Committee Room will be outfit with a Cisco Webex video conferencing system that will consist of the following hardware:
- Installation of three (3) 65" 4K 16/7 Commercial Displays on articulating mounts. Installation of on-wall surge protector. Video for the displays will be fed via HDMI decoder over IP to the AV/IT closet utilizing existing infrastructure. The displays and HDMI decoder will be connected to the network switch in the AV rack for remote system management via Crestron XIO Cloud. Each display will be configured to view one of three outputs of the Cisco Codec Pro.
- Installation of three (3) Cisco P60 1080p PTZ cameras on wall mounts. The cameras' HDMI output, network, and power connections will be extended to the AV/IT closet via extender over existing infrastructure. Each camera will be connected to individual HDMI inputs on the Cisco Codec Pro.
- Installation of one (1) HDMI input encoder fed to the AV/IT closet over existing infrastructure and connected to the HDMI share source input on the Cisco Codec Pro.
- Installation of one (1) Cisco Touch 10 system operator touch panel. The Touch 10 will be wired to the AV/IT closet over existing infrastructure and connected to the Cisco Codec Pro

System functionality:
- The Cisco Touch 10 will provide the primary operator interface in the Committee Room for controlling the audio-visual experience in the room
- For simple presentation, users will have the ability to connect an HDMI source in the room that can be viewed on all of the displays in the room
- The Cisco P60 cameras will be integrated with the existing audio DSP through a Crestron control processor and Cisco Codec Pro. The system will function such that when a microphone element(s) becomes hot, a specific camera(s) and specific preset(s) will be recalled to adjust the camera(s) to view the presenter at the microphone(s)
- The Cisco Touch 10 will provide volume and mute for the audio system in the room, which will be integrated with the existing audio DSP system



Assumptions:
- Location of all displays provided by customer
- Appropriate pathways, conduit, or other to device locations provided by other
- All low-voltage related to the AV systems will utilized existing CAT6 infrastructure, additional cabling provided by customer as required
- Power for AV systems provided by other

### 1.3.21  144-S - Committee Room: 146-S - AV/IT Closet

The Committee Room AV/IT closet will be outfit with a Cisco Webex video conferencing system that will consist of the following hardware:
- Installation of AV equipment in existing AV equipment rack, outfit with additional power surge and distribution and wire management
- Installation of a Cisco Codec Pro in the AV rack
- Installation of a Cisco 24 port network switch that will provide communication between the AV devices in the room and the AV rack. The switch will connect to the existing building IT infrastructure for Internet access and connection of AV systems to remote system management tools
- Installation of a Crestron processor that will provide communication between the existing audio DSP system and the Cisco Codec Pro. The Crestron system will be configured with a 3-year XIO cloud license to provide remote system management and configuration of AV devices in the room including the Crestron processor and Crestron HDMI over IP
- Installation of HDMI output card to feed existing Sliq streaming device. Feed will mirror HDMI out one (1) of the Cisco Codec Pro and contain the system audio feed.

Assumptions:
- Location of all displays provided by customer
- Appropriate pathways, conduit, or other to device locations provided by other
- All low-voltage related to the AV systems will utilized existing CAT6 infrastructure, additional cabling provided by customer as required
- Power for AV systems provided by other

### 1.3.22  152-S - Committee Room: In Room

The Committee Room will be outfit with a Cisco Webex video conferencing system that will consist of the following hardware:
- Installation of three (3) 65" 4K 16/7 Commercial Displays on articulating mounts. Installation of on-wall surge protector. Video for the displays will be fed via HDMI decoder over IP to the AV/IT closet utilizing existing infrastructure. The displays and HDMI decoder will be connected to the network switch in the AV rack for remote system management via Crestron XIO Cloud. Each display will be configured to view one of three outputs of the Cisco Codec Pro
- Installation of three (3) Cisco P60 1080p PTZ cameras on wall mounts. The cameras' HDMI output, network, and power connections will be extended to the AV/IT closet via extender over existing infrastructure. Each camera will be connected to individual HDMI inputs on the Cisco Codec Pro

 **World Wide Technology**

State of Kansas - Legislature
Kansas Virtual Statehouse Project | November 2020

- Installation of one (1) HDMI input encoder fed to the AV/IT closet over existing infrastructure and connected to the HDMI share source input on the Cisco Codec Pro
- Installation of one (1) Cisco Touch 10 system operator touch panel. The Touch 10 will be wired to the AV/IT closet over existing infrastructure and connected to the Cisco Codec Pro

System functionality:
- The Cisco Touch 10 will provide the primary operator interface in the Committee Room for controlling the audio-visual experience in the room
- For simple presentation, users will have the ability to connect an HDMI source in the room that can be viewed on all of the displays in the room
- The Cisco P60 cameras will be integrated with the existing audio DSP through a Crestron control processor and Cisco Codec Pro. The system will function such that when a microphone element(s) becomes hot, a specific camera(s) and specific preset(s) will be recalled to adjust the camera(s) to view the presenter at the microphone(s)
- The Cisco Touch 10 will provide volume and mute for the audio system in the room, which will be integrated with the existing audio DSP system

Assumptions:
- Location of all displays provided by customer
- Appropriate pathways, conduit, or other to device locations provided by other
- All low-voltage related to the AV systems will utilized existing CAT6 infrastructure, additional cabling provided by customer as required
- Power for AV systems provided by other

### 1.3.23 152-S - Committee Room: 153-S - AV/IT Closet

The Committee Room AV/IT closet will be outfit with a Cisco Webex video conferencing system that will consist of the following hardware:
- Installation of AV equipment in existing AV equipment rack, outfit with additional power surge and distribution and wire management
- Installation of a Cisco Codec Pro in the AV rack
- Installation of a Cisco 24 port network switch that will provide communication between the AV devices in the room and the AV rack. The switch will connect to the existing building IT infrastructure for Internet access and connection of AV systems to remote system management tools
- Installation of a Crestron processor that will provide communication between the existing audio DSP system and the Cisco Codec Pro. The Crestron system will be configured with a 3-year XIO cloud license to provide remote system management and configuration of AV devices in the room including the Crestron processor and Crestron HDMI over IP
- Installation of HDMI output card to feed existing Sliq streaming device. Feed will mirror HDMI out one (1) of the Cisco Codec Pro and contain the system audio feed.

Assumptions:
- Location of all displays provided by customer
- Appropriate pathways, conduit, or other to device locations provided by other
- All low-voltage related to the AV systems will utilized existing CAT6 infrastructure, additional cabling provided by customer as required
- Power for AV systems provided by other



### 1.3.24 159-S - Committee Room: In Room

The Committee Room will be outfit with a Cisco Webex video conferencing system that will consist of the following hardware:

- Installation of three (3) 65" 4K 16/7 Commercial Displays on articulating mounts. Installation of on-wall surge protector. Video for the displays will be fed via HDMI decoder over IP to the AV/IT closet utilizing existing infrastructure. The displays and HDMI decoder will be connected to the network switch in the AV rack for remote system management via Crestron XIO Cloud. Each display will be configured to view one of three outputs of the Cisco Codec Pro
- Installation of three (3) Cisco P60 1080p PTZ cameras on wall mounts. The cameras' HDMI output, network, and power connections will be extended to the AV/IT closet via extender over existing infrastructure. Each camera will be connected to individual HDMI inputs on the Cisco Codec Pro
- Installation of one (1)  HDMI input encoder fed to the AV/IT closet over existing infrastructure and connected to the HDMI share source input on the Cisco Codec Pro
- Installation of one (1) Cisco Touch 10 system operator touch panel. The Touch 10 will be wired to the AV/IT closet over existing infrastructure and connected to the Cisco Codec Pro

System functionality:

- The Cisco Touch 10 will provide the primary operator interface in the Committee Room for controlling the audio-visual experience in the room
- For simple presentation, users will have the ability to connect an HDMI source in the room that can be viewed on all of the displays in the room
- The Cisco P60 cameras will be integrated with the existing audio DSP through a Crestron control processor and Cisco Codec Pro. The system will function such that when a microphone element(s) becomes hot, a specific camera(s) and specific preset(s) will be recalled to adjust the camera(s) to view the presenter at the microphone(s)
- The Cisco Touch 10 will provide volume and mute for the audio system in the room, which will be integrated with the existing audio DSP system

Assumptions:

- Location of all displays provided by customer
- Appropriate pathways, conduit, or other to device locations provided by other
- All low-voltage related to the AV systems will utilized existing CAT6 infrastructure, additional cabling provided by customer as required
- Power for AV systems provided by other

### 1.3.25 159-S - Committee Room: 153-S - AV/IT Closet

The Committee Room AV/IT closet will be outfit with a Cisco Webex video conferencing system that will consist of the following hardware:

- Installation of AV equipment in existing AV equipment rack, outfit with additional power surge and distribution and wire management
- Installation of a Cisco Codec Pro in the AV rack



- Installation of a Cisco 24 port network switch that will provide communication between the AV devices in the room and the AV rack. The switch will connect to the existing building IT infrastructure for Internet access and connection of AV systems to remote system management tools
- Installation of a Crestron processor that will provide communication between the existing audio DSP system and the Cisco Codec Pro. The Crestron system will be configured with a 3-year XIO cloud license to provide remote system management and configuration of AV devices in the room including the Crestron processor and Crestron HDMI over IP
- Installation of HDMI output card to feed existing Sliq streaming device. Feed will mirror HDMI out one (1) of the Cisco Codec Pro and contain the system audio feed.

Assumptions:
- Location of all displays provided by customer
- Appropriate pathways, conduit, or other to device locations provided by other
- All low-voltage related to the AV systems will utilized existing CAT6 infrastructure, additional cabling provided by customer as required
- Power for AV systems provided by other

### 1.3.26  212B-N - Committee Room: In Room

The Committee Room will be outfit with a Cisco Webex video conferencing system that will consist of the following hardware:
- Installation of two (2) 65" 4K 16/7 Commercial Displays on articulating mounts. Installation of on-wall surge protector. Video for the displays will be fed via HDMI decoder over IP to the AV/IT closet utilizing existing infrastructure. The displays and HDMI decoder will be connected to the network switch in the AV rack for remote system management via Crestron XIO Cloud. Each display will be configured to view one of three outputs of the Cisco Codec Pro
- Installation of three (3) Cisco P60 1080p PTZ cameras on wall mounts. The cameras' HDMI output, network, and power connections will be extended to the AV/IT closet via extender over existing infrastructure. Each camera will be connected to individual HDMI inputs on the Cisco Codec Pro
- Installation of one (1)  HDMI input encoder fed to the AV/IT closet over existing infrastructure and connected to the HDMI share source input on the Cisco Codec Pro
- Installation of one (1) Cisco Touch 10 system operator touch panel. The Touch 10 will be wired to the AV/IT closet over existing infrastructure and connected to the Cisco Codec Pro

System functionality:
- The Cisco Touch 10 will provide the primary operator interface in the Committee Room for controlling the audio-visual experience in the room
- For simple presentation, users will have the ability to connect an HDMI source in the room that can be viewed on all of the displays in the room
- The Cisco P60 cameras will be integrated with the existing audio DSP through a Crestron control processor and Cisco Codec Pro. The system will function such that when a microphone element(s) becomes hot, a specific camera(s) and specific preset(s) will be recalled to adjust the camera(s) to view the presenter at the microphone(s)
- The Cisco Touch 10 will provide volume and mute for the audio system in the room, which will be integrated with the existing audio DSP system



Assumptions:
- Location of all displays provided by customer
- Appropriate pathways, conduit, or other to device locations provided by other
- All low-voltage related to the AV systems will utilized existing CAT6 infrastructure, additional cabling provided by customer as required
- Power for AV systems provided by other

### 1.3.27 212B-N - Committee Room: 0E - AV/IT Closet

The Committee Room AV/IT closet will be outfit with a Cisco Webex video conferencing system that will consist of the following hardware:
- Installation of AV equipment in existing AV equipment rack, outfit with additional power surge and distribution and wire management
- Installation of a Cisco Codec Pro in the AV rack
- Installation of a Cisco 24 port network switch that will provide communication between the AV devices in the room and the AV rack. The switch will connect to the existing building IT infrastructure for Internet access and connection of AV systems to remote system management tools
- Installation of a Crestron processor that will provide communication between the existing audio DSP system and the Cisco Codec Pro. The Crestron system will be configured with a 3-year XIO cloud license to provide remote system management and configuration of AV devices in the room including the Crestron processor and Crestron HDMI over IP
- Installation of HDMI output card to feed existing Sliq streaming device. Feed will mirror HDMI out one (1) of the Cisco Codec Pro and contain the system audio feed.

Assumptions:
- Location of all displays provided by customer
- Appropriate pathways, conduit, or other to device locations provided by other
- All low-voltage related to the AV systems will utilized existing CAT6 infrastructure, additional cabling provided by customer as required
- Power for AV systems provided by other

### 1.3.28 218-N - Committee Room: In Room

The Committee Room will be outfit with a Cisco Webex video conferencing system that will consist of the following hardware:
- Installation of three (3) 65" 4K 16/7 Commercial Displays on articulating mounts. Installation of on-wall surge protector. Video for the displays will be fed via HDMI decoder over IP to the AV/IT closet utilizing existing infrastructure. The displays and HDMI decoder will be connected to the network switch in the AV rack for remote system management via Crestron XIO Cloud. Each display will be configured to view one of three outputs of the Cisco Codec Pro
- Installation of three (3) Cisco P60 1080p PTZ cameras on wall mounts. The cameras' HDMI output, network, and power connections will be extended to the AV/IT closet via extender over existing infrastructure. Each camera will be connected to individual HDMI inputs on the Cisco Codec Pro


**World Wide Technology**

State of Kansas - Legislature
Kansas Virtual Statehouse Project | November 2020

- Installation of one (1) HDMI input encoder fed to the AV/IT closet over existing infrastructure and connected to the HDMI share source input on the Cisco Codec Pro.
- Installation of one (1) Cisco Touch 10 system operator touch panel. The Touch 10 will be wired to the AV/IT closet over existing infrastructure and connected to the Cisco Codec Pro

System functionality:
- The Cisco Touch 10 will provide the primary operator interface in the Committee Room for controlling the audio-visual experience in the room
- For simple presentation, users will have the ability to connect an HDMI source in the room that can be viewed on all of the displays in the room
- The Cisco P60 cameras will be integrated with the existing audio DSP through a Crestron control processor and Cisco Codec Pro. The system will function such that when a microphone element(s) becomes hot, a specific camera(s) and specific preset(s) will be recalled to adjust the camera(s) to view the presenter at the microphone(s).
- The Cisco Touch 10 will provide volume and mute for the audio system in the room, which will be integrated with the existing audio DSP system

Assumptions:
- Location of all displays provided by customer
- Appropriate pathways, conduit, or other to device locations provided by other
- All low-voltage related to the AV systems will utilized existing CAT6 infrastructure, additional cabling provided by customer as required
- Power for AV systems provided by other

### 1.3.29  218-N - Committee Room: 0E - AV/IT Closet

The Committee Room AV/IT closet will be outfit with a Cisco Webex video conferencing system that will consist of the following hardware:
- Installation of AV equipment in existing AV equipment rack, outfit with additional power surge and distribution and wire management
- Installation of a Cisco Codec Pro in the AV rack
- Installation of a Cisco 24 port network switch that will provide communication between the AV devices in the room and the AV rack. The switch will connect to the existing building IT infrastructure for Internet access and connection of AV systems to remote system management tools
- Installation of a Crestron processor that will provide communication between the existing audio DSP system and the Cisco Codec Pro. The Crestron system will be configured with a 3-year XIO cloud license to provide remote system management and configuration of AV devices in the room including the Crestron processor and Crestron HDMI over IP
- Installation of HDMI output card to feed existing Sliq streaming device. Feed will mirror HDMI out one (1) of the Cisco Codec Pro and contain the system audio feed.

Assumptions:
- Location of all displays provided by customer
- Appropriate pathways, conduit, or other to device locations provided by other
- All low-voltage related to the AV systems will utilized existing CAT6 infrastructure, additional cabling provided by customer as required
- Power for AV systems provided by other



### 1.3.30  281-N - Committee Room: In Room

The Committee Room will be outfit with a Cisco Webex video conferencing system that will consist of the following hardware:

- Installation of three (3) 65" 4K 16/7 Commercial Displays on articulating mounts. Installation of on-wall surge protector. Video for the displays will be fed via HDMI decoder over IP to the AV/IT closet utilizing existing infrastructure. The displays and HDMI decoder will be connected to the network switch in the AV rack for remote system management via Crestron XIO Cloud. Each display will be configured to view one of three outputs of the Cisco Codec Pro
- Installation of three (3) Cisco P60 1080p PTZ cameras on wall mounts. The cameras' HDMI output, network, and power connections will be extended to the AV/IT closet via extender over existing infrastructure. Each camera will be connected to individual HDMI inputs on the Cisco Codec Pro
- Installation of one (1)  HDMI input encoder fed to the AV/IT closet over existing infrastructure and connected to the HDMI share source input on the Cisco Codec Pro
- Installation of (1) Cisco Touch 10 system operator touch panel. The Touch 10 will be wired to the AV/IT closet over existing infrastructure and connected to the Cisco Codec Pro

System functionality:

- The Cisco Touch 10 will provide the primary operator interface in the Committee Room for controlling the audio-visual experience in the room
- For simple presentation, users will have the ability to connect an HDMI source in the room that can be viewed on all of the displays in the room
- The Cisco P60 cameras will be integrated with the existing audio DSP through a Crestron control processor and Cisco Codec Pro. The system will function such that when a microphone element(s) becomes hot, a specific camera(s) and specific preset(s) will be recalled to adjust the camera(s) to view the presenter at the microphone(s)
- The Cisco Touch 10 will provide volume and mute for the audio system in the room, which will be integrated with the existing audio DSP system

Assumptions:

- Location of all displays provided by customer
- Appropriate pathways, conduit, or other to device locations provided by other
- All low-voltage related to the AV systems will utilized existing CAT6 infrastructure, additional cabling provided by customer as required
- Power for AV systems provided by other

### 1.3.31  281-N - Committee Room: 10B-N - AV/IT Closet

The Committee Room AV/IT closet will be outfit with a Cisco Webex video conferencing system that will consist of the following hardware:

- Installation of AV equipment in existing AV equipment rack, outfit with additional power surge and distribution and wire management
- Installation of a Cisco Codec Pro in the AV rack



- Installation of a Cisco 16 port network switch that will provide communication between the AV devices in the room and the AV rack. The switch will connect to the existing building IT infrastructure for Internet access and connection of AV systems to remote system management tools
- Installation of a Crestron processor that will provide communication between the existing audio DSP system and the Cisco Codec Pro. The Crestron system will be configured with a 3-year XIO cloud license to provide remote system management and configuration of AV devices in the room including the Crestron processor and Crestron HDMI over IP
- Installation of HDMI output card to feed existing Sliq streaming device. Feed will mirror HDMI out one (1) of the Cisco Codec Pro and contain the system audio feed.

Assumptions:
- Location of all displays provided by customer
- Appropriate pathways, conduit, or other to device locations provided by other
- All low-voltage related to the AV systems will utilized existing CAT6 infrastructure, additional cabling provided by customer as required
- Power for AV systems provided by other

### 1.3.32  346-S - Committee Room: In Room

The Committee Room will be outfit with a Cisco Webex video conferencing system that will consist of the following hardware:
- Installation of four (4) 65" 4K 16/7 Commercial Displays on electronic height adjustable carts. Articulating mounts and reinstallation will be provided should the displays be installed permanently in new cabinetry. Installation of on-wall surge protector. Video for the displays will be fed via HDMI decoder over IP to the AV/IT closet utilizing existing infrastructure. The displays and HDMI decoder will be connected to the network switch in the AV rack for remote system management via Crestron XIO Cloud. Each display will be configured to view one of three outputs of the Cisco Codec Pro
- Installation of three (3) Cisco P60 1080p PTZ cameras on wall mounts. The cameras' HDMI output, network, and power connections will be extended to the AV/IT closet via extender over existing infrastructure. Each camera will be connected to individual HDMI inputs on the Cisco Codec Pro
- Installation of one (1) HDMI input encoder fed to the AV/IT closet over existing infrastructure and connected to the HDMI share source input on the Cisco Codec Pro
- Installation of one (1) Cisco Touch 10 system operator touch panel. The Touch 10 will be wired to the AV/IT closet over existing infrastructure and connected to the Cisco Codec Pro

System functionality:
- The Cisco Touch 10 will provide the primary operator interface in the Committee Room for controlling the audio-visual experience in the room
- For simple presentation, users will have the ability to connect an HDMI source in the room that can be viewed on all of the displays in the room
- The Cisco P60 cameras will be integrated with the existing audio DSP through a Crestron control processor and Cisco Codec Pro. The system will function such that when a microphone element(s) becomes hot, a specific camera(s) and specific preset(s) will be recalled to adjust the camera(s) to view the presenter at the microphone(s)



- The Cisco Touch 10 will provide volume and mute for the audio system in the room, which will be integrated with the existing audio DSP system

Assumptions:
- Location of all displays provided by customer
- Appropriate pathways, conduit, or other to device locations provided by other
- All low-voltage related to the AV systems will utilized existing CAT6 infrastructure, additional cabling provided by customer as required
- Power for AV systems provided by other

### 1.3.33  346-S - Committee Room: 548A-S - AV/IT Closet

The Committee Room AV/IT closet will be outfit with a Cisco Webex video conferencing system that will consist of the following hardware:
- Installation of a new 44RU AV equipment rack on casters, outfit with necessary power surge and distribution, side, and top panels, front plexi and rear solid doors, fans with temperature sensor, and wire management. New rack to support AV equipment for rooms 346-S, 546-S, and 548-S
- Installation of a Cisco Codec Pro in the AV rack
- Installation of a Cisco 24 port network switch that will provide communication between the AV devices in the room and the AV rack. The switch will connect to the existing building IT infrastructure for Internet access and connection of AV systems to remote system management tools
- Installation of a Crestron processor that will provide communication between the existing audio DSP system and the Cisco Codec Pro. The Crestron system will be configured with a 3-year XIO cloud license to provide remote system management and configuration of AV devices in the room including the Crestron processor and Crestron HDMI over IP
- Installation of HDMI output card to feed existing Sliq streaming device. Feed will mirror HDMI out one (1) of the Cisco Codec Pro and contain the system audio feed.

Assumptions:
- Location of all displays provided by customer
- Appropriate pathways, conduit, or other to device locations provided by other
- All low-voltage related to the AV systems will utilized existing CAT6 infrastructure, additional cabling provided by customer as required
- Power for AV systems provided by other

### 1.3.34  546-S - Committee Room: In Room

The Committee Room will be outfit with a Cisco Webex video conferencing system that will consist of the following hardware:
- Installation of three (3) 65" 4K 16/7 Commercial Displays on articulating mounts. Installation of on-wall surge protector. Video for the displays will be fed via HDMI decoder over IP to the AV/IT closet utilizing existing infrastructure. The displays and HDMI decoder will be connected to the network switch in the AV rack for remote system management via Crestron XIO Cloud. Each display will be configured to view one of three outputs of the Cisco Codec Pro



- Installation of three (3) Cisco P60 1080p PTZ cameras on wall mounts. The cameras' HDMI output, network, and power connections will be extended to the AV/IT closet via extender over existing infrastructure. Each camera will be connected to individual HDMI inputs on the Cisco Codec Pro
- Installation of one (1) HDMI input encoder fed to the AV/IT closet over existing infrastructure and connected to the HDMI share source input on the Cisco Codec Pro
- Installation of one (1) Cisco Touch 10 system operator touch panel. The Touch 10 will be wired to the AV/IT closet over existing infrastructure and connected to the Cisco Codec Pro

System functionality:
- The Cisco Touch 10 will provide the primary operator interface in the Committee Room for controlling the audio-visual experience in the room
- For simple presentation, users will have the ability to connect an HDMI source in the room that can be viewed on all of the displays in the room
- The Cisco P60 cameras will be integrated with the existing audio DSP through a Crestron control processor and Cisco Codec Pro. The system will function such that when a microphone element(s) becomes hot, a specific camera(s) and specific preset(s) will be recalled to adjust the camera(s) to view the presenter at the microphone(s)
- The Cisco Touch 10 will provide volume and mute for the audio system in the room, which will be integrated with the existing audio DSP system

Assumptions:
- Location of all displays provided by customer
- Appropriate pathways, conduit, or other to device locations provided by other
- All low-voltage related to the AV systems will utilized existing CAT6 infrastructure, additional cabling provided by customer as required
- Power for AV systems provided by other

## 1.3.35  546-S - Committee Room: 548A-S - AV/IT Closet

The Committee Room AV/IT closet will be outfit with a Cisco Webex video conferencing system that will consist of the following hardware:
- Installation of AV equipment in existing AV equipment rack (see '346-S - Committee Room/548AS AV/IT Closet') outfit with additional power surge and distribution and wire management
- Installation of a Cisco Codec Pro in the AV rack
- Installation of a Cisco 24 port network switch that will provide communication between the AV devices in the room and the AV rack. The switch will connect to the existing building IT infrastructure for Internet access and connection of AV systems to remote system management tools
- Installation of a Crestron processor that will provide communication between the existing audio DSP system and the Cisco Codec Pro. The Crestron system will be configured with a 3-year XIO cloud license to provide remote system management and configuration of AV devices in the room including the Crestron processor and Crestron HDMI over IP
- Installation of HDMI output card to feed existing Sliq streaming device. Feed will mirror HDMI out one (1) of the Cisco Codec Pro and contain the system audio feed.

 **World Wide Technology**

State of Kansas - Legislature
Kansas Virtual Statehouse Project | November 2020

Assumptions:
- Location of all displays provided by customer
- Appropriate pathways, conduit, or other to device locations provided by other
- All low-voltage related to the AV systems will utilized existing CAT6 infrastructure, additional cabling provided by customer as required
- Power for AV systems provided by other

### 1.3.36 548-S - Committee Room: In Room

The Committee Room will be outfit with a Cisco Webex video conferencing system that will consist of the following hardware:
- Installation of three (3) 65" 4K 16/7 Commercial Displays on articulating mounts. Installation of on-wall surge protector. Video for the displays will be fed via HDMI decoder over IP to the AV/IT closet utilizing existing infrastructure. The displays and HDMI decoder will be connected to the network switch in the AV rack for remote system management via Crestron XIO Cloud. Each display will be configured to view one of three outputs of the Cisco Codec Pro
- Installation of three (3) Cisco P60 1080p PTZ cameras on wall mounts. The cameras' HDMI output, network, and power connections will be extended to the AV/IT closet via extender over existing infrastructure. Each camera will be connected to individual HDMI inputs on the Cisco Codec Pro
- Installation of one (1)  HDMI input encoder fed to the AV/IT closet over existing infrastructure and connected to the HDMI share source input on the Cisco Codec Pro
- Installation of one (1) Cisco Touch 10 system operator touch panel. The Touch 10 will be wired to the AV/IT closet over existing infrastructure and connected to the Cisco Codec Pro

System functionality:
- The Cisco Touch 10 will provide the primary operator interface in the Committee Room for controlling the audio-visual experience in the room
- For simple presentation, users will have the ability to connect an HDMI source in the room that can be viewed on all of the displays in the room
- The Cisco P60 cameras will be integrated with the existing audio DSP through a Crestron control processor and Cisco Codec Pro. The system will function such that when a microphone element(s) becomes hot, a specific camera(s) and specific preset(s) will be recalled to adjust the camera(s) to view the presenter at the microphone(s)
- The Cisco Touch 10 will provide volume and mute for the audio system in the room, which will be integrated with the existing audio DSP system

Assumptions:
- Location of all displays provided by customer
- Appropriate pathways, conduit, or other to device locations provided by other
- All low-voltage related to the AV systems will utilized existing CAT6 infrastructure, additional cabling provided by customer as required
- Power for AV systems provided by other



### 1.3.37  548-S - Committee Room: 548A-S - AV/IT Closet

The Committee Room AV/IT closet will be outfit with a Cisco Webex video conferencing
system that will consist of the following hardware:

- Installation of AV equipment in existing AV equipment rack (see '346-S - Committee
  Room/548AS - AV/IT Closet'), outfit with additional power surge and distribution and wire
  management
- Installation of a Cisco Codec Pro in the AV rack
- Installation of a Cisco 24 port network switch that will provide communication between the
  AV devices in the room and the AV rack. The switch will connect to the existing building IT
  infrastructure for Internet access and connection of AV systems to remote system
  management tools
- Installation of a Crestron processor that will provide communication between the existing
  audio DSP system and the Cisco Codec Pro. The Crestron system will be configured with a 3-
  year XIO cloud license to provide remote system management and configuration of AV
  devices in the room including the Crestron processor and Crestron HDMI over IP
- Installation of HDMI output card to feed existing Sliq streaming device. Feed will mirror
  HDMI out one (1) of the Cisco Codec Pro and contain the system audio feed.

Assumptions:

- Location of all displays provided by customer
- Appropriate pathways, conduit, or other to device locations provided by other
- All low-voltage related to the AV systems will utilized existing CAT6 infrastructure, additional
  cabling provided by customer as required
- Power for AV systems provided by other

### 1.3.38  582-N - Committee Room: In Room

The Committee Room will be outfit with a Cisco Webex video conferencing system that will
consist of the following hardware:

- Installation of three (3) 65" 4K 16/7 Commercial Displays on articulating mounts. Installation
  of on-wall surge protector. Video for the displays will be fed via HDMI decoder over IP to the
  AV/IT closet utilizing existing infrastructure. The displays and HDMI decoder will be
  connected to the network switch in the AV rack for remote system management via
  Crestron XIO Cloud. Each display will be configured to view one of three outputs of the Cisco
  Codec Pro
- Installation of three (3) Cisco P60 1080p PTZ cameras on wall mounts. The cameras' HDMI
  output, network, and power connections will be extended to the AV/IT closet via extender
  over existing infrastructure. Each camera will be connected to individual HDMI inputs on the
  Cisco Codec Pro
- Installation of one (1) HDMI input encoder fed to the AV/IT closet over existing
  infrastructure and connected to the HDMI share source input on the Cisco Codec Pro
- Installation of one (1) Cisco Touch 10 system operator touch panel. The Touch 10 will be
  wired to the AV/IT closet over existing infrastructure and connected to the Cisco Codec Pro

System functionality:

- The Cisco Touch 10 will provide the primary operator interface in the Committee Room for
  controlling the audio-visual experience in the room



- For simple presentation, users will have the ability to connect an HDMI source in the room that can be viewed on all of the displays in the room
- The Cisco P60 cameras will be integrated with the existing audio DSP through a Crestron control processor and Cisco Codec Pro. The system will function such that when a microphone element(s) becomes hot, a specific camera(s) and specific preset(s) will be recalled to adjust the camera(s) to view the presenter at the microphone(s)
- The Cisco Touch 10 will provide volume and mute for the audio system in the room, which will be integrated with the existing audio DSP system

Assumptions:
- Location of all displays provided by customer
- Appropriate pathways, conduit, or other to device locations provided by other
- All low-voltage related to the AV systems will utilized existing CAT6 infrastructure, additional cabling provided by customer as required
- Power for AV systems provided by other

### 1.3.39 582-N - Committee Room: 477B-W - AV/IT Closet

The Committee Room AV/IT closet will be outfit with a Cisco Webex video conferencing system that will consist of the following hardware:
- Installation of AV equipment in existing AV equipment rack, outfit with additional power surge and distribution and wire management
- Installation of a Cisco Codec Pro in the AV rack
- Installation of a Cisco 24 port network switch that will provide communication between the AV devices in the room and the AV rack. The switch will connect to the existing building IT infrastructure for Internet access and connection of AV systems to remote system management tools
- Installation of a Crestron processor that will provide communication between the existing audio DSP system and the Cisco Codec Pro. The Crestron system will be configured with a 3-year XIO cloud license to provide remote system management and configuration of AV devices in the room including the Crestron processor and Crestron HDMI over IP
- Installation of HDMI output card to feed existing Sliq streaming device. Feed will mirror HDMI out one (1) of the Cisco Codec Pro and contain the system audio feed.

Assumptions:
- Location of all displays provided by customer
- Appropriate pathways, conduit, or other to device locations provided by other
- All low-voltage related to the AV systems will utilized existing CAT6 infrastructure, additional cabling provided by customer as required
- Power for AV systems provided by other

### 1.3.40 House Chamber: In Room

The following work in the House Chamber includes a 100 hour installation budget, to be performed after final scope is approved.



The House Chamber will be outfit with a Cisco Webex video conferencing system that will consist of the following hardware:

- Installation of two (2) 75" 4K 16/7 Commercial Displays on electronic height adjustable carts.
- Installation video extension to support four (4) displays will be fed via HDMI decoder over IP to the AV/IT closet utilizing existing infrastructure. The displays and HDMI decoder will be connected to the network switch in the AV rack for remote system management via Crestron XIO Cloud. Each display will be configured to view one of three outputs of the Cisco Codec Pro.
- Installation of two (2) Cisco P60 1080p PTZ cameras on shelves attached to the monitor carts. The cameras' HDMI output, network, and power connections will be extended to the AV/IT closet via extender over existing infrastructure. Each camera will be connected to individual HDMI inputs on the Cisco Codec Pro. Two (2) additional cameras to be added at locations TBD.
- Installation of one (1) HDMI input encoder fed to the AV/IT closet over existing infrastructure and connected to the HDMI share source input on the Cisco Codec Pro.
- Installation of one (1) Cisco Touch 10 system operator touch panel. The Touch 10 will be wired to the AV/IT closet over existing infrastructure and connected to the Cisco Codec Pro.

System functionality:

- The Cisco Touch 10 will provide the primary operator interface in the Committee Room for controlling the audio-visual experience in the room
- For simple presentation, users will have the ability to connect an HDMI source in the room that can be viewed on all of the displays in the room
- The Cisco P60 cameras will be integrated with the existing audio DSP through a Crestron control processor and Cisco Codec Pro. The system will function such that when a microphone element(s) becomes hot, a specific camera(s) and specific preset(s) will be recalled to adjust the camera(s) to view the presenter at the microphone(s)
- The Cisco Touch 10 will provide volume and mute for the audio system in the room, which will be integrated with the existing audio DSP system

Assumptions:

- Location of all displays provided by customer
- Appropriate pathways, conduit, or other to device locations provided by other
- All low-voltage related to the AV systems will utilized existing CAT6 infrastructure, additional cabling provided by customer as required
- Power for AV systems provided by other

### 1.3.41 House Chamber: 464-W - AV/IT Closet

The House Chamber AV/IT closet will be outfit with a Cisco Webex video conferencing system that will consist of the following hardware:

- Installation of AV equipment in existing AV equipment rack, outfit with additional power surge and distribution and wire management
- Installation of a Cisco Codec Pro in the AV rack
- Installation of a Cisco 24 port network switch that will provide communication between the



AV devices in the room and the AV rack. The switch will connect to the existing building IT infrastructure for Internet access and connection of AV systems to remote system management tools

- Installation of a Crestron processor that will provide communication between the existing audio DSP system and the Cisco Codec Pro. The Crestron system will be configured with a 3-year XIO cloud license to provide remote system management and configuration of AV devices in the room including the Crestron processor and Crestron HDMI over IP
- Installation of HDMI output card to feed existing Sliq streaming device. Feed will mirror HDMI out one (1) of the Cisco Codec Pro and contain the system audio feed.

Assumptions:
- Location of all displays provided by customer
- Appropriate pathways, conduit, or other to device locations provided by other
- All low-voltage related to the AV systems will utilized existing CAT6 infrastructure, additional cabling provided by customer as required
- Power for AV systems provided by other

### 1.3.42  Senate Chamber: In Room

The following work in the Senate Chamber includes a 100 hour installation budget, to be performed after final scope is approved.

The Senate Chamber will be outfit with a Cisco Webex video conferencing system that will consist of the following hardware:
- Installation of (2) 75" 4K 16/7 Commercial Displays on electronic height adjustable carts.
- Installation video extension to support (4) displays will be fed via HDMI decoder over IP to the AV/IT closet utilizing existing infrastructure. The displays and HDMI decoder will be connected to the network switch in the AV rack for remote system management via Crestron XIO Cloud. Each display will be configured to view one of three outputs of the Cisco Codec Pro.
- Installation of (2) Cisco P60 1080p PTZ cameras on shelves attached to the monitor carts. The cameras' HDMI output, network, and power connections will be extended to the AV/IT closet via extender over existing infrastructure. Each camera will be connected to individual HDMI inputs on the Cisco Codec Pro. Two (2) additional cameras to be added at locations TBD.
- Installation of (1) HDMI input encoder fed to the AV/IT closet over existing infrastructure and connected to the HDMI share source input on the Cisco Codec Pro.
- Installation of (1) Cisco Touch 10 system operator touch panel. The Touch 10 will be wired to the AV/IT closet over existing infrastructure and connected to the Cisco Codec Pro.

System functionality:
- The Cisco Touch 10 will provide the primary operator interface in the Committee Room for controlling the audio-visual experience in the room
- For simple presentation, users will have the ability to connect an HDMI source in the room that can be viewed on all of the displays in the room
- The Cisco P60 cameras will be integrated with the existing audio DSP through a Crestron control processor and Cisco Codec Pro. The system will function such that when a



microphone element(s) becomes hot, a specific camera(s) and specific preset(s) will be recalled to adjust the camera(s) to view the presenter at the microphone(s)
- The Cisco Touch 10 will provide volume and mute for the audio system in the room, which will be integrated with the existing audio DSP system

Assumptions:
- Location of all displays provided by customer
- Appropriate pathways, conduit, or other to device locations provided by other
- All low-voltage related to the AV systems will utilized existing CAT6 infrastructure, additional cabling provided by customer as required
- Power for AV systems provided by other

### 1.3.43 Senate Chamber: 325-E - AV/IT Closet

The Committee Room AV/IT closet will be outfit with a Cisco Webex video conferencing system that will consist of the following hardware:
- Installation of AV equipment in existing AV equipment rack, outfit with additional power surge and distribution and wire management
- Installation of a Cisco Codec Pro in the AV rack
- Installation of a Cisco 24 port network switch that will provide communication between the AV devices in the room and the AV rack. The switch will connect to the existing building IT infrastructure for Internet access and connection of AV systems to remote system management tools
- Installation of a Crestron processor that will provide communication between the existing audio DSP system and the Cisco Codec Pro. The Crestron system will be configured with a 3-year XIO cloud license to provide remote system management and configuration of AV devices in the room including the Crestron processor and Crestron HDMI over IP
- Installation of HDMI output card to feed existing Sliq streaming device. Feed will mirror HDMI out one (1) of the Cisco Codec Pro and contain the system audio feed.

Assumptions:
- Location of all displays provided by customer
- Appropriate pathways, conduit, or other to device locations provided by other
- All low-voltage related to the AV systems will utilized existing CAT6 infrastructure, additional cabling provided by customer as required
- Power for AV systems provided by other

### 1.3.44 Testing

WWT will perform basic testing to ensure that the solution was successfully implemented within the environment according to State of Kansas - Legislature's success criteria

### 1.3.45 Cutover Procedures

WWT will formally turn the site over to State of Kansas - Legislature for daily operational support after the successful testing of the solution.



## 1.4  Documentation

WWT employs a formal documentation development process, which utilizes a document change management tool to protect and control content production and editing. All documentation will be considered confidential and available for official use only, and with contributing staff unable to share data outside the project's Information Technology (IT) domain.

## 1.5  Out of Scope

The following items have been determined to be out of scope relative to this SOW and are identified in order to avoid any confusion.

- WWT does not require access to or receipt of any personally identifiable information, protected health information, sensitive Customer information or other structured personal or sensitive information as defined by applicable data protection laws ("Protected Data") in its performance of the Services hereunder. Access to or receipt of any Protected Data is expressly out of scope under this SOW. As such, Customer will not provide WWT with Protected Data or access to Protected Data hereunder and any such receipt or access will require prior agreement by both parties to determine applicable controls, processes, security measures, or other requirements
- Any work not specifically listed as a task in this document is considered out of scope
- No formal training will be provided

## 2  Pricing Summary

This is a Firm Fixed price project as described above. Costs for hardware and software are not included in WWT's fees.

Work will be performed at State of Kansas - Legislature facilities in the location(s) listed in the Project Sites section and/or remotely.

The firm fixed labor budget for this work is as follows:

**Professional Services**

| Project Name | Price |
|---|---|
| Kansas Virtual Statehouse Project | $591,961.00 |
| Total Professional Services | $591,961.00 |

Note:
- Pricing shown in U.S. dollars. Pricing is valid for ninety (90) days from the date of the SOW
- Taxes are not included in the above pricing
- Costs for Travel & Expenses (T&E) and Equipment Rental are included in the above pricing
- An invoice will be generated upon completion of the Project Initiation/Project Kick-Off call for 20% ($118,392.00) of the total Services cost
- An invoice for the remaining Services cost ($473,569.00) will be generated upon completion of the project as described above and following acceptance by Customer
- An invoice will be generated upon completion of the project as described above and



following acceptance by State of Kansas - Legislature
▪ Payment Terms are net-30 days from WWT invoice date

## 2.1   Firm Fixed Price Project Change Control

▪ If State of Kansas - Legislature requests a change in the project schedule after the schedule has been mutually agreed upon between State of Kansas - Legislature and WWT, a change order will be required to proceed as follows:
  – If a project schedule delay is requested during the course of the project, then State of Kansas - Legislature will be subject to a change order. If the change order impacts the budget, a fixed-price change order commensurate with the cost impact will presented by the WWT Project Manager
  – If the project is suspended or delayed for more than two (2) weeks during the course of the project, then State of Kansas - Legislature may be subject to a change order. If the change order impacts the budget, a fixed-price change order commensurate with the cost impact will be presented by the WWT Project Manager. Project resumption will occur in a date mutually agreed upon between WWT and State of Kansas - Legislature
  – Only changes that materially impact the project scope or schedule will be billable to State of Kansas - Legislature
  – All change orders will be presented and explained by the WWT Project Manager. All billable change orders will be a fixed-price commensurate with the cost impact of the scope and/or schedule changes
  – If the project is delayed for thirty (30) days or more for reasons outside of WWT's control, WWT reserves the right to invoice State of Kansas - Legislature for work performed up to the date of the delay

## 3   Customer Responsibilities

All services performed by WWT will be based on the following assumptions and Customer responsibilities:

▪ State of Kansas - Legislature will designate a single point of contact to whom all WWT communications may be addressed and who has the authority to act on all aspects of the services throughout the duration of the project; such contact shall be available during normal hours of business (Monday through Friday, 8:00am to 5:00pm local time, excluding holidays)
▪ State of Kansas - Legislature will have suitable technical staff as mutually agreed upon by both parties available for the duration of the engagement as defined by the project schedule. The State of Kansas - Legislature staff will need to participate in and support the various tasks of the project as required as defined by the project schedule or other tasks not directly stated, but have a direct impact on completion of this project
▪ State of Kansas - Legislature is responsible for the identification and interpretation of, and ensuring compliance with, all laws, statutes, rules, regulations, and standards applicable to its or its affiliates' business or operations
▪ State of Kansas - Legislature will provide reasonable access to all State of Kansas - Legislature sites and facilities, including where applicable, computer equipment, telecom equipment, facilities, workspace and telephone for WWT's use during the project



- State of Kansas - Legislature will on-board WWT employees based on identified need, including remote access, as mutually agreed by both parties during the course of the project
- State of Kansas - Legislature and WWT will jointly define standard configuration templates by the mutually agreed upon date defined during the project kick-off and documented in the project plan of record
- State of Kansas - Legislature and WWT will jointly define the required physical and logical site information by the mutually agreed upon date defined during the project kick-off and documented in the project plan of record
- State of Kansas - Legislature will have five (5) days to provide written feedback on all project artifacts, documents, or presentations developed or updated by WWT. If no feedback is provided, the item will be considered accepted by State of Kansas - Legislature. If possible, WWT will continue with other work on the project while waiting for comments or acceptance
- State of Kansas - Legislature will be required to provide an HLD/reference architecture including a high level definition (ten words or less) within five (5) business days of WWT's written request

Note: Success of the project is dependent on the responsibilities above. If responsibilities indicated above are not completed prior to the deployment date, the project timelines may need to be rescheduled based on WWT engineering availability.

# 4   Assumptions

In preparing this SOW, WWT made certain assumptions for items not expressly documented during discussions with State of Kansas - Legislature. Changes to these assumptions may affect scope and cost.

- WWT will not be responsible for any project delays or costs caused by failure to deliver or by delayed provision of information, systems, or feedback from State of Kansas - Legislature or third party vendors
- Tasks will be completed during normal business hours between 8:00 a.m. and 5:00 p.m. project site local time, Monday through Friday, excluding WWT-observed holidays, unless otherwise negotiated and noted in this SOW
- Changes to the scope of work identified during the project will require a Change Order Form that could affect the schedule, milestone, or cost of the project
- WWT will assign all staff resources as to best-fit total requirements and no individual employee is being specifically promised or quoted for this project
- WWT shall rely upon any standard operating procedures or practices of State of Kansas - Legislature and any direction or regulatory or other guidance provided by State of Kansas - Legislature as agreed to during the project kickoff
- Any configuration or modification made by WWT to any third party software or materials provided by State of Kansas - Legislature or work incorporating such items will be subject to the ownership and other rights agreed to by State of Kansas - Legislature with the applicable third party. State of Kansas - Legislature understands any such configuration or modification may negate the third party warranty and/or support, and WWT will hold no liability for any configuration or modification performed at State of Kansas - Legislature's direction



- WWT is not providing any warranty regarding, and is not liable for, any third party or State of Kansas - Legislature software, documentation, equipment, tools or other products or materials, even if recommended by WWT
- Time estimates for the implementation of the solution do not include time required for Customer change control processes. Any change control process delays that impact the time and level of effort to deliver the solution will incur a change order for the time difference
- WWT may deliver the Services through a combination of employees, contractors, and subcontractors working under WWT's direction, at WWT's discretion
- The services may include advice and recommendations, but all decisions in connection with the implementation of such advice and recommendations will be the responsibility of, and made by, State of Kansas - Legislature
- All business days worked as part of this project will be consecutive unless agreed to in advance by both State of Kansas - Legislature and WWT
- State of Kansas - Legislature is capable of receiving equipment and transporting it to the install location. This could involve multiple racks
- Knowledge transfer will not include any courseware or formal lab manuals. It will be hands-on knowledge transfer on the deployed solution within the State of Kansas - Legislature environment. This is an informal sharing of information between technical peers and is intended to supplement but not replace any manufacturer's formal system implementation or administration classes. Formal classroom offerings may be offered and scheduled through WWT
- Onsite work will occur at one (1) physical location unless otherwise specified
- If at any time, the United States Government or its duly appointed representatives issues a safety, terrorism, tariff, or other legally binding statement that impacts WWT's ability to transact business in the effected country, WWT reserves the right the defer or exclude scope obligations for the countries impacted.  WWT will reduce the cost commensurate with the reduced scope
- This SOW has been developed based on the assumption that there are no scheduled cutover/change windows or change control requirements.  If change control or scheduled cutovers are required, this will be managed through the Change Order process

**In addition to and notwithstanding any contrary provisions in the Master Agreement including, but not limited to, any Force Majeure clause, the parties agree to work in good faith to address any direct or indirect impacts to the Services or Deliverables due to COVID-19. Such impacts may include, but are not limited to, quarantine restrictions or other restrictions, requirements, or recommendations from federal, state, or local health agencies or other advisory or regulatory entities. Without limiting the foregoing, WWT reserves the right to submit a Change Request to Customer if, at any time, COVID-19 impacts WWT's activities and/or rights and obligations - financial, operational, or otherwise - contemplated under this SOW. Impacts may include, but are not limited to, the inability to access and perform onsite services, travel and logistical complications, delays, cost increases, or changes or reductions in scope. Customer's approval of such Change Requests shall not be unreasonably withheld. While WWT will reduce costs commensurate with any reduction in scope, WWT shall not be liable for any claims or damages of any kind due to any inability to perform the Services or provide the Deliverables. The parties agree to work in good faith to reduce any disruption to the Services. Where feasible and reasonable, Customer agrees to provide access sufficient to allow WWT to perform Services remotely and/or waive or reschedule applicable training and other on-site requirements.**

World Wide Technology

State of Kansas - Legislature
Kansas Virtual Statehouse Project | November 2020

## Appendix 1:     Approval to Proceed with Project

The undersigned parties each understand and agree that this SOW accurately sets forth the services that WWT will provide State of Kansas - Legislature.

Following receipt of signed SOW and State of Kansas - Legislature's Purchase Order*, a WWT Project Manager will be in contact to discuss next steps. WWT requires a minimum of four (4) weeks' notice to begin project implementation from date of receipt of signed SOW and State of Kansas - Legislature's Purchase Order*. WWT price quote is valid for ninety (90) days from date of this SOW.

| | | |
|---|---|---|
| (Signature) | Ronald V Ryckel Jr (Print Name) | 11-19-20 Date |

State of Kansas - Legislature

| | | |
|---|---|---|
| (Signature) | Bryan Thomas, SVP-Public Sector (Print Name) | 11-19-2020 Date |

World Wide Technology, LLC

**Please return all pages of this signed SOW and Purchase Order* to your WWT Account Manager.**

Customer Contact Name        _____

Customer Contact Title         _____

Customer Phone Number      _____

Customer Email Address       _____

Project Site Address            _____

*If this form is not accompanied by a Purchase Order, please complete the information below:

| **Customer Bill to Address** | |
|---|---|
| Customer A/P Representative Name | |
| Customer A/P Representative Email | |
| Reference # (for invoicing) if not Purchase Order | |

Unless the parties have an executed Master Agreement governing the performance of services hereunder, the terms and conditions contained in the following link shall apply to this SOW. https://www.wwt.com/standaloneterms-us

 **World Wide Technology**

State of Kansas - Legislature
Kansas Virtual Statehouse Project | November 2020

## Appendix 2:     Project Completion

The project contracted to WWT has been successfully completed. State of Kansas - Legislature has inspected the work of WWT and has determined that all assigned tasks, tests, and deliverables have been completed in a professional and quality manner.

| WWT Project #: | |
|---|---|
| Project # TBD | |
| Site: | Customer Contact: |
| | |
| **Project Overview:** | |
| Kansas Virtual Statehouse Project | |

Please sign this document at the completion of the project if properly completed in accordance with the SOW, thereby releasing WWT from any responsibility (outside any other existing contract coverage or warranties) of the project.

_____          _____
(Signature)          (Print Name)                                    Date
State of Kansas - Legislature


_____          _____
(Signature)          (Print Name)                                    Date
World Wide Technology, LLC


**Please return this form to your WWT Project Manager**



# State of Kansas - Legislature

Webex Adoption Services

October 6, 2020

**PRESENTED BY**
Rodriguez, Chris
Account Manager
World Wide Technology, LLC
(314) 779-4088
Chris.Rodriguez@wwt.com
**www.wwt.com**



State of Kansas - Legislature
Webex Adoption Services | October 2020

# Table of Contents

1   Project Scope ..................................................................................................................3
   1.1   Project Description ...................................................................................................3
      1.1.1   Delivery Sites ..................................................................................................3
   1.2   Delivery..................................................................................................................3
   Delivery Timeline...........................................................................................................3
      1.3   Project Tasks ...................................................................................................5
   1.4   Out of Scope ..........................................................................................................7
2   Pricing Summary.............................................................................................................7
   2.1   Firm Fixed Price Project Change Control ....................................................................7
3   Customer Responsibilities ..............................................................................................8
4   Assumptions...................................................................................................................9
Appendix 1:   Approval to Proceed with Project .....................................................................12
Appendix 2:   Project Completion .........................................................................................13

**PROPRIETARY NOTICE** The information contained in this statement of work is the confidential information of World Wide Technology, LLC. This statement of work and the information contained herein shall not be disclosed outside the company named above, and shall not be duplicated, used, or disclosed in whole or in part for any purpose other than to evaluate this statement of work.



# 1 Project Scope

This Statement of Work (SOW) defines the services that World Wide Technology, LLC (WWT), will deliver to State of Kansas - Legislature (State of Kansas or Customer). Each of the parties' responsibilities is defined to provide a clear understanding of the scope of Webex Adoption Services.

The pricing submitted with this SOW reflects the services and responsibilities described herein. WWT will strive to meet State of Kansas schedule requirements; however, actual project dates will be subject to availability of materials and resources and State of Kansas attention to its responsibilities.

## 1.1 Project Description

Adoption Services is a comprehensive project where the customer and WWT teams will focus on use cases with end users.  These teams will work to align business use cases to the technology that will help ensure the user community is aware of and effectively trained on the solution.  A use case is a list of action or event steps, typically defining the interactions between a user and a system to achieve a goal. The methodology can be repeated for future rollouts as separate engagements or the methodology can be adopted by State of Kansas and scaled through the enterprise.

### 1.1.1 Delivery Sites

The below site(s) are in scope for this service offering. Modifications to sites, scope or level of effort will be managed through the Change Control process.

- Topeka, KS
- Remote

## 1.2 Delivery

**Delivery Timeline**

**Kickoff –Introduce Timeline**
- Identify Stakeholders
- Plan Workshop

**Goal and Vision Workshop –Define Drivers and Objectives**
- Finalize Survey
- Secure dates for: Survey, Data Reporting, Documentation Distribution, Trainings, Project Close

**Analyze**
- Create Survey
- Pull System Data

**Communicate**
- Custom Marketing Support
  - Up to three (3) materials

World Wide Technology

- Inclusive of email templates, poster templates, digital signage, flyers
- Provided in English only

**Train:**

**Webex Meetings**
- Onsite Training
  - Not to exceed three (3) days
  - Not to exceed six (6) hours in one day
  - Not to exceed two (2) trips
- Virtual Training
  - Ten (10) sessions
  - Not to exceed one (1) hour
  - Option to record one (1) session
- Quick Reference Guides
  - Eight (8) guides
  - Not to exceed two (2) single sided pages
- How-to Videos
  - Sixteen (16) mins total length
  - Max eight (8) videos
- Poster and QR code
  - One (1) poster template inclusive of custom QR code that will re-direct end users to collateral repository

**End User: Video End Points**

- Onsite Training
  - Not to exceed three (3) days
  - Not to exceed six (6) hours in one day
  - Not to exceed two (2) trips
- Short How-to Videos
  - Not to exceed ten (10) mins in length
  - Max five (5) separate videos
- Quick Reference Guides
  - Five (5) guides
  - Not to exceed two (2) single sided pages
  - Custom QR Code provided for routing to collateral
- Custom Help Button on Touch 10
  - Dials Help Desk directly
  - Macro/coding which will provide the ability to share training content on touch 10
- Poster and QR code
  - One (1) poster template inclusive of custom QR code that will re-direct end users to collateral repository

**Webex Admin Training for Control Hub**
- Virtual Training
  - Two (2) sessions via Webex
  - Not to exceed two (2) hours in length


**World Wide Technology**

- – Option to record one (1) session
  - ▪ Agenda: Cisco Control Hub – Admin Training for System Admins
    - – Control Hub Overview
      - o Benefits of Control Hub
      - o Initial Setup – Password and Wizards
      - o Overview of the Portal
    - – Control Hub Navigation
      - o Users
      - o Places
      - o Services
      - o Devices
      - o Analytics
      - o Troubleshooting
      - o Settings
- ▪ Quick Reference Guides
  - – One (1) guide
  - – Not to exceed eight (8) single sided pages
  - – English Only

*All Training Collateral and Agendas are provided two (2) rounds of revisions.
*All Training Collateral will be provided in published and editable format

**Report and Ongoing**
- – Deliver project report
- – Discuss enhancements and plan future engagements
- – Close Project

Customer has full ownership rights to the Deliverables set out above. Notwithstanding any contrary or contradictory terms in any other contract, agreement or otherwise, no other intellectual property is transferred hereunder. For purposes of clarity, WWT retains all rights to its intellectual property including, but not limited to, skill sets, tools, know-how, methodologies, processes, and any improvements, enhancements, and other modifications thereto.

## 1.3   Project Tasks

**Adoption Service Kickoff**

The kickoff call will include State of Kansas project sponsors and the WWT Adoption Services team. The intent of this call is to outline the project, define timelines and determine identification criteria for project stakeholders.

**Workshop**

This workshop will be conducted with Customer stakeholders and the WWT Adoption Services Team. Participants in this meeting generally include IT stakeholders, executive sponsors, internal training, marketing representatives, and Line of Business (LOB) stakeholders. Within this two (2) to three (3) hour session the intended outcome is to define adoption services, determine a training strategy, explore use cases, draft a survey, and identify project objectives and goals.



1. Adoption Services Overview
2. Review current challenges and project goals
3. Identify personas and use cases
4. Align training and marketing needs with proposed deliverables
5. Discuss next steps

**Analysis Phase**

The project objectives defined within the workshop will be analyzed through surveys and data collection. Surveys will be created based on stakeholder feedback. The intent of the survey is to offer insight into the effectiveness of the current technology environment and measure end user satisfaction. Utilization analytics can be collected based upon Customer request. These data points can be drawn from product reporting tools, administrative portals, or partner analytics applications.

**Communications Plan**

The Communications Plan will be a task led by WWT Adoption Services Team but will also consist of IT, LOB representation, and internal marketing representation, if available. The task will be to develop a content understanding, and a schedule of when and where the content will be presented to the end users.

**Marketing and Training Branded Collateral**

The WWT Adoption Services Team's media creation specialist partner with Customer to create branded collateral to drive the communication of the timelines, benefits, and training options around the new technology.

**Trainings**

Training will be focused on ensuring that State of Kansas's employees fully understand the capabilities of <Technology> tools currently at their disposal. During the kick-off, users will be given access to the collaboration system and WWT will conduct end user training sessions virtually. Training sessions are one (1) hour long and will require a conference room or training space, preferably with a collaboration endpoint. Documentation and training materials have already been created and customized for State of Kansas.

**Check Points**

WWT Adoption Services Team will conduct usage measurements from the tools as well as through end-user survey.

**Project Close-out**

Project close-out will include a final report showing change in usage and other Key Performance Indicators (KPIs) identified by Customer.

 **World Wide Technology**

State of Kansas - Legislature
Webex Adoption Services | October 2020

## 1.4  Out of Scope

The following items have been determined to be out of scope relative to this SOW and are identified in order to avoid any confusion.

- Any work not specifically listed as a task in this document is considered out of scope

# 2  Pricing Summary

This is a Firm Fixed price project as described above. Costs for hardware and software are not included in WWT's fees.

Work will be performed at State of Kansas facilities in the location(s) listed in the Project Sites section and/or remotely.

The firm fixed labor budget for this work is as follows:

**Professional Services**

| Project Name | Price |
|---|---|
| Webex Adoption Services | $79,443.00 |
| **Total Professional Services** | **$79,443.00** |

Note:
- Pricing shown in U.S. dollars. Pricing is valid for ninety (90) days from the date of the SOW
- Taxes are not included in the above pricing
- An invoice will be generated upon completion of the project as described above and following acceptance by State of Kansas
- Payment Terms are net-30 days from WWT invoice date

## 2.1  Firm Fixed Price Project Change Control

- If State of Kansas requests a change in the project schedule after the schedule has been mutually agreed upon between State of Kansas and WWT, a change order will be required to proceed as follows:
  - If a project schedule delay is requested during the course of the project, then State of Kansas will be subject to a change order. If the change order impacts the budget, a fixed-price change order commensurate with the cost impact will presented by the WWT Project Manager
  - If the project is suspended or delayed for more than two (2) weeks during the course of the project, then State of Kansas may be subject to a change order. If the change order impacts the budget, a fixed-price change order commensurate with the cost impact will be presented by the WWT Project Manager. Project resumption will occur in a date mutually agreed upon between WWT and State of Kansas
  - Only changes that materially impact the project scope or schedule will be billable to State of Kansas
  - All change orders will be presented and explained by the WWT Project Manager. All billable change orders will be a fixed-price commensurate with the cost impact of the scope and/or schedule changes

 **World Wide Technology**

State of Kansas - Legislature
Webex Adoption Services | October 2020

- If the project is delayed for thirty (30) days or more for reasons outside of WWT's control, WWT reserves the right to invoice State of Kansas for work performed up to the date of the delay

# 3   Customer Responsibilities

All services performed by WWT will be based on the following assumptions and Customer responsibilities:

- State of Kansas will designate a single point of contact to whom all WWT communications may be addressed and who has the authority to act on all aspects of the services throughout the duration of the project; such contact shall be available during normal hours of business (Monday through Friday, 8:00am to 5:00pm local time, excluding holidays)
- State of Kansas will have suitable technical staff as mutually agreed upon by both parties available for the duration of the engagement as defined by the project schedule. The State of Kansas staff will need to participate in and support the various tasks of the project as required as defined by the project schedule or other tasks not directly stated, but have a direct impact on completion of this project
- State of Kansas is responsible for the identification and interpretation of, and ensuring compliance with, all laws, statutes, rules, regulations, and standards applicable to its or its affiliates' business or operations
- State of Kansas will provide reasonable access to all State of Kansas sites and facilities, including where applicable, computer equipment, telecom equipment, facilities, workspace, and telephone for WWT's use during the project
  - State of Kansas will on-board WWT employees based on identified need, including remote access, as mutually agreed by both parties during the course of the project
- State of Kansas and WWT will jointly define standard configuration templates by the mutually agreed upon date defined during the project kick-off and documented in the project plan of record
- State of Kansas and WWT will jointly define the required physical and logical site information by the mutually agreed upon date defined during the project kick-off and documented in the project plan of record
- State of Kansas will have five (5) days to provide written feedback on all project artifacts, documents, or presentations developed or updated by WWT. If no feedback is provided, the item will be considered accepted by State of Kansas. If possible, WWT will continue with other work on the project while waiting for comments or acceptance
- State of Kansas will designate a single point of contact to whom all WWT communications may be addressed and who has the authority to act on all aspects of the services throughout the duration of the project; such contact shall be available during normal hours of business (Monday through Friday, 8:00am to 5:00pm local time, excluding holidays)
- State of Kansas will provide reasonable access to all State of Kansas sites and facilities, including where applicable, computer equipment, telecom equipment, facilities, workspace, and telephone for WWT's use during the project
- State of Kansas will have suitable technical staff available for the duration of the engagement. The State of Kansas staff will need to participate in and support the various tasks of the project as required



- State of Kansas is responsible for the identification and interpretation of, and ensuring compliance with, all laws, statutes, rules, regulations, and standards applicable to its or its affiliates' business or operations
- State of Kansas will respond to WWT's requests that State of Kansas staff work on issues and tasks not directly stated in this SOW, but have a direct impact on the successful completion of this project
- State of Kansas shall afford WWT reasonable access on an as needed basis to State of Kansas staff at various times in the project but WWT is also aware that State of Kansas staff is dedicated to the daily operations of the facilities. WWT shall make every reasonable effort to limit the demands on these individuals but State of Kansas staff will have critical knowledge of the operations and the business itself. This knowledge must be made available to WWT in a timely fashion
- State of Kansas will have two (2) days to provide written feedback on all project artifacts, documents, or presentations developed or updated by WWT. If no feedback is provided, the item will be considered accepted by State of Kansas. If possible, WWT will continue with other work on the project while waiting for comments or acceptance
- State of Kansas will install and verify the operation of all external communications equipment not provided by WWT; this equipment will be installed, tested, and operational prior to WWT's arrival at State of Kansas site

Note: Success of the project is dependent on the responsibilities above. If responsibilities indicated above are not completed prior to the deployment date, the project timelines may need to be rescheduled based on WWT engineering availability.

# 4   Assumptions

In preparing this SOW, WWT made certain assumptions for items not expressly documented during discussions with State of Kansas. Changes to these assumptions may affect scope and cost.

- Notwithstanding any contrary or contradictory terms in any other contract, agreement or otherwise, no other intellectual property is transferred hereunder. For purposes of clarity, WWT retains all rights to its intellectual property including, but not limited to, its skill sets, tools, know-how, methodologies, processes, and any improvements, enhancements, and other modifications thereto.
- WWT will not be responsible for any project delays or costs caused by failure to deliver or by delayed provision of information, systems, or feedback from State of Kansas or third-party vendors
- Tasks will be completed during normal business hours between 8:00 a.m. and 5:00 p.m. project site local time, Monday through Friday, excluding WWT-observed holidays, unless otherwise negotiated and noted in this SOW
- Changes to the scope of work identified during the project will require a Change Order Form that could affect the schedule, milestone, or cost of the project
- WWT will assign all staff resources as to best-fit total requirements and no individual employee is being specifically promised or quoted for this project
- WWT shall rely upon any standard operating procedures or practices of State of Kansas and any direction or regulatory or other guidance provided by State of Kansas as agreed to during the project kickoff

 **World Wide Technology**

State of Kansas - Legislature
Webex Adoption Services | October 2020

- Any configuration or modification made by WWT to any third-party software or materials provided by State of Kansas or work incorporating such items will be subject to the ownership and other rights agreed to by State of Kansas with the applicable third party. State of Kansas understands any such configuration or modification may negate the third-party warranty and/or support, and WWT will hold no liability for any configuration or modification performed at State of Kansas's direction
- WWT is not providing any warranty regarding, and is not liable for, any third party or State of Kansas software, documentation, equipment, tools or other products or materials, even if recommended by WWT
- Time estimates for the implementation of the solution do not include time required for Customer change control processes. Any change control process delays that impact the time and level of effort to deliver the solution will incur a change order for the time difference
- WWT may deliver the Services through a combination of employees, contractors, and subcontractors working under WWT's direction, at WWT's discretion
- The services may include advice and recommendations, but all decisions in connection with the implementation of such advice and recommendations will be the responsibility of, and made by, State of Kansas
- All business days worked as part of this project will be consecutive unless agreed to in advance by both State of Kansas and WWT
- Knowledge transfer will not include any courseware or formal lab manuals. It will be hands-on knowledge transfer on the deployed solution within the State of Kansas environment. This is an informal sharing of information between technical peers and is intended to supplement but not replace any manufacturer's formal system implementation or administration classes. Formal classroom offerings may be offered and scheduled through WWT
- Onsite work will occur at the physical location(s) stated in the Delivery Sites section unless otherwise specified
- If at any time, the United States Government or its duly appointed representatives issues a safety, terrorism, tariff, or other legally binding statement that impacts WWT's ability to transact business in the effected country, WWT reserves the right the defer or exclude scope obligations for the countries impacted.  WWT will reduce the cost commensurate with the reduced scope

**In addition to and notwithstanding any contrary provisions in the Master Agreement including, but not limited to, any Force Majeure clause, the parties agree to work in good faith to address any direct or indirect impacts to the Services or Deliverables due to COVID-19. Such impacts may include, but are not limited to, quarantine restrictions or other restrictions, requirements, or recommendations from federal, state, or local health agencies or other advisory or regulatory entities. Without limiting the foregoing, WWT reserves the right to submit a Change Request to Customer if, at any time, COVID-19 impacts WWT's activities and/or rights and obligations - financial, operational, or otherwise - contemplated under this SOW. Impacts may include, but are not limited to, the inability to access and perform onsite services, travel and logistical complications, delays, cost increases, or changes or reductions in scope. Customer's approval of such Change Requests shall not be unreasonably withheld. While WWT will reduce costs commensurate with any reduction in scope, WWT shall not be liable for any claims or damages of any kind due to any inability to perform the Services or provide the Deliverables. The parties agree to work in good faith to reduce any disruption to the Services. Where feasible and**



reasonable, Customer agrees to provide access sufficient to allow WWT to perform Services remotely and/or waive or reschedule applicable training and other on-site requirements.



State of Kansas - Legislature
Webex Adoption Services | October 2020

## Appendix 1:    Approval to Proceed with Project

The undersigned parties each understand and agree that this SOW accurately sets forth the services that WWT will provide State of Kansas.

Following receipt of signed SOW and State of Kansas's Purchase Order*, a WWT Project Manager will be in contact to discuss next steps. WWT requires a minimum of four (4) weeks' notice to begin project implementation from date of receipt of signed SOW and State of Kansas's Purchase Order*. WWT price quote is valid for ninety (90) days from date of this SOW.

_____   Ronald W. Ryckman Jr.                    11-19-20
(Signature)              (Print Name)                              Date
State of Kansas - Legislature

_____   Bryan Thomas, SVP-Public Sector          11-19-2020
(Signature)              (Print Name)                              Date
World Wide Technology, LLC

**Please return all pages of this signed SOW and Purchase Order\* to your WWT Account Manager.**

Customer Contact Name          _____

Customer Contact Title         _____

Customer Phone Number          _____

Customer Email Address         _____

Project Site Address           _____

*If this form is not accompanied by a Purchase Order, please complete the information below:

| Customer Bill to Address | |
|---|---|
| Customer A/P Representative Name | |
| Customer A/P Representative Email | |
| Reference # (for invoicing) if not Purchase Order | |

Unless the parties have an executed Master Agreement governing the performance of services hereunder, the terms and conditions contained in the following link shall apply to this SOW.
https://www.wwt.com/standaloneterms-us

 **World Wide Technology**

State of Kansas - Legislature
Webex Adoption Services | October 2020

## Appendix 2:   Project Completion

The project contracted to WWT has been successfully completed. State of Kansas has inspected the work of WWT and has determined that all assigned tasks, tests, and deliverables have been completed in a professional and quality manner.

| WWT Project #: | |
|---|---|
| Project # TBD | |
| Site: | Customer Contact: |
| | |
| **Project Overview:** | |
| Webex Adoption Services | |

Please sign this document at the completion of the project if properly completed in accordance with the SOW, thereby releasing WWT from any responsibility (outside any other existing contract coverage or warranties) of the project.

_____                    _____

 (Signature)              (Print Name)                                    Date
State of Kansas - Legislature


_____                    _____

 (Signature)              (Print Name)                                    Date
World Wide Technology, LLC

**Please return this form to your WWT Project Manager**

State of Kansas
Department of Administration DA-146a
(Rev. 07-19)

**CONTRACTUAL PROVISIONS ATTACHMENT**

Important: This form contains mandatory contract provisions and must be attached to or incorporated in all copies of any contractual agreement. If it is attached to the vendor/contractor's standard contract form, then that form must be altered to contain the following provision:

>    The Provisions found in Contractual Provisions Attachment (Form DA-146a, Rev. 07-19), which is attached hereto, are hereby incorporated in this contract and made a part thereof.

>    The parties agree that the following provisions are hereby incorporated into the contract to which it is attached and made a part thereof, said contract being the _____ day of _____, 20____.

1. **Terms Herein Controlling Provisions**: It is expressly agreed that the terms of each and every provision in this attachment shall prevail and control over the terms of any other conflicting provision in any other document relating to and a part of the contract in which this attachment is incorporated. Any terms that conflict or could be interpreted to conflict with this attachment are nullified.

2. **Kansas Law and Venue**: This contract shall be subject to, governed by, and construed according to the laws of the State of Kansas, and jurisdiction and venue of any suit in connection with this contract shall reside only in courts located in the State of Kansas.

3. **Termination Due To Lack Of Funding Appropriation**: If, in the judgment of the Director of Accounts and Reports, Department of Administration, sufficient funds are not appropriated to continue the function performed in this agreement and for the payment of the charges hereunder, State may terminate this agreement at the end of its current fiscal year. State agrees to give written notice of termination to contractor at least thirty (30) days prior to the end of its current fiscal year and shall give such notice for a greater period prior to the end of such fiscal year as may be provided in this contract, except that such notice shall not be required prior to ninety (90) days before the end of such fiscal year. Contractor shall have the right, at the end of such fiscal year, to take possession of any equipment provided State under the contract. State will pay to the contractor all regular contractual payments incurred through the end of such fiscal year, plus contractual charges incidental to the return of any such equipment. Upon termination of the agreement by State, title to any such equipment shall revert to contractor at the end of the State's current fiscal year. The termination of the contract pursuant to this paragraph shall not cause any penalty to be charged to the agency or the contractor.

4. **Disclaimer Of Liability**: No provision of this contract will be given effect that attempts to require the State of Kansas or its agencies to defend, hold harmless, or indemnify any contractor or third party for any acts or omissions. The liability of the State of Kansas is defined under the Kansas Tort Claims Act (K.S.A. 75-6101, *et seq.*).

5. **Anti-Discrimination Clause**: The contractor agrees: (a) to comply with the Kansas Act Against Discrimination (K.S.A. 44-1001, *et seq.*) and the Kansas Age Discrimination in Employment Act (K.S.A. 44-1111, *et seq.*) and the applicable provisions of the Americans With Disabilities Act (42 U.S.C. 12101, *et seq.*) (ADA), and Kansas Executive Order No. 19-02, and to not discriminate against any person because of race, color, gender, sexual orientation, gender identity or expression, religion, national origin, ancestry, age, military or veteran status, disability status, marital or family status, genetic information, or political affiliation that is unrelated to the person's ability to reasonably perform the duties of a particular job or position; (b) to include in all solicitations or advertisements for employees, the phrase "equal opportunity employer"; (c) to

comply with the reporting requirements set out at K.S.A. 44-1031 and K.S.A. 44-1116; (d) to include those provisions in every subcontract or purchase order so that they are binding upon such subcontractor or vendor; (e) that a failure to comply with the reporting requirements of (c) above or if the contractor is found guilty of any violation of such acts by the Kansas Human Rights Commission, such violation shall constitute a breach of contract and the contract may be cancelled, terminated or suspended, in whole or in part, by the contracting state agency or the Kansas Department of Administration; (f) Contractor agrees to comply with all applicable state and federal anti-discrimination laws and regulations; (g) Contractor agrees all hiring must be on the basis of individual merit and qualifications, and discrimination or harassment of persons for the reasons stated above is prohibited; and (h) if is determined that the contractor has violated the provisions of any portion of this paragraph, such violation shall constitute a breach of contract and the contract may be canceled, terminated, or suspended, in whole or in part, by the contracting state agency or the Kansas Department of Administration.

6. **Acceptance of Contract**: This contract shall not be considered accepted, approved or otherwise effective until the statutorily required approvals and certifications have been given.

7. **Arbitration, Damages, Warranties**: Notwithstanding any language to the contrary, no interpretation of this contract shall find that the State or its agencies have agreed to binding arbitration, or the payment of damages or penalties. Further, the State of Kansas and its agencies do not agree to pay attorney fees, costs, or late payment charges beyond those available under the Kansas Prompt Payment Act (K.S.A. 75-6403), and no provision will be given effect that attempts to exclude, modify, disclaim or otherwise attempt to limit any damages available to the State of Kansas or its agencies at law, including but not limited to, the implied warranties of merchantability and fitness for a particular purpose.

8. **Representative's Authority to Contract**: By signing this contract, the representative of the contractor thereby represents that such person is duly authorized by the contractor to execute this contract on behalf of the contractor and that the contractor agrees to be bound by the provisions thereof.

9. **Responsibility for Taxes**: The State of Kansas and its agencies shall not be responsible for, nor indemnify a contractor for, any federal, state or local taxes which may be imposed or levied upon the subject matter of this contract.

10. **Insurance**: The State of Kansas and its agencies shall not be required to purchase any insurance against loss or damage to property or any other subject matter relating to this contract, nor shall this contract require them to establish a "self-insurance" fund to protect against any such loss or damage. Subject to the provisions of the Kansas Tort Claims Act (K.S.A. 75-6101, *et seq.*), the contractor shall bear the risk of any loss or damage to any property in which the contractor holds title.

11. **Information**: **No provision of this contract shall be construed as limiting the Legislative Division of Post Audit from having access to information pursuant to K.S.A. 46-1101, *et seq.***

12. **The Eleventh Amendment**: "The Eleventh Amendment is an inherent and incumbent protection with the State of Kansas and need not be reserved, but prudence requires the State to reiterate that nothing related to this contract shall be deemed a waiver of the Eleventh Amendment."

13. **Campaign Contributions / Lobbying:** Funds provided through a grant award or contract shall not be given or received in exchange for the making of a campaign contribution. No part of the funds provided through this contract shall be used to influence or attempt to influence an officer or employee of any State of Kansas agency or a member of the Legislature regarding any pending legislation or the awarding, extension, continuation, renewal, amendment or modification of any government contract, grant, loan, or cooperative agreement.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

CHRIS HAULMARK,                     )
                                    )
                Plaintiff,          )
                                    )
v.                                  )          Case. No. 20-cv-4084-EFM-TJJ
                                    )
                                    )
STATE OF KANSAS, et al.,            )
                                    )
                Defendants.         )
_____ )

**Day Exhibit I**

ADA Policy, Kansas Legislature



**ADA ACCOMMODATIONS**

Any individual with a disablility may request accommodations for any committee or legislative session.

Requests should be made at least two (2) working days in advance of the meeting by contacting Legislative Adminstrative Services at:

> (785) 296-2391
> TTY: 711, or
> Email: LegServ@las.ks.gov

Note: Each committee room in the Capitol building is equipped with two (2) head sets for hearing assistance.



Copyright © 2012 Kansas Legislative Office of Information Services - All rights reserved.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| CHRIS HAULMARK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case. No. 20-cv-4084-EFM-TJJ |
| | ) | |
| | ) | |
| STATE OF KANSAS, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**Day Exhibit J**

January 11-15, 2021 Calendar Kansas House and Senate

Day Exhibit J

# (Updated)
# HOUSE CALENDAR

No. 1

Monday, January 11, 2021
HOUSE CONVENES AT 2:00 PM

ROLL CALL

INVOCATION AND PLEDGE OF ALLEGIANCE

READING AND CORRECTION OF JOURNAL

INTRODUCTION OF BILLS AND CONCURRENT RESOLUTIONS

**Reference of Bills and Concurrent Resolutions**

REPORTS OF SELECT COMMITTEES

MESSAGES FROM THE GOVERNOR

COMMUNICATIONS FROM STATE OFFICERS

MESSAGES FROM THE SENATE

**Reference of Senate Bills and Concurrent Resolutions**

INTRODUCTION OF ORIGINAL MOTIONS AND HOUSE
RESOLUTIONS

**Motions and Resolutions Offered on a Previous Day**

THE UNFINISHED BUSINESS BEFORE THE HOUSE

**Consent Calendar**

**Final Action on Bills and Concurrent Resolutions**

**Bills Under Consideration to Concur or Nonconcur**

# General Orders

(The Line)

REPORTS OF STANDING COMMITTEES

**Bills Adversely Reported**

## Status of Bills and Resolutions

**House bills passed and sent to Senate:**
**House bills killed by House:**
**House bills passed by the Senate:**
**House bills in conference:**
**House bills killed by Senate:**
**House bills signed by the Governor:**
**House bills awaiting the signature of the governor:**
**House bills vetoed by Governor:**
**House bills becoming law without Governor's signature:**
**House resolutions killed:**
**House resolutions adopted:**
**House concurrent resolutions killed:**
**House concurrent resolutions adopted and sent to Senate:**
**House concurrent resolutions adopted by Senate:**
**House concurrent resolutions in conference:**
**House concurrent resolutions killed by House:**
**House concurrent resolutions killed by Senate:**
**Senate bills in conference:**
**Senate bills passed in House:**
**Senate bills killed by House:**
**Senate concurrent resolutions adopted by House:**
**Senate concurrent resolutions in conference:**

## House and Senate Bills in House Committees

**Agriculture–**
House Bills:
Senate Bills:

**Agriculture and Natural Resources Budget–**
House Bills:
Senate Bills:

**Appropriations–**
House Bills:
Senate Bills:

**Calendar and Printing–**
House Bills:
Senate Bills:

**Children and Seniors–**
House Bills:
Senate Bills:

**Commerce, Labor and Economic Development–**
House Bills:
Senate Bills:

**Corrections and Juvenile Justice–**
House Bills:
Senate Bills:

**Education–**
House Bills:
Senate Bills:

**Elections–**
House Bills:
Senate Bills:

**Energy, Utilities and Telecommunications–**
House Bills:
Senate Bills:

**Federal and State Affairs–**
House Bills:
Senate Bills:

**Financial Institutions and Rural Development–**
House Bills:
Senate Bills:

**General Government Budget–**
House Bills:

Senate Bills:

**Health and Human Services–**
House Bills:
Senate Bills:

**Higher Education Budget–**
House Bills:
Senate Bills:

**Insurance and Pensions–**
House Bills:
Senate Bills:

**Interstate Cooperation–**
House Bills:
Senate Bills:

**Judiciary–**
House Bills:
Senate Bills:

**K-12 Education Budget–**
House Bills:
Senate Bills:

**Legislative Budget (House)–**
House Bills:
Senate Bills:

**Local Government–**
House Bills:
Senate Bills:

**Redistricting–**
House Bills:
Senate Bills:

**Rules and Journal–**
House Bills:
Senate Bills:

**Social Services Budget–**
House Bills:
Senate Bills:

**Taxation–**
House Bills:
Senate Bills:

**Transportation–**
House Bills:
Senate Bills:

**Transportation and Public Safety Budget–**
House Bills:
Senate Bills:

**Veterans and Military–**
House Bills:
Senate Bills:

**Water–**
House Bills:
Senate Bills:

# House Committee Agenda
# January 11, 2021

The following is a tentative schedule of Committees and is subject to change day-to-day. Committees not listed have no meetings scheduled.  Material shown in *italics* is new or changed from the previous day's Agenda.

On Call Committees and Joint Committees will be listed at the end of the Agenda. Subcommittees will be listed following the regular committee.

In order to take part in committee meetings, individuals with special needs should contact the committee secretary at least two working days prior to the scheduled meeting time.

During the 2021 Session, committees will be meeting either entirely virtual or in a hybrid format.  To watch a committee, you can use a link on website at www.kslegislature.org.  Use the "Audio/Video" dropdown at the top right of the page and select "Statehouse Live and Archive" and then select your committee from the calendar.  You can also go to the committee's webpage by using the "Committees" dropdown and use the link on the committee page.

If you want to testify to a committee, please contact the committee assistant listed.

# Week of January 11 - 15, 2021

| **9:00 a.m.** | **Daily** |
|---|---|
| **Appropriations** | **112-N** |
| **Federal and State Affairs** | **346-S** |
| **Water** | **152-S** |

**Appropriations**

Kathy Holscher, Committee Assistant–785-291-3446

9:00 a.m.                                                                                  112-N

Tuesday, January 12
 No meeting scheduled

Wednesday, January 13
 Joint Meeting with Senate Committee on Ways and Means
 Overview of Fall 2020 Consensus Revenue Estimates
     J. G. Scott, Director of Legislative Research
 Briefing on the Governor's Budget Report
     Adam Proffitt, Director of the Budget
 [This meeting has been designated as virtual participation only, except for
Chairpersons, Vice-chairperson, and Ranking Minority Members.]

Thursday, January 14
 Committee Staff and Introductions
 Overview of Budget Process
     Amy Deckard, Assistant Director for Fiscal Affairs

8                          HOUSE CALENDAR

Friday, January 15
 No meeting scheduled

**Federal and State Affairs**
Connie Bahner, Committee Assistant–785-368-7166

9:00 a.m.                                                        346-S

Tuesday, January 12
 Request for bill introductions
 Introduction of Committee Members
 Briefing on:
      Committee Rules and Conferee Rules
 Briefing by staff on:
      KOMA and KORA statutes

Wednesday, January 13
 Request for bill introductions
 Briefing on:
      Remotely Working and Voting on Bills

Thursday, January 14
 Request for bill introductions

Friday, January 15
 Request for bill introductions

**Water**
Damien Gilbert, Committee Assistant – 785-296-7310

9:00 a.m.                                                        152-S

Tuesday, January 12
 Meeting on call of the chair

Wednesday, January 13
 Committee and Staff Introductions
 Review of Committee Rules
 Discussion on Committee's Purpose and Scope

Thursday, January 14
 Meeting on call of the chair

Friday, January 15
 Meeting on call of the chair

**9:00 a.m.**          **Mon/Wed**
**Financial Institutions and Rural Development**      **218-N**
**Local Government**      **281-N**

**Financial Institutions and Rural Development**
Rich Mergen, Committee Assistant–785-296-6014

9:00 a.m.      218-N

Wednesday, January 13
 Committee and Staff Introductions
 Request for Bill Introductions
 Discussion of Committee Procedures for the 2021 Session

**Local Government**
Gary Deeter, Committee Assistant–785-296-7451

9:00 a.m.      281-N

Wednesday, January 13
 Meeting on call of the chair

**9:00 a.m.**          **Tue/Thu**
**Energy, Utilities and Telecommunications**      **582-N**
**Veterans and Military**      **281-N**

**Energy, Utilities and Telecommunications**
Barbara Moore, Committee Assistant – 785-296-7647

9:00 a.m.      582-N

Tuesday, January 12
 Committee and Staff Introductions
 Additional Information and Possible Discussion

Thursday, January 14
 Meeting on call of the chair

**Veterans and Military**
Carol Robertson, Committee Assistant–785-296-7483

9:00 a.m.      281-N

Tuesday, January 12
 Committee and Staff Introductions
 Overview of Committee Rules
 Possible Request for Bill Introductions

Thursday, January 14
 Meeting on call of the chair

| **1:30 p.m.** | **Daily** |
|---|---|
| **Agriculture and Natural Resources Budget** | **118-N** |
| **Children and Seniors** | **152-S** |
| **Commerce, Labor and Economic Development** | **346-S** |
| **Corrections and Juvenile Justice** | **546-S** |
| **Education** | **218-N** |
| **Health and Human Services** | **112-N** |
| **Higher Education Budget** | **281-N** |
| **Transportation** | **582-N** |

**Agriculture and Natural Resources Budget**
Josh Gosser, Committee Assistant – 785-296-7679

1:30 p.m.                                                                118-N

Tuesday, January 12
 Meeting on call of the chair

Wednesday, January 13
 Meeting on call of the chair

Thursday, January 14
 Meeting on call of the chair

Friday, January 15
 Meeting on call of the chair

**Children and Seniors**
Fran Lusk, Committee Assistant–785-296-7644

1:30 p.m.                                                                152-S

Tuesday, January 12
 Committee Introductions
 Overview of Committee Rules
 Request for Bill Introductions

Wednesday, January 13
 Request for Bill Introductions
 Presentation on:
    Children's Alliance of Kansas; Kansas Children's Service League; Kansas Action
    for Children; Kansas Appleseed; TFI Family Services; Boys and Girls Club of
    Topeka; KVC Kansas; Saint Francis Ministries; Cornerstones of Care; DCCCA,
    Inc.

Thursday, January 14
 Request for Bill Introductions
 Overview on Kansas Department for Aging and Disability Services and Department for
Children and Families
    Laura Howard, Secretary for Aging and Disability Services and Secretary for
    Children and Families

HOUSE CALENDAR                                    11

<u>Friday, January 15</u>
 No meeting scheduled


**Commerce, Labor and Economic Development**
Cindy Harris, Committee Assistant – 785-296-7685

1:30 p.m.                                                                346-S

<u>Tuesday, January 12</u>
 Welcome and Introductions
 Committee Rules
 Request for Bill Introductions
 Overview of Special Committee on Economic Recovery Activities

<u>Wednesday, January 13</u>
Request for bill introductions
Hearing on prefiled HB 2045 – Revising the Kansas Angel Investor Tax Credit Act
(Pending introduction and referral).

<u>Thursday, January 14</u>
 Meeting on call of the chair
Hearing on House Bill concerning expanding the military spouse and service member's
expedited licensure law (Pending introduction and referral).

<u>Friday, January 15</u>
 No meeting scheduled

**Corrections and Juvenile Justice**
Kim Sage, Committee Assistant – 785-296-7447

1:30 p.m.                                                                546-S

<u>Tuesday, January 12</u>
 Organizational Meeting
 [This meeting has been designated as virtual participation only.]

<u>Wednesday, January 13</u>
 Kansas Department of Corrections Overview/Update
 [This meeting has been designated as virtual participation only.]

<u>Thursday, January 14</u>
 Kansas Sentencing Commission Overview/Update
 [This meeting has been designated as virtual participation only.]

<u>Friday, January 15</u>
 No meeting scheduled

**Education**

Deborah Bremer, Committee Assistant–785-296-1754

1:30 p.m.                                                                          218-N

Tuesday, January 12
 Meeting on call of the chair

Wednesday, January 13
 Meeting on call of the chair

Thursday, January 14
 Meeting on call of the chair
Friday, January 15
 Meeting on call of the chair

**Health and Human Services**

Carmen Sellens, Committee Assistant – 785-296-7488

1:30 p.m.                                                                          112-N

Tuesday, January 12
 Request for Bill Introductions
 Distribution of Committee Rules
 Discussion on Vaccine Distribution Process
      Rachelle Colombo, Kansas Medical Society; Rachel Monger, LeadingAge
      Kansas; Linda Mowray, Kansas Health Care Association; Kansas Department of
      Health and Environment Representative; Chad Austin, Kansas Hospital
      Association

Wednesday, January 13
 Request for Bill Introductions
 COVID-19 Testing and Quarantine Process
      Samer Antonios, MD, Ascension Via Christi; Andy Schlapp, Wichita State
      University; Kansas Department of Health and Environment Representative

Thursday, January 14
 No meeting scheduled

Friday, January 15
 No meeting scheduled

**Higher Education Budget**

John Gauntt, Committee Assistant – 785-296-7699

1:30 p.m.                                                                          281-N

Tuesday, January 12
 Meeting on call of the chair

Wednesday, January 13
 Member and Staff Introductions

Thursday, January 14
 Meeting on call of the chair

Friday, January 15
 Meeting on call of the chair

**Transportation**
Betty Boaz, Committee Assistant–785-296-7639

1:30 p.m.                                                             582-N

Tuesday, January 12
 No meeting scheduled

Wednesday, January 13
 Meeting on call of the chair

Thursday, January 14
 Meeting on call of the chair

Friday, January 15
 No meeting scheduled

| **3:30 p.m.** | **Daily** |
|---|---|
| **Agriculture** | **112-N** |
| **Judiciary** | **582-N** |
| **K-12 Education Budget** | **546-S** |
| **Social Services Budget** | **152-S** |
| **Taxation** | **346-S** |
| **Transportation and Public Safety Budget** | **118-N** |

**Agriculture**
Terry Bernatis, Committee Assistant – 785-296-7463

3:30 p.m.                                                            112-N

Tuesday, January 12
 Introduction of Committee Members and Staff
 Possible Request for Bill Introductions

Wednesday, January 13
 Possible Request for Bill Introductions

Thursday, January 14
 Meeting on call of the chair

Friday, January 15
 No meeting scheduled

14                          HOUSE CALENDAR

**Judiciary**

Kathi Rakestraw, Committee Assistant–785-296-5805

3:30 p.m.                                                        582-N

Tuesday, January 12
 Request for Bill Introductions
 Committee Overview and Introductions
 Review and Adoption of Committee Rules

Wednesday, January 13
 Request for Bill Introductions
 Discussion on Possible Legislation
    Related to extending certain provisions of governmental response to the COVID-
    19 pandemic in Kansas and Providing certain relief related to health, welfare,
    property, and economic security during this public health emergency.

Thursday, January 14
 Request for Bill Introductions
 Discussion and Possible Action on Bills Previously Heard

Friday, January 15
 Meeting on call of the chair

**K-12 Education Budget**

Committee Assistant - TBD

3:30 p.m.                                                        546-S

Tuesday, January 12
 Meeting on call of the chair

Wednesday, January 13
 Welcome
 Committee Rules
 Request for Bill Introductions

Thursday, January 14
 Meeting on call of the chair

Friday, January 15
 Meeting on call of the chair

**Social Services Budget**

Francisca Hernandez, Committee Assistant–785-296-7660

3:30 p.m.                                                        152-S

Tuesday, January 12
 Staff Introductions
 Committee Rules

HOUSE CALENDAR          15

Wednesday, January 13
 Overview of Child Support

**Taxation**
Lea Gerard, Committee Assistant–785-296-4830

3:30 p.m.                                                          346-S

Tuesday, January 12
 Welcome and Introductions
 Approval of Committee Rules
 Request for Bill Introductions

Wednesday, January 13
 Request for Bill Introductions
 Consensus Revenue Estimate and Economic Forecast Update
    Edward Penner, Senior Economist, Kansas Legislative Research Department

Thursday, January 14
 Request for Bill Introductions
 Overview of Tax Legislation Considered by the 2020 Legislature

Friday, January 15
 No meeting scheduled

**Transportation and Public Safety Budget**
Alexis Simmons, Committee Assistant – 785-296-7466

3:30 p.m.                                                          118-N

Tuesday, January 12
 Meeting on call of the chair

Wednesday, January 13
 Meeting on call of the chair

Thursday, January 14
 Meeting on call of the chair

Friday, January 15
 Meeting on call of the chair

| **3:30 p.m.** | **Mon/Wed** |
|---|---|
| **Insurance and Pensions** | **218-N** |

**Insurance and Pensions**
Jan Kiehl, Committee Assistant – 785-296-7696

3:30 p.m.                                                          218-N

Wednesday, January 13
 Committee and Staff Introductions
 Possible Request for Bill Introductions
 Presentation on the Kansas Insurance Department

16                              HOUSE CALENDAR

**3:30 p.m.**                              **Tue/Thu**
**Elections**                                                      **218-N**

**Elections**
Dana Rooney, Committee Assistant–785-296-7567
3:30 p.m.                                                            218-N

Tuesday, January 12
 Post-election Briefing
        Scott Schwab, Kansas Secretary of State
 Request for Bill Introductions
Thursday, January 14
 Briefing on the Kansas Governmental Ethics Commission
        Mark Skoglund, Executive Director
 Request for Bill Introductions


**************************************

**Doctor of the Day**
Room 480-W

Cell Phone: 785-861-9689                        Office Phone: 785-296-7397

Monday, January 11          Chad Johanning, MD, FAAFP, Lawrence

Tuesday, January 12         Sheryl Beard, MD, FAAFP, Andover

Wednesday, January 13       No doctor scheduled

Thursday, January 14        Jennifer Thuener, MD, Wichita

Friday, January 15          No doctor scheduled


SUSAN KANNARR, Chief Clerk
Connie J. Russell, Calendar Clerk

# SENATE CALENDAR

## No. 1

Monday, January 11, 2021
SENATE CONVENES at 2:00 PM

## Order of Business

ROLL CALL

INVOCATION AND PLEDGE OF ALLEGIANCE

INTRODUCTION OF BILLS AND CONCURRENT RESOLUTIONS

## Reference of Bills and Concurrent Resolutions

## Reference of Appointments

MESSAGES FROM THE GOVERNOR

COMMUNICATIONS FROM STATE OFFICERS

MESSAGES FROM THE HOUSE

## Consideration of Motions to Concur or Nonconcur

**REPORTS OF SELECT COMMITTEES**

## Consideration of Appointments

## Consent Calendar
**(Senate action to be taken on third day or thereafter)**

2 **SENATE CALENDAR**

## Final Action on Bills and Concurrent Resolutions

INTRODUCTION OF ORIGINAL MOTIONS AND SENATE RESOLUTIONS

CORRECTION AND APPROVAL OF THE JOURNAL

**CONSIDERATION OF MOTIONS AND SENATE RESOLUTIONS**

REPORTS OF STANDING COMMITTEES

## General Orders

## <u>ANTICIPATED END OF DEBATE CALENDAR</u>

## Bills Adversely Reported

# Status of Bills and Resolutions

Senate bills passed in Senate:
Senate bills killed in Senate:
Senate bills passed by the House:
Senate bills killed in the House:
Senate bills in conference:
Senate bills awaiting the signature of the governor:
Senate bills signed by the Governor:
Senate bills becoming law without Governor's signature:
Senate bills vetoed by Governor:
Senate bills line item vetoed by Governor:
Senate bills becoming law notwithstanding Governor's veto:
Senate resolutions adopted:
Senate resolutions killed:
Senate concurrent resolutions adopted:
Senate concurrent resolutions killed:
Senate concurrent resolutions adopted by House:
Senate concurrent resolutions killed in House:
House bills passed in the Senate:
House bills killed in the Senate:
House bills in conference:
House concurrent resolutions adopted by the Senate:
House concurrent resolutions killed in the Senate:
House concurrent resolutions in conference:

# Bills in Senate Committees

**Agriculture and Natural Resources–**

**Assessment and Taxation–**

**Commerce–**

**Confirmation Oversight–**

**Education–**

**Ethics, Elections and Local Government–**

**Federal and State Affairs–**

**Financial Institutions–**

**Insurance–**

**Interstate Cooperation–**

**Judiciary–**

**Local Government–**

**Organization, Calendar and Rules–**

**Public Health and Welfare–**

**Transparency and Ethics–**

**Transportation–**

**Utilities–**

**Ways and Means–**

## Senate Committee Agenda

The following is a tentative schedule of Committees and is subject to change day-to-day. Committees not listed have no meetings scheduled.

New or changed material for the present week will be printed in *italics*.

On Call Committees and Joint Committees will be listed at the end of the Agenda. Sub-Committees will be listed at the time of the Committee's regular meeting

**Any individual with a disability may request accommodations for any committee or legislative session. Requests should be made at least two (2) working days in advance of the meeting by contacting Legislative Administrative Service at: (785) 296-2391 TTY:711, or Email: LegServ@las.ks.gov**

## 2021
## SENATE COMMITTEE MEETINGS SCHEDULE
### All Committees will meet Daily

| TIME | | MEETING ROOM |
|------|--|--------------|
| 8:30 a.m. | Agriculture and Natural Resources | 144-S |
| | Public Health and Welfare | 142-S |
| | Transportation | 546-S |
| 9:30 a.m. | Assessment and Taxation | 548-S |
| | Transparency and Ethics | 142-S |
| | Local Government | 142-S |
| | Financial Institutions | 546-S |
| | Insurance | 546-S |
| 10:30 a.m. | Federal and State Affairs | 144-S |
| | Commerce | 546-S |
| | Judiciary | 346-S |
| | Ways and Means | 548-S |
| 1:30 p.m. | Education | 144-S |
| | Utilities | 548-S |

**Note:** Senate committees: Interstate Cooperation, Organization, Calendar and Rules, Confirmation Oversight, and any subcommittees are not listed. These committees are "On call" and will appear in Daily Calendars

## Senate Schedule
### Week of January 11 - 15, 2021

Monday, January 11
2:00 p.m. Session
Tuesday, January 12
2:30 p.m. Session
Wednesday, January 13
2:30 p.m. Session
Thursday, January 14
2:30 p.m. Session
Friday, January 15
8:00 a.m. Session PRO FORMA

## Public Health and Welfare

**8:30 a.m.    Donola Fairbanks, Committee Assistant–785-296-5123        142-S**
Tuesday, January 12 **NOTE ROOM CHANGED TO 142-S**
Introduction of Committee Members and Staff
Review of Committee Rules
Request for Bill Introductions
Presentation on:
    COVID-19 Vaccinations and Testing, KDHE Representative
Wednesday, January 13 **NOTE ROOM CHANGED TO 142-S**
Request for Bill Introductions
Presentation on:
    Nursing Homes/Adult Care Facilities and COVID-19
Thursday, January 14 **NOTE ROOM CHANGED TO 142-S**
Request for Bill Introductions
Presentation on:
    KDADS Response to COVID-19 and Nursing Homes/Adult Care Facilities
Friday, January 15 **NOTE ROOM CHANGED TO 142-S**
No meeting scheduled

## Transportation

**8:30 a.m.    Florence Deeter, Committee Assistant–785-296-7355        546-S**
Tuesday, January 12
Staff Introductions
Possible Request for Bill Introductions
Wednesday, January 13
Possible Request for Bill Introductions
Thursday, January 14
Meeting on Call of the Chair
Friday, January 15
Meeting on Call of the Chair

## Assessment and Taxation

**9:30 a.m.    Diane Brian, Committee Assistant–785-296-2713        548-S**
Tuesday, January 12
Welcome and Introductions
Request for Bill Introduction
Hearing on Senate Bill Concerning Property Tax
    (Pending Introduction and Referral)
Wednesday, January 13
Request for Bill Introductions
Hearing on Senate Bill Concerning Income Tax
    (Pending Introduction and Referral)
Possible Action on Bills Previously Heard
Thursday, January 14
Request for Bill Introductions
Possible Action on Bills Previously Heard
Friday, January 15
No Meeting Scheduled

## Financial Institutions

**9:30 a.m.**    **Suzanne Nelson, Committee Assistant–785-296-7367**    **546-S**
<u>Wednesday, January 13</u> **NOTE ROOM CHANGED TO 546-S**
Overview of Office of State Bank Commissioner
   David Herndon, State Bank Commissioner
<u>Friday, January 15</u> **NOTE ROOM CHANGED TO 546-S**
No Meeting Scheduled

## Insurance

**9:30 a.m.**    **Suzanne Nelson, Committee Assistant–785-296-7367**    **546-S**
<u>Tuesday, January 12</u>
Introduction of Committee Members and Staff
Review of Committee Rules
Request for Bill Introductions
<u>Thursday, January 14</u>
Overview of Kansas Insurance Department
   Vicki Schmidt, Insurance Commissioner

## Local Government

**9:30 a.m.**    **Noah Morgan, Committee Assistant–785-296-7377**    **142-S**
<u>Tuesday, January 12</u>
Introductions
Possible Request for Bill Introductions
Update on:
   County Spending of CARES Act Moneys
   COVID-19 Stresses on Rural and Urban Hospitals
<u>Thursday, January 14</u>
Possible Request for Bill Introductions
Update on:
   U.S. Census Activities

## Transparency and Ethics

**9:30 a.m.**    **Randi Walters, Committee Assistant–785-296-7389**    **142-S**
<u>Wednesday, January 13</u> **NOTE ROOM CHANGED TO 142-S**
2020 Kansas Election Update, Secretary of State Scott Schwab
<u>Friday, January 15</u> **NOTE ROOM CHANGED TO 142-S**
Meeting on Call of the Chair

## Commerce

**10:30 a.m.**    **Michael Welton, Committee Assistant–785-296-7358**    **546-S**
<u>Tuesday, January 12</u>
No Meeting Scheduled
<u>Wednesday, January 13</u>
No Meeting Scheduled
<u>Thursday, January 14</u>
No Meeting Scheduled

8 **SENATE CALENDAR**

Friday, January 15
No Meeting Scheduled

## Federal and State Affairs

**10:30 a.m.**   **Connie Burns, Committee Assistant–785-296-4335**   **144-S**

Tuesday, January 12
Introductions of Committee and Staff
Request for Bill Introductions
Presentation on:
    Kansas Lottery
    Steven Durrell, Executive Director
Wednesday, January 13
Request for Bill Introductions
Update on:
    Elections
    Scott Schwab, Secretary of State
Thursday, January 14
Presentation on:
    Kansas Governmental Ethics Commission
    Mark Skoglund, Executive Director
Friday, January 15
Meeting on Call of the Chair

## Judiciary

**10:30 a.m.**   **Iris Evans, Committee Assistant–785-296-6817**   **346-S**

Tuesday, January 12
Request for Bill Introductions
Committee and Staff Introductions
Discussion on:
    Possible legislation concerning extending certain provisions of the governmental
    response to the Covid-19 pandemic in Kansas and providing certain relief related to
    health, welfare, property and economic security during this public health emergency.
Possible Action on Bills Previously Heard
Wednesday, January 13
Request for Bill Introductions
Continuation of Discussion on:
    Possible legislation concerning extending certain provisions of the governmental
    response to the Covid-19 pandemic in Kansas and providing certain relief related to
    health, welfare, property and economic security during this public health emergency.
Possible Action on Bills Previously Heard
Thursday, January 14
Meeting on Call of the Chair
Friday, January 15
Meeting on Call of the Chair

## Ways and Means

**10:30 a.m.**   **Nancy Fontaine, Committee Assistant–785-296-3775**   **548-S**

Tuesday, January 12
No Meeting Scheduled
Wednesday, January 13 **NOTE TIME CHANGED TO 9:00 A.M. AND ROOM CHANGED TO 112-N**
Joint Meeting with House Appropriations Committee
Overview of the Fall 2020 Concensus Revenue Estimate
    J.G. Scott, Director of Legislative Research
Briefing on the Governor's Budget Report
    Adam Proffitt, Director of the Budget
[This meeting has been designated as virtual participation only, except for Chairperson, Vice-chairperson, and Ranking Minority Members.]
Thursday, January 14
Committee and Staff Introductions
Overview of the Budget Process
    Amy Deckard, Assistant Director for Fiscal Affairs, KLRD
Friday, January 15
No Meeting scheduled

## Education

**1:30 p.m.**   **Cyndie Rexer, Committee Assistant–785-296-7368**   **144-S**

Tuesday, January 12
Introduction of Committee Staff
Introduction of Committee Rules
Request for Bill Introductions
Presentation on:
    K-12 by the Numbers
    Dr. S. Craig Neuenswander, Deputy Commissioner, Kansas Department of Education
Wednesday, January 13
Request for Bill Introductions
Approval of Committee Rules
Presentation on:
    Legislative Post Audit: Evaluating School Districts' Unencumbered Cash Balances
    Heidi Zimmerman, Principal Auditor, Kansas Division of Legislative Post Audit
Thursday, January 14
Request for Bill Introductions
Presentation on:
    Community Colleges by the Numbers
    Heather Morgan, Executive Director, Kansas Association of Community College Trustees
    Private, Non-Profit Colleges by the Numbers
    Matt Lindsey, President, Kansas Independent College Assoication

## Utilities

**1:30 p.m.**          **Sheila Wodtke, Committee Assistant**          **548-S**

Tuesday, January 12
Introduction of Committee and Staff
Possible Request for Bill Introductions
Wednesday, January 13
Possible Request for Bill Introductions
Presentation on:
    State of the Oil and Gas Industry
    Ed Cross, President, Kansas Independent Oil and Gas Association
Thursday, January 14
Meeting on Call of the Chair
Friday, January 15
No Meeting Scheduled

*****************

## Doctor of the Day

**Telephone: 785-296-7397   Cell: 785-861-9689**          **480-W**

Monday, January 11
Chad Johanning, MD, FAAFP, Lawrence
Tuesday, January 12
Sheryl Beard, MD, FAAFP, Andover
Wednesday, January 13
No doctor
Thursday, January 14
Jennifer Thuener, MD, Wichita
Friday, January 15
No doctor

_____

Shirley Lamott, Laurie Varner, *Calendar Clerks*
Corey Carnahan, *Secretary of the Senate*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

CHRIS HAULMARK,                                )
                                               )
                    Plaintiff,                 )
                                               )
v.                                             )          Case. No. 20-cv-4084-EFM-TJJ
                                               )
                                               )
STATE OF KANSAS, et al.,                       )
                                               )
                    Defendants.                )
_____        )

**Day Exhibit K**

Agenda for Committee Meeting with ADA Notice

Day Exhibit K

# House Committee Agenda Revision 5

Energy, Utilities and Telecommunications
Barbara Moore, Committee Assistant–785-296-7647

9:00 AM                                                                                         582-N
<u>Tuesday, February 2</u>
*Presentation on:*
　　*State of Oil and Gas, Ed Cross, Kansas Independent Oil and Gas Association*

Hearing on:
　　**HB2145 —** Exempting the retail sale of electricity by public utilities for electric vehicle
　　charging stations from the jurisdiction of the state corporation commission.
　　~~Testimony, Tom Palace~~

~~Guest speaker:~~
　　~~Ed Cross, Kansas Independent Oil and Gas Association, presentation on State of Oil and Gas~~

<u>Thursday, February 4</u>
*Informational briefing:*
　　*Jessica Lucas, Advanced Energy Economics Opportunities*

~~Informational briefing: Jessica Lucas~~
　　~~Advanced Energy Economics Opportunities~~

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　<u>Representative Joe Seiwert</u>

The Committee Assistant is the point of contact for anyone wishing to appear before the Committee. Please contact Barbara Moore for the correct number of copies of written testimony. Any individual with a disability may request accommodation in order to participate in Legislative committee meetings. Requests should be made at least two working days in advance of the meeting by contacting Legislative Administrative Services at: (785) 296-2391 TTY: 711, or E-mail: LegServ@las.ks.gov.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

CHRIS HAULMARK,                          )
                                         )
                 Plaintiff,              )
                                         )
v.                                       )          Case. No. 20-cv-4084-EFM-TJJ
                                         )
                                         )
STATE OF KANSAS, et al.,                 )
                                         )
                 Defendants.             )
_____  )

**Day Exhibit L**

November 1, 2019 KORA Request from Haulmark with attachments

November 6, 2019 and November 15, 2019, Responses from Day

Day Exhibit L

**Chris Haulmark**
**600 S. Harrison St.**
**Apt #11**
**Olathe, KS 66061**
**(512) 366-3981**

November 1, 2019

Thomas A. Day
Director
Legislative Administrative Services
300 SW 10th Ave, Ste 551-S
Topeka, KS 66612-1504

CC: Senate President Susan Wagle
CC: House Speaker Ron Ryckman
CC: Anthony Fadale, State ADA Coordinator
CC: Director Robert Cooper, Kansas Commission for Deaf and Hard of Hearing

RE: KORA request with required accessible accommodations under Section 504 of the Rehabilitation Act, Title II of the Americans with Disabilities Act, and Kansas statutes.

Thomas A. Day:

This letter contains a request in pursuant to Kansas Open Records Act, K.S.A. 45-215 - 223, to obtain access to the archived Audio-only streams, which are public records and are completely inaccessible to Deaf individuals such as me. There are additional requests enclosed in this letter to bring those archived Audio-only streams, future real-time Audio-only streams, and real-time Video/Audio Streams, produced by the Kansas Legislature, into compliance with Section 504 of the Rehabilitation Act, Title II of the Americans with Disabilities Act, K.S.A. § 75-4355b(a), and K.S.A. § 75-4355b(e).

This letter contains the requests from Legislative Administrative Services and Kansas Legislature:

1) I am to obtain the Audio-only streams as public records under KORA on the list of the enclosed 13 pages;
2) Those KORA-requested Audio-only streams are to be fully and effectively accessible with professional and accurate transcriptions provided for the Deaf individuals under Section 504 of the Rehabilitation Act, Title II of the Americans with Disabilities Act, K.S.A. § 75-4355b(a), and K.S.A. § 75-4355b(e);
3) The future real-time Audio-only streams are to be accessible for Deaf individuals under Section 504 of the Rehabilitation Act, Title II of the Americans with Disabilities Act, K.S.A. § 75-4355b(a), and K.S.A. § 75-4355b(e) with provided real-time captions beginning with the 2020 Legislative sessions for both Kansas House of Representatives and Kansas Senate;
4) And for the Kansas Legislature to coordinate with Kansas Commission of the Deaf and Hard of Hearing to meet the current requests and the future requests with feasible accommodations under the Americans with Disabilities Act, in pursuant to 28 C.F.R § 35.105(b), and in pursuant to K.S.A. § 75-5391, *et seq*., to satisfy the requirements including the guarantee on the preventation of discrimination onto Deaf individuals.

The intention of this letter is to provide directions for the Kansas Legislature and its political subdivisions, including Legislative Administrative Services, to provide meaningful access of the legislative proceedings, held in legislative chambers and governmental committees, and other legislative meetings open to the public to the Deaf individuals.

The Legislative Administrative Services, as directed by the Legislative Coordinating Council of Kansas Legislature, maintains and oversees the availability of content open to the public of all of the legislative proceedings, including those held in legislative chambers and the governmental committees. Many of those legislative and council proceedings are available to the public via Audio-only streams. The proceedings in the Kansas Legislative chambers are shown with real-time Video-Audio streams on a Youtube channel with captions that are automatically generated, grammatically incorrect, and often unintelligible at a later time.

The law in pursuant to the Kansas Open Records Act, open meetings, recorded into audio or video format and published for access by the public, are "public records". The public records are not provided as paper documents pursuant to K.S.A. § 45-217(g)(1), therefore, "public records" include audio and video recordings created by the Legislative Administrative Services under the directions of the Legislative Coordinating Council and the Kansas Legislature. In pursuant to K.S.A. § 45-220 *et seq.*, access to those audio "recordings", published on the website operated and maintained by Legislative Administrative Services, must be provided as "public records".

Section 504 of the Rehabilitation Act prohibits discrimination against qualified or otherwise qualified individuals in the recipient's "programs or activities". 29 U.S.C. § 794 *et seq.* requires that no otherwise qualified individual with a disability, on the basis of that disability, is to be excluded from participation in or be denied the benefits of the services, programs, activities, or to otherwise be discriminated against solely on the basis of disability. The Rehabilitation Act defines "program or activity" to mean all of the operations of a department, agency, special purpose district, or other instrumentality of State or local government. The Kansas Legislature is a state government and/or an agency of a state government. See 29 U.S.C. § 794(b)(1)(A).

With the 1990 Americans with Disabilities Act, 42 U.S.C. §§ 12131 – 12134 and 28 C.F.R. § 35, the Kansas Legislature is a "public entity" within the meaning of the Americans with Disabilities Act, under 42 U.S.C. § 12131(1), and is, therefore, subject to Title II of the Americans with Disabilities Act, and its implementing regulation. The streaming of audio and video content by the Kansas Legislature is a service, program or activity within the definition of Title II of the Americans with Disabilities Act, 42 U.S.C. § 12131(2).

As a public entity, the Kansas Legislature must take appropriate steps to ensure that their communications with Deaf individuals and Hard of Hearing individuals are as effective as communications with others, and furnish the appropriate auxiliary aids and services (such as real-time captioning and transcription) to afford individuals with disabilities an equal opportunity to participate in, and enjoy the benefits of their services, programs, or activities; 28 C.F.R. § 35.160 (auxiliary aids and services mandate); id. § 35.104 (defining auxiliary aids and services to include real-time captioning and transcription).

28 C.F.R. § 35.103(b) guarantees that the Americans with Disabilities Act "does not invalidate or limit the remedies, rights, and procedures of any other Federal laws, or State or local laws (including State common law) that provide greater or equal protection for the rights of individuals with disabilities or individuals associated with them."

There is one Kansas statute enacted in 1982. There are two Kansas statutes enacted three years [1993] after the effective date of the Americans with Disabilities Act [July 26, 1990]. These two recent statutes carry the clear intention of the Kansas legislators: those two statutes are to provide greater protections for the rights of the Deaf and Hard of Hearing individuals in Kansas in conjunction with the 1990 Americans with Disabilities Act.

The State ADA Coordinator office, under 28 C.F.R § 35.105(b), is responsible to collect comments from individuals with disabilities or organizations representing individuals with disabilities and to investigate any complaints on any violations of the American with Disabilities Act.

With this letter, the scope is to focus on those three specific Kansas statutes, K.S.A. § 75-5391, *et seq.*, K.S.A. § 75-4355b(a), and K.S.A. § 75-4355b(e) as the greater protection after the effective date of the Americans with Disabilities Act for the Deaf individuals and the Hard of Hearing individuals.

K.S.A. § 75-5391, *et seq.* [Kansas commission for the deaf and hard of hearing; establishment; duties; management functions.] enacted during 1982 to be the legislative link between the state of Kansas and the Deaf people of Kansas. Bestowed with this statute, Kansas Commission for the Deaf and Hard of Hearing lawfully represents and provides resources for the Deaf individuals and the Hard of Hearing individuals with the additional guarantee under the 1990 Americans with Disabilitites Act for the "public entities" being the Kansas government and its political subdivisions to stop discrimination against those same individuals.  In pursuant to 28 C.F.R. § 35.103(b) with the effective date of the Americans with Disabilities Act [July 26, 1990], this Kansas statute, the establishment of Kansas Commission for the Deaf and Hard of Hearing, provides a greater protection for the Deaf individuals and Hard of Hearing individuals in Kansas with the responsibilities to "advocate services affecting the deaf and hard of hearing in the areas of public services, health care, educational, vocational and employment opportunity", "act as a bureau of information for the deaf and hard of hearing to state agencies and public institutions providing general health and mental health care, employment, vocational, and educational services, and to local agencies and programs", "collect facts and statistics and other special studies of conditions affecting the health and welfare of the deaf and hard of hearing in this state", "provide for a mutual exchange of ideas and information on the national, state and local levels", "encourage and assist local governments in the development of programs for the deaf and hard of hearing", "cooperate with public and private agencies and units of local, state and federal governments in promoting coordination in programs for the deaf and hard of hearing", "provide for the social, emotional, educational and vocational needs of the deaf and hard of hearing and their families", and "make recommendations for needed improvements, and serve as an advisory board in regard to new legislation affecting the deaf and hard of hearing".

In recent history, the lack of actions by the Kansas Legislature is the reason for the failure to comply with lawful requirements to provide communication access of their online Audio-only streams for the Deaf individuals and the Hard of Hearing individuals. This Kansas statute of 1982 as the lawful legislative link is deliberately limited with the direction of the Kansas State ADA Coordinator office. The direction of the ADA Coordinator office reduces the protection of the Deaf individuals and Hard of Hearing individuals. In pursuant to 28 C.F.R § 35.105(b), 28 C.F.R. § 35.103(b), and K.S.A. § 75-5391, *et seq.* the office of Kansas Commission for the Deaf and Hard of Hearing is to lawfully with greater protection to meet the legal requirements to collect comments from Deaf individuals and Hard of Hearing individuals or the organizations representing those individuals and to investigate any complaints on any violations of the American with Disabilities Act.

Under the 1990 Americans with Disabilities Act, there is not a specification on who is responsible to provide effective communication access for the Deaf individuals and Hard of Hearing individuals.  In pursuant to K.S.A. § 75-4355b(a) [1993], this state statute provides the greater protection with the identification of who "is responsible for assuring the procurement of the interpreter".

In pursuant to 28 C.F.R § 35.106(b)(2) of the Americans with Disabilities Act, the public entity shall make the determinations by giving primary consideration to the requests of individuals with disabilities. In pursuant to K.S.A. § 75-4355b(e), this provides the greater protection by bestowing the Deaf individual, the Hard of Hearing individual, or the Speech Impaired individual the ability to determine the individual's preference for the mode of communication to be used in place of a sign language interpreter. With this specific Kansas statute, the government of Kansas as a "public entity" must give primary consideration to the expressed preference for a particular communication mode by an individual who is Deaf, Hard of Hearing, or Speech Impaired.

The word "reasonable" is used within the Americans with Disabilities Act, 28 C.F.R § 35.130(b)(7)(i) - (ii), for when making modifications. Merriam-Webster defines "reasonable" as, "being in accordance with reason; not extreme or excessive; moderate, fair; inexpensive." K.S.A. § 75-4355b(e) provides a greater protection with the use of the word "feasible" when making modifications. In the same dictionary of Merriam-Webster, the definition of "feasible" is, "capable of being done or carried out; capable of being used or dealt with successfully, suitable; reasonable, likely." Compared to "reasonable", the use of "feasible" provides the greater protection of the Deaf individuals and Hard of Hearing individuals in Kansas when making modifications. With this Kansas statute, modifications must be made if a technology solution is "capable of being done or carried out; capable of being used or dealt with successfully, suitable; reasonable, likely" for the government of Kansas as a "public entity" to stop discrimination onto Deaf individuals such as myself.

At the date of this letter and my previous requests starting with a letter dated Feb. 18, 2019, none of the archived Audio-only content is captioned and the transcriptions are not openly available for the Deaf and Hard of Hearing individuals on the Kansas Legislature website.  The automatic generated captions on the Youtube channel do not provide the same professional accuracy of the audio information as equally as what is audibly provided to the people, who are not the Deaf individuals or the Hard of Hearing individuals, such as correct capitalization and punctuation, speaker identification with multiple people, proper names of people, places, businesses, products, and sound effects (applause, music playing, gravel pounding, laughing).

I am substantially limited in the major life activity of hearing and am therefore Deaf and an individual with a disability. I am eligible to participate in and to benefit from the audio content provided by the Kansas Legislature as a resident of Olathe in Kansas.  Those are my qualifications to obtain the protection of Section 504 of the Rehabilitation Act, 28 C.F.R. § 35.104, the 1990 Americans with Disabilities Act, 42 U.S.C. §§ 12131 – 12134 and 28 C.F.R. § 35, K.S.A. § 75-4355b(a), and K.S.A. § 75-4355b(e).

Under Section 504 of the Rehabilitation Act, the Americans with Disabilities Act, K.S.A. § 75-4355b(a), and K.S.A. § 75-4355b(e), I am requesting that the Kansas Legislature provide auxiliary aids and services which are the captioning and the transcriptions to ensure that the live and archived audios/videos of legislative proceedings are effectively and fully accessible for me. This request includes the Kansas Commission for the Deaf and Hard of Hearing to be the coordinating office to bring the Kansas Legislature into compliance with Section 504 of the Rehabilitation Act, the Americans with Disabilities Act, K.S.A. § 75-4355b(a), and K.S.A. § 75-4355b(e).

With the K.S.A. § 75-4355b(a) establishing your position to be responsible with "assuring the procurement of the interpreter" which means arranging and paying for the expenses of a sign language interpreting team.

The K.S.A. § 75-4355b(e) lawfully bestows the Deaf individual, whom is me, the ability to choose a feasible mode of communication to be in place of a sign language interpreting team.  However, I believe the mode of the professional sign language interpreting team would be infeasible to meet the requirements to provide effective communication access for the recorded archives of the Audio-Only streams. Instead, I believe that it is feasible for anyone, who is trained to listen and type down the entire audial information, to create transcriptions.

Therefore, I am enclosing 13 pages with a list of the archived Audio-Only streams, currently available to the public on the Kansas Legislative website, with this letter of request. Those listed on the enclosed pages are to be requested under KORA to be available for inspection while those "public records" are to be equally and fully

accessible for me as directed with this letter. It will be sufficient to meet my KORA request for me to obtain just the copies of the transcriptions, covering each of those requested audio recordings, in a format of PDF to be sent to my email address. Please omit the actual audio recordings. The transcriptions must contain the errorless accuracy, uniformity in style and presentation for crucial understanding, complete textual representation of the audio as close to verbatim as possible, and includes speaker identification and non-speech audio information with clarity.

My next and last request is for the future live Audio-only streams and the videos on Youtube channel, operated by the Kansas Legislature, to have the feasible real-time captioning provided beginning with the 2020 Legislative sessions for both the Kansas House of Representatives and Kansas Senate.

If you have any questions, please do not hesitate to contact me at chris@sigd.net promptly. Thank you for your time and attention to this.

Sincerely,


Chris Haulmark

## Request for professional transcriptions

| Youtube Channel | Date Frame of the videos | Link |
|---|---|---|
| All of the videos posted on KS Legislature Youtube channels. If there are automatically generated captions, those captions must be reviewed and improved upon to be as close to verbatim for the Deaf individuals. | Jan. 14, 2019 to May 29, 2019 | https://www.youtube.com/channel/UC_0NO-Pb96CFABvxDwXAg8A/videos |

| Name of Committee | Date | Time Frame | Link |
|---|---|---|---|
| House Federal and State Affairs Committee | Tuesday, Jan 15, 2019 | 09:00 - 09:31 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190115/-1/5238 |
| Senate Assessment and Taxation Committee | Tuesday, Jan 15, 2019 | 09:30 - 10:25 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190115/-1/5402 |
| Senate Ways and Means Committee | Tuesday, Jan 15, 2019 | 10:29 - 11:37 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190115/-1/5236 |
| Senate Education Committee | Tuesday, Jan 15, 2019 | 13:30 - 14:37 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190115/-1/5385 |
| Senate Utilities Committee | Tuesday, Jan 15, 2019 | 13:30 - 14:16 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190115/-1/5240 |
| House Elections Committee | Tuesday, Jan 15, 2019 | 15:30 - 15:54 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190115/-1/5383 |
| House Judiciary Committee | Tuesday, Jan 15, 2019 | 15:30 - 15:55 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190115/-1/5388 |
| House Taxation Committee | Tuesday, Jan 15, 2019 | 15:30 - 15:54 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190115/-1/5242 |
| House Appropriations Committee | Wednesday, Jan 16, 2019 | 09:00 - 10:35 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190116/-1/5249 |
| Senate Assessment and Taxation Committee | Wednesday, Jan 16, 2019 | 09:30 - 10:18 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190116/-1/5403 |
| Senate Federal and State Affairs Committee | Wednesday, Jan 16, 2019 | 10:30 - 11:29 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190116/-1/5446 |
| Senate Judiciary Committee | Wednesday, Jan 16, 2019 | 10:30 - 10:40 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190116/-1/5408 |
| House Children and Seniors Committee | Wednesday, Jan 16, 2019 | 13:30 - 14:34 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190116/-1/5320 |
| Senate Utilities Committee | Wednesday, Jan 16, 2019 | 13:34 - 14:34 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190116/-1/5317 |
| House Judiciary Committee | Wednesday, Jan 16, 2019 | 15:30 - 16:11 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190116/-1/5389 |
| Joint Committee on Senate Ways & Means and House Appropriations | Thursday, Jan 17, 2019 | 09:30 - 10:36 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190117/-1/5482 |
| House Children and Seniors Committee | Monday, Jan 21, 2019 | 13:30 - 15:00 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190121/-1/5323 |
| House Judiciary Committee | Monday, Jan 21, 2019 | 15:30 - 17:00 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190121/-1/5392 |
| House Energy | Tuesday, Jan 22, 2019 | 09:00 - 10:22 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190122/-1/5639 |
| House Federal and State Affairs Committee | Tuesday, Jan 22, 2019 | 09:00 - 10:27 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190122/-1/5495 |
| Senate Assessment and Taxation Committee | Tuesday, Jan 22, 2019 | 09:30 - 10:26 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190122/-1/5497 |
| Senate Public Health and Welfare Committee | Tuesday, Jan 22, 2019 | 09:30 - 10:25 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190122/-1/5636 |
| Senate Ways and Means Committee | Tuesday, Jan 22, 2019 | 10:30 - 11:18 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190122/-1/5492 |
| House Children and Seniors Committee | Tuesday, Jan 22, 2019 | 13:30 - 14:57 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190122/-1/5324 |
| House Transportation | Tuesday, Jan 22, 2019 | 13:30 - 13:44 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190122/-1/5679 |
| Senate Education Committee | Tuesday, Jan 22, 2019 | 13:30 - 13:58 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190122/-1/5672 |
| House Commerce | Tuesday, Jan 22, 2019 | 13:45 - 14:25 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190122/-1/5660 |
| House Health and Human Services Committee | Tuesday, Jan 22, 2019 | 14:36 - 14:54 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190122/-1/5681 |
| House K-12 Education Budget Committee | Tuesday, Jan 22, 2019 | 15:30 - 15:38 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190122/-1/5686 |
| Senate Commerce Committee | Wednesday, Jan 23, 2019 | 08:30 - 09:30 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190123/-1/5414 |
| Senate Transportation Committee | Wednesday, Jan 23, 2019 | 08:30 - 09:30 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190123/-1/5603 |
| House Federal and State Affairs Committee | Wednesday, Jan 23, 2019 | 09:00 - 10:30 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190123/-1/5496 |
| House Financial Institutions and Pensions Committee | Wednesday, Jan 23, 2019 | 09:00 - 10:30 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190123/-1/5667 |
| House Local Government Committee | Wednesday, Jan 23, 2019 | 09:00 - 10:30 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190123/-1/5571 |
| Senate Public Health and Welfare Committee | Wednesday, Jan 23, 2019 | 09:30 - 10:30 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190123/-1/5637 |
| Senate Ways and Means Committee | Wednesday, Jan 23, 2019 | 10:59 - 11:55 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190123/-1/5493 |
| House Children and Seniors Committee | Wednesday, Jan 23, 2019 | 13:30 - 15:05 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190123/-1/5325 |
| House Corrections and Juvenile Justice Committee | Wednesday, Jan 23, 2019 | 13:30 - 14:37 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190123/-1/5677 |
| House Education Committee | Wednesday, Jan 23, 2019 | 13:30 - 14:40 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190123/-1/5651 |
| House Health and Human Services Committee | Wednesday, Jan 23, 2019 | 13:30 - 14:59 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190123/-1/5682 |
| House Commerce | Wednesday, Jan 23, 2019 | 13:37 - 14:50 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190123/-1/5661 |
| House Judiciary Committee | Wednesday, Jan 23, 2019 | 15:30 - 16:08 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190123/-1/5394 |
| House K12 Education Budget Committee | Wednesday, Jan 23, 2019 | 15:30 - 16:52 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190123/-1/5687 |
| House Social Services Budget Committee | Wednesday, Jan 23, 2019 | 15:30 - 16:35 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190123/-1/5394 |
| House Taxation Committee | Wednesday, Jan 23, 2019 | 15:34 - 16:32 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190123/-1/5643 |
| House Transportation and Public Safety Budget Committee | Wednesday, Jan 23, 2019 | 15:30 - 16:22 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190123/-1/5670 |
| Senate Transportation Committee | Thursday, Jan 24, 2019 | 08:30 - 09:04 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190124/-1/5633 |
| Appropriations | Thursday, Jan 24, 2019 | 09:00 - 10:46 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190124/-1/5707 |
| Senate Public Health and Welfare Committee | Thursday, Jan 24, 2019 | 09:30 - 10:32 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190124/-1/5638 |
| Senate Federal and State Affairs Committee | Wednesday, Jan 23, 2019 | 10:30 - 10:50 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190124/-1/5449 |
| Senate Judiciary Committee | Thursday, Jan 24, 2019 | 10:30 - 11:43 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190124/-1/5490 |
| Senate Ways and Means Committee | Thursday, Jan 24, 2019 | 10:27 - 11:52 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190124/-1/5494 |
| House Children and Seniors Committee | Thursday, Jan 24, 2019 | 13:30 - 14:53 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190124/-1/5326 |
| House Corrections and Juvenile Justice Committee | Thursday, Jan 24, 2019 | 13:30 - 15:01 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190124/-1/5678 |
| House Education Committee | Thursday, Jan 24, 2019 | 13:30 - 15:00 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190124/-1/5652 |
| House Health and Human Services Committee | Thursday, Jan 24, 2019 | 13:54 - 14:48 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190124/-1/5683 |
| House Higher Education Budget Committee | Thursday, Jan 24, 2019 | 13:31 - 14:15 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190124/-1/5529 |
| House Transportation | Thursday, Jan 24, 2019 | 13:30 - 14:32 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190124/-1/5709 |
| Senate Education Committee | Thursday, Jan 24, 2019 | 13:30 - 14:22 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190124/-1/5674 |
| House Commerce | Thursday, Jan 24, 2019 | 13:32 - 14:49 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190124/-1/5662 |
| House Elections Committee | Thursday, Jan 24, 2019 | 15:30 - 16:17 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190124/-1/5656 |
| House Judiciary Committee | Thursday, Jan 24, 2019 | 15:30 - 16:11 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190124/-1/5395 |
| House Social Services Budget Committee | Thursday, Jan 24, 2019 | 15:30 - 16:31 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190124/-1/5487 |
| House Taxation Committee | Thursday, Jan 24, 2019 | 15:30 - 16:36 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190124/-1/5715 |
| House Financial Institutions and Pensions Committee | Monday, Jan 28, 2019 | 09:00 - 10:21 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190128/-1/5723 |
| House Local Government Committee | Monday, Jan 28, 2019 | 09:00 - 10:30 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190128/-1/6371 |

| Committee | Date | Time | URL |
|---|---|---|---|
| Senate Public Health and Welfare Committee | Monday, Jan 28, 2019 | 09:30 - 10:31 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190128/-1/5739 |
| House Appropriations Committee | Monday, Jan 28, 2019 | 10:00 - 10:49 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190128/-1/5821 |
| Senate Ways and Means Committee | Monday, Jan 28, 2019 | 10:27 - 11:33 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190128/-1/5728 |
| House Children and Seniors Committee | Monday, Jan 28, 2019 | 13:30 - 15:01 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190128/-1/5328 |
| House Corrections and Juvenile Justice Committee | Monday, Jan 28, 2019 | 13:30 - 14:44 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190128/-1/5735 |
| House Health and Human Services Committee | Monday, Jan 28, 2019 | 13:30 - 14:03 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190128/-1/5826 |
| Senate Education Committee | Monday, Jan 28, 2019 | 13:30 - 14:30 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190128/-1/5831 |
| House Commerce | Monday, Jan 28, 2019 | 13:41 - 14:39 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190128/-1/5814 |
| House General Government Budget Committee | Monday, Jan 28, 2019 | 15:30 - 16:27 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190128/-1/5820 |
| House Judiciary Committee | Monday, Jan 28, 2019 | 15:30 - 16:46 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190128/-1/5397 |
| House K12 Education Budget Committee | Monday, Jan 28, 2019 | 15:30 - 16:58 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190128/-1/5799 |
| House Social Services Budget Committee | Monday, Jan 28, 2019 | 15:30 - 16:36 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190128/-1/5691 |
| House Taxation Committee | Monday, Jan 28, 2019 | 15:32 - 16:25 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190128/-1/5712 |
| House Transportation and Public Safety Budget Committee | Monday, Jan 28, 2019 | 15:30 - 16:38 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190128/-1/5703 |
| Senate Commerce Committee | Tuesday, Jan 29, 2019 | 08:30 - 09:17 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190129/-1/5417 |
| Senate Transportation Committee | Tuesday, Jan 29, 2019 | 08:30 - 09:12 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190129/-1/5666 |
| House Appropriations Committee | Tuesday, Jan 29, 2019 | 09:00 - 09:58 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190129/-1/5822 |
| House Energy | Tuesday, Jan 29, 2019 | 09:00 - 10:21 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190129/-1/5804 |
| Senate Ethics | Tuesday, Jan 29, 2019 | 09:30 - 10:28 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190129/-1/5835 |
| Senate Public Health and Welfare Committee | Tuesday, Jan 29, 2019 | 09:30 - 10:35 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190129/-1/5740 |
| Senate Federal and State Affairs Committee | Tuesday, Jan 29, 2019 | 10:30 - 10:57 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190129/-1/5451 |
| Senate Judiciary Committee | Tuesday, Jan 29, 2019 | 10:30 - 11:12 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190129/-1/5701 |
| Senate Ways and Means Committee | Tuesday, Jan 29, 2019 | 10:27 - 11:50 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190129/-1/5729 |
| House Childrens and Seniors | Tuesday, Jan 29, 2019 | 13:30 - 14:49 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190129/-1/5847 |
| House Education Committee | Tuesday, Jan 29, 2019 | 13:30 - 14:19 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190129/-1/5727 |
| House Health and Human Services Committee | Tuesday, Jan 29, 2019 | 13:36 - 14:44 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190129/-1/5827 |
| Senate Utilities Committee | Tuesday, Jan 29, 2019 | 13:30 - 14:33 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190129/-1/5843 |
| House Commerce | Tuesday, Jan 29, 2019 | 13:34 - 14:18 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190129/-1/5815 |
| House Education | Tuesday, Jan 29, 2019 | 13:34 - 14:48 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190129/-1/5329 |
| House Elections Committee | Tuesday, Jan 29, 2019 | 15:30 - 16:39 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190129/-1/5794 |
| House Judiciary Committee | Tuesday, Jan 29, 2019 | 15:30 - 16:41 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190129/-1/5398 |
| House Social Services Budget Committee | Tuesday, Jan 29, 2019 | 15:30 - 16:53 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190129/-1/5692 |
| House Taxation Committee | Tuesday, Jan 29, 2019 | 15:34 - 16:33 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190129/-1/5713 |
| House Transportation and Public Safety Budget Committee | Tuesday, Jan 29, 2019 | 15:30 - 16:16 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190129/-1/5745 |
| Senate Commerce Committee | Wednesday, Jan 30, 2019 | 08:30 - 09:26 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190130/-1/5418 |
| Senate Transportation Committee | Wednesday, Jan 30, 2019 | 08:30 - 09:27 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190130/-1/5710 |
| House Appropriations Committee | Wednesday, Jan 30, 2019 | 09:00 - 10:54 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190130/-1/5823 |
| House Federal and State Affairs Committee | Wednesday, Jan 30, 2019 | 09:00 - 10:11 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190130/-1/5793 |
| House Local Government Committee | Wednesday, Jan 30, 2019 | 09:00 - 10:12 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190130/-1/5573 |
| Senate Ethics | Wednesday, Jan 30, 2019 | 09:30 - 10:13 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190130/-1/5836 |
| Senate Public Health and Welfare Committee | Wednesday, Jan 30, 2019 | 09:30 - 10:32 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190130/-1/5741 |
| Senate Select Committee on Federal Tax Code Implementation | Wednesday, Jan 30, 2019 | 09:27 - 10:23 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190130/-1/5733 |
| Senate Federal and State Affairs Committee | Wednesday, Jan 30, 2019 | 10:30 - 10:43 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190130/-1/5452 |
| Senate Ways and Means Committee | Wednesday, Jan 30, 2019 | 10:30 - 11:35 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190130/-1/5730 |
| Senate Judiciary Committee | Wednesday, Jan 30, 2019 | 10:30 - 10:57 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190130/-1/5702 |
| House Agriculture and Natural Resources Budget Committee | Wednesday, Jan 30, 2019 | 13:30 - 13:37 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190130/-1/5809 |
| House Children and Seniors Committee | Wednesday, Jan 30, 2019 | 13:30 - 14:34 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190130/-1/5330 |
| House Corrections and Juvenile Justice Committee | Wednesday, Jan 30, 2019 | 13:30 - 14:54 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190130/-1/5737 |
| House Health and Human Services Committee | Wednesday, Jan 30, 2019 | 13:30 - 14:44 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190130/-1/5828 |
| Senate Education Committee | Wednesday, Jan 30, 2019 | 13:30 - 14:20 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190130/-1/5717 |
| Senate Utilities Committee | Wednesday, Jan 30, 2019 | 13:30 - 14:54 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190130/-1/5852 |
| House Judiciary Committee | Wednesday, Jan 30, 2019 | 15:30 - 16:46 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190130/-1/5399 |
| House Social Services Budget Committee | Wednesday, Jan 30, 2019 | 15:30 - 17:03 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190130/-1/5693 |
| House Taxation Committee | Wednesday, Jan 30, 2019 | 15:34 - 15:55 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190130/-1/5714 |
| House Transportation and Public Safety Budget Committee | Wednesday, Jan 30, 2019 | 15:30 - 16:58 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190130/-1/5746 |
| Senate Commerce Committee | Thursday, Jan 31, 2019 | 08:30 - 09:17 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190131/-1/5659 |
| Senate Transportation Committee | Thursday, Jan 31, 2019 | 08:30 - 08:56 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190131/-1/5711 |
| House Appropriations Committee | Thursday, Jan 31, 2019 | 09:00 - 10:45 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190131/-1/5824 |
| House Energy | Thursday, Jan 31, 2019 | 09:00 - 10:24 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190131/-1/5805 |
| House Federal and State Affairs Committee | Thursday, Jan 31, 2019 | 09:00 - 09:34 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190131/-1/5846 |
| Senate Financial Institutions and Insurance Committee | Thursday, Jan 31, 2019 | 09:30 - 09:43 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190131/-1/5842 |
| Senate Select Committee on Federal Tax Code Implementation | Thursday, Jan 31, 2019 | 09:23 - 10:27 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190131/-1/5734 |
| Senate Federal and State Affairs Committee | Thursday, Jan 31, 2019 | 10:30 - 10:38 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190131/-1/5453 |
| Senate Ways and Means Committee | Thursday, Jan 31, 2019 | 10:27 - 11:35 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190131/-1/5731 |
| House Children and Seniors Committee | Thursday, Jan 31, 2019 | 13:30 - 14:25 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190131/-1/5331 |
| House Corrections and Juvenile Justice Committee | Thursday, Jan 31, 2019 | 13:30 - 14:44 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190131/-1/5825 |
| House Education Committee | Thursday, Jan 31, 2019 | 13:33 - 14:46 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190131/-1/5654 |
| House Health and Human Services Committee | Thursday, Jan 31, 2019 | 13:30 - 14:43 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190131/-1/5883 |
| House Higher Education Budget Committee | Thursday, Jan 31, 2019 | 13:30 - 14:34 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190131/-1/5534 |
| Senate Education Committee | Thursday, Jan 31, 2019 | 13:30 - 14:35 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190131/-1/5806 |
| Senate Utilities Committee | Thursday, Jan 31, 2019 | 13:32 - 14:32 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190131/-1/5880 |
| House Elections Committee | Thursday, Jan 31, 2019 | 15:30 - 16:19 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190131/-1/5845 |
| House Social Services Budget Committee | Thursday, Jan 31, 2019 | 15:30 - 16:55 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190131/-1/5694 |

2

| | | | |
|---|---|---|---|
| Minority Leaders Media Availablity | Friday, Feb 1, 2019 | 10:30 - 10:42 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190201/-1/5897 |
| House Financial Institutions and Pensions Committee | Monday, Feb 4, 2019 | 09:00 - 10:09 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190204/-1/5865 |
| House Children and Seniors Committee | Monday, Feb 4, 2019 | 13:30 - 14:43 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190204/-1/5333 |
| Senate Education Committee | Monday, Feb 4, 2019 | 13:30 - 14:00 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190204/-1/5933 |
| House General Government Budget Committee | Monday, Feb 4, 2019 | 15:30 - 16:56 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190204/-1/5929 |
| House Judiciary Committee | Monday, Feb 4, 2019 | 15:30 - 17:07 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190204/-1/5747 |
| House Social Services Budget Committee | Monday, Feb 4, 2019 | 15:30 - 17:05 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190204/-1/5854 |
| House Taxation Committee | Monday, Feb 4, 2019 | 15:32 - 16:03 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190204/-1/5886 |
| House Transportation and Public Safety Budget Committee | Monday, Feb 4, 2019 | 15:30 - 16:37 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190204/-1/5914 |
| Senate Ways and Means Subcommittee on KPERS | Tuesday, Feb 5, 2019 | 08:00 - 08:21 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190205/-1/5946 |
| Senate Commerce Committee | Tuesday, Feb 5, 2019 | 08:29 - 09:03 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190205/-1/5811 |
| Senate Transportation Committee | Tuesday, Feb 5, 2019 | 08:30 - 08:53 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190205/-1/5944 |
| House Appropriations Committee | Tuesday, Feb 5, 2019 | 09:00 - 10:36 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190205/-1/5950 |
| House Energy | Tuesday, Feb 5, 2019 | 09:00 - 10:17 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190205/-1/5948 |
| House Federal and State Affairs Committee | Tuesday, Feb 5, 2019 | 09:00 - 09:36 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190205/-1/5882 |
| Senate Ethics | Tuesday, Feb 5, 2019 | 09:30 - 10:29 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190205/-1/5880 |
| Senate Public Health and Welfare Committee | Tuesday, Feb 5, 2019 | 09:30 - 10:27 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190205/-1/5867 |
| Senate Federal and State Affairs Committee | Tuesday, Feb 5, 2019 | 10:30 - 10:36 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190205/-1/5454 |
| Senate Judiciary Committee | Tuesday, Feb 5, 2019 | 10:30 - 11:59 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190205/-1/5875 |
| Senate Ways and Means Committee | Tuesday, Feb 5, 2019 | 10:30 - 11:19 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190205/-1/5883 |
| House Children and Seniors Committee | Tuesday, Feb 5, 2019 | 13:30 - 14:44 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190205/-1/5334 |
| House Corrections and Juvenile Justice Committee | Tuesday, Feb 5, 2019 | 13:30 - 14:45 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190205/-1/5861 |
| House Education Committee | Tuesday, Feb 5, 2019 | 13:30 - 14:35 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190205/-1/5939 |
| House Health and Human Services Committee | Tuesday, Feb 5, 2019 | 13:30 - 14:55 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190205/-1/5953 |
| House Higher Education Budget Committee | Tuesday, Feb 5, 2019 | 13:33 - 14:17 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190205/-1/5537 |
| House Transportation | Tuesday, Feb 5, 2019 | 13:30 - 14:32 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190205/-1/5941 |
| Senate Education Committee | Tuesday, Feb 5, 2019 | 13:30 - 13:53 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190205/-1/5934 |
| House Commerce | Tuesday, Feb 5, 2019 | 13:32 - 13:54 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190205/-1/5920 |
| House Elections Committee | Tuesday, Feb 5, 2019 | 15:30 - 15:39 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190205/-1/5903 |
| House General Government Budget Committee | Tuesday, Feb 5, 2019 | 15:30 - 16:32 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190205/-1/5930 |
| House Judiciary Committee | Tuesday, Feb 5, 2019 | 15:30 - 16:22 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190205/-1/5748 |
| House Social Services Budget Committee | Tuesday, Feb 5, 2019 | 15:30 - 16:46 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190205/-1/5855 |
| House Taxation Committee | Tuesday, Feb 5, 2019 | 15:35 - 16:24 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190205/-1/5887 |
| House Transportation and Public Safety Budget Committee | Tuesday, Feb 5, 2019 | 15:30 - 16:59 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190205/-1/5915 |
| Senate Ways and Means Subcommittee on Education | Wednesday, Feb 6, 2019 | 07:30 - 09:00 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190206/-1/5960 |
| Senate Ways and Means Subcommittee on Regulatory Boards and Commissions | Wednesday, Feb 6, 2019 | 07:30 - 08:50 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190206/-1/5961 |
| Senate Commerce Committee | Wednesday, Feb 6, 2019 | 08:30 - 09:27 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190206/-1/5812 |
| Senate Transportation Committee | Wednesday, Feb 6, 2019 | 08:30 - 09:26 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190206/-1/5954 |
| House Appropriations Committee | Wednesday, Feb 6, 2019 | 09:00 - 10:57 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190206/-1/5951 |
| House Federal and State Affairs Committee | Wednesday, Feb 6, 2019 | 09:00 - 09:36 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190206/-1/5905 |
| House Financial Institutions and Pensions Committee | Wednesday, Feb 6, 2019 | 09:00 - 10:21 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190206/-1/5866 |
| House Local Government Committee | Wednesday, Feb 6, 2019 | 09:00 - 10:30 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190206/-1/6372 |
| Senate Assessment and Taxation Committee | Wednesday, Feb 6, 2019 | 09:30 - 10:15 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190206/-1/5873 |
| Senate Ethics | Wednesday, Feb 6, 2019 | 09:30 - 10:00 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190206/-1/5881 |
| Senate Public Health and Welfare Committee | Wednesday, Feb 6, 2019 | 09:30 - 10:30 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190206/-1/5868 |
| Senate Federal and State Affairs Committee | Wednesday, Feb 6, 2019 | 10:30 - 11:29 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190206/-1/5455 |
| Senate Judiciary Committee | Wednesday, Feb 6, 2019 | 10:30 - 11:25 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190206/-1/5876 |
| Senate Ways and Means Subcommittee on Regulatory Boards and Commissions | Wednesday, Feb 6, 2019 | 10:30 - 12:09 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190206/-1/5962 |
| Senate Ways and Means Subcommittee on Public Safety | Wednesday, Feb 6, 2019 | 12:00 - 12:28 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190206/-1/5964 |
| House Children and Seniors Committee | Wednesday, Feb 6, 2019 | 13:30 - 14:56 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190206/-1/5335 |
| House Education Committee | Wednesday, Feb 6, 2019 | 13:30 - 14:34 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190206/-1/5940 |
| House Health and Human Services Committee | Wednesday, Feb 6, 2019 | 13:30 - 14:39 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190206/-1/5988 |
| House Higher Education Budget Committee | Wednesday, Feb 6, 2019 | 13:37 - 14:34 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190206/-1/5638 |
| House Transportation | Wednesday, Feb 6, 2019 | 13:30 - 14:51 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190206/-1/5972 |
| Select Committee on Education Finance | Wednesday, Feb 6, 2019 | 13:30 - 14:30 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190206/-1/5935 |
| Senate Utilities Committee | Wednesday, Feb 6, 2019 | 13:33 - 14:28 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190206/-1/5985 |
| House Commerce | Wednesday, Feb 6, 2019 | 13:33 - 14:46 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190206/-1/5921 |
| Senate Ways and Means Subcommittee on Corrections | Wednesday, Feb 6, 2019 | 15:00 - 15:41 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190206/-1/5967 |
| House General Government Budget Committee | Wednesday, Feb 6, 2019 | 15:30 - 16:49 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190206/-1/5931 |
| House Judiciary Committee | Wednesday, Feb 6, 2019 | 15:30 - 16:48 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190206/-1/5749 |
| House K-12 Education Budget Committee | Wednesday, Feb 6, 2019 | 15:30 - 16:20 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190206/-1/5974 |
| House Social Services Budget Committee | Wednesday, Feb 6, 2019 | 15:30 - 17:15 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190206/-1/5856 |
| House Taxation Committee | Wednesday, Feb 6, 2019 | 15:33 - 16:12 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190206/-1/5888 |
| House Transportation and Public Safety Budget Committee | Wednesday, Feb 6, 2019 | 15:30 - 17:07 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190206/-1/5916 |
| Senate Ways and Means Subcommittee on General Government | Thursday, Feb 7, 2019 | 07:30 - 08:57 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190207/-1/6023 |
| Senate Transportation Committee | Thursday, Feb 7, 2019 | 08:30 - 09:30 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190207/-1/5955 |
| House Appropriations Committee | Thursday, Feb 7, 2019 | 09:00 - 10:57 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190207/-1/5952 |
| House Energy | Thursday, Feb 7, 2019 | 09:00 - 10:02 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190207/-1/5987 |
| Senate Public Health and Welfare Committee | Thursday, Feb 7, 2019 | 09:30 - 10:27 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190207/-1/5869 |
| Senate Federal and State Affairs Committee | Thursday, Feb 7, 2019 | 10:30 - 11:04 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190207/-1/5456 |
| Senate Judiciary Committee | Thursday, Feb 7, 2019 | 10:30 - 11:13 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190207/-1/5877 |

| | | | |
|---|---|---|---|
| Senate Ways and Means Subcommittee on Labor and Human Rights | Thursday, Feb 7, 2019 | 10:30 - 11:13 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190207/-1/5959 |
| Senate Ways and Means Subcommittee on Social Services | Thursday, Feb 7, 2019 | 10:30 - 11:58 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190207/-1/5968 |
| Senate Ways and Means Subcommittee on KPERS | Thursday, Feb 7, 2019 | 12:30 - 13:12 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190207/-1/5956 |
| House Children and Seniors Committee | Thursday, Feb 7, 2019 | 13:30 - 14:53 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190207/-1/5336 |
| House Education Committee | Thursday, Feb 7, 2019 | 13:30 - 14:29 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190207/-1/5830 |
| House Higher Education Budget Committee | Thursday, Feb 7, 2019 | 13:35 - 15:02 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190207/-1/5539 |
| House Transportation | Thursday, Feb 7, 2019 | 13:30 - 14:52 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190207/-1/6017 |
| Senate Education Committee | Thursday, Feb 7, 2019 | 13:30 - 14:39 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190207/-1/5836 |
| Senate Utilities Committee | Thursday, Feb 7, 2019 | 13:30 - 14:29 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190207/-1/5986 |
| House Commerce | Thursday, Feb 7, 2019 | 13:31 - 14:18 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190207/-1/5922 |
| Senate Ways and Means Subcommittee on Lottery and Gaming | Thursday, Feb 7, 2019 | 15:00 - 15:37 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190207/-1/5969 |
| House Agriculture Committee | Thursday, Feb 7, 2019 | 15:31 - 16:46 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190207/-1/5891 |
| House Elections Committee | Thursday, Feb 7, 2019 | 15:30 - 15:42 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190207/-1/5885 |
| House General Government Budget Committee | Thursday, Feb 7, 2019 | 15:30 - 16:27 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190207/-1/5932 |
| House K12 Education Budget Committee | Thursday, Feb 7, 2019 | 15:30 - 16:38 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190207/-1/5977 |
| House Social Services Budget Committee | Thursday, Feb 7, 2019 | 15:30 - 17:14 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190207/-1/5857 |
| House Transportation and Public Safety Budget Committee | Thursday, Feb 7, 2019 | 15:30 - 16:19 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190207/-1/5917 |
| Senate Ways and Means Subcommittee on Health | Friday, Feb 8, 2019 | 08:15 - 08:55 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190208/-1/5971 |
| Senate Ways and Means Subcommittee on Regulatory Boards and Commissions | Friday, Feb 8, 2019 | 09:00 - 09:39 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190208/-1/5963 |
| Subcommittee on Sports Wagering | Friday, Feb 8, 2019 | 09:00 - 09:35 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190208/-1/5906 |
| Senate Ways and Means Subcommittee on Agriculture and Natural Resources | Friday, Feb 8, 2019 | 09:30 - 10:31 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190208/-1/5970 |
| Minority Leaders Media Availability | Friday, Feb 8, 2019 | 10:00 - 10:39 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190208/-1/5912 |
| House Appropriations Committee | Monday, Feb 11, 2019 | 09:00 - 10:15 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190211/-1/6073 |
| House Financial Institutions and Pensions Committee | Monday, Feb 11, 2019 | 09:00 - 10:26 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190211/-1/5981 |
| Senate Public Health and Welfare Committee | Monday, Feb 11, 2019 | 09:30 - 09:52 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190211/-1/5983 |
| Senate Ways and Means Committee | Monday, Feb 11, 2019 | 10:25 - 11:28 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190211/-1/5996 |
| Senate Ways and Means Scte on Social Services | Monday, Feb 11, 2019 | 12:00 - 13:30 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190211/-1/6092 |
| House Children and Seniors Committee | Monday, Feb 11, 2019 | 13:30 - 13:52 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190211/-1/5338 |
| House Corrections and Juvenile Justice Committee | Monday, Feb 11, 2019 | 13:30 - 13:52 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190211/-1/6087 |
| House Health and Human Services Committee | Monday, Feb 11, 2019 | 13:30 - 15:12 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190211/-1/6018 |
| House Higher Education Budget Committee | Monday, Feb 11, 2019 | 13:33 - 14:34 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190211/-1/5541 |
| Senate Education Committee | Monday, Feb 11, 2019 | 13:30 - 14:01 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190211/-1/6065 |
| House Commerce | Monday, Feb 11, 2019 | 13:37 - 13:40 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190211/-1/6045 |
| Senate Ways and Means Subcommittee on Legislative and Elected Officials | Monday, Feb 11, 2019 | 15:15 - 15:39 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190211/-1/6103 |
| House General Government Budget Committee | Monday, Feb 11, 2019 | 15:30 - 16:28 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190211/-1/6090 |
| House Judiciary Committee | Monday, Feb 11, 2019 | 15:30 - 17:31 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190211/-1/5752 |
| House Social Services Budget Committee | Monday, Feb 11, 2019 | 15:30 - 17:18 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190211/-1/6006 |
| House Taxation Committee | Monday, Feb 11, 2019 | 15:31 - 17:09 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190211/-1/6029 |
| House Transportation and Public Safety Budget Committee | Monday, Feb 11, 2019 | 15:30 - 16:56 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190211/-1/5989 |
| Senate Ways & Means Subcommittee on Education | Tuesday, Feb 12, 2019 | 07:30 - 08:30 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190212/-1/6115 |
| Senate Ways & Means Subcommittee on Legislative & Elected Officials | Tuesday, Feb 12, 2019 | 07:30 - 08:00 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190212/-1/6120 |
| Senate Commerce Committee | Tuesday, Feb 12, 2019 | 08:30 - 09:20 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190212/-1/6058 |
| Senate Transportation Committee | Tuesday, Feb 12, 2019 | 08:30 - 09:14 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190212/-1/6099 |
| House Appropriations Committee | Tuesday, Feb 12, 2019 | 09:00 - 10:54 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190212/-1/6074 |
| House Energy | Tuesday, Feb 12, 2019 | 09:00 - 09:42 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190212/-1/6121 |
| House Federal and State Affairs Committee | Tuesday, Feb 12, 2019 | 09:00 - 09:03 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190212/-1/6134 |
| House Federal and State Affairs Committee | Tuesday, Feb 12, 2019 | 09:30 - 10:25 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190212/-1/6129 |
| Senate Assessment and Taxation Committee | Tuesday, Feb 12, 2019 | 09:30 - 10:24 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190212/-1/6020 |
| Senate Ethics | Tuesday, Feb 12, 2019 | 09:30 - 10:05 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190212/-1/5910 |
| Senate Financial Institutions and Insurance Committee | Tuesday, Feb 12, 2019 | 09:30 - 09:53 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190212/-1/6123 |
| Senate Public Health and Welfare Committee | Tuesday, Feb 12, 2019 | 09:30 - 10:24 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190212/-1/6001 |
| Senate Federal and State Affairs Committee | Tuesday, Feb 12, 2019 | 10:30 - 10:51 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190212/-1/5457 |
| Senate Judiciary Committee | Tuesday, Feb 12, 2019 | 10:30 - 11:24 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190212/-1/6033 |
| Senate Ways and Means Committee | Tuesday, Feb 12, 2019 | 10:26 - 11:50 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190212/-1/5997 |
| Senate Ways and Means Subcommittee on Social Services | Tuesday, Feb 12, 2019 | 12:00 - 13:08 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190212/-1/6117 |
| House Children and Seniors Committee | Tuesday, Feb 12, 2019 | 13:30 - 14:19 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190212/-1/5339 |
| House Education Committee | Tuesday, Feb 12, 2019 | 13:30 - 15:12 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190212/-1/6038 |
| House Health and Human Services Committee | Tuesday, Feb 12, 2019 | 13:30 - 14:56 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190212/-1/6019 |
| House Higher Education Budget Committee | Tuesday, Feb 12, 2019 | 13:34 - 14:46 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190212/-1/5542 |
| House Transportation Committee | Tuesday, Feb 12, 2019 | 13:30 - 14:55 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190212/-1/6125 |
| Select Committee on Education Finance | Tuesday, Feb 12, 2019 | 13:30 - 14:30 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190212/-1/6066 |
| House Commerce | Tuesday, Feb 12, 2019 | 13:33 - 14:52 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190212/-1/5993 |
| House Elections Committee | Tuesday, Feb 12, 2019 | 15:30 - 16:41 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190212/-1/6118 |
| House General Government Budget Committee | Tuesday, Feb 12, 2019 | 15:30 - 16:35 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190212/-1/6107 |
| House Judiciary Committee | Tuesday, Feb 12, 2019 | 15:30 - 16:36 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190212/-1/5753 |
| House Social Services Budget Committee | Tuesday, Feb 12, 2019 | 15:30 - 16:59 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190212/-1/6007 |
| House Transportation and Public Safety Budget Committee | Tuesday, Feb 12, 2019 | 15:30 - 15:44 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190212/-1/5990 |
| House Taxation Committee | Tuesday, Feb 12, 2019 | 15:31 - 16:36 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190212/-1/6030 |

| Committee | Date | Time | Link |
|---|---|---|---|
| Senate Ways & Means Subcommittee on Public Safety | Wednesday, Feb 13, 2019 | 07:30 - 08:27 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190213/-1/6143 |
| Senate Commerce Committee | Wednesday, Feb 13, 2019 | 08:30 - 09:20 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190213/-1/6059 |
| Senate Transportation Committee | Wednesday, Feb 13, 2019 | 08:30 - 08:53 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190213/-1/6100 |
| House Appropriations Committee | Wednesday, Feb 13, 2019 | 09:00 - 10:14 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190213/-1/6075 |
| House Financial Institutions and Pensions Committee | Wednesday, Feb 13, 2019 | 09:00 - 10:33 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190213/-1/5982 |
| House Local Government Committee | Wednesday, Feb 13, 2019 | 09:00 - 10:01 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190213/-1/5577 |
| Senate Assessment and Taxation Committee | Wednesday, Feb 13, 2019 | 09:30 - 10:42 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190213/-1/6052 |
| Senate Ethics | Wednesday, Feb 13, 2019 | 09:30 - 09:59 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190213/-1/5911 |
| Senate Financial Institutions and Insurance Committee | Wednesday, Feb 13, 2019 | 09:30 - 10:03 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190213/-1/6150 |
| Senate Federal and State Affairs Committee | Wednesday, Feb 13, 2019 | 10:30 - 11:47 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190213/-1/5458 |
| Senate Ways and Means Committee | Wednesday, Feb 13, 2019 | 10:20 - 11:51 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190213/-1/5998 |
| Senate Judiciary Committee | Wednesday, Feb 13, 2019 | 10:35 - 11:17 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190213/-1/6034 |
| Legislative Post Audit Committee | Wednesday, Feb 13, 2019 | 12:00 - 12:48 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190213/-1/6130 |
| House Children and Seniors Committee | Wednesday, Feb 13, 2019 | 13:30 - 15:10 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190213/-1/5340 |
| House Corrections and Juvenile Justice Committee | Wednesday, Feb 13, 2019 | 13:31 - 14:06 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190213/-1/6151 |
| House Education Committee Meeting in room 112-N | Wednesday, Feb 13, 2019 | 13:30 - 14:37 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190213/-1/6091 |
| House Health and Human Services Committee | Wednesday, Feb 13, 2019 | 13:30 - 14:42 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190213/-1/6044 |
| House Higher Education Budget Committee | Wednesday, Feb 13, 2019 | 13:31 - 14:31 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190213/-1/5543 |
| House Transportation | Wednesday, Feb 13, 2019 | 13:30 - 14:22 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190213/-1/6069 |
| Senate Education Committee | Wednesday, Feb 13, 2019 | 13:30 - 14:35 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190213/-1/6102 |
| House Commerce | Wednesday, Feb 13, 2019 | 13:35 - 14:41 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190213/-1/6068 |
| House General Government Budget Committee | Wednesday, Feb 13, 2019 | 15:30 - 16:42 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190213/-1/6108 |
| House Judiciary Committee | Wednesday, Feb 13, 2019 | 15:30 - 16:23 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190213/-1/5754 |
| House K12 Education Budget Committee | Wednesday, Feb 13, 2019 | 15:30 - 16:42 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190213/-1/5979 |
| House Social Services Budget Committee | Wednesday, Feb 13, 2019 | 15:30 - 17:25 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190213/-1/6008 |
| House Taxation Committee | Wednesday, Feb 13, 2019 | 15:33 - 16:41 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190213/-1/6088 |
| House Transportation and Public Safety Budget Committee | Wednesday, Feb 13, 2019 | 15:30 - 16:58 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190213/-1/5991 |
| House Insurance Committee | Wednesday, Feb 13, 2019 | 15:33 - 15:51 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190213/-1/5508 |
| Senate Ways & Means Subcommittee on Education | Thursday, Feb 14, 2019 | 07:30 - 08:06 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190214/-1/6140 |
| Senate Ways & Means Subcommittee on Legislative & Elected Officials | Thursday, Feb 14, 2019 | 07:30 - 08:44 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190214/-1/6142 |
| Senate Commerce Committee | Thursday, Feb 14, 2019 | 08:30 - 09:20 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190214/-1/6060 |
| Senate Transportation Committee | Thursday, Feb 14, 2019 | 08:30 - 09:19 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190214/-1/6101 |
| House Appropriations Committee | Thursday, Feb 14, 2019 | 09:00 - 11:04 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190214/-1/6076 |
| House Energy | Thursday, Feb 14, 2019 | 09:00 - 10:13 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190214/-1/6122 |
| House Federal and State Affairs Committee | Thursday, Feb 14, 2019 | 09:00 - 09:29 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190214/-1/6005 |
| Senate Assessment and Taxation Committee | Thursday, Feb 14, 2019 | 09:30 - 10:23 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190214/-1/6053 |
| Senate Ethics | Thursday, Feb 14, 2019 | 09:30 - 10:05 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190214/-1/6026 |
| Senate Public Health and Welfare Committee | Thursday, Feb 14, 2019 | 09:30 - 10:30 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190214/-1/6003 |
| Senate Federal and State Affairs Committee | Thursday, Feb 14, 2019 | 10:30 - 11:20 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190214/-1/5459 |
| Senate Ways and Means Committee | Thursday, Feb 14, 2019 | 10:23 - 10:52 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190214/-1/5999 |
| Senate Ways & Means Subcommittee on Social Services | Thursday, Feb 14, 2019 | 12:00 - 13:18 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190214/-1/6146 |
| House Appropriations Committee | Thursday, Feb 14, 2019 | 12:30 - 13:08 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190214/-1/6197 |
| House Health and Human Services Committee | Thursday, Feb 14, 2019 | 13:30 - 14:54 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190214/-1/6133 |
| House Transportation | Thursday, Feb 14, 2019 | 13:30 - 13:46 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190214/-1/6070 |
| Senate Utilities Committee | Thursday, Feb 14, 2019 | 13:30 - 14:43 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190214/-1/6136 |
| House Commerce | Thursday, Feb 14, 2019 | 13:31 - 14:15 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190214/-1/5995 |
| Senate Ways & Means Subcommittee on Education | Thursday, Feb 14, 2019 | 15:00 - 16:04 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190214/-1/6141 |
| Senate Ways & Means Subcommittee on Regulatory Boards & Commissions | Thursday, Feb 14, 2019 | 15:00 - 15:59 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190214/-1/6144 |
| House Elections Committee | Thursday, Feb 14, 2019 | 15:30 - 15:53 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190214/-1/6119 |
| House General Government Budget Committee | Thursday, Feb 14, 2019 | 15:30 - 16:17 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190214/-1/6109 |
| House Judiciary Committee | Thursday, Feb 14, 2019 | 15:30 - 17:00 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190214/-1/6368 |
| House Social Services Budget Committee | Thursday, Feb 14, 2019 | 15:30 - 16:49 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190214/-1/6009 |
| House Taxation Committee | Thursday, Feb 14, 2019 | 15:33 - 16:07 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190214/-1/6032 |
| House Transportation and Public Safety Budget Committee | Thursday, Feb 14, 2019 | 15:30 - 16:11 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190214/-1/5992 |
| Joint KanCare Oversight Committee | Friday, Feb 15, 2019 | 08:30 - 14:04 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190215/-1/6209 |
| House Judiciary Committee | Friday, Feb 15, 2019 | 15:30 - 17:00 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190215/-1/6369 |
| House Financial Institutions and Pensions Committee | Monday, Feb 18, 2019 | 08:30 - 10:26 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190218/-1/6126 |
| House Appropriations Committee | Monday, Feb 18, 2019 | 09:00 - 10:24 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190218/-1/6078 |
| House Local Government Committee | Monday, Feb 18, 2019 | 09:00 - 09:33 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190218/-1/5578 |
| Subcommittee on Sports Wagering | Monday, Feb 18, 2019 | 09:08 - 10:20 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190218/-1/6228 |
| Joint Committee of Senate Financial Institutions and Insurance Committee & House Financial Institution and Pensions Committee | Monday, Feb 18, 2019 | 09:30 - 10:26 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190218/-1/6131 |
| Senate Public Health and Welfare Committee | Monday, Feb 18, 2019 | 09:30 - 10:11 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190218/-1/6180 |
| Senate Ways and Means Committee | Monday, Feb 18, 2019 | 10:26 - 11:00 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190218/-1/6160 |
| Senate Ways and Means Subcommittee on Social Services | Monday, Feb 18, 2019 | 12:00 - 12:53 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190218/-1/6245 |
| House Children and Seniors Committee | Monday, Feb 18, 2019 | 13:30 - 14:14 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190218/-1/5343 |
| House Corrections and Juvenile Justice Committee | Monday, Feb 18, 2019 | 13:30 - 14:54 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190218/-1/6152 |
| House Education Committee | Monday, Feb 18, 2019 | 13:30 - 14:00 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190218/-1/6230 |
| House Health and Human Services Committee | Monday, Feb 18, 2019 | 13:30 - 15:04 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190218/-1/6231 |

| | | | |
|---|---|---|---|
| House Higher Education Budget Committee | Monday, Feb 18, 2019 | 13:33 - 14:51 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190218/-1/5546 |
| Senate Education Committee | Monday, Feb 18, 2019 | 13:30 - 14:14 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190218/-1/6232 |
| Senate Utilities Committee | Monday, Feb 18, 2019 | 13:30 - 14:34 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190218/-1/6233 |
| House Commerce | Monday, Feb 18, 2019 | 13:45 - 14:53 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190218/-1/6210 |
| House General Government Budget Committee | Monday, Feb 18, 2019 | 15:30 - 16:59 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190218/-1/6240 |
| House Judiciary Committee | Monday, Feb 18, 2019 | 15:30 - 17:01 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190218/-1/5757 |
| House Social Services Budget Committee | Monday, Feb 18, 2019 | 15:30 - 16:28 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190218/-1/6110 |
| House Taxation Committee | Monday, Feb 18, 2019 | 15:30 - 17:10 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190218/-1/6192 |
| House Transportation and Public Safety Budget Committee | Monday, Feb 18, 2019 | 15:33 - 16:45 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190218/-1/6156 |
| House Insurance Committee | Monday, Feb 18, 2019 | 15:32 - 15:55 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190218/-1/5509 |
| House Energy | Tuesday, Feb 19, 2019 | 08:30 - 10:26 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190219/-1/6170 |
| Senate Commerce Committee | Tuesday, Feb 19, 2019 | 08:30 - 09:32 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190219/-1/6061 |
| Senate Transportation Committee | Tuesday, Feb 19, 2019 | 08:30 - 09:30 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190219/-1/6241 |
| House Appropriations Committee | Tuesday, Feb 19, 2019 | 09:00 - 10:24 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190219/-1/6079 |
| House Federal and State Affairs Committee | Tuesday, Feb 19, 2019 | 09:00 - 09:28 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190219/-1/6168 |
| Senate Assessment and Taxation Committee | Tuesday, Feb 19, 2019 | 09:30 - 10:26 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190219/-1/6222 |
| Senate Ethics | Tuesday, Feb 19, 2019 | 09:30 - 10:28 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190219/-1/6198 |
| Senate Financial Institutions and Insurance Committee | Tuesday, Feb 19, 2019 | 09:30 - 09:43 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190219/-1/6132 |
| Senate Public Health and Welfare Committee | Tuesday, Feb 19, 2019 | 09:30 - 10:41 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190219/-1/6181 |
| Senate Federal and State Affairs Committee | Tuesday, Feb 19, 2019 | 10:30 - 11:16 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190219/-1/5460 |
| Senate Judiciary Committee | Tuesday, Feb 19, 2019 | 10:30 - 11:36 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190219/-1/6185 |
| Senate Ways and Means Committee | Tuesday, Feb 19, 2019 | 10:24 - 11:14 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190219/-1/6161 |
| Ways and Means Subcommittee on Agriculture and Natural Resources | Tuesday, Feb 19, 2019 | 12:00 - 13:23 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190219/-1/6259 |
| House Children and Seniors Committee | Tuesday, Feb 19, 2019 | 13:30 - 14:24 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190219/-1/5344 |
| House Corrections and Juvenile Justice Committee | Tuesday, Feb 19, 2019 | 13:30 - 15:00 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190219/-1/6153 |
| House Health and Human Services Committee | Tuesday, Feb 19, 2019 | 13:30 - 14:13 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190219/-1/6261 |
| House Higher Education Budget Committee | Tuesday, Feb 19, 2019 | 13:30 - 14:13 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190219/-1/5547 |
| House Transportation | Tuesday, Feb 19, 2019 | 13:30 - 14:19 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190219/-1/6234 |
| Senate Education Committee | Tuesday, Feb 19, 2019 | 13:30 - 14:31 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190219/-1/6260 |
| Senate Utilities Committee | Tuesday, Feb 19, 2019 | 13:30 - 14:31 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190219/-1/6247 |
| House Commerce | Tuesday, Feb 19, 2019 | 13:33 - 15:10 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190219/-1/6211 |
| House Elections Committee | Tuesday, Feb 19, 2019 | 15:30 - 17:04 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190219/-1/6218 |
| House General Government Budget Committee | Tuesday, Feb 19, 2019 | 15:30 - 16:26 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190219/-1/6263 |
| House Judiciary Committee | Tuesday, Feb 19, 2019 | 15:30 - 16:49 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190219/-1/5758 |
| House K12 Education Budget Committee | Tuesday, Feb 19, 2019 | 15:30 - 17:11 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190219/-1/6252 |
| House Social Services Budget Subcommittee | Tuesday, Feb 19, 2019 | 15:30 - 16:42 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190219/-1/6111 |
| House Taxation Committee | Tuesday, Feb 19, 2019 | 15:35 - 17:11 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190219/-1/6193 |
| House Transportation and Public Safety Budget Committee | Tuesday, Feb 19, 2019 | 15:30 - 16:22 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190219/-1/5913 |
| Senate Ways and Means SubCommittee on General Government | Wednesday, Feb 20, 2019 | 07:30 - 08:19 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190220/-1/6275 |
| Senate Agriculture and Natural Resources Committee | Wednesday, Feb 20, 2019 | 08:30 - 09:24 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190220/-1/6166 |
| Senate Commerce Committee | Wednesday, Feb 20, 2019 | 08:30 - 09:23 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190220/-1/6064 |
| Senate Transportation Committee | Wednesday, Feb 20, 2019 | 08:30 - 09:56 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190220/-1/6242 |
| House Appropriations Committee | Wednesday, Feb 20, 2019 | 09:00 - 10:31 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190220/-1/6080 |
| House Federal and State Affairs Committee | Wednesday, Feb 20, 2019 | 09:00 - 09:45 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190220/-1/6169 |
| House Local Government Committee | Wednesday, Feb 20, 2019 | 09:00 - 10:15 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190220/-1/5579 |
| Senate Assessment and Taxation Committee | Wednesday, Feb 20, 2019 | 09:30 - 10:20 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190220/-1/6223 |
| Senate Ethics | Wednesday, Feb 20, 2019 | 09:32 - 10:22 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190220/-1/6199 |
| Senate Public Health and Welfare Committee | Wednesday, Feb 20, 2019 | 09:30 - 10:30 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190220/-1/6182 |
| Senate Federal and State Affairs Committee | Wednesday, Feb 20, 2019 | 10:30 - 12:00 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190220/-1/5461 |
| Senate Judiciary Committee | Wednesday, Feb 20, 2019 | 10:30 - 11:44 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190220/-1/6186 |
| Senate Ways and Means Committee | Wednesday, Feb 20, 2019 | 10:20 - 11:41 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190220/-1/6162 |
| Senate Ways and Means Subcommittee on Social Services | Wednesday, Feb 20, 2019 | 11:30 - 12:01 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190220/-1/6284 |
| House Education Committee | Wednesday, Feb 20, 2019 | 12:00 - 13:04 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190220/-1/6286 |
| Senate Ways and Means Subcommittee on Corrections | Wednesday, Feb 20, 2019 | 12:00 - 13:09 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190220/-1/6285 |
| House Children and Seniors Committee | Wednesday, Feb 20, 2019 | 13:30 - 15:07 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190220/-1/5345 |
| House Education Committee | Wednesday, Feb 20, 2019 | 13:30 - 15:00 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190220/-1/6281 |
| House Health and Human Services Committee | Wednesday, Feb 20, 2019 | 13:30 - 15:09 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190220/-1/6289 |
| House Higher Education Budget Committee | Wednesday, Feb 20, 2019 | 13:33 - 14:22 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190220/-1/5548 |
| House Transportation | Wednesday, Feb 20, 2019 | 13:30 - 15:00 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190220/-1/6235 |
| Senate Education Committee | Wednesday, Feb 20, 2019 | 13:30 - 14:30 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190220/-1/6268 |
| Senate Utilities Committee | Wednesday, Feb 20, 2019 | 13:30 - 14:31 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190220/-1/6248 |
| House Commerce | Wednesday, Feb 20, 2019 | 13:32 - 14:52 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190220/-1/6212 |
| House General Government Budget Committee | Wednesday, Feb 20, 2019 | 15:30 - 16:48 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190220/-1/6264 |
| House Judiciary Committee | Wednesday, Feb 20, 2019 | 15:30 - 17:03 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190220/-1/5759 |
| House Social Services Budget Committee | Wednesday, Feb 20, 2019 | 15:30 - 16:16 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190220/-1/6112 |
| House Taxation Committee | Wednesday, Feb 20, 2019 | 15:33 - 17:19 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190220/-1/6194 |
| House Transportation and Public Safety Budget Committee | Wednesday, Feb 20, 2019 | 15:30 - 17:00 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190220/-1/6158 |
| Senate Ways and Means Sub Committee on Dpt of Admin | Thursday, Feb 21, 2019 | 07:30 - 07:51 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190221/-1/6297 |
| Senate Commerce Committee | Thursday, Feb 21, 2019 | 08:30 - 08:43 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190221/-1/6279 |
| Senate Transportation Committee | Thursday, Feb 21, 2019 | 08:30 - 09:07 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190221/-1/6243 |
| House Energy | Thursday, Feb 21, 2019 | 08:32 - 10:44 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190221/-1/6171 |
| House Appropriations Committee | Thursday, Feb 21, 2019 | 09:00 - 10:22 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190221/-1/6081 |

6

| Committee | Date | Time | Link |
|---|---|---|---|
| Senate Assessment and Taxation Committee | Thursday, Feb 21, 2019 | 09:30 - 10:30 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190221/-1/6224 |
| Senate Ethics | Thursday, Feb 21, 2019 | 09:30 - 10:28 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190221/-1/6149 |
| Senate Public Health and Welfare Committee | Thursday, Feb 21, 2019 | 09:30 - 10:31 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190221/-1/6183 |
| Senate Federal and State Affairs Committee | Thursday, Feb 21, 2019 | 10:30 - 12:00 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190221/-1/5462 |
| Senate Judiciary Committee | Thursday, Feb 21, 2019 | 10:30 - 11:36 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190221/-1/6251 |
| Senate Ways and Means Committee | Thursday, Feb 21, 2019 | 10:28 - 11:23 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190221/-1/6163 |
| House Children and Seniors Committee | Thursday, Feb 21, 2019 | 13:30 - 14:59 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190221/-1/5346 |
| House Education Committee | Thursday, Feb 21, 2019 | 13:30 - 15:03 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190221/-1/6282 |
| House Transportation | Thursday, Feb 21, 2019 | 13:30 - 15:01 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190221/-1/6236 |
| Senate Education Committee | Thursday, Feb 21, 2019 | 13:30 - 13:52 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190221/-1/6269 |
| Senate Utilities Committee | Thursday, Feb 21, 2019 | 13:30 - 14:45 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190221/-1/6323 |
| House Commerce | Thursday, Feb 21, 2019 | 13:32 - 15:23 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190221/-1/6214 |
| Senate Ways and Means Committee Sub Committee on General Gov | Thursday, Feb 21, 2019 | 15:00 - 15:40 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190221/-1/6299 |
| House Elections Committee | Thursday, Feb 21, 2019 | 15:30 - 18:01 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190221/-1/6270 |
| House General Government Budget Committee | Thursday, Feb 21, 2019 | 15:30 - 17:01 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190221/-1/6265 |
| House Judiciary Committee | Thursday, Feb 21, 2019 | 15:30 - 15:52 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190221/-1/5760 |
| House K12 Education Budget Committee | Thursday, Feb 21, 2019 | 15:30 - 16:56 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190221/-1/6254 |
| House Social Services Budget Committee | Thursday, Feb 21, 2019 | 15:30 - 17:18 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190221/-1/6203 |
| House Taxation Committee | Thursday, Feb 21, 2019 | 15:41 - 16:49 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190221/-1/6196 |
| House Transportation and Public Safety Budget Committee | Thursday, Feb 21, 2019 | 15:30 - 16:01 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190221/-1/6159 |
| Senate Utilities Committee | Thursday, Feb 21, 2019 | 15:30 - 15:57 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190221/-1/6306 |
| Senate Ways and Means Subcommittee on General Government | Friday, Feb 22, 2019 | 07:30 - 07:47 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190222/-1/6313 |
| Senate Transportation Committee | Friday, Feb 22, 2019 | 08:30 - 09:32 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190222/-1/6244 |
| Senate Ways and Means Subcommittee on Social Services | Friday, Feb 22, 2019 | 08:30 - 10:26 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190222/-1/6315 |
| House Appropriations Committee | Friday, Feb 22, 2019 | 09:00 - 11:01 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190222/-1/6082 |
| House Energy | Friday, Feb 22, 2019 | 09:00 - 10:11 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190222/-1/6311 |
| Senate Ethics | Friday, Feb 22, 2019 | 09:30 - 10:27 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190222/-1/6257 |
| Senate Judiciary Committee | Friday, Feb 22, 2019 | 10:30 - 11:39 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190222/-1/6187 |
| Senate Ways and Means Committee | Friday, Feb 22, 2019 | 10:35 - 11:00 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190222/-1/6164 |
| Senate Ways and Means Subcommittee on Lottery and Gaming | Friday, Feb 22, 2019 | 12:00 - 12:51 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190222/-1/6314 |
| House Corrections and Juvenile Justice Committee | Friday, Feb 22, 2019 | 13:30 - 14:27 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190222/-1/6312 |
| House Elections Committee | Friday, Feb 22, 2019 | 13:30 - 14:11 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190222/-1/6301 |
| House Commerce | Friday, Feb 22, 2019 | 13:34 - 15:14 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190222/-1/6215 |
| House Judiciary Committee | Friday, Feb 22, 2019 | 15:30 - 17:00 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190222/-1/6370 |
| Senate Ways and Means Subcommittee on Department of Administration | Monday, Feb 25, 2019 | 07:30 - 08:28 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190225/-1/6328 |
| Senate Commerce Committee | Monday, Feb 25, 2019 | 08:30 - 08:41 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190225/-1/6280 |
| House Appropriations Committee | Monday, Feb 25, 2019 | 09:00 - 11:03 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190225/-1/6083 |
| House Federal and State Affairs Committee | Monday, Feb 25, 2019 | 09:00 - 09:15 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190225/-1/6276 |
| House Financial Institutions and Pensions Committee | Monday, Feb 25, 2019 | 09:00 - 10:40 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190225/-1/6128 |
| House Local Government Committee | Monday, Feb 25, 2019 | 09:00 - 09:08 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190225/-1/5580 |
| Senate Assessment and Taxation Committee | Monday, Feb 25, 2019 | 09:30 - 10:15 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190225/-1/6291 |
| Senate Ethics | Monday, Feb 25, 2019 | 09:30 - 10:27 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190225/-1/6321 |
| Senate Public Health and Welfare Committee | Monday, Feb 25, 2019 | 09:30 - 10:41 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190225/-1/6317 |
| Senate Judiciary Committee | Monday, Feb 25, 2019 | 10:30 - 11:11 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190225/-1/6288 |
| Senate Ways and Means Committee | Monday, Feb 25, 2019 | 10:27 - 10:50 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190225/-1/6303 |
| Senate Ways and Means Subcommittee on Judicial Branch | Monday, Feb 25, 2019 | 12:00 - 13:26 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190225/-1/6329 |
| Senate Assessment and Taxation | Monday, Feb 25, 2019 | 13:00 - 13:56 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190225/-1/6332 |
| House Children and Seniors Committee | Monday, Feb 25, 2019 | 13:30 - 15:05 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190225/-1/5348 |
| House Corrections and Juvenile Justice Committee | Monday, Feb 25, 2019 | 13:30 - 14:22 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190225/-1/6278 |
| House Education Committee | Monday, Feb 25, 2019 | 13:30 - 13:44 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190225/-1/6283 |
| House Health and Human Services Committee | Monday, Feb 25, 2019 | 13:30 - 15:06 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190225/-1/6304 |
| Senate Education Committee | Monday, Feb 25, 2019 | 13:30 - 14:02 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190225/-1/6331 |
| Senate Utilities Committee | Monday, Feb 25, 2019 | 13:30 - 14:30 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190225/-1/6316 |
| House Commerce | Monday, Feb 25, 2019 | 13:36 - 13:41 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190225/-1/6318 |
| House General Government Budget Committee | Monday, Feb 25, 2019 | 15:30 - 16:24 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190225/-1/6337 |
| Insurance Committee | Monday, Feb 25, 2019 | 15:30 - 16:24 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190225/-1/6338 |
| House K12 Education Budget Committee | Monday, Feb 25, 2019 | 15:30 - 17:04 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190225/-1/6262 |
| House Social Services Budget Committee | Monday, Feb 25, 2019 | 15:30 - 17:19 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190225/-1/6010 |
| House Taxation Committee | Monday, Feb 25, 2019 | 15:34 - 16:38 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190225/-1/6320 |
| Senate Ways and Means Subcommittee on Corrections | Monday, Feb 25, 2019 | 15:17 - 15:49 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190225/-1/6327 |
| Senate Ways and Means Subcommittee on Legislative and Elected Officials | Monday, Feb 25, 2019 | 15:18 - 15:49 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190225/-1/6330 |
| House Appropriations Committee | Wednesday, Mar 6, 2019 | 09:00 - 09:54 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190306/-1/6389 |
| Senate Assessment and Taxation Committee | Wednesday, Mar 6, 2019 | 09:30 - 10:26 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190306/-1/6386 |
| Joint Committee on State-Tribal Relations | Wednesday, Mar 6, 2019 | 10:30 - 10:49 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190306/-1/6400 |
| Senate Judiciary Committee | Wednesday, Mar 6, 2019 | 10:30 - 11:40 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190306/-1/6404 |
| Senate Ways and Means Committee | Wednesday, Mar 6, 2019 | 10:30 - 11:10 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190306/-1/6335 |
| Social Service Sub Committee on Ways and Means | Wednesday, Mar 6, 2019 | 11:30 - 11:59 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190306/-1/6407 |
| Senate Ways and Means Subcommittee on Higher Education | Wednesday, Mar 6, 2019 | 12:00 - 13:21 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190306/-1/6406 |
| House Health and Human Services Committee | Wednesday, Mar 6, 2019 | 13:50 - 15:08 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190306/-1/6378 |
| House Transportation | Wednesday, Mar 6, 2019 | 13:30 - 14:08 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190306/-1/6373 |

| | | | |
|---|---|---|---|
| Senate Select Committee on Education Finance | Wednesday, Mar 6, 2019 | 13:30 - 14:31 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190306/-/16401 |
| Senate Ways and Means Subcommittee on Judicial Branch | Wednesday, Mar 6, 2019 | 15:00 - 16:00 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190306/-/16431 |
| House Social Services Budget Committee | Wednesday, Mar 6, 2019 | 15:30 - 16:51 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190306/-/16390 |
| House Taxation Committee | Wednesday, Mar 6, 2019 | 15:30 - 16:38 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190306/-/16382 |
| House Insurance Committee | Wednesday, Mar 6, 2019 | 15:31 - 17:55 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190306/-/16392 |
| Senate Ways and Means Subcommittee on Department of Administration | Thursday, Mar 7, 2019 | 07:30 - 09:00 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190307/-/16433 |
| Senate Ways and Means Subcommittee on Social Services | Thursday, Mar 7, 2019 | 08:00 - 09:30 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190307/-/16435 |
| Senate Commerce Committee | Thursday, Mar 7, 2019 | 08:30 - 08:51 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190307/-/16352 |
| Senate Transportation Committee | Thursday, Mar 7, 2019 | 08:30 - 09:25 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190307/-/16411 |
| House Appropriations Committee | Thursday, Mar 7, 2019 | 09:00 - 10:56 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190307/-/16391 |
| House Federal and State Affairs Committee | Thursday, Mar 7, 2019 | 09:00 - 10:01 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190307/-/16342 |
| Senate Assessment and Taxation Committee | Thursday, Mar 7, 2019 | 09:30 - 10:30 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190307/-/16387 |
| Senate Ethics | Thursday, Mar 7, 2019 | 09:30 - 10:29 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190307/-/16351 |
| Senate Financial Institutions and Insurance Committee | Thursday, Mar 7, 2019 | 09:30 - 10:23 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190307/-/16424 |
| Senate Ways and Means Subcommittee on Social Services | Thursday, Mar 7, 2019 | 10:30 - 11:35 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190307/-/16402 |
| Senate Judiciary Committee | Thursday, Mar 7, 2019 | 10:30 - 12:01 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190307/-/16405 |
| Senate Ways and Means Committee | Thursday, Mar 7, 2019 | 10:30 - 12:07 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190307/-/16336 |
| Senate Ways and Means Subcommittee on Higher Education | Thursday, Mar 7, 2019 | 12:07 - 13:28 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190307/-/16434 |
| House Health and Human Services Committee | Thursday, Mar 7, 2019 | 14:12 - 15:59 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190307/-/16379 |
| House Transportation | Thursday, Mar 7, 2019 | 13:30 - 14:21 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190307/-/16374 |
| Senate Education Committee | Thursday, Mar 7, 2019 | 13:30 - 14:04 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190307/-/16429 |
| Senate Utilities Committee | Thursday, Mar 7, 2019 | 13:30 - 14:00 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190307/-/16438 |
| House Judiciary Committee | Thursday, Mar 7, 2019 | 15:30 - 16:09 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190307/-/16439 |
| House Social Services Budget Committee | Thursday, Mar 7, 2019 | 15:30 - 16:58 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190307/-/16015 |
| House K-12 Education Budget Committee | Thursday, Mar 7, 2019 | 15:34 - 16:11 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190307/-/16399 |
| Senate Ways and Means Subcommittee on Health | Friday, Mar 8, 2019 | 08:00 - 10:00 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190308/-/16436 |
| House Rural Revitalization Committee | Friday, Mar 8, 2019 | 09:04 - 10:05 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190308/-/16425 |
| House Rural Revitalization Committee | Friday, Mar 8, 2019 | 09:00 - 10:06 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190308/-/16381 |
| House Health and Human Services Committee | Friday, Mar 8, 2019 | 10:00 - 12:46 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190308/-/16446 |
| Senate Ways and Means Committee | Friday, Mar 8, 2019 | 10:30 - 11:44 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190308/-/16341 |
| Senate Ways and Means Subcommittee on Higher Education | Friday, Mar 8, 2019 | 12:00 - 13:55 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190308/-/16437 |
| Senate Commerce Committee | Monday, Mar 11, 2019 | 08:30 - 09:29 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190311/-/16353 |
| House Federal and State Affairs Committee | Monday, Mar 11, 2019 | 09:00 - 09:41 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190311/-/16432 |
| House Financial Institutions and Pensions Committee | Monday, Mar 11, 2019 | 09:00 - 09:45 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190311/-/16440 |
| Joint Committee on Administrative Rules and Regulations | Monday, Mar 11, 2019 | 09:37 - 10:32 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190311/-/16453 |
| House Appropriations Committee | Monday, Mar 11, 2019 | 10:00 - 11:00 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190311/-/16479 |
| Senate Ways and Means Committee | Monday, Mar 11, 2019 | 10:30 - 11:09 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190311/-/16465 |
| Senate Ways and Means Subcommittee on Social Services | Monday, Mar 11, 2019 | 11:10 - 12:00 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190311/-/16466 |
| Senate Ways and Means Subcommittee on Higher Education | Monday, Mar 11, 2019 | 12:00 - 13:13 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190311/-/16463 |
| House Education Committee | Monday, Mar 11, 2019 | 13:30 - 14:00 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190311/-/16482 |
| House Health and Human Services Committee | Monday, Mar 11, 2019 | 13:30 - 14:19 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190311/-/16498 |
| Senate Education Committee | Monday, Mar 11, 2019 | 13:30 - 14:23 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190311/-/16470 |
| Senate Utilities Committee | Monday, Mar 11, 2019 | 13:30 - 14:17 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190311/-/16499 |
| Senate Ways and Means Subcommittee on Health | Monday, Mar 11, 2019 | 15:00 - 15:38 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190311/-/16462 |
| House General Government Budget Committee | Monday, Mar 11, 2019 | 15:30 - 16:24 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190311/-/16488 |
| House Judiciary Committee | Monday, Mar 11, 2019 | 15:30 - 16:17 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190311/-/16477 |
| House Social Services Budget Committee | Monday, Mar 11, 2019 | 15:30 - 16:10 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190311/-/16016 |
| House Insurance Committee | Monday, Mar 11, 2019 | 15:31 - 15:47 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190311/-/16393 |
| Senate Commerce Committee | Tuesday, Mar 12, 2019 | 08:30 - 09:25 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190312/-/16354 |
| Senate Transportation Committee | Tuesday, Mar 12, 2019 | 08:30 - 09:28 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190312/-/16412 |
| House Appropriations Committee | Tuesday, Mar 12, 2019 | 09:00 - 10:43 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190312/-/16481 |
| House Federal and State Affairs Committee | Tuesday, Mar 12, 2019 | 09:00 - 09:53 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190312/-/16343 |
| Senate Assessment and Taxation Committee | Tuesday, Mar 12, 2019 | 09:30 - 10:27 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190312/-/16408 |
| Senate Ethics | Tuesday, Mar 12, 2019 | 09:30 - 09:53 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190312/-/16514 |
| Senate Financial Institutions and Insurance Committee | Tuesday, Mar 12, 2019 | 09:30 - 10:28 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190312/-/16515 |
| Senate Public Health and Welfare Committee | Tuesday, Mar 12, 2019 | 09:30 - 10:30 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190312/-/16415 |
| Senate Federal and State Affairs Committee | Tuesday, Mar 12, 2019 | 10:30 - 11:10 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190312/-/16447 |
| Senate Judiciary Committee | Tuesday, Mar 12, 2019 | 10:30 - 11:44 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190312/-/16421 |
| Senate Ways and Means Committee | Tuesday, Mar 12, 2019 | 10:25 - 11:19 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190312/-/16489 |
| Senate Ways and Means Subcommittee on Higher Education | Tuesday, Mar 12, 2019 | 12:00 - 12:40 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190312/-/16464 |
| House Children and Seniors Committee | Tuesday, Mar 12, 2019 | 13:30 - 14:30 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190312/-/16517 |
| House Corrections and Juvenile Justice Committee | Tuesday, Mar 12, 2019 | 14:10 - 15:00 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190312/-/16456 |
| House Health and Human Services Committee | Tuesday, Mar 12, 2019 | 13:30 - 15:00 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190312/-/16509 |
| Senate Utilities Committee | Tuesday, Mar 12, 2019 | 13:30 - 14:30 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190312/-/16500 |
| House Transportation Committee | Tuesday, Mar 12, 2019 | 14:00 - 15:00 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190312/-/16528 |
| House Commerce | Tuesday, Mar 12, 2019 | 14:30 - 15:06 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190312/-/16444 |
| House Elections Committee | Tuesday, Mar 12, 2019 | 15:30 - 16:18 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190312/-/16505 |
| House General Government Budget Committee | Tuesday, Mar 12, 2019 | 15:30 - 16:02 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190312/-/16504 |
| House Judiciary Committee | Tuesday, Mar 12, 2019 | 15:30 - 17:50 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190312/-/16476 |

| Committee | Date | Time | URL |
|---|---|---|---|
| House K-12 Education Budget Committee | Tuesday, Mar 12, 2019 | 15:30 - 16:01 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190312/-1/6518 |
| Senate Ways and Means Subcommittee on Transportation | Tuesday, Mar 12, 2019 | 15:30 - 16:58 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190312/-1/6468 |
| Legislative Coordinating Council | Tuesday, Mar 12, 2019 | 16:30 - 16:38 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190312/-1/6533 |
| Senate Agriculture and Natural Resources Committee | Wednesday, Mar 13, 2019 | 08:30 - 10:00 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190313/-1/6525 |
| Senate Commerce Committee | Wednesday, Mar 13, 2019 | 08:30 - 09:20 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190313/-1/6355 |
| Senate Transportation Committee | Wednesday, Mar 13, 2019 | 08:30 - 09:01 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190313/-1/6413 |
| House Appropriations Committee | Wednesday, Mar 13, 2019 | 09:00 - 11:19 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190313/-1/6482 |
| House Federal and State Affairs Committee | Wednesday, Mar 13, 2019 | 09:00 - 10:27 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190313/-1/6344 |
| House Financial Institutions and Pensions Committee | Wednesday, Mar 13, 2019 | 09:00 - 10:30 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190313/-1/6441 |
| House Local Government Committee | Wednesday, Mar 13, 2019 | 09:00 - 09:45 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190313/-1/6410 |
| Senate Assessment and Taxation Committee | Wednesday, Mar 13, 2019 | 09:30 - 10:30 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190313/-1/6409 |
| Senate Financial Institutions and Insurance Committee | Wednesday, Mar 13, 2019 | 09:30 - 11:00 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190313/-1/6520 |
| Senate Public Health and Welfare Committee | Wednesday, Mar 13, 2019 | 09:30 - 10:30 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190313/-1/6416 |
| Senate Federal and State Affairs Committee | Wednesday, Mar 13, 2019 | 10:30 - 12:00 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190313/-1/6448 |
| Senate Judiciary Committee | Wednesday, Mar 13, 2019 | 10:30 - 12:00 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190313/-1/6422 |
| Senate Ways and Means Committee | Wednesday, Mar 13, 2019 | 10:25 - 11:46 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190313/-1/6490 |
| KS Office for Refugees | Wednesday, Mar 13, 2019 | 11:00 - 13:00 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190313/-1/6388 |
| House Appropriations Committee | Wednesday, Mar 13, 2019 | 11:50 - 12:27 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190313/-1/6545 |
| Joint Committee on Legislative Post Audit | Wednesday, Mar 13, 2019 | 12:00 - 12:52 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190313/-1/6461 |
| House Children and Seniors Committee | Wednesday, Mar 13, 2019 | 13:30 - 14:18 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190313/-1/6549 |
| House Corrections and Juvenile Justice Committee | Wednesday, Mar 13, 2019 | 13:30 - 14:18 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190313/-1/6457 |
| House Health and Human Services Committee | Wednesday, Mar 13, 2019 | 13:30 - 14:43 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190313/-1/6550 |
| House Transportation | Wednesday, Mar 13, 2019 | 13:30 - 14:32 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190313/-1/6494 |
| Senate Education Committee | Wednesday, Mar 13, 2019 | 13:30 - 14:30 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190313/-1/6471 |
| Senate Utilities Committee | Wednesday, Mar 13, 2019 | 13:30 - 14:31 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190313/-1/6501 |
| House Commerce | Wednesday, Mar 13, 2019 | 13:35 - 13:59 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190313/-1/6445 |
| House Agriculture Sub-Committee on Rails to Trails Act | Wednesday, Mar 13, 2019 | 15:30 - 16:03 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190313/-1/6541 |
| House Taxation Committee | Wednesday, Mar 13, 2019 | 15:34 - 16:18 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190313/-1/6474 |
| House K-12 Education Budget Committee | Wednesday, Mar 13, 2019 | 15:34 - 17:25 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190313/-1/6497 |
| House Insurance Committee | Wednesday, Mar 13, 2019 | 15:32 - 16:35 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190313/-1/6394 |
| Senate Commerce Committee | Thursday, Mar 14, 2019 | 08:30 - 09:26 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190314/-1/6356 |
| Senate Transportation Committee | Thursday, Mar 14, 2019 | 08:30 - 09:01 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190314/-1/6414 |
| House Appropriations Committee | Thursday, Mar 14, 2019 | 09:00 - 09:38 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190314/-1/6483 |
| House Energy | Thursday, Mar 14, 2019 | 09:00 - 10:21 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190314/-1/6546 |
| House Federal and State Affairs Committee | Thursday, Mar 14, 2019 | 09:00 - 09:23 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190314/-1/6345 |
| Senate Assessment and Taxation Committee | Thursday, Mar 14, 2019 | 09:30 - 09:58 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190314/-1/6478 |
| Senate Financial Institutions and Insurance Committee | Thursday, Mar 14, 2019 | 09:30 - 09:56 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190314/-1/6521 |
| Senate Public Health and Welfare Committee | Thursday, Mar 14, 2019 | 09:30 - 10:29 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190314/-1/6417 |
| Senate Federal and State Affairs Committee | Thursday, Mar 14, 2019 | 10:30 - 11:05 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190314/-1/6449 |
| Senate Judiciary Committee | Thursday, Mar 14, 2019 | 10:30 - 11:39 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190314/-1/6423 |
| Senate Ways and Means Committee | Thursday, Mar 14, 2019 | 10:25 - 12:22 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190314/-1/6491 |
| House Corrections and Juvenile Justice Committee | Thursday, Mar 14, 2019 | 13:30 - 13:49 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190314/-1/6458 |
| House Transportation | Thursday, Mar 14, 2019 | 13:30 - 14:02 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190314/-1/6495 |
| Senate Education Committee | Thursday, Mar 14, 2019 | 13:30 - 14:12 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190314/-1/6472 |
| Senate Utilities Committee | Thursday, Mar 14, 2019 | 13:30 - 14:31 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190314/-1/6570 |
| House Commerce | Thursday, Mar 14, 2019 | 13:32 - 14:52 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190314/-1/6502 |
| House Elections Committee | Thursday, Mar 14, 2019 | 15:30 - 16:34 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190314/-1/6506 |
| House K-12 Education Budget Committee | Thursday, Mar 14, 2019 | 15:30 - 17:38 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190314/-1/6580 |
| House Taxation Committee | Thursday, Mar 14, 2019 | 15:36 - 17:19 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190314/-1/6475 |
| House Transportation and Public Safety Budget Committee | Thursday, Mar 14, 2019 | 15:30 - 16:51 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190314/-1/6507 |
| SubCommittee on Rails to Trails | Thursday, Mar 14, 2019 | 16:30 - 17:02 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190314/-1/6587 |
| Senate Commerce Committee | Friday, Mar 15, 2019 | 08:30 - 09:47 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190315/-1/6357 |
| Senate Public Health and Welfare Committee | Friday, Mar 15, 2019 | 09:30 - 10:29 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190315/-1/6418 |
| Senate Ways and Means Committee | Monday, Mar 11, 2019 | 10:29 - 10:58 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190311/-1/6492 |
| Senate Ways and Means Committee | Friday, Mar 15, 2019 | 10:30 - 11:40 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190315/-1/6601 |
| Senate Transportation Committee | Monday, Mar 18, 2019 | 08:30 - 09:23 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190318/-1/6602 |
| Senate Public Health and Welfare Committee | Monday, Mar 18, 2019 | 09:30 - 10:34 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190318/-1/6596 |
| Senate Judiciary Committee | Monday, Mar 18, 2019 | 10:30 - 11:57 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190318/-1/6529 |
| Senate Ways and Means Committee | Monday, Mar 18, 2019 | 10:27 - 10:58 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190318/-1/6610 |
| Joint Committee on State Building Construction | Monday, Mar 18, 2019 | 12:00 - 12:59 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190318/-1/6627 |
| House Agriculture and Natural Resources Budget Committee | Monday, Mar 18, 2019 | 13:30 - 14:05 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190318/-1/6561 |
| House Children and Seniors Committee | Monday, Mar 18, 2019 | 13:30 - 15:22 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190318/-1/6617 |
| House Corrections and Juvenile Justice Committee | Monday, Mar 18, 2019 | 13:30 - 13:39 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190318/-1/6620 |
| Senate Education Committee | Monday, Mar 18, 2019 | 13:30 - 14:28 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190318/-1/6630 |
| House Agriculture Committee | Monday, Mar 18, 2019 | 15:30 - 16:28 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190318/-1/6553 |
| House Social Services Budget Committee | Monday, Mar 18, 2019 | 15:30 - 16:47 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190318/-1/6593 |
| House Taxation Committee | Monday, Mar 18, 2019 | 15:38 - 16:31 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190318/-1/6577 |
| House Transportation and Public Safety Budget Committee | Monday, Mar 18, 2019 | 15:30 - 16:15 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190318/-1/6568 |
| House K-12 Education Budget Committee | Monday, Mar 18, 2019 | 15:33 - 17:20 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190318/-1/6622 |
| House Energy | Tuesday, Mar 19, 2019 | 08:30 - 10:20 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190319/-1/6631 |
| Senate Commerce Committee | Tuesday, Mar 19, 2019 | 08:30 - 09:19 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190319/-1/6359 |
| Senate Transportation Committee | Tuesday, Mar 19, 2019 | 08:30 - 09:17 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190319/-1/6603 |

| Committee | Date | Time | Link |
|---|---|---|---|
| House Appropriations Committee | Tuesday, Mar 19, 2019 | 09:00 - 10:38 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190319/-1/6484 |
| House Federal and State Affairs Committee | Tuesday, Mar 19, 2019 | 09:00 - 10:14 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190319/-1/6572 |
| Senate Assessment and Taxation Committee | Tuesday, Mar 19, 2019 | 09:30 - 10:16 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190319/-1/6542 |
| Senate Financial Institutions and Insurance Committee | Tuesday, Mar 19, 2019 | 09:30 - 10:10 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190319/-1/6522 |
| Senate Public Health and Welfare Committee | Tuesday, Mar 19, 2019 | 09:30 - 09:55 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190319/-1/6597 |
| Senate Federal and State Affairs Committee | Tuesday, Mar 19, 2019 | 10:30 - 11:39 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190319/-1/6623 |
| Senate Judiciary Committee | Tuesday, Mar 19, 2019 | 10:30 - 11:59 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190319/-1/6530 |
| Senate Ways and Means Committee | Tuesday, Mar 19, 2019 | 10:26 - 11:13 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190319/-1/6576 |
| House Agriculture and Natural Resources Budget Committee | Tuesday, Mar 19, 2019 | 13:30 - 14:15 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190319/-1/6562 |
| House Health and Human Services Committee | Tuesday, Mar 19, 2019 | 13:30 - 14:28 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190319/-1/6611 |
| House Higher Education Budget Committee | Tuesday, Mar 19, 2019 | 13:34 - 14:37 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190319/-1/6644 |
| House Transportation Committee | Tuesday, Mar 19, 2019 | 13:30 - 14:43 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190319/-1/6642 |
| Senate Education Committee | Tuesday, Mar 19, 2019 | 13:30 - 14:26 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190319/-1/6647 |
| House Elections Committee | Tuesday, Mar 19, 2019 | 15:30 - 17:13 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190319/-1/6632 |
| House General Government Budget Committee | Tuesday, Mar 19, 2019 | 15:30 - 15:43 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190319/-1/6634 |
| House Judiciary Committee | Tuesday, Mar 19, 2019 | 15:30 - 17:55 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190319/-1/6643 |
| House Transportation and Public Safety Budget Committee | Tuesday, Mar 19, 2019 | 15:30 - 16:34 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190319/-1/6569 |
| House K-12 Education Budget Committee | Tuesday, Mar 19, 2019 | 15:34 - 17:32 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190319/-1/6650 |
| House Taxation Committee | Tuesday, Mar 19, 2019 | 15:34 - 15:49 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190319/-1/6578 |
| Senate Commerce Committee | Wednesday, Mar 20, 2019 | 08:30 - 09:22 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190320/-1/6360 |
| Senate Transportation Committee | Wednesday, Mar 20, 2019 | 08:30 - 09:19 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190320/-1/6605 |
| House Appropriations Committee | Wednesday, Mar 20, 2019 | 09:00 - 11:00 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190320/-1/6485 |
| House Federal and State Affairs Committee | Wednesday, Mar 20, 2019 | 09:00 - 10:11 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190320/-1/6573 |
| House Local Government Committee | Wednesday, Mar 20, 2019 | 09:00 - 10:01 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190320/-1/6567 |
| Senate Assessment and Taxation Committee | Wednesday, Mar 20, 2019 | 09:30 - 10:26 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190320/-1/6619 |
| Senate Financial Institutions and Insurance Committee | Wednesday, Mar 20, 2019 | 09:30 - 10:18 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190320/-1/6640 |
| Senate Public Health and Welfare Committee | Wednesday, Mar 20, 2019 | 09:30 - 10:27 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190320/-1/6598 |
| Senate Federal and State Affairs Committee | Wednesday, Mar 20, 2019 | 10:30 - 11:47 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190320/-1/6626 |
| Senate Judiciary Committee | Wednesday, Mar 20, 2019 | 10:30 - 12:05 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190320/-1/6531 |
| Senate Ways and Means Committee | Wednesday, Mar 20, 2019 | 10:25 - 11:49 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190320/-1/6629 |
| House Education Committee | Wednesday, Mar 20, 2019 | 13:30 - 14:58 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190320/-1/6539 |
| House Health and Human Services Committee | Wednesday, Mar 20, 2019 | 14:54 - 15:28 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190320/-1/6646 |
| Senate Education Committee | Wednesday, Mar 20, 2019 | 13:30 - 14:30 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190320/-1/6653 |
| Senate Utilities Committee | Wednesday, Mar 20, 2019 | 13:30 - 14:29 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190320/-1/6638 |
| House Appropriations Committee | Wednesday, Mar 20, 2019 | 14:30 - 15:45 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190320/-1/6684 |
| House Insurance Committee | Wednesday, Mar 20, 2019 | 15:30 - 15:31 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190320/-1/6396 |
| Senate Commerce Committee | Thursday, Mar 21, 2019 | 08:30 - 09:17 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190321/-1/6361 |
| Senate Transportation Committee | Thursday, Mar 21, 2019 | 08:30 - 09:27 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190321/-1/6606 |
| House Appropriations Committee | Thursday, Mar 21, 2019 | 09:00 - 09:21 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190321/-1/6486 |
| House Federal and State Affairs Committee | Thursday, Mar 21, 2019 | 09:00 - 10:32 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190321/-1/6574 |
| House Energy | Thursday, Mar 21, 2019 | 09:30 - 10:55 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190321/-1/6683 |
| Senate Assessment and Taxation Committee | Thursday, Mar 21, 2019 | 09:30 - 10:30 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190321/-1/6544 |
| Senate Ethics | Thursday, Mar 21, 2019 | 09:30 - 09:59 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190321/-1/6655 |
| Senate Financial Institutions and Insurance Committee | Thursday, Mar 21, 2019 | 09:30 - 10:11 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190321/-1/6641 |
| Senate Public Health and Welfare Committee | Thursday, Mar 21, 2019 | 09:30 - 10:29 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190321/-1/6599 |
| Senate Federal and State Affairs Committee | Thursday, Mar 21, 2019 | 10:30 - 11:31 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190321/-1/6625 |
| Senate Judiciary Committee | Thursday, Mar 21, 2019 | 10:30 - 11:44 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190321/-1/6532 |
| House Federal and State Affairs Committee | Thursday, Mar 21, 2019 | 13:00 - 14:30 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190321/-1/6685 |
| House Education Committee | Thursday, Mar 21, 2019 | 13:30 - 14:15 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190321/-1/6540 |
| House Health and Human Services Committee | Thursday, Mar 21, 2019 | 13:30 - 15:05 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190321/-1/6674 |
| House Transportation | Thursday, Mar 21, 2019 | 13:30 - 14:03 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190321/-1/6665 |
| Senate Education Committee | Thursday, Mar 21, 2019 | 13:30 - 14:37 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190321/-1/6649 |
| Senate Utilities Committee | Thursday, Mar 21, 2019 | 13:30 - 14:16 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190321/-1/6637 |
| House Elections Committee | Thursday, Mar 21, 2019 | 15:30 - 15:55 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190321/-1/6633 |
| House General Government Budget Committee | Thursday, Mar 21, 2019 | 15:30 - 15:53 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190321/-1/6677 |
| House K-12 Education Budget Committee | Thursday, Mar 21, 2019 | 15:30 - 18:06 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190321/-1/6652 |
| House Social Services Budget Committee | Thursday, Mar 21, 2019 | 15:30 - 16:16 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190321/-1/6595 |
| House Taxation Committee | Thursday, Mar 21, 2019 | 15:42 - 17:18 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190321/-1/6678 |
| Senate Commerce Committee | Friday, Mar 22, 2019 | 08:30 - 09:16 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190322/-1/6362 |
| Senate Transportation Committee | Friday, Mar 22, 2019 | 08:30 - 09:28 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190322/-1/6607 |
| House Federal and State Affairs Committee | Friday, Mar 22, 2019 | 09:00 - 10:27 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190322/-1/6662 |
| Senate Assessment and Taxation Committee | Friday, Mar 22, 2019 | 09:30 - 10:12 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190322/-1/6663 |
| Senate Public Health and Welfare Committee | Friday, Mar 22, 2019 | 09:30 - 09:54 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190322/-1/6600 |
| Senate Judiciary Committee | Friday, Mar 22, 2019 | 10:30 - 11:39 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190322/-1/6686 |
| House Health and Human Services Committee | Friday, Mar 22, 2019 | 11:00 - 12:18 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190322/-1/6689 |
| House Children and Seniors Committee | Friday, Mar 22, 2019 | 13:30 - 15:56 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190322/-1/6688 |
| Senate Ways and Means Committee | Monday, Mar 25, 2019 | 09:26 - 09:45 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190325/-1/6696 |
| Senate Public Health and Welfare Committee | Monday, Mar 25, 2019 | 12:00 - 12:49 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190325/-1/6692 |
| House Taxation Committee | Monday, Mar 25, 2019 | 15:30 - 15:57 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190325/-1/6691 |
| Senate Ways and Means Committee | Tuesday, Mar 26, 2019 | 11:59 - 12:47 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190326/-1/6684 |
| Conference Committee on SB-25 | Wednesday, Mar 27, 2019 | 13:00 - 13:58 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190327/-1/6704 |
| Conference Committee on SB-25 | Wednesday, Mar 27, 2019 | 15:30 - 15:48 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190327/-1/6705 |
| Joint Committee on Administrative Rules and Regulations | Thursday, Mar 28, 2019 | 08:03 - 09:46 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190328/-1/6640 |
| Statewide Broadband Expansion Planning Task Force | Thursday, Mar 28, 2019 | 09:00 - 14:38 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190328/-1/6701 |

| Conference Committee - Senate FI&I and House FI&P | Monday, Apr 1, 2019 | 11:00 - 11:27 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190401/-1/6711 |
|---|---|---|---|
| Conference Committee on SB 16 | Monday, Apr 1, 2019 | 11:00 - 12:05 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190401/-1/6709 |
| Conference Committee on SB 16 | Monday, Apr 1, 2019 | 13:00 - 13:15 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190401/-1/6714 |
| Conference Committee - Senate and House Judiciary | Monday, Apr 1, 2019 | 14:30 - 16:26 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190401/-1/6715 |
| Conference Committee - Senate FI&I and House FI&P/Insurance | Monday, Apr 1, 2019 | 15:00 - 16:49 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190401/-1/6716 |
| Conference Committee on SB 16 | Monday, Apr 1, 2019 | 15:30 - 16:51 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190401/-1/6720 |
| Conference Committee on SB 25 | Monday, Apr 1, 2019 | 16:00 - 16:51 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190401/-1/6710 |
| Conference Committee - Senate FI&I and House Insurance | Tuesday, Apr 2, 2019 | 09:00 - 10:30 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190402/-1/6724 |
| Conference Committee on SB 130 | Tuesday, Apr 2, 2019 | 09:00 - 10:30 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190402/-1/6717 |
| Conference Committee on SB 16 | Tuesday, Apr 2, 2019 | 09:00 - 09:45 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190402/-1/6726 |
| Conference Committee - Senate and House Judiciary | Tuesday, Apr 2, 2019 | 10:30 - 11:28 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190402/-1/6725 |
| Conference Committee - Senate FI&I and House FI&P | Tuesday, Apr 2, 2019 | 11:00 - 12:30 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190402/-1/6723 |
| Conference Committee on SB 25 | Tuesday, Apr 2, 2019 | 11:00 - 12:30 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190402/-1/6706 |
| Joint Committee on Information Technology | Tuesday, Apr 2, 2019 | 13:00 - 13:55 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190402/-1/6699 |
| Conference Committee on SB 16 | Tuesday, Apr 2, 2019 | 13:30 - 14:00 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190402/-1/6728 |
| Conference Committee - Senate and House Transportation | Tuesday, Apr 2, 2019 | 14:00 - 15:30 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190402/-1/6718 |
| Conference Committee - Senate & House Judiciary | Tuesday, Apr 2, 2019 | 14:30 - 15:13 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190402/-1/6734 |
| Conference Committee on SB 25 | Tuesday, Apr 2, 2019 | 14:30 - 15:44 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190402/-1/6732 |
| House Taxation Committee | Tuesday, Apr 2, 2019 | 15:20 - 15:59 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190402/-1/6733 |
| Conference Committee on SB 16 | Tuesday, Apr 2, 2019 | 16:30 - 17:38 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190402/-1/6736 |
| Conference Committee - Senate & House Federal and State Affairs | Wednesday, Apr 3, 2019 | 09:00 - 10:30 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190403/-1/6737 |
| Conference Committee on SB 130 | Wednesday, Apr 3, 2019 | 09:00 - 10:30 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190403/-1/6729 |
| Conference Committee -Senate & House Judiciary | Wednesday, Apr 3, 2019 | 09:00 - 09:15 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190403/-1/6741 |
| Senate Financial Institutions and Insurance Committee | Wednesday, Apr 3, 2019 | 09:30 - 10:30 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190403/-1/6746 |
| Conference Committee on HB2365 | Wednesday, Apr 3, 2019 | 10:30 - 12:30 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190403/-1/6745 |
| Conference Committee on SB 25 | Wednesday, Apr 3, 2019 | 10:30 - 11:30 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190403/-1/6758 |
| Senate and House Judiciary Conference Committee | Wednesday, Apr 3, 2019 | 10:45 - 11:12 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190403/-1/6750 |
| Conference Committee on Health | Wednesday, Apr 3, 2019 | 11:00 - 12:00 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190403/-1/6749 |
| Conference Committee on SB 25 | Wednesday, Apr 3, 2019 | 13:00 - 14:04 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190403/-1/6753 |
| Conference Committee on SB 16 | Wednesday, Apr 3, 2019 | 13:30 - 14:04 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190403/-1/6751 |
| Conference Committee - Senate & House Transportation | Wednesday, Apr 3, 2019 | 14:15 - 15:30 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190403/-1/6747 |
| Conference Committee - House Agriculture & Senate Agriculture and Natural Resources continuation | Wednesday, Apr 3, 2019 | 14:30 - 14:47 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190403/-1/6740 |
| Conference Committee - Senate & House Federal and State Affairs | Wednesday, Apr 3, 2019 | 14:30 - 15:49 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190403/-1/6754 |
| Conference Committee on Health | Wednesday, Apr 3, 2019 | 14:45 - 15:17 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190403/-1/6757 |
| Conference Committee on SB 25 | Wednesday, Apr 3, 2019 | 15:00 - 15:49 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190403/-1/6755 |
| House Taxation Committee | Wednesday, Apr 3, 2019 | 15:06 - 15:53 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190403/-1/6738 |
| Conference Committee on SB 16 | Wednesday, Apr 3, 2019 | 16:30 - 19:09 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190403/-1/6756 |
| Conference Committee on HB2209 | Thursday, Apr 4, 2019 | 09:00 - 09:08 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190404/-1/6761 |
| Conference Committee on HB2290 | Thursday, Apr 4, 2019 | 09:00 - 09:31 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190404/-1/6764 |
| Judiciary Conference Committee | Thursday, Apr 4, 2019 | 09:00 - 10:00 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190404/-1/6765 |
| Conference Committee on SB25 | Thursday, Apr 4, 2019 | 09:30 - 10:45 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190404/-1/6759 |
| Conference Committee Senate and House Education Committees  HB2144 | Thursday, Apr 4, 2019 | 09:30 - 10:00 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190404/-1/6752 |
| Conference Committee Judiciary Meeting in Room 159-S | Thursday, Apr 4, 2019 | 09:00 - 09:01 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190404/-1/6766 |
| Senate and House Judiciary Conference Committee | Thursday, Apr 4, 2019 | 09:45 - 09:49 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190404/-1/6768 |
| Senate Federal and State Affairs Committee | Thursday, Apr 4, 2019 | 10:30 - 10:51 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190404/-1/6771 |
| Senate Ways and Means Committee | Thursday, Apr 4, 2019 | 10:27 - 10:55 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190404/-1/6744 |
| Conference Committee - Senate and House Transportation | Thursday, Apr 4, 2019 | 11:00 - 12:30 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190404/-1/6769 |
| Conference Committee on SB 25 | Thursday, Apr 4, 2019 | 11:00 - 12:30 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190404/-1/6770 |
| Conference Committee on Senate & House Transportation | Thursday, Apr 4, 2019 | 15:30 - 16:06 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190404/-1/6773 |
| Senate Committee on Assessment and Taxation & House Committee on Taxation | Thursday, Apr 4, 2019 | 15:30 - 17:38 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190404/-1/6774 |
| Conference Committee on SB 25 | Thursday, Apr 4, 2019 | 16:00 - 16:38 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190404/-1/6775 |
| Conference Committee on SB 25 | Thursday, Apr 4, 2019 | 14:00 - 14:52 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190404/-1/6772 |
| House Taxation Committee | Thursday, Apr 4, 2019 | 16:35 - 16:42 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190404/-1/6778 |
| Conference Committee on SB 25 | Thursday, Apr 4, 2019 | 17:30 - 17:55 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190404/-1/6779 |
| Conference Committee - Senate Assessment and Taxation & House Taxation | Thursday, Apr 4, 2019 | 18:15 - 18:33 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190404/-1/6780 |
| Conference Committee on SB 25 | Thursday, Apr 4, 2019 | 18:15 - 18:25 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190404/-1/6781 |
| Conference Committee - Senate Assessment and Taxation & House Taxation | Friday, Apr 5, 2019 | 08:30 - 08:45 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190405/-1/6783 |
| Conference Committee on Health | Friday, Apr 5, 2019 | 13:07 - 13:07 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190405/-1/7767 |
| Conference Committee on Health | Friday, Apr 5, 2019 | 12:30 - 13:00 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190405/-1/7768 |
| Conference Committee on Health | Friday, Apr 5, 2019 | 14:46 - 14:58 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190405/-1/7769 |
| Joint Kancare Oversight Committee | Monday, Apr 29, 2019 | 09:00 - 15:17 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190429/-1/7773 |
| Legislative Post Audit Committee | Tuesday, Apr 30, 2019 | 09:00 - 10:55 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190430/-1/7778 |
| Joint Meeting House Appropriations and Senate Ways and Means Committees | Tuesday, Apr 30, 2019 | 10:00 - 11:49 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190430/-1/7774 |

11

| Committee | Date | Time | Link |
|---|---|---|---|
| House Appropriations Committee | Tuesday, Apr 30, 2019 | 12:15 - 16:38 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190430/-1/7777 |
| Senate Ways and Means Committee | Tuesday, Apr 30, 2019 | 12:15 - 16:49 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190430/-1/7776 |
| Conference Committee on HB 2033 | Wednesday, May 1, 2019 | 12:00 - 14:15 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190501/-1/7783 |
| Joint Committee on Corrections and Juvenile Justice Oversight | Wednesday, May 1, 2019 | 12:00 - 14:30 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190501/-1/7779 |
| Conference Committee on HB 2246 | Wednesday, May 1, 2019 | 14:57 - 16:24 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190501/-1/7782 |
| Senate Ways and Means Committee | Wednesday, May 1, 2019 | 15:00 - 16:03 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190501/-1/7792 |
| Conference Committee on HB2160 | Wednesday, May 1, 2019 | 16:30 - 17:01 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190501/-1/7796 |
| House Judiciary Committee | Thursday, May 2, 2019 | 08:30 - 09:46 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190502/-1/7781 |
| Conference Committee on HB2246 | Thursday, May 2, 2019 | 09:00 - 09:55 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190502/-1/7794 |
| Senate Commerce Committee | Thursday, May 2, 2019 | 09:00 - 09:28 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190502/-1/7789 |
| Senate Utilities Committee | Thursday, May 2, 2019 | 09:00 - 09:32 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190502/-1/7790 |
| Joint Committee on Administrative Rules and Regs | Thursday, May 2, 2019 | 09:30 - 10:10 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190502/-1/7786 |
| Conference Committee on HB2033 | Thursday, May 2, 2019 | 10:56 - 11:23 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190502/-1/7793 |
| Conference Committee on SB25 | Thursday, May 2, 2019 | 10:56 - 11:20 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190502/-1/7796 |
| Conference Committee on SB28 | Thursday, May 2, 2019 | 11:30 - 13:12 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190502/-1/7800 |
| Conference Committee on HB2033 | Thursday, May 2, 2019 | 11:45 - 12:08 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190502/-1/7804 |
| Conference Committee on SB25 | Thursday, May 2, 2019 | 11:45 - 12:15 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190502/-1/7802 |
| Conference Committee on SB25 | Thursday, May 2, 2019 | 13:30 - 13:48 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190502/-1/7806 |
| Conference Committee on SB25 | Thursday, May 2, 2019 | 14:30 - 14:49 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190502/-1/7807 |
| Conference Committee - Senate/House Federal and State Affairs | Thursday, May 2, 2019 | 15:30 - 15:51 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190502/-1/7801 |
| Conference Committee on SB28 | Thursday, May 2, 2019 | 16:00 - 16:41 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190502/-1/7810 |
| Conference Committee on SB25 | Thursday, May 2, 2019 | 16:30 - 16:37 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190502/-1/7808 |
| Conference Committee on SB25 | Thursday, May 2, 2019 | 17:00 - 17:12 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190502/-1/7811 |
| Conference Committee on SB25 | Thursday, May 2, 2019 | 17:40 - 18:20 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190502/-1/7812 |
| Conference Committee on SB25 | Thursday, May 2, 2019 | 19:15 - 19:47 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190502/-1/7816 |
| Conference Committee on HB2160 | Thursday, May 2, 2019 | 20:00 - 21:07 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190502/-1/7818 |
| Conference Committee on SB25 | Thursday, May 2, 2019 | 20:00 - 21:00 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190502/-1/7817 |
| Conference Committee on HB2248 | Friday, May 3, 2019 | 09:00 - 10:30 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190503/-1/7814 |
| House Judiciary Committee | Friday, May 3, 2019 | 09:00 - 09:28 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190503/-1/7822 |
| Conference Committee - Taxation | Friday, May 3, 2019 | 10:15 - 11:19 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190503/-1/7821 |
| Budget Conference | Friday, May 3, 2019 | 16:37 - 17:04 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190503/-1/7823 |
| Budget Conference | Friday, May 3, 2019 | 18:30 - 18:41 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190503/-1/7824 |
| Conference Committee on SB25 | Friday, May 3, 2019 | 19:25 - 20:00 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190503/-1/7825 |
| Conference Committee on SB25 | Friday, May 3, 2019 | 22:50 - 00:00 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190503/-1/7829 |
| Conference Committee on HB2160 | Sunday, May 5, 2019 | 00:40 - 01:05 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190505/-1/7833 |
| Conference Committee on HB2160 | Sunday, May 5, 2019 | 01:00 - 01:35 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190505/-1/7834 |
| Joint Committee on Administrative Rules and Regs | Tuesday, May 14, 2019 | 12:08 - 13:28 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190514/-1/7780 |
| Senate Judiciary Committee | Tuesday, May 28, 2019 | 14:00 - 15:34 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190528/-1/7840 |
| Joint Committee on Information Technology | Wednesday, May 29, 2019 | 13:00 - 16:50 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190529/-1/7835 |
| Legislative Coordinating Council | Wednesday, May 29, 2019 | 14:00 - 15:17 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190529/-1/7837 |
| State Finance Council | Wednesday, Jun 5, 2019 | 09:00 - 12:30 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190605/-1/7841 |
| Statewide Broadband Expansion Planning Task Force Subcommittee | Wednesday, Jun 19, 2019 | 09:00 - 12:00 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190619/-1/7842 |
| Legislative Coordinating Council | Monday, Jul 1, 2019 | 10:00 - 11:15 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190701/-1/7843 |
| Legislative Coordinating Council | Tuesday, Jul 9, 2019 | 10:00 - 11:15 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190709/-1/7845 |
| Statewide Broadband Expansion Planning Task Force Subcommittee | Friday, Jul 12, 2019 | 09:00 - 12:59 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190712/-1/7846 |
| Statewide Broadband Expansion Planning Task Force Subcommittee | Wednesday, Jul 17, 2019 | 09:00 - 15:30 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190717/-1/7847 |
| Confirmation Oversight Committee | Monday, Jul 22, 2019 | 09:30 - 11:07 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190722/-1/7850 |
| Legislative Coordinating Council | Monday, Jul 29, 2019 | 09:00 - 09:10 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190729/-1/7853 |
| Legislative Post Audit Committee Meeting | Monday, Jul 29, 2019 | 09:00 - 12:11 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190729/-1/7849 |
| Joint Committee on State Building Construction | Friday, Aug 2, 2019 | 09:04 - 13:42 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190802/-1/7861 |
| Joint Committee on Administrative Rules and Regs | Tuesday, Aug 6, 2019 | 10:00 - 16:07 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190806/-1/7852 |
| Legislative Budget Committee | Tuesday, Aug 13, 2019 | 10:00 - 14:43 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190813/-1/7854 |
| Joint Committee on Information Technology | Monday, Aug 19, 2019 | 10:00 - 15:17 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190819/-1/7865 |
| Bob Bethell Joint Committee on Home & Community Based Services & KanCare Oversight | Monday, Aug 26, 2019 | 09:25 - 15:47 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190826/-1/7867 |
| Bob Bethell Joint Committee on Home & Community Based Services & KanCare Oversight | Tuesday, Aug 27, 2019 | 09:00 - 14:29 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190827/-1/7868 |
| Kansas Criminal Justice Reform Commission | Wednesday, Aug 28, 2019 | 13:04 - 16:44 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190828/-1/7869 |
| Governor's Council on Tax Reform | Tuesday, Sep 24, 2019 | 10:00 - 16:15 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190924/-1/7896 |
| Governor's Council on Tax Reform | Wednesday, Sep 25, 2019 | 09:00 - 11:55 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190925/-1/7897 |
| Capitol Preservation Committee | Wednesday, Sep 25, 2019 | 09:30 - 12:23 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190925/-1/7877 |
| Joint Committee on Special Claims Against the State | Thursday, Sep 26, 2019 | 10:00 - 16:07 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190926/-1/7870 |
| Statewide Broadband Expansion Planning Task Force | Thursday, Sep 26, 2019 | 09:00 - 15:02 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190926/-1/7884 |
| Governor's Council on Medicaid Expansion | Monday, Sep 30, 2019 | 10:00 - 14:18 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20190930/-1/7902 |
| Special Committee on Judiciary | Tuesday, Oct 1, 2019 | 09:00 - 16:31 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20191001/-1/7885 |
| Legislative Post Audit Committee | Wednesday, Oct 2, 2019 | 09:00 - 10:50 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20191002/-1/7893 |
| Legislative Budget Committee | Wednesday, Oct 2, 2019 | 10:00 - 16:41 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20191002/-1/7890 |
| Joint Committee on Administrative Rules and Regs | Tuesday, Oct 8, 2019 | 10:00 - 15:32 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20191008/-1/7866 |
| Statewide Broadband Expansion Planning Task Force Subcommittee | Thursday, Oct 10, 2019 | 09:00 - 14:27 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20191010/-1/7894 |
| Governor's Council on Tax Reform | Tuesday, Oct 15, 2019 | 10:00 - 15:41 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20191015/-1/7921 |

| | | | | |
|---|---|---|---|---|
| | Joint Committee on Corrections & Juvenile Justice Oversight | Wednesday, Oct 16, 2019 | 08:00 - 16:38 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20191016/-1/7874 |
| | Governor's Council on Tax Reform | Wednesday, Oct 16, 2019 | 09:00 - 11:28 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20191016/-1/7915 |
| | Statewide Broadband Expansion Planning Task Force | Thursday, Oct 17, 2019 | 09:00 - 15:06 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20191017/-1/7906 |
| | Legislative Coordinating Council Subcommittee on Administration | Thursday, Oct 17, 2019 | 10:00 - 10:40 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20191017/-1/7927 |
| | Joint Committee on Corrections & Juvenile Justice Oversight | Thursday, Oct 17, 2019 | 11:00 - 16:26 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20191017/-1/7899 |
| | Special Committee on Health | Monday, Oct 21, 2019 | 09:00 - 15:10 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20191021/-1/7907 |
| | Joint Committee on Information Technology | Monday, Oct 21, 2019 | 10:00 - 14:14 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20191021/-1/7908 |
| | Joint Committee on Information Technology | Tuesday, Oct 22, 2019 | 09:00 - 14:16 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20191022/-1/7909 |
| | Senate Select Committee on Healthcare Access | Tuesday, Oct 22, 2019 | 10:00 - 16:24 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20191022/-1/7910 |
| | Senate Select Committee on Healthcare Access | Wednesday, Oct 23, 2019 | 09:00 - 15:40 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20191023/-1/7911 |
| | Special Committee on Federal and State Affairs | Wednesday, Oct 23, 2019 | 09:05 - 14:35 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20191023/-1/7922 |
| | Health Care Stabilization Fund Oversight Committee | Thursday, Oct 24, 2019 | 08:30 - 10:45 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20191024/-1/7913 |
| | Kansas Criminal Justice Reform Commission | Monday, Oct 28, 2019 | 13:30 - 16:26 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20191028/-1/7924 |
| | Special Financial Institutions and Insurance Committee | Tuesday, Oct 29, 2019 | 09:03 - 15:37 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20191029/-1/7917 |
| | Governor's Medicaid Expansion Council | Tuesday, Oct 29, 2019 | 10:00 - 14:01 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20191029/-1/7931 |
| | Special Committee on Federal and State Affairs | Wednesday, Oct 30, 2019 | 10:00 - 14:37 | http://sg001-harmony.sliq.net/00287/Harmony/en/PowerBrowser/PowerBrowserV2/20191030/-1/7918 |

## State of Kansas
# Legislative  Administrative  Services

300 SW 10th Ave   Suite 551-S   Topeka, Kansas 66612   Telephone: (785) 296-2391   Fax: (785) 296-1153   TTY: 711   Email: LegServ@las.ks.gov

Thomas A. Day
Director

November 6, 2019

**BY ELECTRONIC MAIL:** chris@sigd.net

Chris Haulmark
600 S. Harrison St., Apt. #11
Olathe, Kansas  66061

Mr. Haulmark,

I have received your Kansas Open Records Act (KORA) request to obtain access to the "archived Audio-only streams." The request is for access to archived "audio-only streams" listed on a 13-page attachment.  The archived-only streams are available for public access from the Kansas Legislature's homepage at www.kslegislature.org,
or specifically at: http://sg001-harmony.sliq.net/00287/Harmony/en/View/Calendar/

Currently, due to the volume and complexity of your request, I have begun determining if any transcripts currently exist, already in written format, for any of the audio streams.

Pursuant to KSA 45-218(d), at this time I cannot provide the information or give you a definitive answer on your request due to its sheer volume and complexity, as I continue to evaluate and review.  I will remain in correspondence with you by November 15, 2019, the close of business, to advise on your KORA request.  The additional requests in your letter dated November 1, 2019, will be responded to separately.

Sincerely,

Thomas A. Day

### State of Kansas
# Legislative Administrative Services

300 SW 10th Ave   Suite 551-S   Topeka, Kansas 66612   Telephone: (785) 296-2391   Fax: (785) 296-1153   TTY: 711   Email: LegServ@las.ks.gov

Thomas A. Day
Director

November 15, 2019

**BY ELECTRONIC MAIL:** chris@sigd.net
Chris Haulmark
600 S. Harrison St., Apt. #11
Olathe, Kansas   66061

Mr. Haulmark,

This letter is a follow-up to the November 6, 2019 response to you regarding your Kansas Open Records Act ("KORA") request dated November 1, 2019.   In your request, you wish to obtain the audio-only streams on the 13-page, single-spaced list that was provided in your request. You also request professional transcription of those streams.

As to your request, KORA does not require copies of these streams to be produced as stated in K.S.A. 45-219(a).  The second part of your request, to provide professional transcriptions of hundreds of committee meetings at an approximate minimum cost of $2.45 per minute, for approximately 62,528 minutes of recording, totals at least $153,194. This is a significant cost.  In relevant part, K.S.A. 45-218(e) states: "The custodian may refuse to provide access to a public record, or to permit inspection, if a request places an unreasonable burden in producing public records or if the custodian has reason to believe that repeated requests are intended to disrupt other essential functions of the public agency." I respectfully request that you clarify if indeed you want all meetings listed or if you can specify meetings from the list of particular interest to you which you would like transcribed so that we may consider that request.

While the November 1, 2019, request for hundreds of committee meeting transcriptions under KORA is denied, we would be happy to consider a narrowed request for committee meetings of particular interest to you.  We will continue to evaluate and review your request under the auspices of Title II of the Americans with Disabilities Act.

Your November 1, 2019 letter also requests captioning of future live streams beginning with the 2020 Legislative sessions for both Kansas House of Representatives and the Kansas Senate and committees. We did not interpret this portion of your request to be pursuant to the KORA.  This matter was under evaluation and review prior to our receipt of your November 1, 2019 letter. That process of evaluation and review will continue, with the assistance of State ADA Coordinator Anthony Fadale.  It is anticipated that input will be invited from the Kansas Commission for the Deaf and Hard of Hearing, as well as the public.

We would like to meet with you to further discuss your concerns if mutually agreeable arrangements can be made. We will reach out to you in the near future to discuss this matter further.

We look forward to working with you on this matter.

Sincerely,

Thomas A. Day

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

CHRIS HAULMARK,                          )
                                         )
                    Plaintiff,           )
                                         )
v.                                       )          Case. No. 20-cv-4084-EFM-TJJ
                                         )
                                         )
STATE OF KANSAS, et al.,                 )
                                         )
                    Defendants.          )
_____)

**Day Exhibit M**

January 31, 2020 Email from Haulmark

14

Day Exhibit M

| | |
|---|---|
| **From:** | Tom Day |
| **To:** | "Chris Haulmark" |
| **Cc:** | anthony.fadale@ks.gov; Robert Cooper [DCF]; Kim Anderson KAD President; Chriz Dally |
| **Bcc:** | Gordon Self; "Willoughby, M J." |
| **Subject:** | RE: Seeking Update... |
| **Date:** | Friday, January 31, 2020 4:47:07 PM |

Chris,

We have been testing two software applications that are used to override captioning provided by YouTube.  My information technology staff's testing on one application should be completed by Monday evening, and the second application is currently under testing.  Accuracy levels are promising so far, however, as I have stated previously, 100% accuracy may never be achieved by any software or licensed, certified stenographer.  We will always strive to be compliant with any software or certified ASL interpreter, with the highest grade of accuracy.  In addition, as you know, even some certified ASL interpreters may not meet the needs of the individual being signed for.

We are continuing our process for the planning and coordination, as I have been directed by legislative leadership, for accessibility to everyone.  In particular, consultation and proper planning, takes time, as we have discussed previously, including the involvement of the Kansas Commission for the Deaf and Hard of Hearing, as well as the State's ADA coordinator.

Hope you have a nice weekend.

Tom

---

**From:** Chris Haulmark <chris@sigd.net>
**Sent:** Friday, January 31, 2020 3:15 PM
**To:** Tom Day <Tom.Day@las.ks.gov>
**Cc:** anthony.fadale@ks.gov; Robert Cooper [DCF] <Robert.Cooper@ks.gov>; Kim Anderson KAD President <president@deafkansas.org>; Chriz Dally <chrizdally@gmail.com>
**Subject:** Seeking Update...

> EXTERNAL: This email originated from outside the organization. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Hello Tom Day,

I'm emailing you to see if there are any updates on the progress of those streaming videos on the Youtube Channel for Kansas Legislature, to be 100% accurate with captions and for the audio streaming channels to be 100% accurate with captions for the Kansas Legislature to be in compliant with the Americans with Disabilities Act, The Rehabilitation Act, and Kansas laws in order to be effectively accessible for me and other Deaf people.

Please let me know.

Looking forward to hearing from you soon.

Chris Haulmark

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

CHRIS HAULMARK,                          )
                                         )
                    Plaintiff,           )
                                         )
v.                                       )          Case. No. 20-cv-4084-EFM-TJJ
                                         )
                                         )
STATE OF KANSAS, et al.,                 )
                                         )
                    Defendants.          )
_____)

**Day Exhibit N**

Kansas Legislature Proceedings Due to COVID

Day Exhibit N

STATE OF KANSAS
HOUSE OF REPRESENTATIVES



**REP. RON RYCKMAN**
SPEAKER OF THE HOUSE

**FOR IMMEDIATE RELEASE**
**January 4, 2021**

## House implements additional safety protocols for 2021 legislative session

House Speaker Ron Ryckman (R-Olathe) today announced additional safety protocols being implemented to help mitigate the spread of COVID-19 in the Capitol when the Legislature convenes for the 2021 session.

"While we can't entirely prevent infection until the vaccine is more widely available, we're going to do what we can to keep Capitol employees, legislators and their families safe," said Ryckman. "That's the goal behind these additional safety measures."

The Statehouse already operates with a mask guideline, hand-sanitizing stations and temperature checks, protocols that were put in place by the state earlier this year.

The House's added protocols address committee meetings, the House chamber, House floor voting, and protection of public access to legislative activity. The changes are based on guidance that legislative leadership had requested last month from the University of Kansas Health System. New protocols being implemented include:

- Installing technology for Webex streaming in all 13 committee rooms
- Transitioning House committees to be paperless with online access to documents
- Social distancing of legislators on the House floor by utilizing House galleries to space members at least 6 feet apart
- Providing the option for stakeholders and members of the public to testify before committees remotely
- Implementing an electronic voting system for floor votes so that House members can securely vote from the House gallery and floor while maintaining appropriate distancing
- Making ongoing COVID-19 testing available for legislators and staff, and
- Providing masks for all House members

"If there's a silver lining in all this for the Legislature, it's that we were able to jumpstart many of things we've wanted to do to increase online access to the process," said Ryckman. "Hopefully these added protocols will allow the legislative process to operate safely while still remaining accessible and transparent to the Kansans we're here to serve."

***See attached handout for a full listing of new House safety protocols.***

## Existing Statehouse Protocols



**MASKS**

Statehouse guidelines regarding masks already in place



**HANDWASHING**

Hand sanitizing stations maintained throughout Statehouse



**TEMP CHECKS**

Temperature check machines already in place at Statehouse entry



**LIMITED ACCESS**

Building access limited to legislative business, otherwise by remote access

# HOUSE SESSION COVID SAFETY PROTOCOLS

## Added Committee Safety Protocols



**COMMITTEE SPACING**

Committee members spaced 6ft apart with option to attend meetings virtually



**REMOTE TESTIMONY**

Option for stakeholders and members of the public to testify before committees remotely



**PAPERLESS COMMITTEES**

Transition to paperless committees with all documents available to legislators & public online



**INCREASED VENTILATION**

Committee room doors to remain open for increased ventilation



**WEBEX STREAMING**

Webex technology and streaming in all committee rooms via the legislative website



**ADDED CLEANING**

Increased cleaning & sanitizing between committee meetings

## Added House Floor Safety Protocols



**MASKS**

Masks will be provided to House members and strongly encouraged per Statehouse policy



**DISTANCING**

Members will be seated 6ft apart and spaced throughout the House chamber and galleries



**LIVESTREAMING**

All House floor action will continue to be streamed daily on Youtube for public access



**E-VOTING**

Electronic voting system on state-issued laptops for House members to cast floor votes



**CLEANING**

Increased cleaning & sanitizing of the House chambers throughout the day



**COVID TESTING**

Ongoing option for legislators and staff to be tested for COVID-19