# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **CHRIS HAULMARK**, | ) |
| Plaintiff, | ) |
| V. | ) |
| **STATE OF KANSAS**, | ) |
| **LEGISLATIVE ADMINISTRATIVE** | ) |
| **SERVICES**, | ) |
| and | ) Civil Action No. 5:20-cv-04084-EFM-TJJ |
| **TOM DAY**, in his official capacity as | ) |
| Director of Legislative Administrative | ) |
| Services, | ) |
| Defendants. | ) |
| _____ | ) |

### MOTION FOR EXTENSION OF TIME FOR REPLY

Plaintiff Chris Haulmark, appearing *pro se*, respectfully files this Motion to extend the time to reply to the Response in Opposition to Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction submitted by Defendant State of Kansas, Defendant Kansas Senate, and Kansas House of Representatives. (Docket No. 14) The following statements are:

1. The Complaint in the above captioned matter was filed on December 16, 2020 to seek damages, including compensatory damages, equitable relief, including declaratory and injunctive relief, award of attorney fees if counsel is ever retained by Plaintiff Haulmark, and expenses of court against the named Defendants, alleging ongoing and repeating violations of Title II of the Americans with Disabilities Act, 42 U.S.C. § 12131-12134 et seq. (hereinafter "ADA").

2. Current deadline date for the reply is February 18, 2021. This has not expired, yet.

3. Plaintiff Haulmark has not requested for any previous extensions.

4. The Defendants are unopposed to this request.

5. Good cause exists for this motion. The Defendants submitted thirty pages of the Response in Opposition to Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction and attached over 200 pages of exhibits. This requires Plaintiff Haulmark extra time to read and process all what has been submitted. There will be difficulty for Plaintiff Haulmark to create a reply with references to the unnumbered paragraphs of the Defendants' Response in Opposition. Additionally, Plaintiff Haulmark is dealing with personal issues in regards to his children attending Olathe school that has and will take up most of his time.

6. The requested extra time for Plaintiff Haulmark will provide him more time to file an articulating reply to the Defendants' lengthy Response in Opposition.

7. Plaintiff Haulmark respectfully requests for 14 extra days to March 11th.

WHEREFORE, Plaintiff Haulmark respectfully requests that this Court, pursuant to Federal Rule 6(b) of Civil Procedure, grant this Motion to extend the time to reply to the Response in Opposition to Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction.

----------------------------------------------------------------

Respectfully submitted this 12th of February

/s/ChrisHaulmark
PLAINTIFF, *pro se*
chris@sigd.net
600 S. Harrison St
Apt #11
Olathe, KS 66061
512-366-3981

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th of February, a true and correct copy of the above and foregoing document was sent via email as an attached file in format of PDF to the clerk of the U.S. District Court for the District of Kansas and a copy with postage prepaid was placed in mail of the U.S. Mail to the following:

> M.J. Willoughby
> Assistant Attorney General
> 120 S.W. 10th, 2nd Floor
> Topeka, KS 66612

/s/ChrisHaulmark
PLAINTIFF, *pro se*