IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CHRIS HAULMARK,                       )<br>　　　　　Plaintiff,               )<br>                                       )<br>v.                                     )<br>                                       )<br>                                       )<br>STATE OF KANSAS, et al.,               )<br>　　　　　Defendants.             )<br>                                       ) | Case. No. 20-cv-4084-EFM-TJJ |

**MOTION TO DISMISS OR IN THE ALTERNATIVE
FOR SUMMARY JUDGMENT**

The State of Kansas and Legislative Administrative Services move the Court for an Order dismissing this lawsuit, pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) or, in the alternative, for summary judgment as per Fed. R. Civ. P. 56. As per D. Kan. 7.1 and 7.6, a memorandum in support of the motion is submitted herewith. A Notice to Pro Se Litigant is also being filed and served herewith as per D. Kan. 56.1(f).

The Court lacks jurisdiction to consider Plaintiff's Complaint as it fails to contain facts clearly demonstrating standing and a justiciable case or controversy within the limited Article III jurisdiction of this Court, particularly for the mandatory prospective injunctive and declaratory relief sought. The Complaint also fails to state a plausible claim of discrimination under Title II of the ADA or a basis for damages.

WHEREFORE the State of Kansas and Legislative Administrative Services respectfully request that this action against them be dismissed or in the alternative, that summary judgment be granted in their favor.

Respectfully submitted,

OFFICE OF ATTORNEY GENERAL
DEREK SCHMIDT

/s M.J. Willoughby
M.J. Willoughby, KS 14059
Assistant Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
Phone: (785) 296-2215
Fax: (785) 291-3767
Email: MJ.Willoughby@ag.ks.gov
*Attorney for State of Kansas, Legislative Administrative Services*

## CERTIFICATE OF SERVICE

I certify that on February 22, 2021, the foregoing was electronically filed with the clerk of the court using the CM/ECF system, which will send a notice of electronic filing to all participants, and a copy served upon Plaintiff by first-class mail postage prepaid addressed to:

Chris Haulmark, 600 S. Harrison St., Apt. # 11, Olathe, KS 66061, Plaintiff pro se.

/s M.J. Willoughby
M.J. Willoughby
Assistant Attorney General