AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 20-cv-4084-EFM-TJJ

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Tom Day, Director of Legislative Administrative Services__ was received by me on *(date)* __02/16/2021__ .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* __M.J. Willoughby, Assistant Attorney General__, who is designated by law to accept service of process on behalf of *(name of organization)* __Tom Day as the Director of Legislative Administrative Services__ on *(date)* __02/16/2021__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __02/25/2021__

*Server's signature*

Chris Haulmark
*Printed name and title*

600 S. Harrison St., Apt 11
Olathe, KS 66061
*Server's address*

Additional information regarding attempted service, etc: