

**UNITED STATES POSTAL SERVICE**

```
              OLATHE
         110 N CHESTNUT ST
        OLATHE, KS 66061-9998
            (800)275-8777
02/12/2021                         10:28 AM
-------------------------------------------
Product              Qty      Unit     Price
                              Price
-------------------------------------------
First-Class Mail®     1                $1.60
Large Envelope
    Topeka, KS  66612
    Weight: 0 lb 3.80 oz
    Estimated Delivery Date
        Tue 02/16/2021
    Certified Mail®                    $3.60
        Tracking #:
            70201290000153417190
    Return Receipt                     $2.85
        Tracking #:
            9590 9402 6086 0125 7677 41
Total                                  $8.05
-------------------------------------------
Grand Total:                           $8.05
-------------------------------------------
Credit Card Remitted                   $8.05
    Card Name: MasterCard
    Account #: XXXXXXXXXXXX0876
    Approval #: 13219P
    Transaction #: 216
    AID: A0000000041010           Chip
    AL: Mastercard
    PIN: Not Required         Mastercard
-------------------------------------------

***********************************************
USPS is experiencing unprecedented volume
    increases and limited employee
    availability due to the impacts of
COVID-19. We appreciate your patience.
***********************************************

In a hurry? Self-service kiosks offer
 quick and easy check-out. Any Retail
        Associate can show you how.

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
            1-800-222-1811.

         Preview your Mail
         Track your Packages
          Sign up for FREE @
         www.informeddelivery.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
      Thank you for your business.

        Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,
```



```
        or call 1-800-410-7420.
```

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   MJ Willoughby
   Assistant Attorney General
   120 S.W. 10th 2nd floor
   Topeka, KS 66612

   9590 9402 6086 0125 7677 41

2. Article Number (Transfer from service label)

   7020 1290 0001 5341 7190

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  Received                ☐ Agent
                              ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
   General                       FEB 16 2021

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Adult Signature                ☐ Priority Mail Express®
   ☐ Adult Signature Restricted Delivery  ☐ Registered Mail™
   ☐ Certified Mail®                ☐ Registered Mail Restricted Delivery
   ☐ Certified Mail Restricted Delivery   ☐ Return Receipt for Merchandise
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery  ☐ Signature Confirmation
   ☐ Insured Mail                   ☐ Signature Confirmation Restricted Delivery
   ☐ Insured Mail Restricted Delivery
     (over $500)

Domestic Return Receipt