# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **CHRIS HAULMARK**, ) | |
| Plaintiff, ) | |
| V. ) | |
| **STATE OF KANSAS**, ) | |
| **LEGISLATIVE ADMINISTRATIVE** ) | |
| **SERVICES**, ) | |
| and ) | Civil Action No.  5:20-cv-04084-EFM-TJJ |
| **TOM DAY**, in his official capacity as ) | |
| Director of Legislative Administrative ) | |
| Services, ) | |
| Defendants. ) | |
| _____ ) | |

### NOTICE OF WITHDRAWAL OF MOTION TO STRIKE

COMES NOW Plaintiff Chris Haulmark, appearing *pro se*, hereby respectfully withdraws his pending Motion to Strike [Docket No. 12] filed on January 28, 2021 as Tom Day has been served on February 16, 2021. [Docket No. 21]

----------------------------------------------------------------

| | |
|---|---|
| Respectfully submitted this 25th of February | /s/ChrisHaulmark<br>PLAINTIFF, *pro se*<br>chris@sigd.net<br>600 S. Harrison St<br>Apt #11<br>Olathe, KS 66061<br>512-366-3981 |

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th of February, a true and correct copy of the above and foregoing document was sent via email as an attached file in format of PDF to the clerk of the U.S. District Court for the District of Kansas and a copy with postage prepaid was placed in mail of the U.S. Mail to the following:

>M.J. Willoughby
>Assistant Attorney General
>120 S.W. 10th, 2nd Floor
>Topeka, KS 66612

/s/ChrisHaulmark
PLAINTIFF, *pro se*