IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CHRIS HAULMARK, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case. No. 20-cv-4084-EFM-TJJ |
| ) | |
| ) | |
| STATE OF KANSAS, et al., ) | |
| Defendants. ) | |
| ) | |

**MOTION TO DISMISS**

Tom Day, Director of the Office of Legislative Administrative Services, sued in his official capacity, respectfully moves the Court for an Order dismissing this lawsuit against him, pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6).

The Court lacks jurisdiction to consider Plaintiff's Complaint as it fails to contain facts clearly demonstrating standing and a justiciable case or controversy within the limited Article III jurisdiction of this Court, particularly for the mandatory prospective injunctive and declaratory relief sought against Tom Day. The Complaint also fails to state a claim for prospective injunctive relief against Day within the narrow exception to Eleventh Amendment immunity provided by *Ex parte Young*.[1]

In addition to the jurisdictional defects, the Complaint fails to state a plausible claim of discrimination under Title II of the Americans with Disabilities Act ("ADA") as

---

[1] 209 U.S. 123 (1908).

1

to Tom Day as elaborated upon in the Memorandum submitted herewith as per D. Kan. 7.1 and 7.6.

WHEREFORE Tom Day, Director of Legislative Administrative Services, sued in his official capacity, respectfully requests that this action against him be dismissed.

>Respectfully submitted,
>
>OFFICE OF ATTORNEY GENERAL
>DEREK SCHMIDT
>
>/s M.J. Willoughby
>M.J. Willoughby, KS 14059
>Assistant Attorney General
>120 SW 10th Avenue, 2nd Floor
>Topeka, Kansas 66612-1597
>Phone: (785) 296-2215
>Fax: (785) 291-3767
>Email: MJ.Willoughby@ag.ks.gov
>*Attorney for Tom Day, Director, LAS*
>*Sued in his Official Capacity Only*

## CERTIFICATE OF SERVICE

I certify that on March 10, 2021, the foregoing was electronically filed with the clerk of the court using the CM/ECF system, which will send a notice of electronic filing to all participants, and a copy served upon Plaintiff by first-class mail postage prepaid addressed to:

Chris Haulmark, 600 S. Harrison St., Apt. # 11, Olathe, KS 66061, Plaintiff pro se.

>/s M.J. Willoughby
>M.J. Willoughby
>Assistant Attorney General