**Index to Exhibits to Day Declaration**

**Exhibit A:** Dec. 19, 2019 LCC Resolution

**Exhibit B:** Joint Legislative Budget Comm. Materials for Kansas Virtual Statehouse Project

**Exhibit C:** Sept. 16, 2020, LCC presentation for Kansas Virtual Statehouse Project

**Exhibit D:** Minutes for Sept. 16, 2020 LCC approval of KS VSP

**Exhibit E:**  Request for Proposals KS VSP

**Exhibit F:**  World Wide Technology Response to RFP

**Exhibit G:**  Documentation relating to LCC's Nov. 19, 2020 Approval of KS VSP

**Exhibit H:** Contract for KS VSP

**Exhibit I:**  ADA Policy, Kansas Legislature

**Exhibit J:** [Intentionally Omitted from this Declaration]

**Exhibit K:** [Intentionally Omitted from this Declaration]

**Exhibit L:**  November 19, 2019 KORA Request from Haulmark with attachments
November 6, 2019 and November 15, 2019, Responses from Day