# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **CHRIS HAULMARK**, | ) |
| Plaintiff, | ) |
| V. | ) |
| **STATE OF KANSAS**, | ) |
| **LEGISLATIVE ADMINISTRATIVE** | ) |
| **SERVICES**, | ) |
| and | ) Civil Action No.  5:20-cv-04084-EFM-TJJ |
| **TOM DAY**, in his official capacity as | ) |
| Director of Legislative Administrative | ) |
| Services, | ) |
| Defendants. | ) |
| _____ | ) |

### MOTION FOR EXTENSION OF TIME FOR REPLY

Plaintiff Chris Haulmark, appearing *pro se*, respectfully files this Motion to extend the time to reply to the Motion to Dismiss, or in the alternative, for Summary Judgment submitted by two Defendants-- State of Kansas and Legislative Administrative Services -- filed on February 22, 2021. (See Defendants' Motion to Dismiss) (Docket No. 18) (hereinafter "Movants' Motion") The following statements are:

    1.    The Complaint in the above captioned matter was filed on December 16, 2020 to seek damages, including compensatory damages, equitable relief, including declaratory and injunctive relief, award of attorney fees if counsel is ever retained by Plaintiff Haulmark, and expenses of court against the named Defendants, alleging ongoing and repeating violations of Title II of the Americans with Disabilities Act, 42 U.S.C. § 12131-12134 et seq. (hereinafter "ADA").

    2.    Current deadline for this Response is March 15, 2021. This has not yet expired.

3. Haulmark has previously requested and received an extension.

4. The two Defendants are unopposed to this request.

5. Good cause exists for this motion. Plaintiff Haulmark has completed approximately 90% of this Response. The spring break for Olathe school district has begun this week. As a single father, Plaintiff Haulmark has two children living with him during the first half of the week. It has been difficult to complete this Response over the weekend.

6. The requested extra time for Plaintiff Haulmark will help him to complete this Response when he's free of his children after Wednesday.

7. Plaintiff Haulmark respectfully requests for 4 extra days to March 19th.

WHEREFORE, Plaintiff Haulmark respectfully requests that this Court, pursuant to Federal Rule 6(b) of Civil Procedure, grant this Motion to extend the time to reply to the Motion to Dismiss, or in the alternative, for Summary Judgment.

----------------------------------------------------------------

Respectfully submitted this 15th of March

/s/ChrisHaulmark
PLAINTIFF, *pro se*
chris@sigd.net
600 S. Harrison St
Apt #11
Olathe, KS 66061
512-366-3981

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th of March, a true and correct copy of the above and foregoing document was sent via email as an attached file in format of PDF to the clerk of the U.S. District Court for the District of Kansas and a copy with postage prepaid was placed in mail of the U.S. Mail to the following:

M.J. Willoughby
Assistant Attorney General
120 S.W. 10th, 2nd Floor
Topeka, KS 66612

/s/ChrisHaulmark
PLAINTIFF, *pro se*