# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **CHRIS HAULMARK**, | ) |
| Plaintiff, | ) |
| V. | ) |
| **STATE OF KANSAS**, | ) |
| **LEGISLATIVE ADMINISTRATIVE** | ) |
| **SERVICES**, | ) |
| and | ) Civil Action No.  <u>5:20-cv-04084-EFM-TJJ</u> |
| **TOM DAY**, in his official capacity as | ) |
| Director of Legislative Administrative | ) |
| Services, | ) |
| Defendants. | ) |
| | ) |

### INDEX OF EXHIBITS

<u>Exhibit #1</u>:   Affidavit by Plaintiff Chris Haulmark
<u>Exhibit #2</u>:   2018 Kansas Legislation Tracker