# EXHIBIT #1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **CHRIS HAULMARK**, | ) |
| Plaintiff, | ) |
| V. | ) |
| **STATE OF KANSAS**, | ) |
| **LEGISLATIVE ADMINISTRATIVE** | ) |
| **SERVICES**, | ) |
| and | ) Civil Action No.  5:20-cv-04084-EFM-TJJ |
| **TOM DAY**, in his official capacity as | ) |
| Director of Legislative Administrative | ) |
| Services, | ) |
| Defendants. | ) |
| _____ | ) |

### AFFIDAVIT BY PLAINTIFF CHRIS HAULMARK

I, Chris Haulmark, being first duly sworn upon my oath, depose, and say,

1. As the Plaintiff in the above-entitled action, I commenced a civil action against three of the Defendants in the United States District Court for the District of Kansas by filing a Complaint on December 16, 2020. (See *Complaint*) (Docket No. 1)

2. The caption of this case names three Defendants-- State of Kansas, Legislative Administrative Services, and Tom Day in his official capacity as Director of Legislative Administrative Services.

3. I am a resident of Olathe, Johnson County, Kansas.

# EXHIBIT #1

4. I am deaf since the age of one year old. More specifically, I am culturally-Deaf, and bilingual in both American Sign Language (ASL) and written English.

5. I watch videos on internet-equipped devices with the assistance of captioning. When a transcript is available, I am able to access audio-only content.

6. Since real-time captioning and transcripts have been provided since the early 1990s, I grew up watching the C-SPAN channel to keep track of the congressional members, executive agencies, and many other governmental activities.

7. The current automatic machine-generated captioning, available for some videos, on the Kansas Legislature's Youtube Channel, frequently contains errors and omissions that make it difficult or impossible for me to understand the information being provided in the legislative proceedings.

8. I am not employed with or under the care of the Defendants.

9. I have been participating in the political process for over two decades as a contributing constituent.

10. I am known throughout the communities within and surrounding the County of Johnson in Kansas as a community leader.

11. I was a congressional candidate for the Third Congressional District of Kansas between May, 2017 to January, 2018.

12. I was a state representative candidate between February, 2018, and November, 2018.

# EXHIBIT #1

13. My passion in the political process comes from wanting to make this world better for future Deaf generations. As a Deaf role model with a national following, I share my knowledge of civics/politics, experiences as a political leader, and other messages in American Sign Language to encourage members of the Deaf community to be more involved in democracy, especially when it comes to the fight for recognition of the Deaf community's needs in our beloved country.

14. I've noticed that during the year of 2018, the audio-only content of the legislative proceedings being streamed on the Kansas Legislature's website are not accessible to the individuals with a hearing disability.

15. During the year of 2018, I've noticed that the Kansas Legislature's Youtube Channel only had videos of the Kansas House and Kansas Senate chambers. There were not any videos of legislative proceedings, conducted in the committee rooms, on this Youtube Channel during that period. These available videos did not have real-time captioning and their captioning are inaccurate and unintelligible.

16. I collaborated on a spreadsheet to track 2018 Kansas legislative activities in order to advocate for my communities, however, I was unable to continue updating this spreadsheet when I learned that the legislative proceedings were streamed as audio only. (See the attached Exhibit #2)

17. I share my political views on Facebook and YouTube[1], which are in both American Sign Language and include subtitles in both English and Spanish. However, I cannot access the legislative proceedings conducted by the Kansas Legislature, so I cannot share my views on this process on these social media platforms.

---

[1] Haulmark for Kansas, https://www.youtube.com/channel/UCDgn7b-ZC8hYdJC6haWj9gg/videos

# EXHIBIT #1

18. Since January 2019, I have repeatedly requested real-time captioning and transcripts from the Defendants to access their legislative proceedings.

19. The Defendants continued to refuse to enable the function of real-time captioning for their audiovisual content.

20. I created the list of the meetings containing hundreds of the legislative proceedings in the form of audio-only content to be attached with the November 2019 letter containing the Kansas Open Records Act request for Defendant Tom Day. It took me at least four days to create that list by hand.

21. The Defendants denied all of my requests for the transcriptions to be produced and furnished for all of the audio recordings of the legislative proceedings available on the Kansas Legislature's website. A request of a transcript for a single meeting was denied after being told to provide a particular bill of interest, committee meeting, or any other legislative element.

22. For the last three years, it has been and is currently very distressing to experience the rejection of participating in the democratic process of the state government solely because I am Deaf. Many acquaintances and colleagues, who do not have a hearing disability, are learning through the actions of the Kansas State Legislature that it is acceptable for Deaf people, including me, to be outright rejected from participating in the democratic process. These experiences make me feel helpless, inadequate, and impotent.

23. Daily, friends and colleagues share about the legislative proceedings on social media and in other public spaces, and yet they are inaccessible to me. My source of legislative activity is very limited which consists of media news outlets and what friends

# EXHIBIT #1

and colleagues choose to share. Because of this discriminatory intent by the state government, I feel valueless and unworthy to be a political leader simply because of my hearing disability.

24. As an individual without any formal legal training and experience, it is frustrating and exhausting standing by myself battling my own state's government just so I would be able to participate in the legislative proceedings as a member of the public and, hopefully sometime in the future, as an elected member of a public office.

25. If the state government had already implemented accessible online broadcasting services for individuals with hearing disabilities years ago as required under Title II of the Americans with Disabilities Act, I would not have experienced the hardships, frustrations, and setbacks I have had over the last three years. Perhaps, I could have been serving people from an elected office at this point.

26. I have written all the letters of request for communication accessibility, as well as all the legal filings. Everything I have written and filed in this case is true, to the best of my knowledge.

**Pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury that the foregoing is true and correct.**
-----------------------------------------------------------------

Respectfully submitted this 19th of March

/s/ChrisHaulmark
PLAINTIFF, *pro se*
chris@sigd.net
600 S. Harrison St
Apt #11
Olathe, KS 66061
512-366-3981