PROPOSED MINUTES

LEGISLATIVE COORDINATING COUNCIL

April 8, 2020

Members participating:

Speaker Ron Ryckman, Chairperson
President Susan Wagle, Vice Chairperson
Representative Dan Hawkins, Majority Leader (teleconference)
Representative Blaine Finch, Speaker Pro Tem (teleconference)
Representative Tom Sawyer, Minority Leader
Senator Jim Denning, Majority Leader (teleconference)
Senator Anthony Hensley, Minority Leader (teleconference)

The meeting was called to order by Chairperson Ron Ryckman at 2:00 p.m. in Room 548-S, Statehouse.

1. Pursuant to House Concurrent Resolution No. 5025 and in response to executive orders issued by Governor Kelly, Chairperson Ryckman called this Legislative Coordinating Council (LCC) meeting, as Chairperson of the LCC, to review Executive Order No. 20-18 that temporarily prohibits mass gatherings of more than 10 people. The legislature unanimously tasked the LCC with reviewing executive orders and members must meet to fulfill this responsibility. Pursuant to HCR No. 5025, Chairperson Ryckman consulted with the Attorney General and other parties, and has determined that such order is an exercise of the powers listed in K.S.A. 2019 Supp. 48-925(c)(2), (c)(4), (c)(7), (c)(8) or (c)(11).

Chairperson Ryckman recognized Mr. Tom Day, Director of Legislative Administrative Services, who stated the following:

- House Concurrent Resolution No. 5025 is available on the Legislature's official website at http://www.kslegislature.org and Executive Order No. 20-18 is available on the Governor's official website at https://governor.kansas.gov/newsroom/executive-orders/
- Due to health and safety concerns, members of the public are not in attendance at this meeting but full access to this meeting is being conducted by medium of interactive communication allowing members of the public, without cost, to listen to the meeting through the use of live stream audio broadcasting on the internet and teleconference, as available. The audio link can be reached by: http://www.kslegislature.org selecting the Audio/Video link, then Statehouse Live & Archive.
- The agenda for this meeting has been posted on the KS Legislature website, was included with the notice of the meeting and may be requested from the Office of Revisor of Statutes, using the Office of Revisor of Statutes official website at http://ksrevisor.org . Any other documents presented during this meeting will be available on the website and from the Office of Revisor of Statutes.
- This meeting of the Legislative Coordinating Council is exempt from the prohibitions of EO 20-14 pursuant to paragraph 2.a. of such order, and being held in conformity with EO 20-16.

- Each member of the LCC and staff will state their name and title, each time the individual begins speaking or voting so that the individual can be readily identified by remote listeners.
- All participants are required to ensure that microphones, phones, or other electronic devices are muted when the participants are not speaking so that the ability of remote listeners or observers to hear the proceedings is not unnecessarily impeded.
- Public comment will not be allowed at this meeting.
- During this LCC meeting, the council will not recess to a closed or executive meeting pursuant to K.S.A. 75-4319, and amendments thereto.
- Each motion, if any, will be clearly stated before the LCC votes and the Chairperson will announce the results of the final vote.
- The Chairperson will be permitted to sign any binding document for the LCC.
- Audio will be available on the Legislature's official website within 30 minutes of the adjournment of the meeting for members of the public to review.

Chairperson Ryckman recognized Ms. Jill Wolters, First Assistant Revisor of Statutes, who reviewed Executive Order No. 20-18.

Following the review by Ms. Wolters of the executive order, Chairperson Ryckman asked for any questions and comments from members of the Council and others.

The Council received comments from Mr. Clay Britton, Chief Legal Counsel for the Governor, Dr. Lee Norman, Secretary of Health and Environment and Mr. Will Lawrence, Chief of Staff for the Governor. The Council discussed constitutional and legal concerns related to Executive Order No. 20-18. Representative Dan Hawkins moved that pursuant to 2020 House Concurrent Resolution No. 5025 the Legislative Coordinating Council revoke Executive Order No. 20-18. Vice Chairperson Susan Wagle seconded the motion. The motion carried. Senator Anthony Hensley and Representative Tom Sawyer voted no and requested to be recorded as so voting.

Upon completion of the business before the LCC, the meeting was adjourned.

Prepared by

Gordon L. Self
Revisor of Statutes
as Secretary

Approved by

_____

Speaker Ron Ryckman
Chairperson of the LCC