IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CHRIS HAULMARK, ) | |
| Plaintiff, ) | |
| v. ) | Case. No. 20-cv-4084-EFM-TJJ |
| ) | |
| STATE OF KANSAS, et al., ) | |
| Defendants. ) | |
| ) | |

**NOTICE OF FILING AMENDED DECLARATION**

Notice is hereby given that the Declaration of Thomas A. Day dated April 2, 2021 attached as Exhibit A to the Reply in Support of the Motion to Dismiss filed by the State of Kansas and Legislative Administrative Services (Doc. 33-1), and the Reply in Support of the Motion to Dismiss filed by Tom Day (Doc. 34-1) is amended as reflected in the attached Amended Declaration. The Amended Declaration corrects a date stated in the last paragraph of the first page of the original Declaration which should be April 10, not April 6. The undersigned apologizes for the error.

Respectfully submitted,

OFFICE OF ATTORNEY GENERAL
DEREK SCHMIDT

/s M.J. Willoughby
M.J. Willoughby, KS 14059
Assistant Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
Phone: (785) 296-2215l Fax: (785) 291-3767
Email: MJ.Willoughby@ag.ks.gov
*Attorney for Defendants*

1

## CERTIFICATE OF SERVICE

I certify that on April 9, 2021, the foregoing was electronically filed with the clerk of the court using the CM/ECF system, which will send a notice of electronic filing to all participants, and a copy served upon Plaintiff by first-class mail postage prepaid addressed to: Chris Haulmark, 600 S. Harrison St., Apt. # 11, Olathe, KS 66061, Plaintiff pro se.

/s M.J. Willoughby
M.J. Willoughby
Assistant Attorney General