# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CHRIS HAULMARK | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Case. No. 20-CV-4084-EFM-TJJ |
| | ) |
| STATE OF KANSAS, et al., | ) |
| | ) |
|     Defendants. | ) |
| | ) |

## WITHDRAWAL OF COUNSEL AND
## ENTRY OF APPEARANCE OF SUBSTITUTED COUNSEL

Pursuant to D. Kan. Rule 83.5.5(c), Assistant Attorney General M.J. Willoughby hereby withdraws as counsel of record for Defendants State of Kansas, Legislative Administrative Services and Tom Day in his official capacity as Director of Legislative Administrative Services. Further, Arthur S. Chalmers, Assistant Attorney General/Trial Counsel hereby enters his appearance as substituting counsel of record for State of Kansas and Legislative Administrative Services.

    Respectfully submitted,

    OFFICE OF ATTORNEY GENERAL
    DEREK SCHMIDT

    */s M.J. Willoughby*
    M.J. Willoughby, KS 14059
    Assistant Attorney General
    120 SW 10th Avenue, 2nd Floor
    Topeka, Kansas 66612-1597
    Phone: (785) 296-2215
    Fax: (785) 291-3767
    Email: MJ.Willoughby@ag.ks.gov

*Withdrawing Attorney for State of Kansas, Legislative Administrative Services and Tom Day, in his official capacity as Director of Legislative Administrative Services*

OFFICE OF ATTORNEY GENERAL
DEREK SCHMIDT

*/s Arthur S. Chalmers*
Arthur S. Chalmers, KS S. Ct. #11088
Assistant Attorney General/Trial Counsel
120 SW 10th Ave., 2nd Floor
Topeka, Kansas 66612
Ph: (785) 296-2215
Fax: (785) 291-3767
Email: art.chalmers@ag.ks.gov
*Substituting Attorney for Withdrawing Attorney for State of Kansas, Legislative Administrative Services and Tom Day in his official capacity as Director of Legislative Administrative Services*

## CERTIFICATE OF SERVICE

I certify that on August 25, 2021, the foregoing was electronically filed with the clerk of the court using the CM/ECF system, which will send a notice of electronic filing to all participants, and a copy served upon Plaintiff by first-class mail postage prepaid addressed to:

Chris Haulmark, 600 S. Harrison St., Apt. # 11, Olathe, KS 66061, Plaintiff pro se.

As per Fed. R. Civ. P. 5(b), a copy of this Notice was also served upon Legislative Administrative Services, Attn: Tom Day, Director, 300 SW 10th Ave. Ste 551-S, Topeka, KS 66612-1504, by means of first-class mail, postage prepaid, and by email to: Tom.Day@las.ks.gov.

*/s M.J. Willoughby*
M.J. Willoughby
Assistant Attorney General