AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

DISTRICT OF KANSAS

CHRIS HAULMARK,

                                  JUDGMENT IN A CIVIL CASE

                Plaintiff,
     V.

                                  CASE NUMBER: 20-4084-EFM

STATE OF KANSAS, LEGISLATIVE ADMINISTRATIVE SERVICES, AND TOM DAY.

               Defendants

☐ Jury Verdict. This action came before the Court for a trial by jury, The issues have been tried and the jury has rendered its verdict.

☒ Decision by Court. This action came before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that pursuant to the Memorandum and Order filed on September 9, 2021, Doc. 37, Defendants State of Kansas and Legislative Administrative Services' Motion to Dismiss or in the Alternative for Summary Judgment, Doc. 18, is GRANTED.

IT IS FURTHER ORDERED that Defendant Tom Day's Motion to Dismiss, Doc. 24, is GRANTED.

IT IS FURTHER ORDERED that Haulmark's Motion for Temporary Restraining Order and Preliminary Injunction, Doc. 5, is DENIED AS MOOT.

This case is now closed.

| September 9, 2021 | SKYLER B. O'HARA |
|---|---|
| *Date* | *Clerk* |
| | /s Cindy McKee |
| | *(By) Deputy Clerk* |