# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **CHRIS HAULMARK**, | ) |
|     Plaintiff, | ) |
|     V. | ) |
| **STATE OF KANSAS,** | ) |
| **LEGISLATIVE ADMINISTRATIVE** | ) |
| **SERVICES,** | ) |
|     and | ) Civil Action No.  5:20-cv-04084-EFM-TJJ |
| **TOM DAY**, in his official capacity as | ) |
| Director of Legislative Administrative | ) |
| Services, | ) |
|     Defendants. | ) |
| _____ | ) |

## NOTICE OF APPEAL

COMES NOW Plaintiff Chris Haulmark, appearing *pro se*, hereby respectfully submits this Notice of Appeal, pursuant to Rule 3(a) and 4(a) of the Federal Rules of Appellate Procedure to this Court, to appeal to the United States Court of Appeals for the Tenth Circuit from the final judgment, Docket No. 39, and the memorandum opinion and order, Docket No. 38, both of which were entered in this matter on September 9, 2021.

----------------------------------------------------------------

Respectfully submitted this 27th of September.

/s/ChrisHaulmark
PLAINTIFF, *pro se*
chris@sigd.net
600 S. Harrison St
Apt #11
Olathe, KS 66061
512-366-3981

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th of September, a true and correct copy of the above and foregoing document was sent via email as an attached file in format of PDF to the clerk of the U.S. District Court for the District of Kansas and a copy with postage prepaid was placed in mail of the U.S. Mail to the following:

>Arthur S. Chalmers
>Assistant Attorney General
>120 S.W. 10th, 2nd Floor
>Topeka, KS 66612

/s/ChrisHaulmark
PLAINTIFF, *pro se*
