FILED  
United States Court of Appeals  
Tenth Circuit

September 27, 2021

Christopher M. Wolpert  
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

─────────────────────────────

CHRIS HAULMARK,

    Plaintiff - Appellant,

v.

STATE OF KANSAS, et al.,

    Defendants - Appellees.

No. 21-3176  
(D.C. No. 5:20-CV-04084-EFM-TJJ)  
(D. Kan.)

─────────────────────────────

**ORDER**

─────────────────────────────

This matter is before the court *sua sponte* following the opening of this appeal. A review of the district court docket reveals a pending motion to alter or amend judgment filed within 28 days after entry of the judgment being appealed. *See* Doc. No. 40. As a result, the notice of appeal will not become effective until the district court enters an order disposing of the motion. *See* Fed. R. App. P. 4(a)(4)(B).

Accordingly, this appeal is ABATED. When the dispositive order is entered by the district court, the clerk of the district court is directed to supplement the preliminary record in accordance with 10th Cir. R. 3.2(B).

                                          Entered for the Court  
                                          CHRISTOPHER M. WOLPERT, Clerk

                                          By: Olenka M. George  
                                                Counsel to the Clerk