FILED  
**United States Court of Appeals**  
**Tenth Circuit**

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

**December 1, 2021**

Christopher M. Wolpert  
Clerk of Court

---

CHRIS HAULMARK,

    Plaintiff - Appellant,

v.

STATE OF KANSAS, et al.,

    Defendants - Appellees.

No. 21-3176  
(D.C. No. 5:20-CV-04084-EFM-TJJ)  
(D. Kan.)

---

## ORDER

---

On September 27, 2021, the court abated this appeal pending the district court's order disposing of a motion to alter or amend judgment. Doc. No. 40. This matter is now before the court on its own case review. The district court docket demonstrates that the district court has not yet decided the pending motion. Accordingly, this appeal remains abated. Within five (5) days after the district court enters its order deciding the pending motion, the court directs the clerk of the district court to transmit to this court a supplemental preliminary appellate record including the order and an updated docket sheet. *See* 10th Cir. R. 3.2(B).

    Entered for the Court  
    CHRISTOPHER M. WOLPERT, Clerk

    */s/ Olenka George*

    By: Olenka M. George  
        Counsel to the Clerk